**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| XUCHANG YINREN TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:26-cv-10328 |

**NOTICE OF CLAIMS INVOLVING TRADEMARK**

Pursuant to Local Rule 3.4, Plaintiff Xuchang Yinren Technology Co., Ltd. hereby provides notice of claims involving trademark(s). The information required by the rule and 15 U.S.C. § 1116(c) is as follows:

1. Names and Addresses of Litigants:

Xuchang Yinren Technology Co., Ltd.

No. 4, West of Building 2, East of Building 3, Xintiandiliduyuan, Wencui Street,

Weidu District, Xuchang City, Henan Province, China 461000

The Partnerships and Unincorporated Associations Identified on Schedule "A"

Address Unknown

2. U.S. Registrations upon which suit has been brought include:

| Registration Number | Trademark |
|---|---|
| 8,311,515 | SUNNY HAIR |

Dated: August 27, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*