**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Hong Kong Jantz & Jantz GbR v. The Partnerships and Unincorporated Associations Identified on Schedule A

Case Number: 26-cv-00601

An appearance is hereby filed by the undersigned as attorney for: Veelam (#80)

Attorney name (type or print): Benjamin Solter

Firm: Cross-Border Counselor LLP

Street address: 7755 Center Ave., Suite 1100

City/State/Zip: Huntington Beach, CA 92647

Bar ID Number: 269388 (CA Bar)
(See item 3 in instructions)

Telephone Number: 781 752 6369

Email Address: bsolter@cbcounselor.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☑ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 23, 2026

Attorney signature: s/ Benjamin Solter
(Use electronic signature if the appearance form is filed electronically.)