IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| XUCHANG YINREN TECHNOLOGY CO., LTD., | ) | |
| | ) | Case No. 1:26-cv-10328 |
| Plaintiff, | ) | |
| | ) | Honorable Thomas M. Durkin |
| v. | ) | |
| | ) | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF BENJAMIN SOLTER**
**IN SUPPORT OF EXPEDITED MOTION TO UNSEAL**

I, Benjamin Solter, declare as follows:

1. I am an attorney with Cross-Border Counselor LLP, admitted to practice before this Court. I represent Weihai Senlian Trading Co., Ltd., d/b/a Sunny Beauty ("Sunny Beauty").

2. Exhibit A contains true and correct excerpts from the TTAB records for Cancellation No. 92092253: the filing cover and printed pages 1, 5, and 6 of Plaintiff's August 13, 2026 motion (4 TTABVUE, source PDF pages 1, 2, 6, and 7), followed by pages 1–2 of the September 14, 2026 order (9 TTABVUE). The source content in Exhibits A–B is unchanged except for added covers and pagination. The TTAB excerpts are submitted to establish the filings and procedural history, not the truth of disputed allegations.

3. Exhibit B contains a true and correct copy of the three-page Seller Central report provided to our firm on Sunny Beauty's behalf. It identifies the account as "Sunny Hair Beauty" and shows multiple September 10, 2026 entries stating "Listing removed" and "Ongoing Litigation." It does not identify a case number.

4. On September 16, 2026, I emailed Plaintiff's counsel, Zheng "Andy" Liu, at Andy.Liu@aptumlaw.us. I identified Sunny Beauty and its corporate operator and requested confirmation whether Plaintiff had named or sought restrictions against the client. I requested the sealed TRO record, asked for a response within 24 hours, and offered to confer promptly. I asked counsel to seek permission to disclose the materials if necessary.

5. On September 18, 2026, I attempted to reach Mr. Liu at (650) 475-6289, the number listed in his filings. An automated message stated, in substance, that the number does not accept calls at the subscriber's request. I could not reach him, and no telephone conference occurred.

6. As of execution of this declaration, I have received no response to my September 16 email and no requested confirmation, Schedule A, signed TRO, or sealed evidence. I have been unable to obtain Plaintiff's position on the requested relief or an agreed briefing schedule, and cannot independently confirm whether Sunny Beauty is named or otherwise identified for restrictions in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 21, 2026, in Chicago, Illinois.
/s/ Benjamin Solter
Benjamin Solter