# Exhibit B

Sunny Hair Beauty | United States Search

New Seller Central EN Help

Account Health Virtual Bundles Manage All Inventory Manage Orders Coupons Manage Promotions Price Discounts Edit

Account Health Customer Service Performance Product Policy Compliance Shipping Performance Reports Eligibilities

# Policy Compliance

Leave feedback

## Policy Compliance Issues: 21

**Target**: 0 Issues

Amazon policies maintain a store that is safe for buyers and fair to sellers. Violations of these policies may result in content removal or account deactivation. Below is a record of all listings associated with your account that violate Amazon policy. View a full list of our policies for more detail.

Seller Forums ask other Sellers and Amazon

### Account Health Rating

This rating reflects your adherence to Amazon's selling policies. Learn more.

**1000**

0 100 200 1000

### Ask Seller Assistant

Have questions about account health? Get personalized guidance from Seller Assistant.

Chat about Account Health

**From** 03/23/2026 **To** 09/18/2026 Reset Apply dates Add additional filter ASIN, SKU, Brand or Reason - Start t

Applied Filters

Received Intellectual Property Complaints (21)

Open Archived

### Sunny Hair Black Tape in Hair Extensions Real Human Hair

**Date**
Sep 10, 2026

**ASIN**
B09WZX72HR

**Action Taken**
Listing removed

**Account Health Rating Impact**
High

Ongoing Litigation

Status: Your submission is required.

Submit

### Sunny Hair 18 Inch Microlink Hair Extensions Human Hair Remy Straight

**Date**
Sep 10, 2026

**ASIN**
B09K7HD7P8

**Action Taken**
Listing removed

**Account Health Rating Impact**
High

Ongoing Litigation

Status: Your submission is required.

Submit

### Sunny Hair Tape in Hair Extensions Remy Human Hair 18 Inch

**Date**
Sep 10, 2026

**ASIN**
B0752744S7

**Action Taken**
Listing removed

**Account Health Rating Impact**
High

Ongoing Litigation

Status: Your submission is required.

FEEDBACK

Submit

### Sunny Hair Tape in Hair Extensions Human Hair Brown 18 Inch for Daily Wear

**Date**
Sep 10, 2026

**ASIN**
B01LYRNH2I

**Action Taken**
Listing removed

**Account Health Rating Impact**
High

Ongoing Litigation

Status: Your submission is required.

Submit

### Ve Sunny Blonde Clip in Hair Extensions Real Human Hair Remy Hair

**Date**
Sep 10, 2026

**ASIN**
B0BXGBBR82

**Action Taken**
Listing removed

**Account Health Rating Impact**
High

Ongoing Litigation

Status: Our evaluation is complete.

Submit

### Sunny Hair Tape in Hair Extensions Human Hair Blonde 22 Inch for Weddings

**Date**
Sep 10, 2026

**ASIN**
B0919VNXZQ

**Action Taken**
Listing removed

**Account Health Rating Impact**
High

Ongoing Litigation

Status: Your submission is required.

Submit

### Sunny Hair Sew in Hair Extensions Real Human Hair 18 Inch 100G

**Date**
Sep 10, 2026

**ASIN**
B07FYH4DM8

**Action Taken**
Listing removed

**Account Health Rating Impact**
High

Ongoing Litigation

Status: Your submission is required.

Submit

### Sunny Hair 22 Inch I Tip Hair Extensions Human Hair Black Invisible Itips

**Date**
Sep 10, 2026

**ASIN**
B07PPSSKFB

**Action Taken**
Listing removed

**Account Health Rating Impact**
High

Ongoing Litigation

Status: Your submission is required.

Submit

### Sunny Hair Tape in Hair Extensions Human Hair Jet Black 24Inch 20pcs 50g

**Date**
Sep 10, 2026

**ASIN**
B019ETSS92

**Action Taken**
Listing removed

**Account Health Rating Impact**
High

Ongoing Litigation

Status: Your submission is required.

Submit

### Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions

**Date**
Sep 10, 2026

**ASIN**
B01IAYIJCI

**Action Taken**
FEEDBACK ed

**Account Health Rating Impact**
High

Ongoing Litigation

Status: Your submission is required.

Submit

**Sunny Hair Tape in Hair Extensions Human Hair Jet Black 22inch 50g 20pcs**

**Date**
Sep 10, 2026
**Action Taken**
Listing removed
**ASIN**
B08RMXWXQM
**Account Health Rating Impact**
High

Ongoing Litigation

Status: Your submission is required.

Submit

**Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions**

**Date**
Sep 10, 2026
**Action Taken**
Listing removed
**ASIN**
B01IAYIC9I
**Account Health Rating Impact**
High

Ongoing Litigation

Status: Your submission is required.

Submit

**Sunny Hair Tape in Hair Extensions Human Hair Dark Brown 18 inch 20Pcs 50g**

**Date**
Sep 10, 2026
**Action Taken**
Listing removed
**ASIN**
B08VG1FH2T
**Account Health Rating Impact**
High

Ongoing Litigation

Status: Your submission is required.

Submit

**Sunny Hair Clip in Hair Extensions Real Human Hair Dark Brown 20 Inch**

**Date**
Sep 10, 2026
**Action Taken**
Listing removed
**ASIN**
B07XT81NXJ
**Account Health Rating Impact**
High

Ongoing Litigation

Status: Your submission is required.

Submit

**Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions**

**Date**
Sep 10, 2026
**Action Taken**
Listing removed
**ASIN**
B01MZ1CK8R
**Account Health Rating Impact**
High

Ongoing Litigation

Status: Your submission is required.

Submit

**Sunny Hair Clip in Hair Extensions Real Human Hair Blonde**

**Date**
Sep 10, 2026
**Action Taken**
Listing removed
**ASIN**
B0F242G2GG
**Account Health Rating Impact**
High

Ongoing Litigation

Status: Your submission is required.

Submit

**Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions**

FEEDBACK