**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| XUCHANG YINREN TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:26-cv-10328<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Laura K. McNally<br><br>**FILED UNDER SEAL** |

**DECLARATION OF PENGFEI XIA IN SUPPORT OF**

**MOTION FOR AN AMENDED TEMPORARY RESTRAINING ORDER**

I, Pengfei Xia, declare and state as follows:

1. I am the General Manager of Xuchang Yinren Technology Co., Ltd. ("Plaintiff"), and I am duly authorized to make this declaration on Plaintiff's behalf. This declaration is based upon my personal knowledge of the facts stated herein. If called as a witness, I could and would testify to the statements made herein.

2. On August 27, 2026, Plaintiff filed a trademark infringement lawsuit accusing [redacted], [redacted] of trademark infringement for selling counterfeit [redacted] products.

3. The accused products were identified by their ASINs as listed in (a) the Schedule A attached to the Complaint and (2) Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order. I previously submitted a declaration in support of that TRO Motion Order. [Dkt. 14].

4. On September 9, 2026, the Court entered a Temporary Restraining Order [Dkt. 20], restraining Defendant N[redacted], [redacted]ty from selling the accused products listed under 21 Amazon Standard Identification Numbers (the "Restrained ASINs").

5. Between September 9 and September 21, 2026, I reviewed the product pages associated with 12 new ASINs (the "New ASINs") [redacted], [redacted] created.

6. After the TRO was entered, [redacted] [redacted] continues to sell the same accused products now under the New ASINs.

7. Each Restrained ASIN and its corresponding New ASIN are listed below. Some New ASINs correspond to more than one Restrained ASIN.

| No. | Restrained ASIN | New ASIN |
|---|---|---|
| 1 | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

| No. | Restrained ASIN | New ASIN |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| 1[redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

8. Each of the New ASIN product pages identifies "[redacted]" as the seller. Each new ASIN product pages display Plaintiff's registered mark "[redacted]" at the beginning of the product title.

9. Attached hereto as Exhibit A are true and correct copies of screenshots, captured on September 21, 2026, showing, for each Restrained ASIN, the product page displayed when the Restrained ASIN was visited, followed by the product page of the corresponding New ASIN.

10. None of the New ASINs was listed in Schedule A to the TRO.

11. [redacted], [redacted] continued sale of the restrained products through the New ASINs is causing Plaintiff the same irreparable harm described in my prior declaration, including damage to Plaintiff's goodwill and reputation, loss of control over the quality of goods sold under the Trademark-in-Suit, and lost sales. See [Dkt. 14] ¶¶ 22–26.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 22, 2026.

Pengfei Xia

Pengfei Xia
General Manager of Xuchang Yinren
Technology Co., Ltd.