IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XUCHANG YINREN TECHNOLOGY CO., LTD., | |
| Plaintiff, | Case No. 1:26-cv-10328 |
| v. | Honorable Thomas M. Durkin |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Laura K. McNally |
| Defendants. | |

**DECLARATION OF CUI YUANYUAN IN SUPPORT OF SUNNY BEAUTY'S MOTION TO DISSOLVE THE TRO**

I am Cui Yuanyuan, the General Manager of Weihai Senlian Trading Co., Ltd. (the "Company"). I have worked for the Company since June 2015 and have served as its General Manager since approximately 2016. My responsibilities include its Amazon operations. This declaration is based on my work and on my review of the Company records described below.

1. The Company operates the Amazon storefront Sunny Beauty. Its Seller Central account nickname is Sunny Hair Beauty, and its United States merchant token is A3L9BDXBZAH5C5. Exhibit A includes Seller Central records and the public seller profile identifying Weihai Senlian Trading Co., Ltd. as the business associated with the storefront and showing Ve Sunny as a sub-brand.

2. SUNNY HAIR and VE SUNNY are brands used by the Company for hair-extension products. The storefront name, account nickname, corporate name, and product brands identify different aspects of the Company's operations.

3. The Company has used the SUNNY HAIR brand continuously in the United States since 2016. The Company retains Amazon order data in the ordinary course of business. Exhibit B contains example records for three early U.S. Amazon orders, including Amazon order-detail pages, associated payment records, and Amazon shipment-confirmation email records showing sales of SUNNY HAIR products. These records show only a small portion of the relevant SUNNY HAIR products sold and are provided as examples.

4. Exhibit C includes additional dated materials showing use of the SUNNY HAIR name before this lawsuit, including an Amazon customer review from 2017, Instagram posts from September and October 2017 showing SUNNY HAIR packaging, and a Seller Central order-detail page for a paid U.S. order placed in 2024. These are just a few select examples. We remain active on Instagram and have over 600 posts.

5. Amazon's September 25, 2026 removal notice identifies the 21 removed ASINs, the SUNNY HAIR registration, Xuchang Yinren Technology Co., Ltd., and this case number. The notice states that Amazon removed the listings after receiving a rights-owner infringement report and explains that a retraction submitted directly by the rights owner may permit reactivation. Exhibit D includes those Amazon notices.

6. Amazon also notified the Company on September 25, 2026 that disbursements from its seller account had been placed on hold pursuant to a temporary restraining order in this case. Exhibit D includes that funds-hold notice.

7. Exhibit E includes Amazon Business Reports for ASINs B01IAYIKHC and B08RMXWXQM. For August 10 through September 10, 2026, the report for B01IAYIKHC shows 1,052 units ordered and $72,140.77 in ordered product sales, and

the report for B08RMXWXQM shows 1,818 units ordered and $44,953.21 in ordered product sales. For September 11 through September 29, 2026, the reports for both ASINs show zero units ordered and $0.00 in product sales.

8. On October 1, 2026, I entered Application Serial No. 87246071 in the United States Patent and Trademark Office's Trademark Status and Document Retrieval system at https://tsdr.uspto.gov/ and saved the status page and file history. Exhibit F contains true copies of those records. The USPTO records identify the Company as the applicant for the stylized SUNNY HAIR mark and show a filing date of November 22, 2016.

9. On October 1, 2026, I personally accessed and saved the Amazon Seller Central pages reproduced in Exhibit G for the 21 ASINs identified in Amazon's September 25, 2026 removal notice. Each capture identifies the ASIN and the date displayed for the listing in Seller Central.

10. The Amazon sales records are in a text format that is difficult to reproduce clearly. A summary of those records shows sales of at least 200,322 units of SUNNY HAIR products to U.S. customers from September 1, 2024 through August 17, 2025.

11. In addition to the Amazon storefront, SUNNY HAIR products are sold through the website sunnyextensions.com.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 2, 2026, at Weihai, China.

Cui Yuanyuan

Cui Yuanyuan