# Exhibit A

Sunny Hair Beauty | United States   Search

New Seller Central   EN   Help

Account Health   Virtual Bundles   Manage All Inventory   Manage Orders   Coupons   Manage Promotions   Price Discounts   Edit

**Verification Completed Successfully**

Your information has been verified successfully. Any changes made to the provided information will trigger a new verification. Inaccurate or unverifiable information will result in the loss of your selling privileges. Please note that you may be required to verify your deposit method again.

**Important note:** If you change any information, we may also need to validate your information as per the requirements in other Amazon stores.

Canada   Brazil

# Business information

## Business information

**Business name**

**Weihai Senlian Trading Co., Ltd 威海市森联贸易有限公司**

**Company Registration Number**

**91371002344538568A**

**Business address**

环翠区 世昌大道-3-4-406室
威海市 264200
山东 CN

**Business license**

**20230616-102807.jpg**

FEEDBACK

Sunny Hair Beauty | United States    Search

New Seller Central    EN    Help

Account Health    Virtual Bundles    Manage All Inventory    Manage Orders    Coupons    Manage Promotions    Price Discounts    Edit

# Seller Information

Account Info

| Marketplace | Store details (Edit) | Customer service details (Edit) |
|---|---|---|
| Amazon.com.mx | DISPLAY NAME<br>Sunny Beauty<br>STOREFRONT LINK<br>www.amazon.com.mx/shops/sunnyhair | EMAIL<br>serviceus@g-sunny.com<br>PHONE<br>424-209-2882<br>REPLY TO EMAIL<br>serviceus@g-sunny.com |

| Marketplace | Store details (Edit) | Customer service details (Edit) |
|---|---|---|
| Amazon.com.br | DISPLAY NAME<br>Sunny Beauty<br>STOREFRONT LINK<br>(None) Click Edit to set | EMAIL<br>serviceus@g-sunny.com<br>PHONE<br>424-209-2882<br>REPLY TO EMAIL<br>serviceus@g-sunny.com |

| Marketplace | Store details (Edit) | Customer service details (Edit) |
|---|---|---|
| Amazon.ca | DISPLAY NAME<br>Sunny Beauty<br>STOREFRONT LINK<br>www.amazon.ca/shops/sunnyhair | EMAIL<br>serviceus@g-sunny.com<br>PHONE<br>+1(989)756-0477<br>REPLY TO EMAIL<br>serviceus@g-sunny.com |

| Marketplace | Store details (Edit) | Customer service details (Edit) |
|---|---|---|
| Amazon.com | DISPLAY NAME<br>Sunny Beauty<br>STOREFRONT LINK<br>www.amazon.com/shops/sunnyhair | EMAIL<br>serviceus@g-sunny.com<br>PHONE<br>+1(989)756-0477<br>REPLY TO EMAIL<br>serviceus@g-sunny.com |

Help | Program Policies | English | Download the Amazon Seller mobile app

© 1999-2026, Amazon.com, Inc. or its affiliates

FEEDBACK

Sunny Hair Beauty | United States    Search

New Seller Central    EN    Help

Account Health    Virtual Bundles    Manage All Inventory    Manage Orders    Coupons    Manage Promotions    Price Discounts    Edit

# Merchant Token

**Your merchant token is a unique seller identifier used in third-party applications, and XML feeds to match up products that you upload with your seller account.**

You cannot share a merchant token with other sellers or use it for different seller accounts. It is unique to a given seller.

