# Exhibit B

Sunny Hair Beauty | United States    Search    New Seller Cent

Account Health  Virtual Bundles  Manage All Inventory  Manage Orders  Coupons  Manage Promotions  Price Discounts  Business Reports  Fulfillment

# Order details

Order ID: # **113-4172708-1982615**  Your Seller Order ID: # 113-4172708-1982615

Go back to order list    Refund Order    Request a Review

## Order summary

| | | | |
|---|---|---|---|
| Amazon's Ship By: | Sun, Sep 1, 2024 PDT | Shipping service: | Expedited |
| Purchase date: | Sat, Aug 31, 2024, 10:29 PM PDT | Fulfillment: | Amazon |
| | | Sales channel: | Amazon.com |

## Ship to

HILLSBORO, OR 97124-3503
United States

Contact Buyer: **Steffanie**

## Order contents

| Status | Image | Product name | More information | Quantity | Unit price | Proceeds | |
|---|---|---|---|---|---|---|---|
| Payment complete |  | Sunny Hair Light Copper Itips Hair Extension Real Human Hair 50S Pre Bonded I Tip Colorful Hair Extension Cold Fusion Hair Extension Human Hair I Tips Copper for Party 20inch 50G<br>ASIN: **B0CQ443NFL**<br>SKU: USNEW-Itip#copper-20 | Order Item ID: 108526834312841 | 1 | US$64.99 | Item subtotal:<br>Refund:<br>Promotion: | US$64.99<br>-US$47.44<br>-US$17.55 |

Help | Program Policies | English | Download the Amazon Seller mobile app

© 1999-202

FEEDBACK

Sunny Hair Beauty | United States Search

New Seller Central EN Help

Account Health Virtual Bundles Manage All Inventory Manage Orders Coupons Manage Promotions Price Discounts Edit

# Transaction Details

**Order Payment for Order 113-4172708-1982615 (view details of this order)**

**Transaction date: 9/2/2024**

**Product charges**
Sunny Hair Light Copper Itips Hair Extension Real Human Hair 50S Pre Bonded I Tip Colorful Hair Extension Cold Fusion Hair Extension Human Hair I Tips
Qty: 1
$64.99

**Promo rebates**
Sunny Hair Light Copper Itips Hair Extension Real Human Hair 50S Pre Bonded I Tip Colorful Hair Extension Cold Fusion Hair Extension Human Hair I Tips
Qty: 1
-$17.55

**Sales Proceeds**
$47.44

**Amazon fees**
FBA Pick & Pack Fee:
-$3.68
Referral Fee on Item Price:
-$7.12

**Change to your seller account balance**
$36.64

Return to View Transactions

Help | Program Policies | English | Download the Amazon Seller mobile app

© 1999-2026, Amazon.com, Inc. or its affiliates

FEEDBACK

Sunny Amazon US<amazonus@g-sunny.com> 打印于 2026年9月29日 (周二) 10:56

## Amazon has shipped your sold item(s)

发件人： **Amazon Seller Central Notifications (Do Not Reply)<donotreply...** 2024年9月2日 (周一) 02:09
收件人： amazonus@g-sunny.com<amazonus@g-sunny.com>

amazon

Hello from Fulfillment by Amazon,

We've processed and shipped your Fulfillment by Amazon order(s) to customers. See details below for up to 20 of the most recent orders.

To track the status of these orders, and all of your orders, visit the Manage orders page on Seller Central.

---

The following complete order items have been shipped by Amazon.com for:

Order number: 114-0521078-6697033

| Quantity | Order item | Shipped by |
|---|---|---|
| 1 | Sunny Hair Beaded Weft Hair Extensions Human Hair 50G Micro Bead Weft Hair Extensions Real Human Hair Straight Weft Hair Extensions with Micro Beads E | Amazon Logistics Tracking: TBA315462581889 |

The following complete order items have been shipped by Amazon.com for:

Order number: 113-7913616-3741025

| Quantity | Order item | Shipped by |
|---|---|---|
| 1 | Sunny Wire Hair Extensions Real Human Hair Dark Brown Invisible Wire Hair Extensions with Adjustable Wire Brown Clip in Human Hair Extensions Natural | USPS Tracking: 9361289716136389446116 |

The following complete order items have been shipped by Amazon.com for:

| | | |
|---|---|---|
| | Platinum Blonde ITips Real Hair Extensions Ombre Itip | |

The following complete order items have been shipped by Amazon.com for:

Order number: 111-2516851-0872215

| Quantity | Order item | Shipped by |
|---|---|---|
| 1 | Sunny Tape in Human Hair Extensions Brown Highlighted Tape in Hair Extensions Dark Brown Highlights Caramel Blonde Hair Extensions Tape ins Brown Hair | Amazon Logistics Tracking: TBA315462112322 |

The following complete order items have been shipped by Amazon.com for:

Order number: 111-5108884-6641026

| Quantity | Order item | Shipped by |
|---|---|---|
| 1 | Sunny Wire Hair Extensions 125g Long Human Hair Wire Extensions Dark Brown Balayage Caramel Blonde Invisible Wire Hair Extensions Real Human Hair Brow | Amazon Logistics Tracking: TBA315460003167 |

The following complete order items have been shipped by Amazon.com for:

Order number: 112-8895694-4292209

| Quantity | Order item | Shipped by |
|---|---|---|
| 1 | Sunny Hair Brown Tape in Human Hair Extensions 20in Add Length Tape in Hair Extensions Human Hair Invisible Tape in Hair Extensions Real Human Hair Da | Amazon Logistics Tracking: TBA315449013496 |

The following complete order items have been shipped by Amazon.com for:

Order number: 113-4172708-1982615

| Quantity | Order item | Shipped by |
|---|---|---|
| 1 | Sunny Hair Light Copper Itips Hair Extension Real Human Hair 50S Pre Bonded I Tip Colorful Hair Extension Cold Fusion Hair Extension Human Hair I Tips | Amazon Logistics Tracking: TBA315461963617 |

The following complete order items have been shipped by Amazon.com for:

于洪水Cindy 7803

Sunny Hair Beauty | United States  Search  New Seller Cent

Account Health  Virtual Bundles  Manage All Inventory  Manage Orders  Coupons  Manage Promotions  Price Discounts  Business Reports  Fulfillment

# Order details

Order ID: # **113-5756226-7503415** Business customer  Your Seller Order ID: # 113-5756226-7503415

Go back to order list  Refund Order  Request a Review

## Order summary

Amazon's Ship By: **Sun, Sep 1, 2024 PDT**
Purchase date: Sun, Sep 1, 2024, 12:00 AM PDT
Shipping service: **Expedited**
Fulfillment: Amazon
Sales channel: Amazon.com

## Ship to

CHANDLER, AZ 85248-4299
United States

Contact Buyer: **Dena**

## More details

Tax Collection Model: MarketplaceFacilitator

Tax Collection Responsible Party: Amazon Services LLC

## Order contents

| Status | Image | Product name | More information | Quantity | Unit price | Proceeds | |
|---|---|---|---|---|---|---|---|
| Payment complete |  | Sunny Hair Nano Bead Hair Extensions Human Hair 22in Long Nano Ring Hair Extensions Real Human Hiar Platinum Blonde Nano Extensions Human Hair Blonde Nano Loop Hair Extensions Real Human Hair 50s 50g<br>ASIN: **B086DM829S**<br>SKU: NanoNEW#60-22 | Order Item ID: 108496389513601 | 1 | US$66.99<br>Business price | Item subtotal:<br>Tax:<br>Promotion:<br>**Item total:** | US$66.99<br>US$4.44<br>-US$10.05<br>**US$61.38** |

Help  Program Policies  English  Download the Amazon Seller mobile app  © 1999-202

FEEDBACK

Sunny Hair Beauty | United States

Search

New Seller Central

EN Help

Account Health Virtual Bundles Manage All Inventory Manage Orders Coupons Manage Promotions Price Discounts Edit

# Transaction Details

**Order Payment for Order 113-5756226-7503415 (view details of this order)**

**Transaction date: 9/2/2024**

**Product charges**
Sunny Hair Nano Bead Hair Extensions Human Hair 22in Long Nano Ring Hair Extensions Real Human Hiar Platinum Blonde Nano Extensions Human Hair Blonde
Qty: 1
$66.99

**Promo rebates**
Sunny Hair Nano Bead Hair Extensions Human Hair 22in Long Nano Ring Hair Extensions Real Human Hiar Platinum Blonde Nano Extensions Human Hair Blonde
Qty: 1
-$10.05

**Other**
Product Tax:
$4.44

**Sales Proceeds**
$61.38

**Marketplace Withheld Tax**
MarketplaceFacilitatorTax-Principal
-$4.44

**Amazon fees**
FBA Pick & Pack Fee:
-$3.90
Referral Fee on Item Price:
-$8.54

**Change to your seller account balance**
$44.50

Return to View Transactions

Help | Program Policies | English | Download the Amazon Seller mobile app

© 1999-2026, Amazon.com, Inc. or its affiliates

FEEDBACK

Order number: 111-8292571-8743418

| Quantity | Order item | Shipped by |
|---|---|---|
| 1 | Sunny Balayage Clip in Hair Extensions Human Hair 3pcs Clip in Extensions Real Human Hair Dark Brown Ombre Caramel Blonde Balayage Clip in Remy Hair E | USPS Tracking: 9361289688036394433317 |

The following complete order items have been shipped by Amazon.com for:

Order number: 113-0752805-8285021

| Quantity | Order item | Shipped by |
|---|---|---|
| 1 | Ve Sunny Ponytail Extension Human Hair Blonde Hair Extensions Ponytail Light Blonde Mix Golden Blonde Highlights Real Hair Ponytail Extension Short Po | Amazon Logistics Tracking: TBA315461599975 |

The following complete order items have been shipped by Amazon.com for:

Order number: 113-5756226-7503415

| Quantity | Order item | Shipped by |
|---|---|---|
| 1 | Sunny Hair Nano Bead Hair Extensions Human Hair 22in Long Nano Ring Hair Extensions Real Human Hiar Platinum Blonde Nano Extensions Human Hair Blonde | USPS Tracking: 9361289718936397146743 |

The following complete order items have been shipped by Amazon.com for:

Order number: 111-4135929-2108239

| Quantity | Order item | Shipped by |
|---|---|---|
| 1 | Sunny Wire Hair Extensions 100g Long Human Hair Wire Extensions Dark Brown Balayage Caramel Blonde Invisible Wire Hair Extensions Real Human Hair Brow | USPS Tracking: 9361289733036389318888 |

The following complete order items have been shipped by Amazon.com for:

Order number: 113-3293006-3449005

| Quantity | Order item | Shipped by |
|---|---|---|

手洪水Cindy 7803

Sunny Hair Beauty | United States    Search    New Seller Cent

Account Health   Virtual Bundles   Manage All Inventory   Manage Orders   Coupons   Manage Promotions   Price Discounts   Business Reports   Fulfillment

# Order details

Order ID: # **114-2915798-4469015**    Your Seller Order ID: # 114-2915798-4469015

Go back to order list    Refund Order    Request a Review

## Order summary

Amazon's Ship By: **Sun, Sep 1, 2024 PDT**
Purchase date: Sat, Aug 31, 2024, 5:12 PM PDT
Shipping service: **Expedited**
Fulfillment: Amazon
Sales channel: Amazon.com

## Ship to

ANTIOCH, CA 94509
United States

Contact Buyer: **Lisa**

## More details

Tax Collection Model: MarketplaceFacilitator
Tax Collection Responsible Party: Amazon Services LLC

## Order contents

| Status | Image | Product name | More information | Quantity | Unit price | Proceeds | |
|---|---|---|---|---|---|---|---|
| Payment complete |  | Sunny Hair Beaded Weft Hair Extensions Human Hair 50G Micro Bead Weft Hair Extensions Real Human Hair Straight Weft Hair Extensions with Micro Beads Easy Weft Jet Black 22 inch<br>ASIN: **B09K42LM6D**<br>SKU: MICROHW#1B-22inches | Order Item ID: 108513410750921 | 1 | US$54.89 | Item subtotal:<br>Tax:<br>Promotion:<br>**Item total:** | US$54.89<br>US$4.97<br>-US$3.93<br>**US$55.93** |

Help | Program Policies | English | Download the Amazon Seller mobile app

© 1999-20:

FEEDBACK

Sunny Hair Beauty | United States

Search

New Seller Central

EN Help

Account Health Virtual Bundles Manage All Inventory Manage Orders Coupons Manage Promotions Price Discounts Edit

# Transaction Details

**Order Payment for Order 114-2915798-4469015 (view details of this order)**

**Transaction date: 9/2/2024**

**Product charges**
Sunny Hair Beaded Weft Hair Extensions Human Hair 50G Micro Bead Weft Hair Extensions Real Human Hair Straight Weft Hair Extensions with Micro Beads E
Qty: 1
$54.89

**Promo rebates**
Sunny Hair Beaded Weft Hair Extensions Human Hair 50G Micro Bead Weft Hair Extensions Real Human Hair Straight Weft Hair Extensions with Micro Beads E
Qty: 1
-$3.93

**Other**
Product Tax:
$4.97

**Sales Proceeds**
$55.93

**Marketplace Withheld Tax**
MarketplaceFacilitatorTax-Principal
-$4.97

**Amazon fees**
FBA Pick & Pack Fee:
-$3.90
Referral Fee on Item Price:
-$7.64

**Change to your seller account balance**
$39.42

Return to View Transactions

Help | Program Policies | English | Download the Amazon Seller mobile app

© 1999-2026, Amazon.com, Inc. or its affiliates

FEEDBACK

Order number: 114-2915798-4469015

| Quantity | Order item | Shipped by |
|---|---|---|
| 1 | Sunny Hair Beaded Weft Hair Extensions Human Hair 50G Micro Bead Weft Hair Extensions Real Human Hair Straight Weft Hair Extensions with Micro Beads E | Amazon Logistics Tracking: TBA315463850076 |

The following complete order items have been shipped by Amazon.com for:

Order number: 114-9122457-6370623

| Quantity | Order item | Shipped by |
|---|---|---|
| 1 | Sunny Black Keratin Hair Extensions U Tip Hair Extensions Human Hair Jet Black Color #1 18 Inch Utip Hair Extensions Human Hair Black Hot Fusion U Tip | Amazon Logistics Tracking: TBA315462917925 |

The following complete order items have been shipped by Amazon.com for:

Order number: 113-9023764-4692211

| Quantity | Order item | Shipped by |
|---|---|---|
| 1 | Sunny Hair Nano Extensions Human Hair Golden Blonde Nano Bead Hair Extensions Human Hair Ash Blonde Highlight Golden Blonde Nano Ring Hair Extensions | Amazon Logistics Tracking: TBA315461005460 |

The following partial order items have been shipped by Amazon.com for:

Order number: 112-7182792-5839458

| Quantity | Order item | Shipped by |
|---|---|---|
| 1 | Sunny Hair Black K Tip Hair Extensions Real Human Hair 16inch Ktip Human Hair Extensions Jet Black Keratin Hair Extensions Ktip Black Hot Fusion Kerat | Amazon Logistics Tracking: TBA315463836240 |

The following complete order items have been shipped by Amazon.com for:

Order number: 112-1086809-3838637

| Quantity | Order item | Shipped by |
|---|---|---|