# Exhibit C

Deliver to Hacienda ... 91745 All Search Amazon EN Hello, Cindy Account & Lists Returns & Orders 0

All Join Prime Early Prime Deals Best Sellers Everyday Prime Big Deal Days is October 6-7

# Customer Review

joanna johnson

**I had a great shopping experience with Sunny Hair**

Reviewed in the United States on March 24, 2017

**Verified Purchase**

I had a great shopping experience with Sunny Hair! I really love the hair. My only concern is that the

7 people found this helpful

Helpful Report

## Product Details



Sunny Hair Clip in Hair Extensions ...
by Sunny Hair

4.2 out of 5

6,197 global ratings

| | |
|---|---|
| 5 star | 70% |
| 4 star | 10% |
| 3 star | 7% |
| 2 star | 4% |
| 1 star | 9% |

See All Buying Options

## Related to items you viewed

Page 1 of 4



Full Shine Human Hair Clip in Extensions Balayage Seamless Hair Extensions Clip ins…
2,697
Amazon's Choice
$84.99 ($20.08/ounce)
Get it as soon as **Saturday, Oct 3**
FREE Shipping by Amazon
1 sustainability feature



Moresoo Brown to Blonde Clip in Hair Extensions Short 10 inch 80g 5pcs | Ombre human hair clip in extensions, dark to ash brown with dark blond…
2,813
$32.89-$173.99
1 sustainability feature



LORIEN Clip in Hair Extensions Real Human Hair, 14 Inch, 80g, #1 | 100% Brazilian Remy, Seamless Invisible, Double Weft, 8pcs, 18…
3,095
$26.98-$62.99



Clip in Hair Extensions Real Human Hair, Human Hair Extensions Clip ins Tangle Free, No Shedding, Human Hair Clip in Extensions,…
100
$34.99-$99.99



HOTBANAN/ Extensions C Flexible Wea Highlight 14 #1B Natural Straight Clip
$34.19-$69

## Customers who viewed items in your browsing history also viewed

Page 1 of 4

Instagram Log In Sign Up




sunnyhair.extensions • Follow

**No comments yet.**

Start the conversation.

2

September 3, 2017

Log in to like or comment.

More posts from sunnyhair.extensions







Instagram Log In Sign Up




sunnyhair.extensions • Follow

linbinglb 466w
Terrific :)
Like Reply

3 1

October 21, 2017

Log in to like or comment.

More posts from sunnyhair.extensions







Sunny Hair Beauty | United States    Search    New Seller Cent

Account Health   Virtual Bundles   Manage All Inventory   Manage Orders   Coupons   Manage Promotions   Price Discounts   Business Reports   Fulfillment

# Order details

Order ID: # **114-2915798-4469015**   Your Seller Order ID: # 114-2915798-4469015

Go back to order list   Refund Order   Request a Review

## Order summary

Amazon's Ship By: **Sun, Sep 1, 2024 PDT**
Purchase date: Sat, Aug 31, 2024, 5:12 PM PDT
Shipping service: **Expedited**
Fulfillment: Amazon
Sales channel: Amazon.com

## Ship to

ANTIOCH, CA 94509
United States

Contact Buyer: **Lisa**

## More details

Tax Collection Model: MarketplaceFacilitator

Tax Collection Responsible Party: Amazon Services LLC

## Order contents

| Status | Image | Product name | More information | Quantity | Unit price | Proceeds | |
|---|---|---|---|---|---|---|---|
| Payment complete |  | Sunny Hair Beaded Weft Hair Extensions Human Hair 50G Micro Bead Weft Hair Extensions Real Human Hair Straight Weft Hair Extensions with Micro Beads Easy Weft Jet Black 22 inch<br>ASIN: **B09K42LM6D**<br>SKU: MICROHW#1B-22inches | Order Item ID: 108513410750921 | 1 | US$54.89 | Item subtotal:<br>Tax:<br>Promotion:<br>**Item total:** | US$54.89<br>US$4.97<br>-US$3.93<br>**US$55.93** |

Help | Program Policies | English | Download the Amazon Seller mobile app

© 1999-202

FEEDBACK