# Exhibit D

September 25, 2026

## Your Amazon.com selling account

Hello Sunny Beauty,

We removed the listings below.

ASIN: B01IAYIKHC, B08RMXWXQM, B01IAYIJCI, B07KP3KLDB, B0BXGBBR82, B01IAYIC9I, B07PPSSKFB, B07FYH4DM8, B08VG1FH2T, B019ETSS92, B01LYRNH2I, B0752744S7, B09WZX72HR, B0919VNXZQ, B07XT3MDNP, B0F242G2GG, B01MZ1CK8R, B07KFWY87Y, B07XT81NXJ, B09K7HD7P8, B08N5YGM6N
Infringement type: Trademark Infringement
IP asserted: "SUNNY HAIR," U.S. Registration No. 8,311,515
Complaint ID: 21991077411
Rights owner name: XUCHANG YINREN TECHNOLOGY CO LTD (Rights Owner)
Aptum Law
Rights owner email: andy.Liu@aptumlaw.us
bee504777@gmail.com
hkoscarlam@gmail.com
Case: 26-cv-10328

Why did this happen?
We removed some of your listings because we received a report from a rights owner alleging they may infringe upon their Trademark Infringement. This is against Amazon policies. Sellers on Amazon must comply with Amazon listing policies and are not allowed to sell products violating Amazon policies (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?
To reactivate your listings, please work with the rights owner who reported the violation to submit a retraction of this notice. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions. These are the rights owner's contact details:
-- Rights owner name: XUCHANG YINREN TECHNOLOGY CO LTD (Rights Owner)
Aptum Law
-- Rights owner email: andy.Liu@aptumlaw.us
bee504777@gmail.com
hkoscarlam@gmail.com
Case: 26-cv-10328

Have your listings been removed in error?
If you believe there has been an error, please submit an explanation. Your explanation should include the following information:
-- How the removed listings have not violated the Amazon Intellectual Property Policy.
-- Evidence that shows the removed listings have complied with the Amazon Intellectual Property Policy.

How do I send the required information?
Go to Received Intellectual Property Complaints in the Product Policy Compliance section on Account Health (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa). Locate the deactivation record for the listings you want to appeal and click on the Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?
If we do not receive a response, the listings will remain removed and the violation record will remain on your Account Health page for up to 180 days after the notification or until the violation is addressed. Leaving this or other policy violations unaddressed may result in account deactivation.

We're here to help.
If you need help understanding why your listings may infringe the intellectual property rights of others, search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may contact us for more information if required (https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-seller/id794141485
-- Download the Android app: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Amazon.com
Seller Performance Team Amazon.com

Report an issue with this email

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2026 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

Sunny Hair Beauty | United States Search New Seller Central EN Help

Account Health Virtual Bundles Manage All Inventory Manage Orders Coupons Manage Promotions Price Discounts Business Reports Fulfillment Add Products via Upload Shipments Edit

‹ Performance notifications

September 25, 2026

## Your Amazon.com selling account

Hello,

Your disbursements from your seller account have been placed on hold. We took this action in accordance with a temporary restraining order (TRO) issued by a federal court. Items that infringe another party's copyright, patent, trademark, design right, database right, or other intellectual property or other proprietary right are prohibited.

For more information on this policy, search for 'Prohibited Content' in Seller Central Help.

To resolve this dispute, we suggest that you contact the rights owner directly:

XUCHANG YINREN TECHNOLOGY CO LTD (Rights Owner)
Aptum Law
andy.Liu@aptumlaw.us
bee504777@gmail.com
hkoscarlam@gmail.com
Case: 26-cv-10328

If you resolve this matter with the rights owner, please advise them to contact us to withdraw their complaint.

We are not in a position to provide any further information regarding this action or address any messages directed to us in appeal. We may not respond to further emails about this issue.

Failure to comply with our policies may result in the removal of your Amazon.com selling privileges.

We appreciate your cooperation.
Sincerely,
Seller Performance Team
Amazon.com

Report an issue with this email

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2026 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

Help | Program Policies | English | Download the Amazon Seller mobile app

© 1999-2026, Amazon.com, Inc. or its affiliates