# Exhibit E

Sunny Hair Beauty | United States Search New Seller Central EN Help

Account Health Virtual Bundles Manage All Inventory Manage Orders Coupons Manage Promotions Price Discounts Business Reports Fulfillment Add Products via Upload Shipments Edit

× CLOSE REPORTS MENU

**Dashboards**

Sales Dashboard

**Business Reports**

By Date

Sales and Traffic

Detail Page Sales and Traffic

Seller Performance

By ASIN

Detail Page Sales and Traffic

Detail Page Sales and Traffic By Parent Item

**Detail Page Sales and Traffic By Child Item**

Other

Sales and Orders by Month

**Unlock 200+ metrics with Custom Analytics**

Get the capabilities you use in Business Reports—plus much more—in Custom Analytics. Explore sales, traffic, search, inventory, reviews, and more. Switch by year-end.

See what's new ×

# Business Reports | Detail Page Sales and Traffic By Child Item Learn more

Date: Custom — 08/10/2026 to 09/10/2026

Dashboard Views: Default

ASIN Search (optional): B01IAYIKHC Clear Search Apply

Download (.csv)

| | (Child) ASIN | Title | Sessions - Total | Page Views - Total | Featured Offer Percentage | Units Ordered | Ordered Product Sales | Units Shipped |
|---|---|---|---|---|---|---|---|---|
| ☐ | B01IAYIKHC | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 25,793 | 37,691 | 99.62% | 1,052 | $72,140.77 | 1,051 |

SHOW/HIDE COLUMNS

FEEDBACK

Sunny Hair Beauty | United States Search New Seller Central EN Help

Account Health Virtual Bundles Manage All Inventory Manage Orders Coupons Manage Promotions Price Discounts Business Reports Fulfillment Add Products via Upload Shipments Edit

× CLOSE REPORTS MENU

**Dashboards**

Sales Dashboard

**Business Reports**

By Date

Sales and Traffic

Detail Page Sales and Traffic

Seller Performance

By ASIN

Detail Page Sales and Traffic

Detail Page Sales and Traffic By Parent Item

**Detail Page Sales and Traffic By Child Item**

Other

Sales and Orders by Month

FEEDBACK

**Unlock 200+ metrics with Custom Analytics**

Get the capabilities you use in Business Reports—plus much more—in Custom Analytics. Explore sales, traffic, search, inventory, reviews, and more. Switch by year-end.

See what's new ×

# Business Reports | Detail Page Sales and Traffic By Child Item Learn more

**Date** Custom

09/11/2026 09/29/2026

**Dashboard Views** Default

ASIN Search (optional) B01IAYIKHC Clear Search Apply

Data from 9/29/2026 may not be fully available yet

Download (.csv)

SHOW/HIDE COLUMNS

| | (Child) ASIN | Title | Sessions - Total | Page Views - Total | Featured Offer Percentage | Units Ordered | Ordered Product Sales | Units Refunded | Un Shi |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | B01IAYIKHC | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 0 | 0 | 0% | 0 | $0.00 | 61 | 9 |

Sunny Hair Beauty | United States
Search
New Seller Central
EN
Help

Account Health · Virtual Bundles · Manage All Inventory · Manage Orders · Coupons · Manage Promotions · Price Discounts · Business Reports · Fulfillment · Add Products via Upload · Shipments · Edit

× CLOSE REPORTS MENU

**Dashboards**

Sales Dashboard

**Business Reports**

By Date

Sales and Traffic

Detail Page Sales and Traffic

Seller Performance

By ASIN

Detail Page Sales and Traffic

Detail Page Sales and Traffic By Parent Item

**Detail Page Sales and Traffic By Child Item**

Other

Sales and Orders by Month

**Unlock 200+ metrics with Custom Analytics**

Get the capabilities you use in Business Reports—plus much more—in Custom Analytics. Explore sales, traffic, search, inventory, reviews, and more. Switch by year-end.

See what's new

# Business Reports | Detail Page Sales and Traffic By Child Item Learn more

Date: Custom

08/10/2026 – 09/10/2026

Dashboard Views: Default

ASIN Search (optional): B08RMXWXQM   Clear Search   Apply

Download (.csv)

| | (Child) ASIN | Title | Sessions - Total | Page Views - Total | Featured Offer Percentage | Units Ordered | Ordered Product Sales | Units Shipped |
|---|---|---|---|---|---|---|---|---|
| ☐ | B08RMXWXQM | Sunny Hair Tape in Hair Extensions Human Hair Jet Black 22inch 50g 20pcs | 12,217 | 18,738 | 99.92% | 1,818 | $44,953.21 | 1,844 |

SHOW/HIDE COLUMNS

FEEDBACK

Sunny Hair Beauty | United States   Search   New Seller Central   EN   Help

Account Health   Virtual Bundles   Manage All Inventory   Manage Orders   Coupons   Manage Promotions   Price Discounts   Business Reports   Fulfillment   Add Products via Upload   Shipments   Edit

× CLOSE REPORTS MENU

**Dashboards**

Sales Dashboard

**Business Reports**

By Date

Sales and Traffic

Detail Page Sales and Traffic

Seller Performance

By ASIN

Detail Page Sales and Traffic

Detail Page Sales and Traffic By Parent Item

**Detail Page Sales and Traffic By Child Item**

Other

Sales and Orders by Month

FEEDBACK

**Unlock 200+ metrics with Custom Analytics**

Get the capabilities you use in Business Reports—plus much more—in Custom Analytics. Explore sales, traffic, search, inventory, reviews, and more. Switch by year-end.

See what's new ×

# Business Reports | Detail Page Sales and Traffic By Child Item Learn more

Date: Custom
09/11/2026 – 09/29/2026

Dashboard Views: Default

ASIN Search (optional): B08RMXWXQM   Clear Search   Apply

Data from 9/29/2026 may not be fully available yet

Download (.csv)

SHOW/HIDE COLUMNS

| | (Child) ASIN | Title | Sessions - Total | Page Views - Total | Featured Offer Percentage | Units Ordered | Ordered Product Sales | Units Refunded | Un Shi |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | B08RMXWXQM | Sunny Hair Tape in Hair Extensions Human Hair Jet Black 22inch 50g 20pcs | 0 | 0 | 0% | 0 | $0.00 | 24 | 17 |