# Exhibit F

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.



**Generated on:** This page was generated by TSDR on 2026-09-30 19:05:40 EDT

**Mark:** SUNNY HAIR

**US Serial Number:** 87246071 **Application Filing Date:** Nov. 22, 2016

**Filed as TEAS Plus:** Yes **Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Oct. 02, 2017

**Date Abandoned:** Sep. 06, 2017

## Mark Information

**Mark Literal Elements:** SUNNY HAIR

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the wording "Sunny Hair" in stylized form.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Disclaimer:** "HAIR"

**Design Search Code(s):** 02.01.02 - Men depicted as shadows or silhouettes of men; Silhouettes of men
02.01.37 - Busts of men in profile; Heads of men in profile; Men - heads, portraiture, or busts in profile; Portraiture of men in profile
02.03.22 - Busts of women in profile; Heads of women in profile; Portraiture of women in profile; Women - head, portraiture or busts in profile
02.05.01 - Busts of children; Children, heads, portraiture, busts; Heads of children; Heads, portraiture, busts of children not in profile

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** False beards; False hair; False moustaches; Hair extensions; Hair slides; Human braiding hair; Snoods; Toupees; Wigs; Wigs, hairpieces, and add-in and add-on hair accessories constructed primarily of synthetic and/or human hair

**International Class(es):** 026 - Primary Class **U.S Class(es):** 037, 039, 040, 042, 050

**Class Status:** ACTIVE

**First Use:** Jun. 06, 2016 **Use in Commerce:** Jun. 06, 2016

Feedback

## Basis Information (Case Level)

**Filed Use:** Yes **Currently Use:** Yes

**Filed ITU:** No **Currently ITU:** No

**Filed 44D:** No **Currently 44D:** No

**Filed 44E:** No **Currently 44E:** No

**Filed 66A:** No **Currently 66A:** No

**Filed No Basis:** No **Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** Weihai Senlian Trading Co., Ltd

**Owner Address:** 9-4 Jinguyuan, Huancui District
Weihai CHINA

**Legal Entity Type:** limited company (ltd.)

**State or Country Where Organized:** CHINA

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** J&C IP AGENCY
J&C IP AGENCY
848 N. RAINBOW BLVD. #1823
LAS VEGAS, NEVADA UNITED STATES 89107

**Phone:** +86-532-82086099

**Fax:** +86-532-82086097

**Correspondent e-mail:** china@jcipo.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 02, 2017 | ABANDONMENT NOTICE MAILED - FAILURE TO RESPOND | |
| Oct. 02, 2017 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Mar. 03, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Mar. 03, 2017 | NON-FINAL ACTION E-MAILED | |
| Mar. 03, 2017 | NON-FINAL ACTION WRITTEN | |
| Feb. 28, 2017 | ASSIGNED TO EXAMINER | |
| Dec. 01, 2016 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Nov. 30, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 25, 2016 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** LIU, PHILIP HUAI-EN

**Law Office Assigned:** LAW OFFICE 109

Feedback

**File Location**

**Current Location:** TMEG LAW OFFICE 109 - EXAMINING ATTORNEY ASSIGNED

**Date in Location:** Oct. 02, 2017

## Assignment Abstract Of Title Information - None recorded

## Proceedings - None recorded

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87246071**
**Filing Date: 11/22/2016**

***NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.***

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| ***MARK** | \\TICRS\EXPORT17\IMAGEOUT 17\872\460\87246071\xml1\ FTK0002.JPG |
| ***SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | Sunny Hair |
| ***COLOR MARK** | NO |
| ***COLOR(S) CLAIMED (If applicable)** | |
| ***DESCRIPTION OF THE MARK (and Color Location, if applicable)** | The mark consists of the wording "Sunny Hair" in stylized form. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 900 x 266 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Weihai Senlian Trading Co., Ltd |
| ***STREET** | 9-4 Jinguyuan, Huancui District |
| ***CITY** | Weihai |
| ***COUNTRY** | China |
| **PHONE** | +86-532-82086099 |
| **FAX** | +86-532-82086097 |
| **EMAIL ADDRESS** | XXXX |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **LEGAL ENTITY INFORMATION** | |
| ***TYPE** | limited company (ltd.) |
| *** STATE/COUNTRY WHERE LEGALLY ORGANIZED** | China |

| | |
|---|---|
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| ***INTERNATIONAL CLASS** | 026 |
| ***IDENTIFICATION** | False beards; False hair; False moustaches; Hair extensions; Hair slides; Human braiding hair; Snoods; Toupees; Wigs; Wigs, hairpieces, and add-in and add-on hair accessories constructed primarily of synthetic and/or human hair |
| ***FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 06/06/2016 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 06/06/2016 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\872\460\87246071\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\872\460\87246071\xml1\ FTK0004.JPG |
| **ADDITIONAL STATEMENTS SECTION** | |
| ***TRANSLATION (if applicable)** | |
| ***TRANSLITERATION (if applicable)** | |
| ***CLAIMED PRIOR REGISTRATION (if applicable)** | |
| ***CONSENT (NAME/LIKENESS) (if applicable)** | |
| ***CONCURRENT USE CLAIM (if applicable)** | |
| **DISCLAIMER** | No claim is made to the exclusive right to use "Hair" apart from the mark as shown. |
| **CORRESPONDENCE INFORMATION** | |
| ***NAME** | J&C IP AGENCY |
| **FIRM NAME** | J&C IP AGENCY |
| ***STREET** | 848 N. Rainbow Blvd. #1823 |
| ***CITY** | Las Vegas |
| ***STATE (Required for U.S. addresses)** | Nevada |
| ***COUNTRY** | United States |
| ***ZIP/POSTAL CODE** | 89107 |
| **PHONE** | +86-532-82086099 |
| **FAX** | +86-532-82086097 |
| ***EMAIL ADDRESS** | china@jcipo.com |
| ***AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 225 |

| | |
|---|---|
| *TOTAL FEE PAID | 225 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Cui Yuanyuan/ |
| * SIGNATORY'S NAME | Cui Yuanyuan |
| * SIGNATORY'S POSITION | Duly authorized officer |
| SIGNATORY'S PHONE NUMBER | +86-532-82086099 |
| * DATE SIGNED | 11/23/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87246071**
**Filing Date: 11/22/2016**

## To the Commissioner for Trademarks:

**MARK:** Sunny Hair (stylized and/or with design, see mark)

The literal element of the mark consists of Sunny Hair.
The applicant is not claiming color as a feature of the mark. The mark consists of the wording "Sunny Hair" in stylized form.
The applicant, Weihai Senlian Trading Co., Ltd, a limited company (ltd.) legally organized under the laws of China, having an address of

9-4 Jinguyuan, Huancui District
Weihai
China
+86-532-82086099(phone)
+86-532-82086097(fax)
XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 026: False beards; False hair; False moustaches; Hair extensions; Hair slides; Human braiding hair; Snoods; Toupees; Wigs; Wigs, hairpieces, and add-in and add-on hair accessories constructed primarily of synthetic and/or human hair

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 026, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 06/06/2016, and first used in commerce at least as early as 06/06/2016, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, .
Specimen File1
Specimen File2

**Disclaimer**
No claim is made to the exclusive right to use "Hair" apart from the mark as shown.

The applicant's current Correspondence Information:

J&C IP AGENCY
J&C IP AGENCY
848 N. Rainbow Blvd. #1823
Las Vegas, Nevada 89107
+86-532-82086099(phone)
+86-532-82086097(fax)
china@jcipo.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney

at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Cui Yuanyuan/   Date Signed: 11/23/2016
Signatory's Name: Cui Yuanyuan
Signatory's Position: Duly authorized officer

RAM Sale Number: 87246071
RAM Accounting Date: 11/23/2016

Serial Number: 87246071
Internet Transmission Date: Tue Nov 22 22:15:14 EST 2016
TEAS Stamp: USPTO/FTK-XXX.XXX.XX.XXX-201611222215147
72103-87246071-5709f7371bc59ad574afe3491
80d358dceb9bfcd38b7a87bd22b60ec9bb9149ff
7-CC-7821-20161122210632719080

Sunny Hair


All start from the head,
creat a wonderful life!
Online store
100%
virgin human hair
Sunny Hair


Sunny Hair
100%
virgin human hair
Online store
All start from the head,
creat a wonderful life!