# Exhibit G

Sunny Hair Beauty | United States    Healthy

Manage account health | Virtual bundles | Manage products | Manage orders | Coupons | Manage promotions and deals | Price Discounts | Busi

**Manage products** | **Manage A+ content** | **Manage images** | **Manage videos** | **Manage experiments** | **View selling applicat**

Products > Manage products

# Manage All Inventory

Learn more | View product tour | Provide feedback

All listings 10285    Complete drafts 0    Activate listings 3812    Enhance listings 0    Review listing changes

Quick Filters: All (10285) | Variation Parents (26) | Show: Favorites | Frequently viewed | Recommended for FBA

Search: All | B01IAYIKHC
Listing status: All (10285)
Fulfilled by: All

1 - 1 of 1    **Sort by:** Date Created: New to Old

| | **Listing status** Next step | **Product details** Image, Title, ASIN, and SKU | **Performance** Last 30 days | **Inventory** Fulfilled by and quantity | **Price and ship** Pricing details |
|---|---|---|---|---|---|
| ☆ | Inactive<br>Review blocked reason<br>Mar 30, 2017, 12:15 AM |  Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions Blonde Highlights Human Hair Clip in E…<br>ASIN B01IAYIKHC<br>SKU CL#16/22-18inch<br>Condition New<br>Variation Family Details<br>+1 marketplace | **Sales** $22,059<br>Units sold 424<br>Page views 15,706 | **Available (FBM)** 0<br>Shipping template: Migrated Template | **Price**<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured offe<br>Competitive p<br>Business p<br>View referenc |

**Page** 1 **of 1** Go    ‹ 1 ›

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Busi

**Manage products** | **Manage A+ content** | **Manage images** | **Manage videos** | **Manage experiments** | **View selling applicat**

Products > Manage products

# Manage All Inventory

Learn more | View product tour | Provide feedback

All listings 10285 Complete drafts 0 Activate listings 3812 Enhance listings 0 Review listing changes

Quick Filters: All (10285) Variation Parents (26) | Show: Favorites Frequently viewed Recommended for FBA

Search: All | B08RMXWXQM
Listing status: All (10285)
Fulfilled by: All

1 - 1 of 1 **Sort by:** Date Created: New to Old

| | Listing status<br>Next step | Product details<br>Image, Title, ASIN, and SKU | Performance<br>Last 30 days | Inventory<br>Fulfilled by and quantity | Price and ship<br>Pricing details |
|---|---|---|---|---|---|
| ☆ | Inactive<br>Review blocked reason<br>Apr 25, 2022, 09:34 AM | <br>Sunny Hair Tape in Hair Extensions Human Hair Jet Black 22inch 50g 20pcs<br>Hair Extensions Real Human Hair,Natur…<br>ASIN B08RMXWXQM<br>SKU VirginUS-Tape#4-16<br>Condition New<br>Variation Family Details<br>+2 marketplaces | Sales $17,752<br>Units sold 678<br>Page views 6,332 | Available (FBM) 0<br>Shipping template: Migrated Template | Price<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured offe<br>Competitive p<br>Business p<br>View referenc |

**Page** 1 **of 1** Go

‹ 1 ›

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Busi

**Manage products** | **Manage A+ content** | **Manage images** | **Manage videos** | **Manage experiments** | **View selling applicat**

Products > Manage products

# Manage All Inventory

Learn more | View product tour | Provide feedback

All listings 10285 Complete drafts 0 Activate listings 3812 Enhance listings 0 Review listing changes

Quick Filters: All (10285) Variation Parents (26) | Show: Favorites Frequently viewed Recommended for FBA

Search: All | B01IAYIJCI
Listing status: All (10285)
Fulfilled by: All

1 - 1 of 1 **Sort by:** Date Created: New to Old

| | Listing status<br>Next step | Product details<br>Image, Title, ASIN, and SKU | Performance<br>Last 30 days | Inventory<br>Fulfilled by and quantity | Price and ship<br>Pricing details |
|---|---|---|---|---|---|
| ☆ | Inactive<br>Review blocked reason<br>Mar 30, 2017, 12:15 AM | <br>Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions<br>Human Hair Extensions Clip Ins Dark Bl…<br>ASIN B01IAYIJCI<br>SKU CL#16/22-16inch<br>Condition New<br>Variation Family Details<br>+2 marketplaces | **Sales** $6,165<br>Units sold 115<br>Page views 3,670 | **Available (FBM)** 0<br>Shipping template: Migrated Template | **Price**<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured offe<br>Competitive p<br>Business p<br>View referenc |

**Page** 1 **of 1** Go    ‹ 1 ›

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Busi

**Manage products** | **Manage A+ content** | **Manage images** | **Manage videos** | **Manage experiments** | **View selling applicat**

Products > Manage products

# Manage All Inventory

Learn more | View product tour | Provide feedback

All listings 10285 Complete drafts 0 Activate listings 3812 Enhance listings 0 Review listing changes

Quick Filters: All (10285) Variation Parents (26) | Show: Favorites Frequently viewed Recommended for FBA

Search: All | B07KP3KLDB

Listing status: All (10285)

Fulfilled by: All

1 - 1 of 1 **Sort by:** Date Created: New to Old

| | **Listing status** Next step | **Product details** Image, Title, ASIN, and SKU | **Performance** Last 30 days | **Inventory** Fulfilled by and quantity | **Price and ship** Pricing details |
|---|---|---|---|---|---|
| ☆ | Inactive<br>Review blocked reason<br>Mar 21, 2021, 11:14 PM | <br>Sunny Hair Clip in Hair Extensions Real Human Hair Jet Black Natural Blend<br>120g Human Hair Clip in Extensions for…<br>ASIN B07KP3KLDB<br>SKU ClipIn#1-22inch<br>Condition New<br>Variation Family Details<br>+3 marketplaces | **Sales** $9,307<br>Units sold 160<br>Page views 3,713 | **Available (FBM)** 0<br>Shipping template: Migrated Template | **Price**<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured offe<br>Competitive p<br>Business p<br>View referenc |

**Page** 1 **of 1** Go

‹ 1 ›

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States    Healthy

Manage account health   Virtual bundles   Manage products   Manage orders   Coupons   Manage promotions and deals   Price Discounts   Busi

**Manage products** | **Manage A+ content** | **Manage images** | **Manage videos** | **Manage experiments** | **View selling applicat**

Products > Manage products

# Manage All Inventory

Learn more | View product tour | Provide feedback

All listings 10285   Complete drafts 0   Activate listings 3812   Enhance listings 0   Review listing changes

Quick Filters: All (10285)   Variation Parents (26) | Show: Favorites   Frequently viewed   Recommended for FBA

Search: All | B0BXGBBR82    Listing status: All (10285)    Fulfilled by: All

1 - 2 of 2   **Sort by:** Date Created: New to Old

| | **Listing status** Next step | **Product details** Image, Title, ASIN, and SKU | **Performance** Last 30 days | **Inventory** Fulfilled by and quantity | **Price and ship** Pricing details |
|---|---|---|---|---|---|
| | **Inactive**<br>Review blocked reason<br>May 4, 2023, 11:55 PM | <br>Ve Sunny Blonde Clip in Hair Extensions Real Human Hair Remy Hair Human Clip in Hair Extensions Platinum…<br>ASIN B0BXGBBR82<br>SKU VeCLIP#60-18INCHMFN<br>Condition New | **Sales** --<br>Units sold --<br>Page views 1,735 | **Available (FBM)** 50<br>Shipping template: Migrated Template | **Price**<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured offe<br>Competitive p<br>Business p<br>View referenc |
| | **Inactive**<br>Review blocked reason<br>Mar 3, 2023, 09:05 PM | <br>Ve Sunny Blonde Clip in Hair Extensions Real Human Hair Remy Hair Human Clip in Hair Extensions Platinum…<br>ASIN B0BXGBBR82<br>SKU VeCLIP#60-18INCH<br>Condition New<br>Variation Family Details   +2 marketplaces | **Sales** $3,515<br>Units sold 65<br>Page views 1,735 | **Available (FBM)** 0<br>Shipping template: Migrated Template | **Price**<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured offe<br>Competitive p<br>Business p<br>View referenc |

**Page** 1 **of 1** Go    ‹ 1 ›

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Busi

**Manage products** | Manage A+ content | Manage images | Manage videos | Manage experiments | View selling applicat

Products > Manage products

# Manage All Inventory

Learn more | View product tour | Provide feedback

All listings 10285 Complete drafts 0 Activate listings 3812 Enhance listings 0 Review listing changes

Quick Filters: All (10285) Variation Parents (26) | Show: Favorites Frequently viewed Recommended for FBA

Search: All | B01IAYIC9I

Listing status: All (10285)

Fulfilled by: All

1 - 1 of 1 Sort by: Date Created: New to Old

| Listing status<br>Next step | Product details<br>Image, Title, ASIN, and SKU | Performance<br>Last 30 days | Inventory<br>Fulfilled by and quantity | Price and ship<br>Pricing details |
|---|---|---|---|---|
| Inactive<br>Review blocked reason<br>Mar 30, 2017, 12:15 AM | <br>Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions<br>Clip on Human Hair Extensions for Wo…<br>ASIN B01IAYIC9I<br>SKU CL#16/22-20inch<br>Condition New<br>Variation Family Details<br>+1 marketplace | Sales $7,615<br>Units sold 79<br>Page views 1,746 | Available (FBM) 0<br>Shipping template: Migrated Template | Price<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured offe<br>Competitive p<br>Business p<br>View referenc |

Page 1 of 1 Go

‹ 1 ›

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Busi

**Manage products** | **Manage A+ content** | **Manage images** | **Manage videos** | **Manage experiments** | **View selling applicat** ×

Products > Manage products

# Manage All Inventory

Learn more | View product tour | Provide feedback

All listings 10285 Complete drafts 0 Activate listings 3812 Enhance listings 0 Review listing changes

Quick Filters: All (10285) Variation Parents (26) | Show: Favorites Frequently viewed Recommended for FBA

Search: All | B07PPSSKFB
Listing status: All (10285)
Fulfilled by: All

1 - 1 of 1 **Sort by:** Date Created: New to Old

| | **Listing status** Next step | **Product details** Image, Title, ASIN, and SKU | **Performance** Last 30 days | **Inventory** Fulfilled by and quantity | **Price and ship** Pricing details |
|---|---|---|---|---|---|
| | Inactive<br>Review blocked reason<br>Mar 14, 2019, 09:45 PM | <br>Sunny Hair 22 Inch I Tip Hair Extensions Human Hair Black Invisible Itips<br>Soft Texture, Easy to Maintain, Adds Le…<br>ASIN B07PPSSKFB<br>SKU SLI-Tip-#1-22<br>Condition New<br>Variation Family Details<br>+2 marketplaces | **Sales** $4,486<br>Units sold 130<br>Page views 2,351 | **Available (FBM)** 0<br>Shipping template: Migrated Template | **Price**<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured offe<br>Competitive p<br>Business p<br>View referenc |

**Page** 1 **of 1** Go

‹ 1 ›

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health | Virtual bundles | Manage products | Manage orders | Coupons | Manage promotions and deals | Price Discounts | Busi

**Manage products** | **Manage A+ content** | **Manage images** | **Manage videos** | **Manage experiments** | **View selling applicat**

Products > Manage products

# Manage All Inventory

Learn more | View product tour | Provide feedback

All listings 10285 | Complete drafts 0 | Activate listings 3812 | Enhance listings 0 | Review listing changes

Quick Filters: All (10285) | Variation Parents (26) | Show: Favorites | Frequently viewed | Recommended for FBA

Search: All | B07FYH4DM8
Listing status: All (10285)
Fulfilled by: All

1 - 1 of 1 **Sort by:** Date Created: New to Old

| Listing status<br>Next step | Product details<br>Image, Title, ASIN, and SKU | Performance<br>Last 30 days | Inventory<br>Fulfilled by and quantity | Price and ship<br>Pricing details |
|---|---|---|---|---|
| **Inactive**<br>Review blocked reason<br>Jul 27, 2018, 05:03 AM | <br>Sunny Hair Sew in Hair Extensions Real Human Hair 18 Inch 100G Weft Hair Extensions Brown Highlight B...<br>ASIN B07FYH4DM8<br>SKU HWNEW4/27-18<br>FNSKU X001WIM1I9<br>Condition New<br>Variation Family Details<br>+3 marketplaces | **Sales** $3,887<br>Units sold 82<br>Page views 2,758 | **On-hand (FBA)** 186<br>Available 180<br>Inbound 40<br>Unfulfillable 6<br>Reserved 0 | **Price**<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured offe<br>Competitive p<br>Business p<br>View referenc |

**Page** 1 **of 1** Go

< 1 >

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health  Virtual bundles  Manage products  Manage orders  Coupons  Manage promotions and deals  Price Discounts  Busi

**Manage products** | **Manage A+ content** | **Manage images** | **Manage videos** | **Manage experiments** | **View selling applicat**

Products > Manage products

# Manage All Inventory

Learn more | View product tour | Provide feedback

All listings 10285  Complete drafts 0  Activate listings 3812  Enhance listings 0  Review listing changes

Quick Filters: All (10285)  Variation Parents (26) | Show: Favorites  Frequently viewed  Recommended for FBA

Search: All | B08VG1FH2T
Listing status: All (10285)
Fulfilled by: All

1 - 1 of 1  **Sort by:** Date Created: New to Old

| Listing status<br>Next step | Product details<br>Image, Title, ASIN, and SKU | Performance<br>Last 30 days | Inventory<br>Fulfilled by and quantity | Price and ship<br>Pricing details |
|---|---|---|---|---|
| Inactive<br>Review blocked reason<br>Jan 29, 2021, 11:47 PM | <br>Sunny Hair Tape in Hair Extensions Human Hair Dark Brown 18 inch 20Pcs 50g<br>Invisible, Remy Hair Extensions Tape ins…<br>ASIN B08VG1FH2T<br>SKU USTape#2-18"<br>Condition New<br>Variation Family Details<br>+2 marketplaces | **Sales** $1,664<br>Units sold 53<br>Page views 1,281 | **Available (FBM)** 0<br>Shipping template: Migrated Template | **Price**<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured offe<br>Competitive p<br>Business p<br>View referenc |

**Page** 1 **of 1** Go    ‹ 1 ›

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Busi

Manage products | Manage A+ content | Manage images | Manage videos | Manage experiments | View selling applicat

Products > Manage products

# Manage All Inventory

Learn more | View product tour | Provide feedback

All listings 10285 Complete drafts 0 Activate listings 3812 Enhance listings 0 Review listing changes

Quick Filters: All (10285) Variation Parents (26) | Show: Favorites Frequently viewed Recommended for FBA

Search: All | B019ETSS92 — Listing status: All (10285) — Fulfilled by: All

1 - 1 of 1 Sort by: Date Created: New to Old

| Listing status / Next step | Product details / Image, Title, ASIN, and SKU | Performance / Last 30 days | Inventory / Fulfilled by and quantity | Price and ship / Pricing details |
|---|---|---|---|---|
| Inactive<br>Review blocked reason<br>Mar 15, 2017, 12:12 AM |  Sunny Hair Tape in Hair Extensions Human Hair Jet Black 24Inch 20pcs 50g<br>Real Hair Tapes Extensions for Party,Ski…<br>ASIN B019ETSS92<br>SKU TPST#1-24inch<br>Condition New<br>Variation Family Details<br>+2 marketplaces | Sales $4,831<br>Units sold 113<br>Page views 844 | Available (FBM) 0<br>Shipping template Migrated Template | Price<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured offe<br>Competitive p<br>Business p<br>View referenc |

Page 1 of 1 Go

‹ 1 ›

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States    Healthy

Manage account health   Virtual bundles   Manage products   Manage orders   Coupons   Manage promotions and deals   Price Discounts   Busi

**Manage products** | **Manage A+ content** | **Manage images** | **Manage videos** | **Manage experiments** | **View selling applicat**

Products > Manage products

# Manage All Inventory

Learn more | View product tour | Provide feedback

All listings 10285   Complete drafts 0   Activate listings 3812   Enhance listings 0   Review listing changes

Quick Filters: All (10285)   Variation Parents (26) | Show: Favorites   Frequently viewed   Recommended for FBA

Search: All — B01LYRNH2I   Listing status: All (10285)   Fulfilled by: All

1 - 1 of 1   **Sort by:** Date Created: New to Old

| | Listing status<br>Next step | Product details<br>Image, Title, ASIN, and SKU | Performance<br>Last 30 days | Inventory<br>Fulfilled by and quantity | Price and ship<br>Pricing details |
|---|---|---|---|---|---|
| | Inactive<br>Review blocked reason<br>Jun 12, 2017, 09:48 PM | <br>Sunny Hair Tape in Hair Extensions Human Hair Brown 18 Inch for Daily Wear<br>Hair Extension Tape, Dark Brown Highli...<br>ASIN B01LYRNH2I<br>SKU SLTPP#4/27-18<br>Condition New<br>Variation Family Details<br>+3 marketplaces | **Sales** $2,002<br>Units sold 52<br>Page views 1,509 | **Available (FBM)** 0<br>Shipping template: Migrated Template | **Price**<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured offe<br>Competitive p<br>Business p<br>View referenc |

**Page** 1 **of 1** Go    < 1 >

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States    Healthy

Manage account health   Virtual bundles   Manage products   Manage orders   Coupons   Manage promotions and deals   Price Discounts   Busi

**Manage products** | **Manage A+ content** | **Manage images** | **Manage videos** | **Manage experiments** | **View selling applicat**

Products > Manage products

# Manage All Inventory

Learn more | View product tour | Provide feedback

All listings 10285   Complete drafts 0   Activate listings 3812   Enhance listings 0   Review listing changes

Quick Filters: All (10285)   Variation Parents (26) | Show: Favorites   Frequently viewed   Recommended for FBA

Search: All | B0752744S7   Listing status: All (10285)   Fulfilled by: All

1 - 1 of 1   **Sort by:** Date Created: New to Old

| Listing status<br>Next step | Product details<br>Image, Title, ASIN, and SKU | Performance<br>Last 30 days | Inventory<br>Fulfilled by and quantity | Price and ship<br>Pricing details |
|---|---|---|---|---|
| Inactive<br>Review blocked reason<br>Sep 9, 2017, 07:18 PM | <br>Sunny Hair Tape in Hair Extensions Remy Human Hair 18 Inch<br>20Pcs 50g Brown Balayage, Lightweigh…<br>ASIN B0752744S7<br>SKU 20pcTape#2/2/6-18<br>Condition New<br>Variation Family Details<br>+3 marketplaces | **Sales** $837<br>Units sold 26<br>Page views 1,051 | **Available (FBM)** 0<br>Shipping template: Migrated Template | **Price**<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured offe<br>Competitive p<br>Business p<br>View referenc |

**Page** 1 **of 1** Go    ‹ 1 ›

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Busi

**Manage products** | Manage A+ content | Manage images | Manage videos | Manage experiments | View selling applicat

Products > Manage products

# Manage All Inventory

Learn more | View product tour | Provide feedback

All listings 10285 Complete drafts 0 Activate listings 3812 Enhance listings 0 Review listing changes

Quick Filters: All (10285) Variation Parents (26) | Show: Favorites Frequently viewed Recommended for FBA

Search: All | B09WZX72HR
Listing status: All (10285)
Fulfilled by: All

1 - 1 of 1 **Sort by:** Date Created: New to Old

| Listing status<br>Next step | Product details<br>Image, Title, ASIN, and SKU | Performance<br>Last 30 days | Inventory<br>Fulfilled by and quantity | Price and ship<br>Pricing details |
|---|---|---|---|---|
| Inactive<br>Review blocked reason<br>Mar 31, 2022, 11:22 PM | <br>Sunny Hair Black Tape in Hair Extensions Real Human Hair<br>Seamless Hair Tapes in Extensions for …<br>ASIN B09WZX72HR<br>SKU Tape#1-18inch<br>Condition New<br>Variation Family Details<br>+3 marketplaces | Sales $768<br>Units sold 29<br>Page views 709 | Available (FBM) 0<br>Shipping template: Migrated Template | Price<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured offe<br>Competitive p<br>Business p<br>View referenc |

**Page** 1 **of 1** Go

‹ 1 ›

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health · Virtual bundles · Manage products · Manage orders · Coupons · Manage promotions and deals · Price Discounts · Busi

**Manage products** | Manage A+ content | Manage images | Manage videos | Manage experiments | View selling applicat

Products > Manage products

# Manage All Inventory

Learn more | View product tour | Provide feedback

All listings 10285 · Complete drafts 0 · Activate listings 3812 · Enhance listings 0 · Review listing changes

Quick Filters: All (10285) · Variation Parents (26) | Show: Favorites · Frequently viewed · Recommended for FBA

Search: All · B0919VNXZQ
Listing status: All (10285)
Fulfilled by: All

1 - 1 of 1 · Sort by: Date Created: New to Old

| Listing status / Next step | Product details / Image, Title, ASIN, and SKU | Performance / Last 30 days | Inventory / Fulfilled by and quantity | Price and ship / Pricing details |
|---|---|---|---|---|
| Inactive<br>Review blocked reason<br>Mar 29, 2021, 12:08 AM |  Sunny Hair Tape in Hair Extensions Human Hair Blonde 22 Inch for Weddings Tape in Hair Extensions for Women, Dis…<br>ASIN B0919VNXZQ<br>SKU SLTape-#1000-22inch<br>Condition New<br>Variation Family Details · +3 marketplaces | Sales $846<br>Units sold 14<br>Page views 550 | Available (FBM) 0<br>Shipping template: Migrated Template | Price<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured offe<br>Competitive p<br>Business p<br>View referenc |

Page 1 of 1 Go

‹ 1 ›

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Busi

**Manage products** | Manage A+ content | Manage images | Manage videos | Manage experiments | View selling applicat

Products > Manage products

# Manage All Inventory

Learn more | View product tour | Provide feedback

All listings 10285 Complete drafts 0 Activate listings 3812 Enhance listings 0 Review listing changes

Quick Filters: All (10285) Variation Parents (26) | Show: Favorites Frequently viewed Recommended for FBA

Search: All | B07XT3MDNP

Listing status: All (10285)

Fulfilled by: All

1 - 1 of 1 Sort by: Date Created: New to Old

| Listing status<br>Next step | Product details<br>Image, Title, ASIN, and SKU | Performance<br>Last 30 days | Inventory<br>Fulfilled by and quantity | Price and ship<br>Pricing details |
|---|---|---|---|---|
| Inactive<br>Review blocked reason<br>Sep 12, 2019, 01:49 AM | <br>Sunny Hair Clip in Hair Extensions Real Human Hair Dark Brown 22 Inch 120g<br>Remy Human Hair Clip in Extensions for…<br>ASIN B07XT3MDNP<br>SKU Clip-#2-22inch<br>Condition New<br>Variation Family Details<br>+3 marketplaces | Sales $1,307<br>Units sold 14<br>Page views 459 | Available (FBM) 0<br>Shipping template Migrated Template | Price<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured offe<br>Competitive p<br>Business p<br>View referenc |

Page 1 of 1 Go ‹ 1 ›

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States    Healthy

Manage account health   Virtual bundles   Manage products   Manage orders   Coupons   Manage promotions and deals   Price Discounts   Busi

**Manage products** | **Manage A+ content** | **Manage images** | **Manage videos** | **Manage experiments** | **View selling applicat**

Products > Manage products

# Manage All Inventory

Learn more | View product tour | Provide feedback

All listings 10285   Complete drafts 0   Activate listings 3812   Enhance listings 0   Review listing changes

Quick Filters: All (10285)   Variation Parents (26) | Show: Favorites   Frequently viewed   Recommended for FBA

Search: All | B0F242G2GG    Listing status: All (10285)    Fulfilled by: All

1 - 1 of 1   **Sort by:** Date Created: New to Old

| Listing status<br>Next step | Product details<br>Image, Title, ASIN, and SKU | Performance<br>Last 30 days | Inventory<br>Fulfilled by and quantity | Price and ship<br>Pricing details |
|---|---|---|---|---|
| Inactive<br>Review blocked reason<br>Mar 21, 2025, 02:55 AM | <br>Sunny Hair Clip in Hair Extensions Real Human Hair Blonde<br>16 Inch Remy Human Hair Clip in Exten…<br>ASIN B0F242G2GG<br>SKU Clip#P10A60-105G4-16in<br>Condition New<br>Variation Family Details<br>+2 marketplaces | **Sales** $1,280<br>Units sold 14<br>Page views 589 | **Available (FBM)** 0<br>Shipping template: Migrated Template | **Price**<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured offe<br>Competitive p<br>Business p<br>View referenc |

**Page** 1 **of 1** Go    ‹ 1 ›

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health  Virtual bundles  Manage products  Manage orders  Coupons  Manage promotions and deals  Price Discounts  Busi

**Manage products** | Manage A+ content | Manage images | Manage videos | Manage experiments | View selling applicat

Products > Manage products

# Manage All Inventory

Learn more | View product tour | Provide feedback

All listings 10285  Complete drafts 0  Activate listings 3812  Enhance listings 0  Review listing changes

Quick Filters: All (10285)  Variation Parents (26) | Show: Favorites  Frequently viewed  Recommended for FBA

Search: All | B01MZ1CK8R  Listing status: All (10285)  Fulfilled by: All

1 - 1 of 1  Sort by: Date Created: New to Old

| Listing status<br>Next step | Product details<br>Image, Title, ASIN, and SKU | Performance<br>Last 30 days | Inventory<br>Fulfilled by and quantity | Price and ship<br>Pricing details |
|---|---|---|---|---|
| Inactive<br>Review blocked reason<br>Mar 30, 2017, 12:15 AM |  Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions 24 Inch Hair Extensions Clip Ins Blonde ...<br>ASIN B01MZ1CK8R<br>SKU SLCL#16/22-24<br>Condition New<br>Variation Family Details<br>+3 marketplaces | Sales $2,368<br>Units sold 16<br>Page views 323 | Available (FBM) 0<br>Shipping template: Migrated Template | Price<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured offe<br>Competitive p<br>Business p<br>View referenc |

Page 1 of 1 Go    < 1 >

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States    Healthy

Manage account health | Virtual bundles | Manage products | Manage orders | Coupons | Manage promotions and deals | Price Discounts | Busi

**Manage products** | **Manage A+ content** | **Manage images** | **Manage videos** | **Manage experiments** | **View selling applicat**

Products > Manage products

# Manage All Inventory

Learn more | View product tour | Provide feedback

All listings 10285 | Complete drafts 0 | Activate listings 3812 | Enhance listings 0 | Review listing changes

Quick Filters: All (10285) | Variation Parents (26) | Show: Favorites | Frequently viewed | Recommended for FBA

Search: All | B07KFWY87Y
Listing status: All (10285)
Fulfilled by: All

1 - 1 of 1 | Sort by: Date Created: New to Old

| Listing status / Next step | Product details / Image, Title, ASIN, and SKU | Performance / Last 30 days | Inventory / Fulfilled by and quantity | Price and ship / Pricing details |
|---|---|---|---|---|
| Inactive<br>Review blocked reason<br>Nov 12, 2018, 10:43 PM | <br>Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions<br>Clip in Human Hair Extensions Blonde ...<br>ASIN B07KFWY87Y<br>SKU 7pcsClipin#16/22-22<br>Condition New<br>Variation Family Details<br>+2 marketplaces | Sales $2,055<br>Units sold 20<br>Page views 557 | Available (FBM) 0<br>Shipping template: Migrated Template | Price<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured offe<br>Competitive p<br>Business p<br>View referenc |

Page 1 of 1 Go    ‹ 1 ›

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States    Healthy

Manage account health   Virtual bundles   Manage products   Manage orders   Coupons   Manage promotions and deals   Price Discounts   Busi

**Manage products** | **Manage A+ content** | **Manage images** | **Manage videos** | **Manage experiments** | **View selling applicat**

Products > Manage products

# Manage All Inventory

Learn more | View product tour | Provide feedback

All listings 10285   Complete drafts 0   Activate listings 3812   Enhance listings 0   Review listing changes

Quick Filters: All (10285)   Variation Parents (26) | Show: Favorites   Frequently viewed   Recommended for FBA

Search: All | B07XT81NXJ    Listing status: All (10285)    Fulfilled by: All

1 - 1 of 1   Sort by: Date Created: New to Old

| Listing status / Next step | Product details / Image, Title, ASIN, and SKU | Performance / Last 30 days | Inventory / Fulfilled by and quantity | Price and ship / Pricing details |
|---|---|---|---|---|
| Inactive<br>Review blocked reason<br>Sep 12, 2019, 01:49 AM | <br>Sunny Hair Clip in Hair Extensions Real Human Hair Dark Brown 20 Inch<br>Remy Human Hair Clip in Extensions for…<br>ASIN B07XT81NXJ<br>SKU Clip-#2-20inch<br>Condition New<br>Variation Family Details<br>+3 marketplaces | Sales $2,131<br>Units sold 30<br>Page views 762 | Available (FBM) 0<br>Shipping template: Migrated Template | **Price**<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured offe<br>Competitive p<br>Business p<br>View referenc |

Page 1 of 1 Go    < 1 >

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health | Virtual bundles | Manage products | Manage orders | Coupons | Manage promotions and deals | Price Discounts | Busi

**Manage products** | Manage A+ content | Manage images | Manage videos | Manage experiments | View selling applicat

Products > Manage products

# Manage All Inventory

Learn more | View product tour | Provide feedback

All listings 10285 | Complete drafts 0 | Activate listings 3812 | Enhance listings 0 | Review listing changes

Quick Filters: All (10285) | Variation Parents (26) | Show: Favorites | Frequently viewed | Recommended for FBA

Search: All | B09K7HD7P8
Listing status: All (10285)
Fulfilled by: All

1 - 1 of 1 | **Sort by:** Date Created: New to Old

| Listing status<br>Next step | Product details<br>Image, Title, ASIN, and SKU | Performance<br>Last 30 days | Inventory<br>Fulfilled by and quantity | Price and ship<br>Pricing details |
|---|---|---|---|---|
| **Inactive**<br>Review blocked reason<br>Oct 25, 2021, 03:40 AM | <br>Sunny Hair 18 Inch Microlink Hair Extensions Human Hair Remy Straight Black Balayage Brown Ombre Blonde T...<br>ASIN B09K7HD7P8<br>SKU MR#1B/4/18-18inch<br>Condition New<br>Variation Family Details<br>+3 marketplaces | **Sales** $2,623<br>Units sold 64<br>Page views 3,480 | **Available (FBM)** 0<br>Shipping template: Migrated Template | **Price**<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured offe<br>Competitive p<br>Business p<br>View referenc |

Page 1 of 1 Go

1

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Busi

**Manage products** | **Manage A+ content** | **Manage images** | **Manage videos** | **Manage experiments** | **View selling applicat**

Products > Manage products

# Manage All Inventory

Learn more | View product tour | Provide feedback

All listings 10285 Complete drafts 0 Activate listings 3812 Enhance listings 0 Review listing changes

Quick Filters: All (10285) Variation Parents (26) | Show: Favorites Frequently viewed Recommended for FBA

Search: All | B08N5YGM6N
Listing status: All (10285)
Fulfilled by: All

1 - 1 of 1 **Sort by:** Date Created: New to Old

| **Listing status** Next step | **Product details** Image, Title, ASIN, and SKU | **Performance** Last 30 days | **Inventory** Fulfilled by and quantity | **Price and ship** Pricing details |
|---|---|---|---|---|
| Inactive<br>Review blocked reason<br>Nov 10, 2020, 10:51 PM | <br>Sunny Hair Sew in Hair Extensions Real Human Hair Blonde 18 Inch 100G<br>Real Human Hair Weft Extensions Gold…<br>ASIN B08N5YGM6N<br>SKU USHairWeftSew#16/22-18<br>Condition New<br>Variation Family Details<br>+2 marketplaces | **Sales** $2,567<br>Units sold 48<br>Page views 1,093 | **Available (FBM)** 0<br>Shipping template: Migrated Template | **Price**<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured offe<br>Competitive p<br>Business p<br>View referenc |

**Page** 1 **of 1** Go

‹ 1 ›

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback