**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| XUCHANG YINREN TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:26-cv-10328<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Laura K. McNally |

**DECLARATION OF PENGFEI XIA IN SUPPORT OF PLAINTIFF'S**
**<u>OPPOSITION TO MOTION TO DISSOLVE TRO</u>**

I, Pengfei Xia, declare and state as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying.

2. I am the General Manager of Xuchang Yinren Technology Co., Ltd. ("Plaintiff"), and I am duly authorized to make this Declaration on Plaintiff's behalf.

3. Plaintiff operates an online store located at https://sunny-hair.com/ (the "Sunny Hair Online Store"), which sells SUNNY HAIR branded human hair extensions, wigs, and related hair products to consumers within the United States. The Sunny Hair

Online Store has earned consistently high ratings and favorable feedback from its customers.

4. Customer reviews of the products themselves are similarly highly rated, with the large majority of reviewers giving the products top ratings.

5. Customers regularly praise the SUNNY HAIR branded products for their quality, natural look and feel, ease of use, and value.

6. Plaintiff has built substantial goodwill and an associated reputation with the SUNNY HAIR mark among consumers.

7. Since registration, the SUNNY HAIR mark has been used continuously in connection with Plaintiff's hair extension and wig products, among other products.

8. Defendants' use of the SUNNY HAIR mark is not authorized or licensed by Plaintiff in any manner.

9. Defendants are direct business competitors of Plaintiff who sell similar hair extension products to the same target audience online.

10. Defendants' unauthorized use of the SUNNY HAIR mark has caused, and continues to cause, irreparable harm to Plaintiff through diminished goodwill and brand confidence, damage to reputation, loss of exclusivity, loss of control over the quality of goods sold under the SUNNY HAIR mark, and loss of future sales.

11. Plaintiff will suffer immediate and irreparable injury, loss, and damage if the Temporary Restraining Order is dissolved and a preliminary injunction is not entered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 8, 2026, in China.

Pengfei Xia

Pengfei Xia
General Manager of Xuchang Yinren Technology Co., Ltd.