# EXHIBIT A

[English Translation]

国家企业信用信息公示系统
NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM

# Enterprise Credit Information Publicity Report

| | |
|---|---|
| **Enterprise Name** | Weihai Senlian Trading Co., Ltd. |
| Report Generation Time | 2026/10/8 13:53:48 |

 

(The contents of this report are for reference only; for specific details, the query page of the National Enterprise Credit Information Publicity System shall prevail.)

## Information Publicized by Government Departments

### Business License Information

**Unified Social Credit Code:** 91371002344538568A

**Enterprise Name:** Weihai Senlian Trading Co., Ltd.

**Type:** Limited Liability Company (Wholly Owned by a Natural Person)

**Legal Representative:** Cui Yuanyuan

**Registered Capital:** 30.000000 × 10,000 [i.e., 300,000]

**Date of Establishment:** June 05, 2015

Business Term From: June 05, 2015

Business Term To:

**Registration Authority:** Market Supervision and Administration Bureau of Huancui District, Weihai City

**Date of Approval:** August 27, 2024

**Registration Status:** Enterprise in Operation (Open for Business)

**Domicile:** Room -3-4-406, Shichang Avenue, Huancui District, Weihai City, Shandong Province

**Business Scope:** Wholesale and retail of tires, rubber products, lubricating oil, lubricating grease, auto parts, automobile maintenance equipment, beauty and hairdressing supplies, and fishing tackle; import and export of goods and technology within the scope of record-filing; vehicle repair. (For projects that require approval in accordance with law, business activities may be carried out only after approval by the relevant departments.)

(The above information is for reference only; for specific details, the query page of the National Enterprise Credit Information Publicity System shall prevail.)

国家企业信用信息公示系统

NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM

# 企业信用信息公示报告

**企业名称** 威海市森联贸易有限公司

报告生成时间 2026/10/8 13:53:48

（报告内容仅供参考，具体内容请以国家企业信用信息公示系统查询页面为准）

## 政府部门公示信息

### 照面信息

**统一社会信用代码：**91371002344538568A

**企业名称：**威海市森联贸易有限公司

**类型：**有限责任公司(自然人独资)

**法定代表人：** 崔原源

**注册资本：** 30.000000万

**成立日期：** 2015年06月05日

营业期限自：2015年06月05日

营业期限至：

**登记机关：**威海市环翠区市场监督管理局

**核准日期：**2024年08月27日

**登记状态：**在营（开业）企业

**住所：** 山东省威海市环翠区世昌大道-3-4-406室

**经营范围：**轮胎、橡胶制品、润滑油、润滑脂、汽车配件、汽车保养设备、美容美发用品、渔具的批发零售；备案范围内货物及技术进出口；车辆维修。(依法须经批准的项目，经相关部门批准后方可开展经营活动)

(以上信息仅供参考，具体内容请以国家企业信用信息公示系统查询页面为准)