# EXHIBIT B

BA20252245394

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only
**-FILED-**
File No.: BA20252245394
Date Filed: 11/18/2025

B4175-7635 11/18/2025 12:06 PM Received by California Secretary of State

Entity Details

| | |
|---|---|
| Corporation Name | UNION SMULF INC |
| Entity No. | 4301512 |
| Formed In | CALIFORNIA |

Street Address of Principal Office of Corporation

| | |
|---|---|
| Principal Address | 4570 EUCALYPTUS AVE #E<br>CHINO, CA 91710 |

Mailing Address of Corporation

| | |
|---|---|
| Mailing Address | 4570 EUCALYPTUS AVE #E<br>CHINO, CA 91710 |
| Attention | |

Street Address of California Office of Corporation

| | |
|---|---|
| Street Address of California Office | 4570 EUCALYPTUS AVE #E<br>CHINO, CA 91710 |

Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| ZHONGHUA HAN | 4570 EUCALYPTUS AVE #E<br>CHINO, CA 91710 | Chief Executive Officer, Secretary |
| NA LI | 4570 EUCALYPTUS AVE #E<br>CHINO, CA 91710 | Chief Financial Officer |

Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

Directors

| Director Name | Director Address |
|---|---|
| ZHONGHUA HAN | 4570 EUCALYPTUS AVE #E<br>CHINO, CA 91710 |

The number of vacancies on Board of Directors is: 0

Agent for Service of Process

| | |
|---|---|
| Agent Name | ZHONGHUA HAN |
| Agent Address | 4570 EUCALYPTUS AVE #E<br>CHINO, CA 91710 |

Type of Business

| | |
|---|---|
| Type of Business | TRADING, WAREHOUSING, LOGISTIC |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

Labor Judgment

B4175-7636 11/18/2025 12:06 PM Received by California Secretary of State

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

| | |
|---|---|
| */ZHONGHUA HAN/* | *11/18/2025* |
| Signature | Date |

BA20261648634

B4929-0621 08/20/2026 4:34 PM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20261648634

Date Filed: 8/20/2026

Entity Details

| | |
|---|---|
| Corporation Name | UNION SMULF INC |
| Entity No. | 4301512 |
| Formed In | CALIFORNIA |

Street Address of Principal Office of Corporation

| | |
|---|---|
| Principal Address | 4570 EUCALYPTUS AVE #E<br>CHINO, CA 91710 |

Mailing Address of Corporation

| | |
|---|---|
| Mailing Address | 4570 EUCALYPTUS AVE #E<br>CHINO, CA 91710 |
| Attention | |

Street Address of California Office of Corporation

| | |
|---|---|
| Street Address of California Office | 4570 EUCALYPTUS AVE #E<br>CHINO, CA 91710 |

Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| ZHONGHUA HAN | 4570 EUCALYPTUS AVE #E<br>CHINO, CA 91710 | Chief Executive Officer, Secretary |
| NA LI | 4570 EUCALYPTUS AVE #E<br>CHINO, CA 91710 | Chief Financial Officer |

Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

Directors

| Director Name | Director Address |
|---|---|
| ZHONGHUA HAN | 4570 EUCALYPTUS AVE #E<br>CHINO, CA 91710 |

The number of vacancies on Board of Directors is: 0

Agent for Service of Process

| | |
|---|---|
| Agent Name | ZHONGHUA HAN |
| Agent Address | 4570 EUCALYPTUS AVE #E<br>CHINO, CA 91710 |

Type of Business

| | |
|---|---|
| Type of Business | TRADING, WAREHOUSING, LOGISTIC |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

Labor Judgment

B4929-0622 08/20/2026 4:34 PM Received by California Secretary of State

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

| | |
|---|---|
| */ZHONGHUA HAN/* | *08/20/2026* |
| Signature | Date |