# EXHIBIT C

# Exhibit 1

amazon
Deliver to New York 10001
Beauty & Personal Care | Search Amazon
EN | Hello, sign in Account & Lists | Returns & Orders | 0

All | Health AI | Medical Care | Amazon Basics | Best Sellers | Prime | Today's Deals | New Releases | Books | Groceries | Whole Foods

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming

Beauty & Personal Care › Hair Care › Hair Extensions, Wigs & Accessories › Hair Extensions



10 VIDEOS



Click to see full view

# nny Hair Clip in Hair Extensions al Human Hair 120g Remy Hair p in Extensions for Women man Hair Extensions Dark Golden onde Highlights Light Blonde 16 ch

the Sunny Hair Store

(6,085)

1 sustainability feature

-5% $56.65 ($56.65 / count)

List Price: ~~$59.63~~

Get $50 off instantly: Pay $6.65 ~~$56.65~~ upon approval for Amazon Visa. No annual fee.

FREE Returns

usive Prime price

Save 8% at checkout Shop items ›

Save 20% on 1 when you buy 2 Shop items ›

Color:

A-1 #P16/22-Golden Blonde Highlights

Size: **16 Inch-120g-7pcs**

| | | | | | |
|---|---|---|---|---|---|
| 12 Inch-85g-5pcs $45.03 ($17.41 / ounce) ~~$46.78~~ With Prime | 14 Inch-80g-3pcs $47.99 ($19.44 / ounce) | 14 Inch-105g-7pcs $53.99 ($53.99 / count) | 16 Inch-80g-3pcs $54.14 ($21.01 / ounce) ~~$57.00~~ With Prime | 16 Inch-120g-7pcs $56.65 ($56.65 / count) ~~$59.63~~ With Prime | 20 12 |
| 18 Inch-80g-3pcs $67.70 ($27.42 / ounce) | 18 Inch-120g-7pcs $72.99 ($17.24 / ounce) | 18 Inch-135g-7pcs $99.89 ($20.98 / ounce) | 18 Inch-165g-9pcs $135.19 ($25.55 / ounce) | 20 Inch-80g-3pcs $83.99 ($34.02 / ounce) | 22 150 |

‹ 1 2 3 ›

**Bundles with this item**

## Top highlights

| | |
|---|---|
| **Brand** | Sunny Hair |
| **Color** | A-1 #P16/22-Golden Blonde Highlights |
| **Material** | Human Hair |
| **Extension Length** | 16 Inches |
| **Style** | Straight |

### About this item

- Easy At-Home Application: Human hair clip-in extensions provide an easy at-home solution for adding instant length, volume, and highlights in seconds. No glue, no heat, and no

**Prime Member Price**

$56.65 ($56.65 / count)

This price is exclusively for Amazon Prime members.

Join Prime

Cancel anytime

Already a member? Sign in

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Sunny Beauty |
| Returns | FREE 30-day refund/replacement |
| Payment | Secure transaction |

**Regular Price**

$59.63 ($59.63 / count)

FREE delivery Thursday, July 16

Ships from: Amazon
Sold by: Sunny Beauty

Add to List

salon appointment needed — simply clip them in and go; Designed for repeated use, these extensions make it easy to switch up your hairstyle whenever you like

- Versatile Use: Designed for the modern woman, this set helps brides and graduates create voluminous, camera-ready hairstyles for weddings and proms; it also offers professionals and busy moms a quick way to achieve a polished, fuller look—whether you're headed to the office, running weekend errands, or going out for the evening
- Change Your Hair Color Without Chemical Damage: Achieve salon-style color transformations like highlights and

**Item details**

**Additional details**

See all product specifications

Report an issue with this product or seller



**New on Amazon!**
A smooth body shave by Gillette Shop the latest in men's grooming

**Deals on related products** Sponsored

Page 1 of 2

FREE delivery **Thu, Jul 16**

FREE delivery **Thu, Jul 16** on $35 of items shipped by Amazon

## Important information

### Safety Information

1. Clip one weft to a small section of your hair to check for allergic reactions before full use. 2. Securely clip the wefts to thick sections of your own hair; never clip them directly to your scalp, to prevent pain, tension, and potential hair loss. 3. Do not wear them continuously for more than 8-12 hours. Remove them before sleeping, showering, swimming, or exercising. 4. This product is highly flammable. Keep it away from open flames, cigarettes, and unapproved high-heat styling tools.

### Indications

Discover an effortless transformation with our clip-in human hair extensions. Designed for versatility, they add length, volume, and blend naturally with your own hair—suitable for daily wear, special occasions, parties, photoshoots, weddings, and seasonal styling needs. The easy clip-in design allows for application and removal in minutes. For long-term use, gently brush before and after use and store flat when not in use.

### Ingredients

Clip-In Hair Extensions are crafted with sturdy materials and components: 1. Remy human hair: Carefully processed to preserve its soft, authentic texture and appearance. 2. Stainless steel metal clips: Built to provide a secure, reliable hold. 3. Strong sewing thread: Sturdy polyester engineered for durability and long-term use. 4. Gentle, vibrant dye formula: Developed to minimize hair damage while delivering rich, vibrant color.

### Directions

1. Open the package and inspect the product. 2. Match the replacement clips (blonde, black, or brown) to your hair color. 3. Clip the extensions into your hair, ensuring a snug and secure fit. 4. Style your hair as desired, taking care not to exceed a styling tool temperature of 356°F. 5. Remove the extensions when no longer needed.

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## Sustainability features

This product has sustainability features recognized by trusted certifications.

**Carbon impact**

Carbon emissions from the lifecycle of this product
were measured, reduced and/or offset.

As certified by

ClimeCo Certified

**CLIMATE PLEDGE FRIENDLY**

Discover more products with sustainability features. Learn more

## Product description

# Welcome to VeSunny Real Hair Extensions Clip in Human Hair



VeSunny clip-in human hair extensions are comfortable and suitable for **daily wear**. Crafted from real human hair, they offer a smooth finish and can be straightened, curled, or dyed. **Easy to apply and remove**, the extensions unlock versatile styling possibilities.

Upgrading Product Details | Sew-in Double Weft Design | Hair Color | Color Difference Note




Hair Length | Fullness: 1vs2 Packs




## Ve Sunny, Always Together with You




Clip In, Glam On. VeSunny clip-in hair extensions go from day to night—suitable for work, weddings, dates, or just switching up your style.

Q Why are the ends thinner as the length increases?

Q The color looks different online. How can I be sure it will match?

Q Can I dye the hair extensions?

Q How to make the extensions undetectable?

Q Will the 7pcs clip ins feel heavy or uncomfortable?

## More about VeSunny Extensions Clip-ins You Need to Know




The Hidden Truth Abou

## About the color di knew.

In addition to the varying degrees of di different resolutions, there are also diff different lighting conditions.

## VeSunny Extensions Product Comparison

| |  Clip in Hair Extensions<br>Add to Cart |  3pcs Clip in Extensions<br>Buying Options |  7pcs Clip in Extensions<br>Buying Options |  Large<br>Add |
|---|---|---|---|---|
| **Customer Reviews** | 6,085 | 6,085 | 6,085 | |
| **Price** | $53.99 | $57.99 | $71.99 | $83.99 |
| **Weight** | 85-120g | 85g | 85-120g | 120-1 |
| **Beginner Friendly?** | ✓ | ✓ | ✓ | ✓ |
| **Product Highlights** | Natural Balance Hair Volume | Easy Carry, Fast Apply | Natural Balance Hair Volume | Instan |
| **Installation Method** | Easy DIY Application | Easy DIY Application | Easy DIY Application | Easy D |
| **Remove Anytime** | ✓ | ✓ | ✓ | ✓ |
| **Suitable Hair Type** | Fine-Medium | Fine-Medium | Fine-Medium | Mediu |
| **Common Use Case** | Everyday Wear & Natural Look | Light Volume Boost | Everyday Wear & Natural Look | Fuller |
| **End Style** ? | Standard Natural Tapered Ends | Standard Natural Tapered Ends | Standard Natural Tapered Ends | Stand |

### From the brand




## Product details

- **Is Discontinued By Manufacturer :** No
- **Product Dimensions :** 16 x 1 x 1 inches; 4.23 ounces
- **Item model number :** CP_P16-22_16
- **UPC :** 714890854697 732083216350
- **Manufacturer :** Weihai senlian interational trade co.,ltd
- **ASIN :** B01IAYIJCI
- **Best Sellers Rank:** #4,643 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care)
  #13 in Hair Extensions
- **Customer Reviews:**
  4.3 (6,085)

## Product guides and documents

User Guide (PDF)

Safety Information (PDF)

Troubleshooting Guide (PDF)

See more

## Related products with free delivery on eligible orders

Page 1 of 38

Sponsored | Try Prime for unlimited fast, free shipping