**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

XUCHANG YINREN TECHNOLOGY CO., LTD.

Plaintiff,

v.

Case No.: 1:26−cv−10328

Honorable Thomas M. Durkin

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 8, 2026:

MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 10/8/2026. No one was present on behalf of Plaintiff. The courtroom deputy will contact the parties to schedule an evidentiary hearing on the motion to dissolve the TRO. Witnesses may appear by video, counsel are to be present in court. The TRO remains in place. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.