IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| XUCHANG YINREN TECHNOLOGY CO., LTD., | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-10328 |
| v. | ) | Honorable Thomas M. Durkin |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | ) | Magistrate Judge Laura K. McNally |
| Defendants. | ) | |

**DECLARATION OF CUI YUANYUAN IN SUPPORT OF MOTION TO REQUIRE POSTING OF ADEQUATE SECURITY AND TO LIMIT THE ASSET RESTRAINT**

I, Cui Yuanyuan, declare as follows:

1. I am the General Manager of Weihai Senlian Trading Co., Ltd. (the "Company"), which operates the Sunny Beauty Amazon storefront. I have worked for the Company since June 2015 and have served as General Manager since approximately 2016. I oversee its Amazon operations. The Seller Central account name is Sunny Hair Beauty.

2. I have personal knowledge of the facts in this declaration through my work and my review of the Company's business records. I am familiar with the records attached below and the sales, cost, inventory, shipment, and loan records discussed in this declaration.

3. Attached as Exhibit A is a true copy of Amazon's record of the 21 Sunny Beauty product listings, identified by ASIN, that Amazon has restricted in this case. Despite these restrictions, Amazon rates our account "Healthy" and gives it a perfect Account Health Rating of 1,000.

4. Attached as Exhibit B is a true copy of our Amazon statement showing that $1,212,080.72 in the Sunny Beauty store's account was frozen as of October 9, 2026.

5. Attached as Exhibit C are true copies of our Amazon sales reports for the restricted products.

6. Attached as Exhibit D is a true copy of our purchase cost record for the 21 restricted ASINs.

7. Attached as Exhibit E are true copies of our Amazon return and refund records for the restricted products.

8. Attached as Exhibit F are true copies of the Company's purchase orders and invoices for hair products.

9. Attached as Exhibit G are true copies of our Amazon shipment and tracking records for inventory sent to Amazon.

10. Attached as Exhibit H is a true printout of selected columns from our updated sales and expense report for other products.

11. Attached as Exhibit I is a true printout of our purchase cost records for those other products.

12. Attached as Exhibit J is a true printout of selected columns from our Amazon customer return report.

13. Attached as Exhibit K is a true copy of Amazon's records for shipment FBA19D4MS5LM. The records show that the shipment contained 256 units and was delivered to Amazon.

14. Attached as Exhibit L are true copies of our freight invoice and shipping bill. These charges cover shipping from our warehouse to Amazon.

15. Attached as Exhibit M are true copies of the September 20, 2026 loan agreement and bank receipts for my RMB 2,700,000 loan to the Company. I made this loan for working capital and product purchases at an annual interest rate of 3%.

16. Attached as Exhibit N is a true copy of the supplemental confirmation providing that interest on the full RMB 2,700,000 loan begins on September 20, 2026. Under the agreement's 360-day calculation, interest accrues at RMB 225 per day.

17. Attached as Exhibit O is a true copy of Amazon's August 31, 2026 correspondence in case 21812830231, confirming updates to the manufacturer information for our products to identify the Company.

18. Attached as Exhibit P is a true copy of Amazon's August 31, 2026 correspondence in case 21815341091, confirming that the manufacturer information for the listed products already identified the Company or had been updated to do so.

19. Attached as Exhibit Q is a true copy of Amazon Seller Central case history 21782001161, showing our requests to correct manufacturer information and Amazon's responses.

20. Attached as Exhibit R is a true copy of Amazon Brand Registry case history 21815341091 concerning the manufacturer information for our products.

21. Attached as Exhibit S is a true copy of the Sunny Hair and VeSunny website maintenance screenshot, which states that the online store is temporarily unavailable.

22. Attached as Exhibit T is a true copy of an Amazon Seller Support email screenshot confirming updates to identify the Company as the manufacturer of five listed ASINs.

23. After the September 24, 2026 hearing, the Company suspended additional SUNNY HAIR listings because of the continuing restraints. These were separate from the 21 listings restricted by Amazon.

24. Attached as Exhibit U is our estimate of losses from 30 additional days of restrictions. I reviewed it and the supporting sales, purchase-cost, inventory, shipping, and loan records and adopt its calculation.

25. Exhibit U uses sales and costs from August 10 through September 9, 2026. After deducting Amazon charges, refunds, purchase costs, shipping, and the loss on the original 21 products, the calculated earnings for those 31 days are $117,271.34.

26. The loan was needed to pay suppliers and shipping costs because our funds were frozen. Purchases and supplier deliveries continued under existing orders. The estimate assumes we continue restocking products as they sell. Repayment had not begun when I supplied the loan information, and 30 days' interest on the full loan is $1,008.46.

27. For 30 additional days of restrictions, Exhibit U estimates $113,488.39 in lost earnings plus $1,008.46 in loan interest, totaling $114,496.85.

28. The restrictions prevent sales of affected products and access to funds needed to keep our business operating.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 14, 2026 at Weihai, China.

Cui Yuanyuan

Cui Yuanyuan