# Exhibit A

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discour

Account health > Manage account health > Manage compliance

Account Health Customer Service Performance Product Policy Compliance Shipping Performance Reports Eligibilities

# Policy Compliance

Leave feedback

## Policy Compliance Issues: 21

**Target**: 0 Issues

Amazon policies maintain a store that is safe for buyers and fair to sellers. Violations of these policies may result in content removal or account deactivation. Below is a record of all listings associated with your account that violate Amazon policy. View a full list of our policies for more detail.

Seller Forums ask other Sellers and Amazon

### Account Health Rating

This rating reflects your adherence to Amazon's selling policies. Learn more.

**1000**

0 100 200 1000

### Ask Seller Assistant

Have questions about account health? Get personalized guidance from Seller Assistant.

Chat about Account Health

**From** ⓘ 04/13/2026

**To** ⓘ 10/09/2026

Reset Apply dates Add additional filter ASIN, SKU, Brand or Reason

Applied Filters

Feedback

Received Intellectual Property Complaints (21)

Open Archived

| Reason | Date | What was impacted? | At Risk Sales | Action Taken | Account Health Rating Impact | Next Steps |
|---|---|---|---|---|---|---|
| Ongoing Litigation | Sep 10, 2026 | Sunny Hair Black Tape in Hair Extensions Real Human Hair ASIN B09WZX72HR | $88,877 | Listing removed | High | View listing Submit Status: Your submission is required. |
| Ongoing Litigation | Sep 10, 2026 | Sunny Hair 18 Inch Microlink Hair Extensions Human Hair Remy Straight ASIN B09K7HD7P8 | $52,717 | Listing removed | High | View listing Submit Status: Your submission is required. |
| Ongoing Litigation | Sep 10, 2026 | Sunny Hair Tape in Hair Extensions Remy Human Hair 18 Inch ASIN B0752744S7 | $32,995 | Listing removed | High | View listing Submit Status: Your submission is required. |
| Ongoing Litigation | Sep 10, 2026 | Sunny Hair Tape in Hair Extensions Human Hair Brown 18 Inch for Daily Wear ASIN B01LYRNH2I | $46,852 | Listing removed | High | View listing Submit Status: Your submission is required. |

Feedback

| | | | | | | |
|---|---|---|---|---|---|---|
| Ongoing Litigation | Sep 10, 2026 | Ve Sunny Blonde Clip in Hair Extensions Real Human Hair Remy Hair<br>ASIN B0BXGBBR82 | $98,178 | Listing removed | High | View listing<br>Submit<br>Status: Our evaluation is complete. |
| Ongoing Litigation | Sep 10, 2026 | Sunny Hair Tape in Hair Extensions Human Hair Blonde 22 Inch for Weddings<br>ASIN B0919VNXZQ | $39,317 | Listing removed | High | View listing<br>Submit<br>Status: Your submission is required. |
| Ongoing Litigation | Sep 10, 2026 | Sunny Hair Sew in Hair Extensions Real Human Hair 18 Inch 100G<br>ASIN B07FYH4DM8 | $97,291 | Listing removed | High | View listing<br>Submit<br>Status: Your submission is required. |
| Ongoing Litigation | Sep 10, 2026 | Sunny Hair 22 Inch I Tip Hair Extensions Human Hair Black Invisible Itips<br>ASIN B07PPSSKFB | $105,493 | Listing removed | High | View listing<br>Submit<br>Status: Your submission is required. |
| Ongoing Litigation | Sep 10, 2026 | Sunny Hair Tape in Hair Extensions Human Hair Jet Black 24Inch 20pcs 50g<br>ASIN B019ETSS92 | $150,158 | Listing removed | High | View listing<br>Submit<br>Status: Your submission is required. |
| Ongoing Litigation | Sep 10, 2026 | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions<br>ASIN B01IAYIJCI | $123,274 | Listing removed | High | View listing<br>Submit<br>Status: Your submission is required. |

© 1999-2026, Amazon.com, Inc. or its affiliates

| | | | | | | |
|---|---|---|---|---|---|---|
| Ongoing Litigation | Sep 10, 2026 | Sunny Hair Tape in Hair Extensions Human Hair Jet Black 22inch 50g 20pcs<br>ASIN B08RMXWXQM | $590,112 | Listing removed | High | View listing<br>Submit<br>Status: Your submission is required. |
| Ongoing Litigation | Sep 10, 2026 | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions<br>ASIN B01IAYIC9I | $112,616 | Listing removed | High | View listing<br>Submit<br>Status: Your submission is required. |
| Ongoing Litigation | Sep 10, 2026 | Sunny Hair Tape in Hair Extensions Human Hair Dark Brown 18 inch 20Pcs 50g<br>ASIN B08VG1FH2T | $73,782 | Listing removed | High | View listing<br>Submit<br>Status: Your submission is required. |
| Ongoing Litigation | Sep 10, 2026 | Sunny Hair Clip in Hair Extensions Real Human Hair Dark Brown 20 Inch<br>ASIN B07XT81NXJ | $40,584 | Listing removed | High | View listing<br>Submit<br>Status: Your submission is required. |
| Ongoing Litigation | Sep 10, 2026 | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions<br>ASIN B01MZ1CK8R | $46,652 | Listing removed | High | View listing<br>Submit<br>Status: Your submission is required. |
| Ongoing Litigation | Sep 10, 2026 | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde<br>ASIN B0F242G2GG | $22,351 | Listing removed | High | View listing<br>Submit<br>Status: Your submission is required. |

Feedback

| | | | | | | |
|---|---|---|---|---|---|---|
| Ongoing Litigation | Sep 10, 2026 | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions<br>ASIN B01IAYIKHC | $374,572 | Listing removed | High | View listing<br>Submit<br>Status: Your submission is required. |
| Ongoing Litigation | Sep 10, 2026 | Sunny Hair Sew in Hair Extensions Real Human Hair Blonde 18 Inch 100G<br>ASIN B08N5YGM6N | $37,967 | Listing removed | High | View listing<br>Submit<br>Status: Your submission is required. |
| Ongoing Litigation | Sep 10, 2026 | Sunny Hair Clip in Hair Extensions Real Human Hair Dark Brown 22 Inch 120g<br>ASIN B07XT3MDNP | $41,315 | Listing removed | High | View listing<br>Submit<br>Status: Your submission is required. |
| Ongoing Litigation | Sep 10, 2026 | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions<br>ASIN B07KFWY87Y | $62,094 | Listing removed | High | View listing<br>Submit<br>Status: Your submission is required. |
| Ongoing Litigation | Sep 10, 2026 | Sunny Hair Clip in Hair Extensions Real Human Hair Jet Black Natural Blend<br>ASIN B07KP3KLDB | $213,880 | Listing removed | High | View listing<br>Submit<br>Status: Your submission is required. |

Feedback