# Exhibit B

Case: 1:26-cv-10328 Document #: 43-3 Filed: 10/15/26 Page 2 of 3 PageID #:500

**Payment Statement**

| Account Type | Settlement Period |
|---|---|
| Standard Orders | 10/8/2026 – Present (Open) |

| | |
|---|---|
| **Beginning Balance** | **$1,208,513.70** |
| **Sales** | **$9,893.51** |
| Product charges | $9,168.08 |
| Shipping | $48.82 |
| Amazon fees | $5.73 |
| Inventory Reimbursements | $657.19 |
| Fulfillment by Amazon (FBA) | $657.19 |
| Other | $3.17 |
| Other | $10.52 |
| MCF Preferred Pricing Seller Credit | $1.00 |
| Other | $9.52 |
| **Refunds** | **-$2,765.99** |
| Refunded expenses | $704.39 |
| Promo rebates | $317.47 |
| Tax and Regulatory fee | $0.45 |
| Other | $386.47 |
| Refunded sales | -$3,470.38 |
| Product charges | -$3,458.42 |
| Shipping | -$11.96 |
| **Expenses** | **-$3,473.31** |
| Promo rebates | -$746.98 |
| FBA fees | -$184.52 |
| FBA Inbound Placement Service Fee | -$87.56 |
| AWD Transportation Fee | -$3.31 |
| AWD Processing Fee | -$1.40 |
| Other | -$92.25 |
| Cost of Advertising | -$502.81 |

| | |
|---|---|
| Shipping charges | -$6.63 |
| Amazon fees | -$1,804.52 |
| Reversed Reimbursements | -$155.81 |
| Fulfillment by Amazon (FBA) | -$155.81 |
| Other | -$57.23 |
| Other | -$14.81 |
| **Account Level Reserve** | **-$1,212,080.72** |
| **Net Proceeds** | **$87.19** |

**Transfer of $87.19 scheduled to initiate on 10/22/2026***

*Transfers can take 3-5 business days to complete and actual transfer amount is subject to change. View our Help page for more information about when you will be paid.