# Exhibit C

| (Child) ASIN | Title | Sessions - Total | Page Views - Total | Units Ordered | Ordered Product Sales | Units Refunded |
|---|---|---|---|---|---|---|
| B019ETSS92 | Sunny Hair Tape in Hair Extensions Human Hair Jet Black 24Inch 20pcs 50g | 0 | 0 | 0 | $0.00 | 2 |

| (Child) ASIN | Title | Sessions - Total | Page Views - Total | Units Ordered | Ordered Product Sales | Units Refunded |
|---|---|---|---|---|---|---|
| B01IAYIC9I | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 0 | 0 | 0 | $0.00 | 1 |

| (Child) ASIN | Title | Sessions - Total | Page Views - Total | Units Ordered | Ordered Product Sales | Units Refunded |
|---|---|---|---|---|---|---|
| B01IAYIJCI | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 0 | 0 | 0 | $0.00 | 3 |

| (Child) ASIN | Title | Sessions - Total | Page Views - Total | Units Ordered | Ordered Product Sales | Units Refunded |
|---|---|---|---|---|---|---|
| B01IAYIKHC | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 0 | 0 | 0 | $0.00 | 9 |

| (Child) ASIN | Title | Sessions - Total | Page Views - Total | Units Ordered | Ordered Product Sales | Total Order Items | Units Refunded |
|---|---|---|---|---|---|---|---|
| B01LYRNH2I | Sunny Hair Tape in Hair Extensions Human Hair Brown 18 Inch for Daily Wear | 0 | 0 | 0 | $0.00 | 0 | 2 |

| (Child) ASIN | Title | Sessions - Total | Page Views - Total | Units Ordered | Ordered Product Sales | Units Refunded |
|---|---|---|---|---|---|---|
| B01MZ1CK8R | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 0 | 0 | 0 | $0.00 | 1 |

| (Child) ASIN | Title | Sessions - Total | Page Views - Total | Units Ordered | Ordered Product Sales | Total Order Items | Units Refunded |
|---|---|---|---|---|---|---|---|
| B0752744S7 | Sunny Hair Tape in Hair Extensions Remy Human Hair 18 Inch | 0 | 0 | 0 | $0.00 | 0 | 2 |

| (Child) ASIN | Title | Sessions - Total | Page Views - Total | Units Ordered | Ordered Product Sales | Units Refunded |
|---|---|---|---|---|---|---|
| B07FYH4DM8 | Sunny Hair Sew in Hair Extensions Real Human Hair 18 Inch 100G | 0 | 0 | 0 | $0.00 | 8 |

| (Child) ASIN | Title | Sessions - Total | Page Views - Total | Units Ordered | Ordered Product Sales | Units Refunded |
|---|---|---|---|---|---|---|
| B07KFWY87Y | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 0 | 0 | 0 | $0.00 | 1 |

| (Child) ASIN | Title | Sessions - Total | Page Views - Total | Units Ordered | Ordered Product Sales | Units Refunded |
|---|---|---|---|---|---|---|
| B07KP3KLDB | Sunny Hair Clip in Hair Extensions Real Human Hair Jet Black Natural Blend | 0 | 0 | 0 | $0.00 | 2 |

| (Child) ASIN | Title | Sessions - Total | Page Views - Total | Units Ordered | Ordered Product Sales | Units Refunded |
|---|---|---|---|---|---|---|
| B07PPSSKFB | Sunny Hair 22 Inch I Tip Hair Extensions Human Hair Black Invisible Itips | 0 | 0 | 0 | $0.00 | 14 |

| (Child) ASIN | Title | Sessions - Total | Page Views - Total | Units Ordered | Ordered Product Sales | Units Refunded |
|---|---|---|---|---|---|---|
| B07XT3MDNP | Sunny Hair Clip in Hair Extensions Real Human Hair Dark Brown 22 Inch 120g | 0 | 0 | 0 | $0.00 | 1 |

| (Child) ASIN | Title | Sessions - Total | Page Views - Total | Units Ordered | Ordered Product Sales | Units Refunded |
|---|---|---|---|---|---|---|
| B07XT81NXJ | Sunny Hair Clip in Hair Extensions Real Human Hair Dark Brown 20 Inch | 0 | 0 | 0 | $0.00 | 2 |

| (Child) ASIN | Title | Sessions - Total | Page Views - Total | Units Ordered | Ordered Product Sales | Units Refunded |
|---|---|---|---|---|---|---|
| B08N5YGM6N | Sunny Hair Sew in Hair Extensions Real Human Hair Blonde 18 Inch 100G | 0 | 0 | 0 | $0.00 | 1 |

| (Child) ASIN | Title | Sessions - Total | Page Views - Total | Units Ordered | Ordered Product Sales | Units Refunded |
|---|---|---|---|---|---|---|
| B08RMXWXQM | Sunny Hair Tape in Hair Extensions Human Hair Jet Black 22inch 50g 20pcs | 0 | 0 | 0 | $0.00 | 7 |

| (Child) ASIN | Title | Sessions - Total | Page Views - Total | Units Ordered | Ordered Product Sales | Units Refunded |
|---|---|---|---|---|---|---|
| B08VG1FH2T | Sunny Hair Tape in Hair Extensions Human Hair Dark Brown 18 inch 20Pcs 50g | 38 | 51 | 0 | $0.00 | 1 |

| (Child) ASIN | Title | Sessions - Total | Page Views - Total | Units Ordered | Ordered Product Sales | Units Refunded |
|---|---|---|---|---|---|---|
| B0919VNXZQ | Sunny Hair Tape in Hair Extensions Human Hair Blonde 22 Inch for Weddings | 0 | 0 | 0 | $0.00 | 0 |

| (Child) ASIN | Title | Sessions - Total | Page Views - Total | Units Ordered | Ordered Product Sales | Total Order Items | Units Refunded |
|---|---|---|---|---|---|---|---|
| B09K7HD7P8 | Sunny Hair 18 Inch Microlink Hair Extensions Human Hair Remy Straight | 0 | 0 | 0 | $0.00 | 0 | 1 |

| (Child) ASIN | Title | Sessions - Total | Page Views - Total | Units Ordered | Ordered Product Sales | Total Order Items | Units Refunded | Refund Rate |
|---|---|---|---|---|---|---|---|---|

| (Child) ASIN | Title | Sessions - Total | Page Views - Total | Units Ordered | Ordered Product Sales | Units Refunded |
|---|---|---|---|---|---|---|
| B0BXGBBR82 | Ve Sunny Blonde Clip in Hair Extensions Real Human Hair Remy Hair | 0 | 0 | 0 | $0.00 | 9 |

| (Child) ASIN | Title | Sessions - Total | Page Views - Total | Units Ordered | Ordered Product Sales | Units Refunded |
|---|---|---|---|---|---|---|
| B0F242G2GG | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde | 0 | 0 | 0 | $0.00 | 2 |