# Exhibit D

| ASIN | SKU | 采购价 |
|---|---|---|
| B09WZX72HR | TP_1_18_50G3 | 106.80 |
| B0752744S7 | TP_2-2-6_18_50G3 | 111.53 |
| B01LYRNH2I | TP_P4-27_18_50G3 | 117.78 |
| B0919VNXZQ | TP_60_22_50G3 | 198.14 |
| B019ETSS92 | TP_1_24_50G3 | 176.64 |
| B08RMXWXQM | TP_1_22_50G3 | 152.45 |
| B08VG1FH2T | TP_2_18_50G3 | 106.77 |
| B07FYH4DM8 | HW_P4-27_18__100G4 | 181.14 |
| B08N5YGM6N | HW_P16-22_18_100G4 | 205.38 |
| B09K7HD7P8 | ML_1B-4-18_18_50G3 | 107.50 |
| B07PPSSKFB | IT_1_22__50G3 | 142.44 |
| B0BXGBBR82 | CP_60_18_105G4 | 236.38 |
| B01IAYIJCI | CP_P16-22_16_105G4 | 174.82 |
| B01IAYIC9I | CP_P16-22_20_105G4 | 270.16 |
| B07XT81NXJ | CP_2_20_105G4 | 221.99 |
| B01MZ1CK8R | CP_P16-22_24_105G4 | 368.03 |
| B0F242G2GG | CP_P10-60_16_105G4 | 176.04 |
| B01IAYIKHC | CP_P16-22_18_105G4 | 219.65 |
| B07XT3MDNP | CP_2_22_105G4 | 268.37 |
| B07KFWY87Y | CP_P16-22_22_105G4 | 322.20 |
| B07KP3KLDB | CP_1_22_105G4 | 268.37 |