| | Merchant Token | Action |
|---|---|---|
| **Americas** | | |
| **Brazil** | A3L9BDXBZAH5C5 | Copy |
| **Canada** | A3L9BDXBZAH5C5 | Copy |
| **Mexico** | A3L9BDXBZAH5C5 | Copy |
| **United States** | A3L9BDXBZAH5C5 | Copy |
| **Asia-Pacific** | | |
| **Japan** | A19BJ0JNKC4GVP | Copy |
| **Europe** | | |
| **Belgium** | A1N014DXO3N3TT | Copy |
| **France** | A1N014DXO3N3TT | Copy |
| **Germany** | A1N014DXO3N3TT | Copy |
| **Ireland** | A1N014DXO3N3TT | Copy |
| **Italy** | A1N014DXO3N3TT | Copy |
| **Netherlands** | A1N014DXO3N3TT | Copy |
| **Poland** | A1N014DXO3N3TT | Copy |
| **Spain** | A1N014DXO3N3TT | Copy |
| **Sweden** | A1N014DXO3N3TT | Copy |
| **Turkey** | A1N014DXO3N3TT | Copy |
| **United Kingdom** | A1N014DXO3N3TT | Copy |

Back

FEEDBACK

# Sunny Beauty

Edit Profile

Visit the Sunny Beauty storefront

**97% positive** in the last 12 months (144 ratings)

## About Seller

We offer a range of ***Real Human Hair*** extensions including Clip in Hair Extensions, Tape in Hair Extensions, Sew-in Weft Bundles, Fish Wire Hair Extensions, Prebonded Fusion Extensions, as well as the latest trending extensions.

We understand that choosing the right color can be challenging, which is why we offer ***color matching assistance*** to help you save time and ensure high-quality results. In addition, we offer ***wholesale prices for bulk orders*** that meet our requirements.

**Why Sunny Hair Stands Out**

**Made with Heart**: Every piece we create starts with a story of grit and love — designed to make you feel like your best self, inside and out.

**Your Look, Made Simple** : Crafted from top-tier Remy human hair, with a gorgeous range of shades and easy-to-use application methods — getting your dream style has never been more effortless.

**Loved Worldwide** : We serve more than 200,000 customers each year across the U.S., Americas, Canada and Europe — known for setting trends, delivering quality, and putting care into every strand.

**Doing It the Right Way** : We stand behind ethical sourcing, skilled craftsmanship, and a real commitment to our people and the planet.

Introducing Our **sub-brand** - Ve Sunny: Complementing our core offerings is **Ve Sunny**, designed with versatility and modern trends in mind, making premium hair transformations accessible for everyday wear and specific looks.
Ve Sunny provides: High Quality Clip in Hair Extensions, Convenient Tape in Hair Extensions, Stylish Ponytail Hair Extensions.

Our Unwavering Promise to You:

- We treat every hairpiece with the same care as our own - **zero frizz, zero defects**, ensuring pure delight when you receive your order.
- 24/7 Customer Care - Our friendly support team is always available for styling advice, color recommendations, and sizing guidance.

Shop now and reveal your most beautiful self!

See less

**Have a question for Sunny Beauty?**

Ask a question

Customer Service Phone: +1(989)756-0477

## Reviews

4.8 out of 5

144 ratings

12 months

| | |
|---|---|
| 5 star | 85% |
| 4 star | 12% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 3% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

144 total ratings, 144 with feedback for 12 months

"~~Hi, I had asked to return but I've been hospitalized for the past month. I am requesting a rerun because when the item arrived it had the incorrect hair inside...~~ "

Read more

By Hair extensions on September 28, 2026.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Súper naturales gracias "

By María Quezada on September 27, 2026.

"~~Hair was the wrong color, I ordered one shade off black 1B and somehow my extensions had~~

off black 1B and somehow my extensions had blonde and red streaks in it. The hair was of poor quality and extremel... "

Read more

By Madison Wante on September 23, 2026.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Hi, I ordered these extensions and they are super good quality. They unfortunately did not match my hair color like I was hoping. I didn't realize that I had mi... "

Read more

By Sara Boyack on September 19, 2026.

"What are you talking about? This item was sent back. You will not charge my account. You received it and you refunded. I have proof of return and refunded amoun... "

Read more

By dinal good on September 19, 2026.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Weihai Senlian Trading Co., Ltd
**Business Address:**
环翠区
世昌大道-3-4-406室
威海市
山东
264200
CN

## Shipping Policies

## Other Policies

## Frequently Asked Questions

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback