# Exhibit E

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inventory reports Add Products via Upload Manage

# Amazon Fulfillment Reports

Learn more

Go to FBA Analytics →

Welcome to Reports

**Favorite**

- All Orders
- FBA Inventory
- Fee Preview
- FBA customer returns
- Reimbursements
- Restock Inventory
- Manage FBA Inventory
- Removal Order Detail

**Custom Report Builder**

**Inventory**

- Multi-Channel Fulfillment Inventory
- Inventory Ledger
- AWD Inventory Ledger
- Dangerous Goods (DG) Status
- Restock Inventory
- Stranded Inventory
- Show more...

**Sales**

- Outlet Deals
- Subscribe & Save Performance

## FBA customer returns

Learn more | Rate this page

FBA customer returns that have been received at a fulfillment center

To manage your inventory defects and its related reimbursements related to customer returns effortlessly, please visit Inventory Defect and Reimbursement Portal.

View Online Download Schedule

Merchant SKU: 
Amazon Order Id: 
FNSKU: 
ASIN: B019ETSS92
LPN: 
Event Date: Exact dates 9/29/2026 10/9/2026

Generate Report

1-2 of 2 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

| Date | Amazon Order Id | Merchant SKU | ASIN | FNSKU | Title | Quantity | FC | Disposition | Customer Return Reason | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| October 1, 2026 | 113-5353495-8643461 | TPST#1-24inch | B019ETSS92 | X0013XVCLZ | Sunny Hair Tape in Hair Extensions Human Hair Jet Black 24Inch 20pcs 50g | 1 | LAS2 | Sellable | Unauthorised purchase | Unit retur |

Feedback

Amazon Fulfilled Shipments

Amazon Fulfilled Shipments – Tax Remittance

Show more...

## Payments

Fee Preview

Inventory storage overage fees

Monthly Storage Fees

Returns Processing Fee (Non-Apparel & Non-Shoes)

Show more...

## Customer Concessions

FBA customer returns

Replacements

FBA Grade and Resell report

## Removals

Removal Order Detail

Removal Shipment Detail

## EPR

EPR Category Reports

## Amazon Global Logistics

Fapiao statements

Monthly debit statement

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| September 30, 2026 | 113-5353495-8643461 | TPST#1-24inch | B019ETSS92 | X0013XVCLZ | Sunny Hair Tape in Hair Extensions Human Hair Jet Black 24Inch 20pcs 50g | 1 | LAS2 | Sellable | Unauthorised purchase | Unit retur |

1-2 of 2 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inventory reports Add Products via Upload Manage

# Amazon Fulfillment Reports

Learn more

Go to FBA Analytics →

Welcome to Reports

**Favorite**

All Orders
FBA Inventory
Fee Preview
FBA customer returns
Reimbursements
Restock Inventory
Manage FBA Inventory
Removal Order Detail

**Custom Report Builder**

**Inventory**

Multi-Channel Fulfillment Inventory
Inventory Ledger
AWD Inventory Ledger
Dangerous Goods (DG) Status
Restock Inventory
Stranded Inventory
Show more...

**Sales**

Outlet Deals
Subscribe & Save Performance

## FBA customer returns

Learn more | Rate this page

FBA customer returns that have been received at a fulfillment center

To manage your inventory defects and its related reimbursements related to customer returns effortlessly, please visit Inventory Defect and Reimbursement Portal.

View Online Download Schedule

Merchant SKU: 
Amazon Order Id: 
FNSKU: 
ASIN: B01IAYIC9I
LPN: 
Event Date: Exact dates 9/29/2026 10/9/2026

Generate Report

1-4 of 4 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

| Date | Amazon Order Id | Merchant SKU | ASIN | FNSKU | Title | Quantity | FC | Disposition | Customer Return Reason |
|---|---|---|---|---|---|---|---|---|---|
| October 5, 2026 | 112-0433753-8061864 | CL#16/22-20inch | B01IAYIC9I | X0019SDBW7 | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | LEX1 | Customer Damaged | Product is not as described on |

Feedback

Amazon Fulfilled Shipments

Amazon Fulfilled Shipments – Tax Remittance

Show more...

## Payments

Fee Preview

Inventory storage overage fees

Monthly Storage Fees

Returns Processing Fee (Non-Apparel & Non-Shoes)

Show more...

## Customer Concessions

FBA customer returns

Replacements

FBA Grade and Resell report

## Removals

Removal Order Detail

Removal Shipment Detail

## EPR

EPR Category Reports

## Amazon Global Logistics

Fapiao statements

Monthly debit statement

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| October 1, 2026 | 111-0746137-9041832 | CL#16/22-20inch | B01IAYIC9I | X0019SDBW7 | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | LEX1 | Customer Damaged | Product is not as described on |
| September 30, 2026 | 111-8879450-1716213 | CL#16/22-20inch | B01IAYIC9I | X0019SDBW7 | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | LAS2 | Customer Damaged | Product is not as described on |
| September 30, 2026 | 113-7239920-6347454 | CL#16/22-20inch | B01IAYIC9I | X0019SDBW7 | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | LAS2 | Customer Damaged | Item is defective |

1-4 of 4 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

© 1999-2026, Amazon.com, Inc. or its affiliates

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inventory reports Add Products via Upload Manage

# Amazon Fulfillment Reports

Learn more

Go to FBA Analytics →

Welcome to Reports

**Favorite**

- All Orders
- FBA Inventory
- Fee Preview
- FBA customer returns
- Reimbursements
- Restock Inventory
- Manage FBA Inventory
- Removal Order Detail

**Custom Report Builder**

**Inventory**

- Multi-Channel Fulfillment Inventory
- Inventory Ledger
- AWD Inventory Ledger
- Dangerous Goods (DG) Status
- Restock Inventory
- Stranded Inventory
- Show more...

**Sales**

- Outlet Deals
- Subscribe & Save Performance

## FBA customer returns

Learn more | Rate this page

FBA customer returns that have been received at a fulfillment center

To manage your inventory defects and its related reimbursements related to customer returns effortlessly, please visit Inventory Defect and Reimbursement Portal.

View Online Download Schedule

Merchant SKU

Amazon Order Id

FNSKU

ASIN

B01IAYIJCI

LPN

Event Date

Exact dates 9/29/2026 10/9/2026

Generate Report

1-12 of 12 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

| Date | Amazon Order Id | Merchant SKU | ASIN | FNSKU | Title | Quantity | FC | Disposition | Customer Return Reason |
|---|---|---|---|---|---|---|---|---|---|

Feedback

Amazon Fulfilled Shipments
Amazon Fulfilled Shipments – Tax Remittance
Show more...

## Payments

Fee Preview
Inventory storage overage fees
Monthly Storage Fees
Returns Processing Fee (Non-Apparel & Non-Shoes)
Show more...

## Customer Concessions

FBA customer returns
Replacements
FBA Grade and Resell report

## Removals

Removal Order Detail
Removal Shipment Detail

## EPR

EPR Category Reports

## Amazon Global Logistics

Fapiao statements
Monthly debit statement

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| October 7, 2026 | 702-9500719-8378624 | CL#16/22-16-ca | B01IAYIJCI | X001AY4Z39 | Sunny Hair Clip in Hair Extensions for Women Human Hair 16inch 120g Remy | 1 | YYZ7 | Customer Damaged | The product is not compatible |
| October 6, 2026 | 112-7390769-7108202 | CL#16/22-16inch | B01IAYIJCI | X0018VUC63 | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | IAH1 | Customer Damaged | Product is not as described on |
| October 5, 2026 | 114-8784799-8149821 | CL#16/22-16inch | B01IAYIJCI | X0018VUC63 | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | PGA1 | Sellable | Unwanted item |
| October 4, 2026 | 113-7010687-0295414 | CL#16/22-16inch | B01IAYIJCI | X0018VUC63 | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | FAR1 | Customer Damaged | Poor Fit |
| October 3, 2026 | 111-8131603-4245809 | CL#16/22-16inch | B01IAYIJCI | X0018VUC63 | Sunny Hair Clip in Hair Extensions Real Human Hair | 1 | LEX2 | Sellable | Product is not as described on |

Feedback

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Blonde Remy Extensions | | | | |
| October 1, 2026 | 114-2358570-5372237 | CL#16/22-16inch | B01IAYIJCI | X0018VUC63 | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | CHA1 | Customer Damaged | Product is not as described on |
| October 1, 2026 | 112-0656082-4043414 | CL#16/22-16inch | B01IAYIJCI | X0018VUC63 | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | EWR7 | Customer Damaged | Poor Fit |
| October 1, 2026 | 113-8799471-4538627 | CL#16/22-16inch | B01IAYIJCI | X0018VUC63 | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | IND8 | Customer Damaged | Unwanted item |
| October 1, 2026 | 113-8159725-9948249 | CL#16/22-16inch | B01IAYIJCI | X0018VUC63 | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | IND8 | Customer Damaged | Product is not as described on |
| September 30, 2026 | 111-1452979-1612202 | CL#16/22-16inch | B01IAYIJCI | X0018VUC63 | Sunny Hair Clip in Hair Extensions | 1 | EWR7 | Customer Damaged | Poor Fit |

Feedback

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Real Human Hair Blonde Remy Extensions | | | | |
| September 29, 2026 | 113-1489461-9217826 | CL#16/22-16inch | B01IAYIJCI | X0018VUC63 | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | LAS2 | Customer Damaged | Product is not as described on |
| September 29, 2026 | 114-0328345-3806666 | CL#16/22-16inch | B01IAYIJCI | X0018VUC63 | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | LEX2 | Customer Damaged | Poor Fit |

1-12 of 12 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inventory reports Add Products via Upload Manage

# Amazon Fulfillment Reports

Learn more

Go to FBA Analytics →

Welcome to Reports

**Favorite**

All Orders
FBA Inventory
Fee Preview
FBA customer returns
Reimbursements
Restock Inventory
Manage FBA Inventory
Removal Order Detail

**Custom Report Builder**

**Inventory**

Multi-Channel Fulfillment Inventory
Inventory Ledger
AWD Inventory Ledger
Dangerous Goods (DG) Status
Restock Inventory
Stranded Inventory
Show more...

**Sales**

Outlet Deals
Subscribe & Save Performance

## FBA customer returns

Learn more | Rate this page

FBA customer returns that have been received at a fulfillment center

To manage your inventory defects and its related reimbursements related to customer returns effortlessly, please visit Inventory Defect and Reimbursement Portal.

View Online Download Schedule

Merchant SKU
Amazon Order Id
FNSKU
ASIN: B01IAYIKHC
LPN
Event Date: Exact dates 9/29/2026 10/9/2026

Generate Report

1-30 of 30 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

| Date | Amazon Order Id | Merchant SKU | ASIN | FNSKU | Title | Quantity | FC | Disposition | Customer Return Reason |
|---|---|---|---|---|---|---|---|---|---|

Feedback

Amazon Fulfilled Shipments

Amazon Fulfilled Shipments – Tax Remittance

Show more...

## Payments

Fee Preview

Inventory storage overage fees

Monthly Storage Fees

Returns Processing Fee (Non-Apparel & Non-Shoes)

Show more...

## Customer Concessions

FBA customer returns

Replacements

FBA Grade and Resell report

## Removals

Removal Order Detail

Removal Shipment Detail

## EPR

EPR Category Reports

## Amazon Global Logistics

Fapiao statements

Monthly debit statement

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| October 8, 2026 | 702-9984178-2717025 | CL#16/22-18-ca | B01IAYIKHC | X001AVYFM3 | Sunny Hair Clip in Hair Extensions for Women Human Hair 18inch 120g Remy | 1 | YYZ1 | Customer Damaged | Product is not as described c |
| October 8, 2026 | 114-2918835-7427445 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | IND8 | Sellable | Unwanted item |
| October 7, 2026 | 111-6485335-4785022 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | CHA1 | Sellable | Unwanted item |
| October 7, 2026 | 111-9176080-2877816 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | LEX2 | Customer Damaged | Product is not as described c |
| October 6, 2026 | 112-3610248-7467467 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair Extensions Real Human Hair | 1 | SDF9 | Customer Damaged | Poor Fit |

Feedback

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Blonde Remy Extensions | | | | |
| October 6, 2026 | 113-7839323-7619466 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | LAS2 | Customer Damaged | Product is not as described o |
| October 5, 2026 | 702-7527352-2293028 | CL#16/22-18-ca | B01IAYIKHC | X001AVYFM3 | Sunny Hair Clip in Hair Extensions for Women Human Hair 18inch 120g Remy | 1 | YYZ1 | Defective | The product is not compatib |
| October 5, 2026 | 114-6671848-4182644 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | EWR7 | Customer Damaged | Unwanted item |
| October 5, 2026 | 112-9519237-8938630 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | PGA1 | Customer Damaged | Product is not as described o |
| October 4, 2026 | 111-5400706-0197064 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair | 1 | IND8 | Customer Damaged | Item is defective |

Feedback

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Extensions Real Human Hair 120g Remy Hair Clip in Extensions for Women Human Hair Extensions Dark Golden Blonde Highlights Light Blonde 18 Inch | | | | |
| October 4, 2026 | 114-0073933-9364221 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | FAR1 | Sellable | Unwanted item |
| October 3, 2026 | 701-7550011-8199447 | CL#16/22-18-ca | B01IAYIKHC | X001AVYFM3 | Sunny Hair Clip in Hair Extensions for Women Human Hair 18inch 120g Remy | 1 | YYZ7 | Customer Damaged | The product performance/qu |

Feedback

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| October 3, 2026 | 111-6168520-1512228 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | IND8 | Customer Damaged | Product damaged or defecti |
| October 3, 2026 | 113-1919525-9006637 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | IND8 | Customer Damaged | Item is defective |
| October 3, 2026 | 702-2131676-0112216 | CL#16/22-18-ca | B01IAYIKHC | X001AVYFM3 | Sunny Hair Clip in Hair Extensions for Women Human Hair 18inch 120g Remy | 1 | YYZ1 | Customer Damaged | Item is defective |
| October 3, 2026 | 113-6271235-8441856 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | IND8 | Customer Damaged | Poor Fit |
| October 2, 2026 | 111-6193369-1175437 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair Extensions Real Human Hair | 1 | PGA1 | Sellable | The product performance/qu |

Feedback

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Blonde Remy Extensions | | | | |
| October 2, 2026 | 113-7658476-8138655 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | LAS2 | Customer Damaged | Product is not as described c |
| October 2, 2026 | 113-5082230-3801834 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | IND8 | Customer Damaged | Poor Fit |
| October 1, 2026 | 112-0126440-6597026 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | CHA1 | Sellable | Unwanted item |
| October 1, 2026 | 112-2593726-3988211 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | LEX1 | Customer Damaged | Unwanted item |
| October 1, 2026 | 113-8209841-2145862 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair Extensions | 1 | IND8 | Customer Damaged | Item is defective |

Feedback

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Real Human Hair Blonde Remy Extensions | | | | |
| October 1, 2026 | 113-8209841-2145862 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | IND8 | Customer Damaged | Item is defective |
| September 30, 2026 | 111-0933997-6889868 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | LAS2 | Customer Damaged | Product is not as described c |
| September 30, 2026 | 114-3210339-9872213 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | MEM3 | Customer Damaged | Product is not as described c |
| September 30, 2026 | 702-1649351-7393838 | CL#16/22-18-ca | B01IAYIKHC | X001AVYFM3 | Sunny Hair Clip in Hair Extensions for Women Human Hair 18inch 120g Remy | 1 | YVR3 | Customer Damaged | Item is defective |

Feedback

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| September 30, 2026 | 113-5474139-8997018 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | CHA1 | Customer Damaged | Unwanted item |
| September 29, 2026 | 114-9286587-4683420 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | SDF9 | Customer Damaged | Unwanted item |
| September 29, 2026 | 702-4627383-0183421 | CL#16/22-18-ca | B01IAYIKHC | X001AVYFM3 | Sunny Hair Clip in Hair Extensions for Women Human Hair 18inch 120g Remy | 1 | YYC8 | Customer Damaged | The product is not compatib |
| September 29, 2026 | 113-1590162-0283428 | CL#16/22-18inch | B01IAYIKHC | X00193FJHR | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | LAS2 | Customer Damaged | Product is not as described c |

1-30 of 30 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inventory reports Add Products via Upload Manage

# Amazon Fulfillment Reports

Learn more

Go to FBA Analytics →

Welcome to Reports

**Favorite**

- All Orders
- FBA Inventory
- Fee Preview
- FBA customer returns
- Reimbursements
- Restock Inventory
- Manage FBA Inventory
- Removal Order Detail

**Custom Report Builder**

**Inventory**

- Multi-Channel Fulfillment Inventory
- Inventory Ledger
- AWD Inventory Ledger
- Dangerous Goods (DG) Status
- Restock Inventory
- Stranded Inventory
- Show more...

**Sales**

- Outlet Deals
- Subscribe & Save Performance

## FBA customer returns

Learn more | Rate this page

FBA customer returns that have been received at a fulfillment center

To manage your inventory defects and its related reimbursements related to customer returns effortlessly, please visit Inventory Defect and Reimbursement Portal.

View Online Download Schedule

Merchant SKU: 
Amazon Order Id: 
FNSKU: 
ASIN: B01LYRNH2I
LPN: 
Event Date: Exact dates 9/29/2026 10/9/2026

Generate Report

1-3 of 3 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

| Date | Amazon Order Id | Merchant SKU | ASIN | FNSKU | Title | Quantity | FC | Disposition | Customer Return Reason | Statu |
|---|---|---|---|---|---|---|---|---|---|---|
| October 6, 2026 | 114-6099781-6010651 | SLTPP#4/27-18 | B01LYRNH2I | X001KB2S7H | Sunny Hair Tape in Hair Extensions Human Hair Brown 18 Inch for Daily Wear | 1 | PGA1 | Customer Damaged | Unwanted item | Unit |

Feedback

Amazon Fulfilled Shipments

Amazon Fulfilled Shipments – Tax Remittance

Show more...

## Payments

Fee Preview

Inventory storage overage fees

Monthly Storage Fees

Returns Processing Fee (Non-Apparel & Non-Shoes)

Show more...

## Customer Concessions

FBA customer returns

Replacements

FBA Grade and Resell report

## Removals

Removal Order Detail

Removal Shipment Detail

## EPR

EPR Category Reports

## Amazon Global Logistics

Fapiao statements

Monthly debit statement

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| October 5, 2026 | 111-8275430-8059466 | SLTPP#4/27-18 | B01LYRNH2I | X001KB2S7H | Sunny Hair Tape in Hair Extensions Human Hair Brown 18 Inch for Daily Wear | 1 | PHL7 | Sellable | Unknown Reason | Unit |
| October 5, 2026 | 111-8275430-8059466 | SLTPP#4/27-18 | B01LYRNH2I | X001KB2S7H | Sunny Hair Tape in Hair Extensions Human Hair Brown 18 Inch for Daily Wear | 1 | PHL7 | Sellable | Unknown Reason | Unit |

1-3 of 3 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inventory reports Add Products via Upload Manage

# Amazon Fulfillment Reports

Learn more

Go to FBA Analytics →

Welcome to Reports

**Favorite**

- All Orders
- FBA Inventory
- Fee Preview
- FBA customer returns
- Reimbursements
- Restock Inventory
- Manage FBA Inventory
- Removal Order Detail

**Custom Report Builder**

**Inventory**

- Multi-Channel Fulfillment Inventory
- Inventory Ledger
- AWD Inventory Ledger
- Dangerous Goods (DG) Status
- Restock Inventory
- Stranded Inventory
- Show more...

**Sales**

- Outlet Deals
- Subscribe & Save Performance

## FBA customer returns

Learn more | Rate this page

FBA customer returns that have been received at a fulfillment center

To manage your inventory defects and its related reimbursements related to customer returns effortlessly, please visit Inventory Defect and Reimbursement Portal.

View Online Download Schedule

Merchant SKU: 
Amazon Order Id: 
FNSKU: 
ASIN: B01MZ1CK8R
LPN: 
Event Date: Exact dates 9/29/2026 10/9/2026

Generate Report

1-2 of 2 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

| Date | Amazon Order Id | Merchant SKU | ASIN | FNSKU | Title | Quantity | FC | Disposition | Customer Return Reason | Stat |
|---|---|---|---|---|---|---|---|---|---|---|
| October 7, 2026 | 114-1224398-9810619 | SLCL#16/22-24 | B01MZ1CK8R | X001BBPPLH | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | FAR1 | Sellable | Unwanted item | Unit |

Feedback

Amazon Fulfilled Shipments

Amazon Fulfilled Shipments – Tax Remittance

Show more...

## Payments

Fee Preview

Inventory storage overage fees

Monthly Storage Fees

Returns Processing Fee (Non-Apparel & Non-Shoes)

Show more...

## Customer Concessions

FBA customer returns

Replacements

FBA Grade and Resell report

## Removals

Removal Order Detail

Removal Shipment Detail

## EPR

EPR Category Reports

## Amazon Global Logistics

Fapiao statements

Monthly debit statement

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| October 5, 2026 | 114-3417927-4645022 | SLCL#16/22-24 | B01MZ1CK8R | X001BBPPLH | Sunny Hair Clip in Hair Extensions Real Human Hair 24 Inch 120g Remy Extensions Dark Golden Blonde Highlights Double Weft Long Silky Natural Hair for Women Everyday Wear and Wedding | 1 | LAS2 | Customer Damaged | Item is defective | Unit |

1-2 of 2 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inventory reports Add Products via Upload Manage

# Amazon Fulfillment Reports

Learn more

Go to FBA Analytics →

Welcome to Reports

**Favorite**

- All Orders
- FBA Inventory
- Fee Preview
- FBA customer returns
- Reimbursements
- Restock Inventory
- Manage FBA Inventory
- Removal Order Detail

**Custom Report Builder**

**Inventory**

- Multi-Channel Fulfillment Inventory
- Inventory Ledger
- AWD Inventory Ledger
- Dangerous Goods (DG) Status
- Restock Inventory
- Stranded Inventory
- Show more...

**Sales**

- Outlet Deals
- Subscribe & Save Performance

## FBA customer returns

Learn more | Rate this page

FBA customer returns that have been received at a fulfillment center

To manage your inventory defects and its related reimbursements related to customer returns effortlessly, please visit Inventory Defect and Reimbursement Portal.

View Online Download Schedule

Merchant SKU: 

Amazon Order Id: 

FNSKU: 

ASIN: B0752744S7

LPN: 

Event Date: Exact dates 9/29/2026 10/9/2026

Generate Report

1-2 of 2 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

| Date | Amazon Order Id | Merchant SKU | ASIN | FNSKU | Title | Quantity | FC | Disposition | Customer Return Reason |
|---|---|---|---|---|---|---|---|---|---|
| October 3, 2026 | 114-8358985-3868258 | 20pcTape#2/2/6-18 | B0752744S7 | X001KJRSNN | Sunny Hair Tape in Hair Extensions Remy Human Hair 18 Inch | 1 | IND8 | Customer Damaged | Product is not as described on |

Feedback

Amazon Fulfilled Shipments
Amazon Fulfilled Shipments – Tax Remittance
Show more...

Payments
Fee Preview
Inventory storage overage fees
Monthly Storage Fees
Returns Processing Fee (Non-Apparel & Non-Shoes)
Show more...

Customer Concessions
FBA customer returns
Replacements
FBA Grade and Resell report

Removals
Removal Order Detail
Removal Shipment Detail

EPR
EPR Category Reports

Amazon Global Logistics
Fapiao statements
Monthly debit statement

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| October 3, 2026 | 113-5313643-1215463 | 20pcTape#2/2/6-18 | B0752744S7 | X001KJRSNN | Sunny Hair Tape in Hair Extensions Remy Human Hair 18 Inch | 1 | IND8 | Sellable | Poor Fit |

1-2 of 2 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inventory reports Add Products via Upload Manage

# Amazon Fulfillment Reports

Learn more

Go to FBA Analytics →

Welcome to Reports

**Favorite**

All Orders
FBA Inventory
Fee Preview
FBA customer returns
Reimbursements
Restock Inventory
Manage FBA Inventory
Removal Order Detail

**Custom Report Builder**

**Inventory**

Multi-Channel Fulfillment Inventory
Inventory Ledger
AWD Inventory Ledger
Dangerous Goods (DG) Status
Restock Inventory
Stranded Inventory
Show more...

**Sales**

Outlet Deals
Subscribe & Save Performance

## FBA customer returns

Learn more | Rate this page

FBA customer returns that have been received at a fulfillment center

To manage your inventory defects and its related reimbursements related to customer returns effortlessly, please visit Inventory Defect and Reimbursement Portal.

View Online Download Schedule

Merchant SKU
Amazon Order Id
FNSKU
ASIN: B07FYH4DM8
LPN
Event Date: Exact dates 9/29/2026 10/9/2026

Generate Report

1-4 of 4 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

| Date | Amazon Order Id | Merchant SKU | ASIN | FNSKU | Title | Quantity | FC | Disposition | Customer Return Reason |
|---|---|---|---|---|---|---|---|---|---|
| October 3, 2026 | 112-0123728-2889023 | HWNEW4/27-18 | B07FYH4DM8 | X001WIM1I9 | Sunny Hair Sew in Hair Extensions Real Human Hair 18 Inch 100G | 1 | LAS2 | Customer Damaged | Product is not as described o |

Feedback

Amazon Fulfilled Shipments

Amazon Fulfilled Shipments – Tax Remittance

Show more...

## Payments

Fee Preview

Inventory storage overage fees

Monthly Storage Fees

Returns Processing Fee (Non-Apparel & Non-Shoes)

Show more...

## Customer Concessions

FBA customer returns

Replacements

FBA Grade and Resell report

## Removals

Removal Order Detail

Removal Shipment Detail

## EPR

EPR Category Reports

## Amazon Global Logistics

Fapiao statements

Monthly debit statement

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| September 29, 2026 | 111-7231164-9128212 | HWNEW4/27-18 | B07FYH4DM8 | X001WIM1I9 | Sunny Hair Sew in Hair Extensions Real Human Hair 18 Inch 100G | 1 | LAS2 | Sellable | Unwanted item |
| September 29, 2026 | 112-4667541-5901812 | HWNEW4/27-18 | B07FYH4DM8 | X001WIM1I9 | Sunny Hair Sew in Hair Extensions Real Human Hair 18 Inch 100G | 1 | IND8 | Sellable | Unwanted item |
| September 29, 2026 | 112-4667541-5901812 | HWNEW4/27-18 | B07FYH4DM8 | X001WIM1I9 | Sunny Hair Sew in Hair Extensions Real Human Hair 18 Inch 100G | 1 | IND8 | Sellable | Unwanted item |

1-4 of 4 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inventory reports Add Products via Upload Manage

# Amazon Fulfillment Reports

Learn more

Go to FBA Analytics →

Welcome to Reports

**Favorite**

All Orders
FBA Inventory
Fee Preview
FBA customer returns
Reimbursements
Restock Inventory
Manage FBA Inventory
Removal Order Detail

**Custom Report Builder**

**Inventory**

Multi-Channel Fulfillment Inventory
Inventory Ledger
AWD Inventory Ledger
Dangerous Goods (DG) Status
Restock Inventory
Stranded Inventory
Show more...

**Sales**

Outlet Deals
Subscribe & Save Performance

## FBA customer returns

Learn more | Rate this page

FBA customer returns that have been received at a fulfillment center

To manage your inventory defects and its related reimbursements related to customer returns effortlessly, please visit Inventory Defect and Reimbursement Portal.

View Online Download Schedule

Merchant SKU: 
Amazon Order Id: 
FNSKU: 
ASIN: B07KFWY87Y
LPN: 
Event Date: Exact dates 9/29/2026 10/9/2026

Generate Report

1-1 of 1 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

| Date | Amazon Order Id | Merchant SKU | ASIN | FNSKU | Title | Quantity | FC | Disposition | Customer Return Reason |
|---|---|---|---|---|---|---|---|---|---|
| October 4, 2026 | 111-0638545-2199406 | 7pcsClipin#16/22-22 | B07KFWY87Y | X002053IR1 | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde Remy Extensions | 1 | IND8 | Sellable | The item was not received by the esti |

Feedback

Amazon Fulfilled Shipments

Amazon Fulfilled Shipments – Tax Remittance

Show more...

## Payments

Fee Preview

Inventory storage overage fees

Monthly Storage Fees

Returns Processing Fee (Non-Apparel & Non-Shoes)

Show more...

## Customer Concessions

FBA customer returns

Replacements

FBA Grade and Resell report

## Removals

Removal Order Detail

Removal Shipment Detail

## EPR

EPR Category Reports

## Amazon Global Logistics

Fapiao statements

Monthly debit statement

1-1 of 1 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inventory reports Add Products via Upload Manage

# Amazon Fulfillment Reports

Learn more

Go to FBA Analytics →

Welcome to Reports

**Favorite**

All Orders
FBA Inventory
Fee Preview
FBA customer returns
Reimbursements
Restock Inventory
Manage FBA Inventory
Removal Order Detail

**Custom Report Builder**

**Inventory**

Multi-Channel Fulfillment Inventory
Inventory Ledger
AWD Inventory Ledger
Dangerous Goods (DG) Status
Restock Inventory
Stranded Inventory
Show more...

**Sales**

Outlet Deals
Subscribe & Save Performance

## FBA customer returns

Learn more | Rate this page

FBA customer returns that have been received at a fulfillment center

To manage your inventory defects and its related reimbursements related to customer returns effortlessly, please visit Inventory Defect and Reimbursement Portal.

View Online Download Schedule

Merchant SKU
Amazon Order Id
FNSKU
ASIN: B07KP3KLDB
LPN
Event Date: Exact dates 9/29/2026 10/9/2026

Generate Report

1-6 of 6 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

| Date | Amazon Order Id | Merchant SKU | ASIN | FNSKU | Title | Quantity | FC | Disposition | Customer Return Reason |
|---|---|---|---|---|---|---|---|---|---|
| October 7, 2026 | 113-7503284-9658616 | ClipIn#1-22inch | B07KP3KLDB | X002UD477N | Sunny Hair Clip in Hair Extensions Real Human Hair Jet Black Natural Blend | 1 | MQY1 | Sellable | Unknown Reason |

Feedback

Amazon Fulfilled Shipments

Amazon Fulfilled Shipments – Tax Remittance

Show more...

## Payments

Fee Preview

Inventory storage overage fees

Monthly Storage Fees

Returns Processing Fee (Non-Apparel & Non-Shoes)

Show more...

## Customer Concessions

FBA customer returns

Replacements

FBA Grade and Resell report

## Removals

Removal Order Detail

Removal Shipment Detail

## EPR

EPR Category Reports

## Amazon Global Logistics

Fapiao statements

Monthly debit statement

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| October 5, 2026 | 112-8104498-2937835 | ClipIn#1-22inch | B07KP3KLDB | X002UD477N | Sunny Hair Clip in Hair Extensions Real Human Hair Jet Black Natural Blend | 1 | LAS2 | Customer Damaged | Product is not as described on th |
| October 3, 2026 | 111-6263196-2366633 | ClipIn#1-22inch | B07KP3KLDB | X002UD477N | Sunny Hair Clip in Hair Extensions Real Human Hair Jet Black Natural Blend | 1 | LEX2 | Customer Damaged | Item is defective |
| October 2, 2026 | 113-1434887-6697041 | ClipIn#1-22inch | B07KP3KLDB | X002UD477N | Sunny Hair Clip in Hair Extensions Real Human Hair Jet Black Natural Blend | 1 | IND8 | Customer Damaged | Unwanted item |
| October 2, 2026 | 113-5262535-9601848 | ClipIn#1-22inch | B07KP3KLDB | X002UD477N | Sunny Hair Clip in Hair Extensions Real Human Hair Jet Black Natural Blend | 1 | PHX6 | Customer Damaged | Product is not as described on th |
| October 1, 2026 | 112-8954951-0112253 | ClipIn#1-22inch | B07KP3KLDB | X002UD477N | Sunny Hair Clip in Hair Extensions Real Human Hair Jet Black | 1 | LAS2 | Customer Damaged | Product damaged or defective pr |

Feedback

Natural
Blend

1-6 of 6 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inventory reports Add Products via Upload Manage

# Amazon Fulfillment Reports

Learn more

Go to FBA Analytics →

Welcome to Reports

**Favorite**

- All Orders
- FBA Inventory
- Fee Preview
- FBA customer returns
- Reimbursements
- Restock Inventory
- Manage FBA Inventory
- Removal Order Detail

**Custom Report Builder**

**Inventory**

- Multi-Channel Fulfillment Inventory
- Inventory Ledger
- AWD Inventory Ledger
- Dangerous Goods (DG) Status
- Restock Inventory
- Stranded Inventory
- Show more...

**Sales**

- Outlet Deals
- Subscribe & Save Performance

## FBA customer returns

Learn more | Rate this page

FBA customer returns that have been received at a fulfillment center

To manage your inventory defects and its related reimbursements related to customer returns effortlessly, please visit Inventory Defect and Reimbursement Portal.

View Online Download Schedule

Merchant SKU: 
Amazon Order Id: 
FNSKU: 
ASIN: B07PPSSKFB
LPN: 
Event Date: Exact dates 9/29/2026 10/9/2026

Generate Report

1-2 of 2 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

| Date | Amazon Order Id | Merchant SKU | ASIN | FNSKU | Title | Quantity | FC | Disposition | Customer Return Reason | Statu |
|---|---|---|---|---|---|---|---|---|---|---|
| October 5, 2026 | 113-0828659-3353065 | SLI-Tip-#1-22 | B07PPSSKFB | X0023AX4UT | Sunny Hair 22 Inch I Tip Hair Extensions Human Hair Black Invisible Itips | 1 | FSD1 | Sellable | Unknown Reason | Unit r |

Feedback

Amazon Fulfilled Shipments

Amazon Fulfilled Shipments – Tax Remittance

Show more...

## Payments

Fee Preview

Inventory storage overage fees

Monthly Storage Fees

Returns Processing Fee (Non-Apparel & Non-Shoes)

Show more...

## Customer Concessions

FBA customer returns

Replacements

FBA Grade and Resell report

## Removals

Removal Order Detail

Removal Shipment Detail

## EPR

EPR Category Reports

## Amazon Global Logistics

Fapiao statements

Monthly debit statement

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| October 1, 2026 | 113-4707016-0661040 | SLI-Tip-#1-22 | B07PPSSKFB | X0023AX4UT | Sunny Hair 22 Inch I Tip Hair Extensions Human Hair Black Invisible Itips | 1 | FAR1 | Customer Damaged | Poor Fit | Unit r |

1-2 of 2 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inventory reports Add Products via Upload Manage

# Amazon Fulfillment Reports

Learn more

Go to FBA Analytics

Welcome to Reports

**Favorite**

All Orders
FBA Inventory
Fee Preview
FBA customer returns
Reimbursements
Restock Inventory
Manage FBA Inventory
Removal Order Detail

**Custom Report Builder**

**Inventory**

Multi-Channel Fulfillment Inventory
Inventory Ledger
AWD Inventory Ledger
Dangerous Goods (DG) Status
Restock Inventory
Stranded Inventory
Show more...

**Sales**

Outlet Deals
Subscribe & Save Performance

## FBA customer returns

Learn more | Rate this page

FBA customer returns that have been received at a fulfillment center

To manage your inventory defects and its related reimbursements related to customer returns effortlessly, please visit Inventory Defect and Reimbursement Portal.

View Online Download Schedule

Merchant SKU
Amazon Order Id
FNSKU
ASIN: B07XT3MDNP
LPN
Event Date: Exact dates 9/29/2026 10/9/2026

Generate Report

1-1 of 1 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

| Date | Amazon Order Id | Merchant SKU | ASIN | FNSKU | Title | Quantity | FC | Disposition | Customer Return Reason |
|---|---|---|---|---|---|---|---|---|---|
| October 5, 2026 | 112-5278586-9302649 | Clip-#2-22inch | B07XT3MDNP | X002ITKKXJ | Sunny Hair Clip in Hair Extensions Real Human Hair Dark Brown 22 Inch 120g | 1 | LEX1 | Customer Damaged | Product damaged or defective prior |

Feedback

Amazon Fulfilled Shipments

Amazon Fulfilled Shipments – Tax Remittance

Show more...

## Payments

Fee Preview

Inventory storage overage fees

Monthly Storage Fees

Returns Processing Fee (Non-Apparel & Non-Shoes)

Show more...

## Customer Concessions

FBA customer returns

Replacements

FBA Grade and Resell report

## Removals

Removal Order Detail

Removal Shipment Detail

## EPR

EPR Category Reports

## Amazon Global Logistics

Fapiao statements

Monthly debit statement

1-1 of 1 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inventory reports Add Products via Upload Manage

# Amazon Fulfillment Reports

Learn more

Go to FBA Analytics →

Welcome to Reports

**Favorite**

All Orders
FBA Inventory
Fee Preview
FBA customer returns
Reimbursements
Restock Inventory
Manage FBA Inventory
Removal Order Detail

**Custom Report Builder**

**Inventory**

Multi-Channel Fulfillment Inventory
Inventory Ledger
AWD Inventory Ledger
Dangerous Goods (DG) Status
Restock Inventory
Stranded Inventory
Show more...

**Sales**

Outlet Deals
Subscribe & Save Performance

## FBA customer returns

Learn more | Rate this page

FBA customer returns that have been received at a fulfillment center

To manage your inventory defects and its related reimbursements related to customer returns effortlessly, please visit Inventory Defect and Reimbursement Portal.

View Online Download Schedule

Merchant SKU: 
Amazon Order Id: 
FNSKU: 
ASIN: B07XT81NXJ
LPN: 
Event Date: Exact dates 9/29/2026 10/9/2026

Generate Report

1-4 of 4 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

| Date | Amazon Order Id | Merchant SKU | ASIN | FNSKU | Title | Quantity | FC | Disposition | Customer Return Reason |
|---|---|---|---|---|---|---|---|---|---|
| October 6, 2026 | 113-9564573-8020267 | Clip-#2-20inch | B07XT81NXJ | X002EMZTXL | Sunny Hair Clip in Hair Extensions Real Human Hair Dark Brown 20 Inch | 1 | LEX2 | Customer Damaged | Poor Fit |

Feedback

Amazon Fulfilled Shipments

Amazon Fulfilled Shipments – Tax Remittance

Show more...

## Payments

Fee Preview

Inventory storage overage fees

Monthly Storage Fees

Returns Processing Fee (Non-Apparel & Non-Shoes)

Show more...

## Customer Concessions

FBA customer returns

Replacements

FBA Grade and Resell report

## Removals

Removal Order Detail

Removal Shipment Detail

## EPR

EPR Category Reports

## Amazon Global Logistics

Fapiao statements

Monthly debit statement

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| October 4, 2026 | 112-2458356-2774600 | Clip-#2-20inch | B07XT81NXJ | X002EMZTXL | Sunny Hair Clip in Hair Extensions Real Human Hair Dark Brown 20 Inch | 1 | PHX6 | Customer Damaged | Product is not as described on the w |
| October 2, 2026 | 114-4329278-8065025 | Clip-#2-20inch | B07XT81NXJ | X002EMZTXL | Sunny Hair Clip in Hair Extensions Real Human Hair Dark Brown 20 Inch | 1 | PGA1 | Customer Damaged | Product is not as described on the w |
| October 1, 2026 | 114-3341025-6338627 | Clip-#2-20inch | B07XT81NXJ | X002EMZTXL | Sunny Hair Clip in Hair Extensions Real Human Hair Dark Brown 20 Inch | 1 | IND8 | Customer Damaged | I found better prices elsewhere |

1-4 of 4 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inventory reports Add Products via Upload Manage

# Amazon Fulfillment Reports

Learn more

Go to FBA Analytics →

Welcome to Reports

**Favorite**

All Orders
FBA Inventory
Fee Preview
FBA customer returns
Reimbursements
Restock Inventory
Manage FBA Inventory
Removal Order Detail

**Custom Report Builder**

**Inventory**

Multi-Channel Fulfillment Inventory
Inventory Ledger
AWD Inventory Ledger
Dangerous Goods (DG) Status
Restock Inventory
Stranded Inventory
Show more...

**Sales**

Outlet Deals
Subscribe & Save Performance

## FBA customer returns

Learn more | Rate this page

FBA customer returns that have been received at a fulfillment center

To manage your inventory defects and its related reimbursements related to customer returns effortlessly, please visit Inventory Defect and Reimbursement Portal.

View Online Download Schedule

Merchant SKU: 
Amazon Order Id: 
FNSKU: 
ASIN: B08N5YGM6N
LPN: 
Event Date: Exact dates 9/29/2026 10/9/2026

Generate Report

1-1 of 1 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

| Date | Amazon Order Id | Merchant SKU | ASIN | FNSKU | Title | Quantity | FC | Disposition | Customer Return Rea |
|---|---|---|---|---|---|---|---|---|---|
| October 1, 2026 | 114-8530688-2035456 | USHairWeftSew#16/22-18 | B08N5YGM6N | X002VD9E2Z | Sunny Hair Sew in Hair Extensions Real Human Hair 100G Double-Wefted Golden Blonde | 1 | HOU3 | Customer Damaged | No reason given |

Feedback

Amazon Fulfilled Shipments

Amazon Fulfilled Shipments – Tax Remittance

Show more...

## Payments

Fee Preview

Inventory storage overage fees

Monthly Storage Fees

Returns Processing Fee (Non-Apparel & Non-Shoes)

Show more...

## Customer Concessions

FBA customer returns

Replacements

FBA Grade and Resell report

## Removals

Removal Order Detail

Removal Shipment Detail

## EPR

EPR Category Reports

## Amazon Global Logistics

Fapiao statements

Monthly debit statement

Mix
Medium
Blonde
Highlights
18 Inch
Long
Straight
Add
Volume
Can be
Styled

1-1 of 1 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

© 1999-2026, Amazon.com, Inc. or its affiliates

Sunny Hair Beauty | United States Healthy

Manage account health | Virtual bundles | Manage products | Manage orders | Coupons | Manage promotions and deals | Price Discounts | Business reports | FBA inventory reports | Add Products via Upload | Manage

# Amazon Fulfillment Reports

Learn more

Go to FBA Analytics →

Welcome to Reports

**Favorite**

- All Orders
- FBA Inventory
- Fee Preview
- FBA customer returns
- Reimbursements
- Restock Inventory
- Manage FBA Inventory
- Removal Order Detail

**Custom Report Builder**

**Inventory**

- Multi-Channel Fulfillment Inventory
- Inventory Ledger
- AWD Inventory Ledger
- Dangerous Goods (DG) Status
- Restock Inventory
- Stranded Inventory
- Show more...

**Sales**

- Outlet Deals
- Subscribe & Save Performance

## FBA customer returns

Learn more | Rate this page

FBA customer returns that have been received at a fulfillment center

To manage your inventory defects and its related reimbursements related to customer returns effortlessly, please visit Inventory Defect and Reimbursement Portal.

View Online | Download | Schedule

Merchant SKU:

Amazon Order Id:

FNSKU:

ASIN: B08RMXWXQM

LPN:

Event Date: Exact dates 9/29/2026 10/9/2026

Generate Report

1-4 of 4 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

| Date | Amazon Order Id | Merchant SKU | ASIN | FNSKU | Title | Quantity | FC | Disposition | Customer Return Reason |
|---|---|---|---|---|---|---|---|---|---|
| October 7, 2026 | 702-1030270-0319435 | TB2024-CATP-1-22 | B08RMXWXQM | X00444S5FV | Sunny Hair Tape in Hair Extensions Human Hair #1 22 Inch for Weddings | 1 | YYZ1 | Customer Damaged | The product performance/c |

Feedback

Amazon Fulfilled Shipments

Amazon Fulfilled Shipments – Tax Remittance

Show more...

## Payments

Fee Preview

Inventory storage overage fees

Monthly Storage Fees

Returns Processing Fee (Non-Apparel & Non-Shoes)

Show more...

## Customer Concessions

FBA customer returns

Replacements

FBA Grade and Resell report

## Removals

Removal Order Detail

Removal Shipment Detail

## EPR

EPR Category Reports

## Amazon Global Logistics

Fapiao statements

Monthly debit statement

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| October 7, 2026 | 702-1030270-0319435 | TB2024-CATP-1-22 | B08RMXWQM | X00444S5FV | Sunny Hair Tape in Hair Extensions Human Hair #1 22 Inch for Weddings | 1 | YYZ1 | Customer Damaged | The product performance/q |
| October 3, 2026 | 111-7671187-3049015 | VirginUS-Tape#4-16 | B08RMXWQM | X002RDDGL9 | Sunny Hair Tape in Hair Extensions Human Hair Jet Black 22inch 50g 20pcs | 1 | LAS2 | Customer Damaged | Unwanted item |
| October 2, 2026 | 114-2341614-8325048 | VirginUS-Tape#4-16 | B08RMXWQM | X002RDDGL9 | Sunny Hair Tape in Hair Extensions Human Hair Jet Black 22inch 50g 20pcs | 1 | LAS2 | Sellable | Product is not as described |

1-4 of 4 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

© 1999-2026, Amazon.com, Inc. or its affiliates

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inventor

# Amazon Fulfillment Reports

Learn more

Go to FBA Analytics →

Welcome to Reports

**Favorite**

- All Orders
- FBA Inventory
- Fee Preview
- FBA customer returns
- Reimbursements
- Restock Inventory
- Manage FBA Inventory
- Removal Order Detail

**Custom Report Builder**

**Inventory**

- Multi-Channel Fulfillment Inventory
- Inventory Ledger
- AWD Inventory Ledger
- Dangerous Goods (DG) Status

## FBA customer returns

Learn more | Rate this page

FBA customer returns that have been received at a fulfillment center

To manage your inventory defects and its related reimbursements related to customer returns effortlessly, please visit Inventory Defect and Reimbursement Portal.

View Online Download Schedule

Merchant SKU: 

Amazon Order Id: 

FNSKU: 

ASIN: B08VG1FH2T

LPN: 

Event Date: Exact dates 9/29/2026 10/9/2026

Generate Report

| Date | Amazon Order Id | Merchant SKU | ASIN | FNSKU | Title | Quantity | FC | Disposition | Customer Return Reason | Status |
|---|---|---|---|---|---|---|---|---|---|---|

Feedback

Restock Inventory

Stranded Inventory

Show more...

**No results found**

## Sales

Outlet Deals

Subscribe & Save Performance

Amazon Fulfilled Shipments

Amazon Fulfilled Shipments – Tax Remittance

Show more...

## Payments

Fee Preview

Inventory storage overage fees

Monthly Storage Fees

Returns Processing Fee (Non-Apparel & Non-Shoes)

Show more...

## Customer Concessions

FBA customer returns

Replacements

FBA Grade and Resell report

## Removals

Removal Order Detail

Removal Shipment Detail

## EPR

EPR Category Reports

Feedback

## Amazon Global Logistics

Fapiao statements

Monthly debit statement

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inventory reports Add Products via Upload Manage

# Amazon Fulfillment Reports

Learn more

Go to FBA Analytics →

Welcome to Reports

**Favorite**

All Orders
FBA Inventory
Fee Preview
FBA customer returns
Reimbursements
Restock Inventory
Manage FBA Inventory
Removal Order Detail

**Custom Report Builder**

**Inventory**

Multi-Channel Fulfillment Inventory
Inventory Ledger
AWD Inventory Ledger
Dangerous Goods (DG) Status
Restock Inventory
Stranded Inventory
Show more...

**Sales**

Outlet Deals
Subscribe & Save Performance

## FBA customer returns

Learn more | Rate this page

FBA customer returns that have been received at a fulfillment center

To manage your inventory defects and its related reimbursements related to customer returns effortlessly, please visit Inventory Defect and Reimbursement Portal.

View Online Download Schedule

Merchant SKU: 
Amazon Order Id: 
FNSKU: 
ASIN: B0919VNXZQ
LPN: 
Event Date: Exact dates 9/29/2026 10/9/2026

Generate Report

1-2 of 2 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

| Date | Amazon Order Id | Merchant SKU | ASIN | FNSKU | Title | Quantity | FC | Disposition | Customer Return Reas |
|---|---|---|---|---|---|---|---|---|---|
| September 30, 2026 | 111-5577258-6225801 | SLTape-#1000-22inch | B0919VNXZQ | X002UNH65N | Sunny Hair Tape in Hair Extensions Human Hair Blonde 22 Inch for Weddings | 1 | IND8 | Customer Damaged | Product is not as descri |

Feedback

Amazon Fulfilled Shipments
Amazon Fulfilled Shipments – Tax Remittance
Show more...

## Payments

Fee Preview
Inventory storage overage fees
Monthly Storage Fees
Returns Processing Fee (Non-Apparel & Non-Shoes)
Show more...

## Customer Concessions

FBA customer returns
Replacements
FBA Grade and Resell report

## Removals

Removal Order Detail
Removal Shipment Detail

## EPR

EPR Category Reports

## Amazon Global Logistics

Fapiao statements
Monthly debit statement

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| September 30, 2026 | 111-5577258-6225801 | SLTape-#1000-22inch | B0919VNXZQ | X002UNH65N | Sunny Hair Tape in Hair Extensions Human Hair Blonde 22 Inch for Weddings | 1 | IND8 | Customer Damaged | Product is not as descri |

1-2 of 2 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

© 1999-2026, Amazon.com, Inc. or its affiliates

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inventory reports Add Products via Upload Manage

# Amazon Fulfillment Reports

Learn more

Go to FBA Analytics

Welcome to Reports

**Favorite**

- All Orders
- FBA Inventory
- Fee Preview
- FBA customer returns
- Reimbursements
- Restock Inventory
- Manage FBA Inventory
- Removal Order Detail

**Custom Report Builder**

**Inventory**

- Multi-Channel Fulfillment Inventory
- Inventory Ledger
- AWD Inventory Ledger
- Dangerous Goods (DG) Status
- Restock Inventory
- Stranded Inventory
- Show more...

**Sales**

- Outlet Deals
- Subscribe & Save Performance

## FBA customer returns

Learn more | Rate this page

FBA customer returns that have been received at a fulfillment center

To manage your inventory defects and its related reimbursements related to customer returns effortlessly, please visit Inventory Defect and Reimbursement Portal.

View Online Download Schedule

Merchant SKU

Amazon Order Id

FNSKU

ASIN
B09K7HD7P8

LPN

Event Date
Exact dates 9/29/2026 10/9/2026

Generate Report

1-1 of 1 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

| Date | Amazon Order Id | Merchant SKU | ASIN | FNSKU | Title | Quantity | FC | Disposition | Customer Return Reason |
|---|---|---|---|---|---|---|---|---|---|
| October 3, 2026 | 112-3962530-6497007 | MR#1B/4/18-18inch | B09K7HD7P8 | X0032BMHKV | Sunny Hair Microlink Hair Extensions Human Hair Remy Straight Micro Bead | 1 | MEM3 | Customer Damaged | Unwanted item |

Feedback

Amazon Fulfilled Shipments

Amazon Fulfilled Shipments – Tax Remittance

Show more...

## Payments

Fee Preview

Inventory storage overage fees

Monthly Storage Fees

Returns Processing Fee (Non-Apparel & Non-Shoes)

Show more...

## Customer Concessions

FBA customer returns

Replacements

FBA Grade and Resell report

## Removals

Removal Order Detail

Removal Shipment Detail

## EPR

EPR Category Reports

## Amazon Global Logistics

Fapiao statements

Monthly debit statement

1-1 of 1 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inventor

# Amazon Fulfillment Reports

Learn more

Go to FBA Analytics →

Welcome to Reports

**Favorite**

- All Orders
- FBA Inventory
- Fee Preview
- FBA customer returns
- Reimbursements
- Restock Inventory
- Manage FBA Inventory
- Removal Order Detail

**Custom Report Builder**

**Inventory**

- Multi-Channel Fulfillment Inventory
- Inventory Ledger
- AWD Inventory Ledger
- Dangerous Goods (DG) Status

## FBA customer returns

Learn more | Rate this page

FBA customer returns that have been received at a fulfillment center

To manage your inventory defects and its related reimbursements related to customer returns effortlessly, please visit Inventory Defect and Reimbursement Portal.

View Online Download Schedule

Merchant SKU

Amazon Order Id

FNSKU

ASIN: B09WZX72HR

LPN

Event Date: Exact dates 9/29/2026 10/9/2026

Generate Report

| Date | Amazon Order Id | Merchant SKU | ASIN | FNSKU | Title | Quantity | FC | Disposition | Customer Return Reason | Status |
|---|---|---|---|---|---|---|---|---|---|---|

Feedback

Restock Inventory

Stranded Inventory

Show more...

## Sales

Outlet Deals

Subscribe & Save Performance

Amazon Fulfilled Shipments

Amazon Fulfilled Shipments – Tax Remittance

Show more...

## Payments

Fee Preview

Inventory storage overage fees

Monthly Storage Fees

Returns Processing Fee (Non-Apparel & Non-Shoes)

Show more...

## Customer Concessions

FBA customer returns

Replacements

FBA Grade and Resell report

## Removals

Removal Order Detail

Removal Shipment Detail

## EPR

EPR Category Reports

**No results found**

Feedback

**Amazon Global Logistics**

Fapiao statements

Monthly debit statement

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inventory reports Add Products via Upload Manage

# Amazon Fulfillment Reports

Learn more

Go to FBA Analytics →

Welcome to Reports

**Favorite**

- All Orders
- FBA Inventory
- Fee Preview
- FBA customer returns
- Reimbursements
- Restock Inventory
- Manage FBA Inventory
- Removal Order Detail

**Custom Report Builder**

**Inventory**

- Multi-Channel Fulfillment Inventory
- Inventory Ledger
- AWD Inventory Ledger
- Dangerous Goods (DG) Status
- Restock Inventory
- Stranded Inventory
- Show more...

**Sales**

- Outlet Deals
- Subscribe & Save Performance

## FBA customer returns

Learn more | Rate this page

FBA customer returns that have been received at a fulfillment center

To manage your inventory defects and its related reimbursements related to customer returns effortlessly, please visit Inventory Defect and Reimbursement Portal.

View Online Download Schedule

Merchant SKU: 
Amazon Order Id: 
FNSKU: 
ASIN: B0BXGBBR82
LPN: 
Event Date: Exact dates 9/29/2026 10/9/2026

Generate Report

1-5 of 5 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

| Date | Amazon Order Id | Merchant SKU | ASIN | FNSKU | Title | Quantity | FC | Disposition | Customer Return Reason |
|---|---|---|---|---|---|---|---|---|---|
| October 2, 2026 | 111-8897101-3515450 | VeCLIP#60-18INCH | B0BXGBBR82 | X003RJZM8H | Ve Sunny Blonde Clip in Hair Extensions Real Human Hair Remy Hair 18 Inch | 1 | IND8 | Sellable | Unwanted item |

Feedback

Amazon Fulfilled Shipments

Amazon Fulfilled Shipments – Tax Remittance

Show more...

## Payments

Fee Preview

Inventory storage overage fees

Monthly Storage Fees

Returns Processing Fee (Non-Apparel & Non-Shoes)

Show more...

## Customer Concessions

FBA customer returns

Replacements

FBA Grade and Resell report

## Removals

Removal Order Detail

Removal Shipment Detail

## EPR

EPR Category Reports

## Amazon Global Logistics

Fapiao statements

Monthly debit statement

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| October 2, 2026 | 114-4502626-0464252 | VeCLIP#60-18INCH | B0BXGBBR82 | X003RJZM8H | Ve Sunny Blonde Clip in Hair Extensions Real Human Hair Clip in Extensions for Thick Hair Platinum Blonde Remy Human Hair Extensions Straight 18 Inch 7pcs 120g | 1 | FAR1 | Sellable | I accidentally ordered the |
| October 1, 2026 | 112-2557476-3073002 | VeCLIP#60-18INCH | B0BXGBBR82 | X003RJZM8H | Ve Sunny Blonde Clip in Hair Extensions Real Human Hair Remy Hair 18 Inch | 1 | LEX1 | Customer Damaged | Item is defective |
| September 30, 2026 | 113-3193085-7733057 | VeCLIP#60-18INCH | B0BXGBBR82 | X003RJZM8H | Ve Sunny Blonde Clip in Hair Extensions Real Human Hair Remy Hair 18 Inch | 1 | PHX6 | Customer Damaged | Product is not as describe |
| September 29, 2026 | 112-8123370-6985828 | VeCLIP#60-18INCH | B0BXGBBR82 | X003RJZM8H | Ve Sunny Blonde Clip in Hair Extensions Real Human Hair Remy | 1 | LAS2 | Sellable | Product does not meet cu |

Feedback

Hair 18
Inch

1-5 of 5 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inventory reports Add Products via Upload Manage

# Amazon Fulfillment Reports

Learn more

Go to FBA Analytics →

Welcome to Reports

**Favorite**

All Orders
FBA Inventory
Fee Preview
FBA customer returns
Reimbursements
Restock Inventory
Manage FBA Inventory
Removal Order Detail

**Custom Report Builder**

**Inventory**

Multi-Channel Fulfillment Inventory
Inventory Ledger
AWD Inventory Ledger
Dangerous Goods (DG) Status
Restock Inventory
Stranded Inventory
Show more...

**Sales**

Outlet Deals
Subscribe & Save Performance

## FBA customer returns

Learn more | Rate this page

FBA customer returns that have been received at a fulfillment center

To manage your inventory defects and its related reimbursements related to customer returns effortlessly, please visit Inventory Defect and Reimbursement Portal.

View Online Download Schedule

Merchant SKU
Amazon Order Id
FNSKU
ASIN: B0F242G2GG
LPN
Event Date: Exact dates 9/29/2026 10/9/2026

Generate Report

1-4 of 4 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

| Date | Amazon Order Id | Merchant SKU | ASIN | FNSKU | Title | Quantity | FC | Disposition | Customer Return R |
|---|---|---|---|---|---|---|---|---|---|
| October 9, 2026 | 113-1332187-6057833 | Clip#P10A60-105G4-16in | B0F242G2GG | X004M71F4X | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde | 1 | LEX2 | Sellable | Product is not as d |

Feedback

Amazon Fulfilled Shipments

Amazon Fulfilled Shipments – Tax Remittance

Show more...

## Payments

Fee Preview

Inventory storage overage fees

Monthly Storage Fees

Returns Processing Fee (Non-Apparel & Non-Shoes)

Show more...

## Customer Concessions

FBA customer returns

Replacements

FBA Grade and Resell report

## Removals

Removal Order Detail

Removal Shipment Detail

## EPR

EPR Category Reports

## Amazon Global Logistics

Fapiao statements

Monthly debit statement

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| October 4, 2026 | 114-4028694-8542618 | Clip#P10A60-105G4-16in | B0F242G2GG | X004M71F4X | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde | 1 | EWR7 | Customer Damaged | Unwanted item |
| October 2, 2026 | 114-6733445-4632254 | Clip#P10A60-105G4-16in | B0F242G2GG | X004M71F4X | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde | 1 | FAR1 | Customer Damaged | Product is not as de |
| September 29, 2026 | 113-3405757-4695461 | Clip#P10A60-105G4-16in | B0F242G2GG | X004M71F4X | Sunny Hair Clip in Hair Extensions Real Human Hair Blonde | 1 | PHX6 | Customer Damaged | Product is not as de |

1-4 of 4 items. Display is currently limited to 10,000 items. To display more items, you must download a report.

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/9/2026 | Released | Standard Orders | Refund | 111-0638545-2199406 | Sunny Hair Clip in Hair Extensions Real ... | -125.99 | 15.12 | 13.3 | 0 | -97.57 |
| 9/9/2026 | Released | Standard Orders | Refund | 111-0638545-2199406 | Sunny Hair Clip in Hair Extensions Real ... | -131.69 | 15.78 | 13.91 | 0 | -102 |
| 9/6/2026 | Released | Standard Orders | Order Payment | 111-0638545-2199406 | Sunny Hair Clip in Hair Extensions Real ... | 131.69 | -15.78 | -21.75 | 0 | 94.16 |
| 9/6/2026 | Released | Standard Orders | Order Payment | 111-0638545-2199406 | Sunny Hair Clip in Hair Extensions Real ... | 125.99 | -15.12 | -20.99 | 0 | 89.88 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/18/2026 | Released | Standard Orders | Order Payment | 111-0746137-9041832 | Sunny Hair Clip in Hair Extensions Real ... | 115.18 | -26.03 | -18.18 | 2.99 | 73.96 |
| 9/25/2026 | Released | Standard Orders | Refund | 111-0746137-9041832 | Sunny Hair Clip in Hair Extensions Real ... | -115.18 | 26.03 | 11.06 | -2.99 | -81.08 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/11/2026 | Released | Standard Orders | Order Payment | 111-0933997-6889868 | Sunny Hair Clip in Hair Extensions Real ... | 73.99 | -21.47 | -12.42 | 1.49 | 41.59 |
| 9/17/2026 | Released | Standard Orders | Refund | 111-0933997-6889868 | Sunny Hair Clip in Hair Extensions Real ... | -73.99 | 21.47 | 6.48 | -1.49 | -47.53 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/18/2026 | Released | Standard Orders | Refund | 111-1452979-1612202 | Sunny Hair Clip in Hair Extensions Real ... | -57.99 | 10.44 | 5.7 | 0 | -41.85 |
| 9/18/2026 | Released | Standard Orders | Order Payment | 111-1452979-1612202 | Sunny Hair Clip in Hair Extensions Real ... | 57.99 | -10.44 | -11.49 | 0 | 36.06 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/24/2026 | Released | Standard Orders | Refund | 111-5400706-0197064 | Sunny Hair Clip in Hair Extensions Real ... | -73.96 | 10.35 | 7.63 | 0 | -55.98 |
| 7/27/2026 | Released | Standard Orders | Order Payment | 111-5400706-0197064 | Sunny Hair Clip in Hair Extensions Real ... | 73.96 | -10.35 | -13.9 | 0 | 49.71 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/7/2026 | Released | Standard Orders | Order Payment | 111-5577258-6225801 | Sunny Hair Tape in Hair Extensions Human... | 87.46 | 0 | -20.84 | 0 | 66.62 |
| 9/6/2026 | Released | Standard Orders | Refund | 111-5577258-6225801 | Sunny Hair Tape in Hair Extensions Human... | -87.46 | 0 | 10.5 | 0 | -76.96 |
| 9/7/2026 | Released | Standard Orders | Refund | 111-5577258-6225801 | Sunny Hair Tape in Extensions Human Hair... | -43.52 | 0 | 5.22 | 0 | -38.3 |
| 9/7/2026 | Released | Standard Orders | Order Payment | 111-5577258-6225801 | Sunny Hair Tape in Extensions Human Hair... | 43.52 | 0 | -10.39 | 0 | 33.13 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/7/2026 | Released | Standard Orders | Refund | 111-6168520-1512228 | Sunny Hair Clip in Hair Extensions Real ... | -67.55 | 20.55 | 6 | -2.99 | -43.99 |
| 9/8/2026 | Released | Standard Orders | Order Payment | 111-6168520-1512228 | Sunny Hair Clip in Hair Extensions Real ... | 67.55 | -20.55 | -11.82 | 2.99 | 38.17 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/29/2026 | Released | Standard Orders | Refund | 111-6193369-1175437 | Sunny Hair Clip in Hair Extensions Real ... | -67.55 | 20.55 | 6 | -2.99 | -43.99 |
| 9/4/2026 | Released | Standard Orders | Order Payment | 111-6193369-1175437 | Sunny Hair Clip in Hair Extensions Real ... | 67.55 | -20.55 | -11.82 | 2.99 | 38.17 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/18/2026 | Released | Standard Orders | Order Payment | 111-6263196-2366633 | Sunny Hair Clip in Hair Extensions Real ... | 72.84 | -18.94 | -12.45 | 0 | 41.45 |
| 9/22/2026 | Released | Standard Orders | Refund | 111-6263196-2366633 | Sunny Hair Clip in Hair Extensions Real ... | -72.84 | 18.94 | 6.47 | 0 | -47.43 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/27/2026 | Released | Standard Orders | Refund | 111-6485335-4785022 | Sunny Hair Clip in Hair Extensions Real ... | -49.03 | 0 | 5.88 | 0 | -43.15 |
| 9/16/2026 | Released | Standard Orders | Order Payment | 111-6485335-4785022 | Sunny Hair Clip in Hair Extensions Real ... | 115.18 | 0 | -21.64 | 0 | 93.54 |
| 9/27/2026 | Released | Standard Orders | Refund | 111-6485335-4785022 | Sunny Hair Clip in Hair Extensions Real ... | -115.18 | 0 | 13.82 | 0 | -101.36 |
| 9/17/2026 | Released | Standard Orders | Order Payment | 111-6485335-4785022 | Sunny Hair Clip in Hair Extensions Real ... | 49.03 | 0 | -11.4 | 0 | 37.63 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/1/2026 | Released | Standard Orders | Order Payment | 111-7231164-9128212 | Sunny Hair Sew in Hair Extensions Real H... | 41.3 | 0 | -10.25 | 0 | 31.05 |
| 9/13/2026 | Released | Standard Orders | Refund | 111-7231164-9128212 | Sunny Hair Sew in Hair Extensions Real H... | -41.3 | 0 | 4.96 | 0 | -36.34 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/3/2026 | Released | Standard Orders | Refund | 111-7671187-3049015 | Sunny Hair Tape in Hair Extensions Human... | -25.99 | 0 | 3.12 | 0 | -22.87 |
| 9/17/2026 | Released | Standard Orders | Order Payment | 111-7671187-3049015 | Sunny Hair Tape in Hair Extensions Human... | 25.99 | -1.73 | -7.86 | 0 | 16.4 |
| 9/18/2026 | Released | Standard Orders | Order Payment | 111-7671187-3049015 | Sunny Hair Tape in Hair Extensions Human... | 25.99 | -1.73 | -7.86 | 0 | 16.4 |
| 9/18/2026 | Released | Standard Orders | Order Payment | 111-7671187-3049015 | Sunny Hair Tape in Hair Extensions Human... | 25.99 | -1.74 | -7.86 | 0 | 16.39 |
| 9/18/2026 | Released | Standard Orders | Order Payment | 111-7671187-3049015 | Sunny Hair Tape in Hair Extensions Human... | 25.99 | 0 | -8.12 | 0 | 17.87 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/20/2026 | Released | Standard Orders | Order Payment | 111-8131603-4245809 | Sunny Hair Clip in Hair Extensions Real ... | 57.99 | -6.96 | -12.01 | 0 | 39.02 |
| 9/19/2026 | Released | Standard Orders | Refund | 111-8131603-4245809 | Sunny Hair Clip in Hair Extensions Real ... | -57.99 | 6.96 | 6.12 | 0 | -44.91 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/12/2026 | Released | Standard Orders | Order Payment | 111-8275430-8059466 | Sunny Hair Tape in Hair Extensions Human... | 70.56 | -5.29 | -17.52 | 0 | 47.75 |
| 9/12/2026 | Released | Standard Orders | Refund | 111-8275430-8059466 | Sunny Hair Tape in Hair Extensions Human... | -70.56 | 5.29 | 7.84 | 0 | -57.43 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/6/2026 | Released | Standard Orders | Service Fees | 111-8879450-1716213 | FBA Removal Order: Disposal Fee | 0 | 0 | -0.84 | 0 | -0.84 |
| 9/12/2026 | Released | Standard Orders | Order Payment | 111-8879450-1716213 | Sunny Hair Clip in Hair Extensions Real ... | 93.99 | -2.99 | -18.46 | 2.99 | 75.53 |
| 9/12/2026 | Released | Standard Orders | Refund | 111-8879450-1716213 | Sunny Hair Clip in Hair Extensions Real ... | -93.99 | 2.99 | 11.28 | -2.99 | -82.71 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/13/2026 | Released | Standard Orders | Refund | 111-8897101-3515450 | Ve Sunny Blonde Clip in Hair Extensions ... | -62.99 | 13.23 | 5.97 | 0 | -43.79 |
| 9/13/2026 | Released | Standard Orders | Order Payment | 111-8897101-3515450 | Ve Sunny Blonde Clip in Hair Extensions ... | 62.99 | -13.23 | -11.82 | 0 | 37.94 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/23/2026 | Released | Standard Orders | Refund | 111-9176080-2877816 | Sunny Hair Clip in Hair Extensions Real ... | -67.55 | 17.56 | 6 | 0 | -43.99 |
| 9/2/2026 | Released | Standard Orders | Order Payment | 111-9176080-2877816 | Sunny Hair Clip in Hair Extensions Real ... | 67.55 | -17.56 | -11.82 | 0 | 38.17 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/24/2026 | Released | Standard Orders | Refund | 112-0123728-2889023 | Sunny Hair Sew in Hair Extensions Real H... | -41.3 | 0 | 4.96 | 0 | -36.34 |
| 9/2/2026 | Released | Standard Orders | Order Payment | 112-0123728-2889023 | Sunny Hair Sew in Hair Extensions Real H... | 41.3 | 0 | -10.25 | 0 | 31.05 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/25/2026 | Released | Standard Orders | Refund | 112-0126440-6597026 | Sunny Hair Clip in Hair Extensions Real ... | -67.17 | 21.13 | 5.88 | -2.99 | -43.15 |
| 9/17/2026 | Released | Standard Orders | Order Payment | 112-0126440-6597026 | Sunny Hair Clip in Hair Extensions Real ... | 67.17 | -21.13 | -11.67 | 2.99 | 37.36 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/30/2026 | Released | Standard Orders | Refund | 112-0433753-8061864 | Sunny Hair Clip in Hair Extensions Real ... | -115.18 | 2.99 | 13.82 | -2.99 | -101.36 |
| 9/14/2026 | Released | Standard Orders | Order Payment | 112-0433753-8061864 | Sunny Hair Clip in Hair Extensions Real ... | 115.18 | -2.99 | -21.64 | 2.99 | 93.54 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/18/2026 | Released | Standard Orders | Order Payment | 112-0656082-4043414 | Sunny Hair Clip in Hair Extensions Real ... | 57.99 | -10.44 | -11.49 | 0 | 36.06 |
| 9/25/2026 | Released | Standard Orders | Refund | 112-0656082-4043414 | Sunny Hair Clip in Hair Extensions Real ... | -57.99 | 10.44 | 5.7 | 0 | -41.85 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/29/2026 | Released | Standard Orders | Refund | 112-2458356-2774600 | Sunny Hair Clip in Hair Extensions Real ... | -82.52 | 17.33 | 7.82 | 0 | -57.37 |
| 9/11/2026 | Released | Standard Orders | Order Payment | 112-2458356-2774600 | Sunny Hair Clip in Hair Extensions Real ... | 82.52 | -17.33 | -14.14 | 0 | 51.05 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/15/2026 | Released | Standard Orders | Refund | 112-2557476-3073002 | Ve Sunny Blonde Clip in Hair Extensions ... | -59.99 | 15.59 | 5.69 | -2.99 | -41.7 |
| 8/31/2026 | Released | Standard Orders | Order Payment | 112-2557476-3073002 | Ve Sunny Blonde Clip in Hair Extensions ... | 59.99 | -15.59 | -11.47 | 2.99 | 35.92 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/24/2026 | Released | Standard Orders | Refund | 112-2593726-3988211 | Sunny Hair Clip in Hair Extensions Real ... | -67.55 | 21.23 | 5.92 | -2.99 | -43.39 |
| 9/7/2026 | Released | Standard Orders | Order Payment | 112-2593726-3988211 | Sunny Hair Clip in Hair Extensions Real ... | 67.55 | -21.23 | -11.72 | 2.99 | 37.59 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/9/2026 | Released | Standard Orders | Order Payment | 112-3610248-7467467 | Sunny Hair Clip in Hair Extensions Real ... | 67.79 | -21.29 | -11.74 | 2.99 | 37.75 |
| 9/19/2026 | Released | Standard Orders | Refund | 112-3610248-7467467 | Sunny Hair Clip in Hair Extensions Real ... | -67.79 | 21.29 | 5.94 | -2.99 | -43.55 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/22/2026 | Released | Standard Orders | Refund | 112-3962530-6497007 | Sunny Hair 20 Inch Micro Ring Hair Exten... | -42.99 | 0 | 5.16 | 0 | -37.83 |
| 9/22/2026 | Released | Standard Orders | Refund | 112-3962530-6497007 | Sunny Hair Microlink Hair Extensions Hum... | -33.99 | 0 | 4.08 | 0 | -29.91 |
| 9/8/2026 | Released | Standard Orders | Order Payment | 112-3962530-6497007 | Sunny Hair Microlink Hair Extensions Hum... | 33.99 | 0 | -8.92 | 0 | 25.07 |
| 9/7/2026 | Released | Standard Orders | Order Payment | 112-3962530-6497007 | Sunny Hair 20 Inch Micro Ring Hair Exten... | 42.99 | 0 | -10.54 | 0 | 32.45 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/10/2026 | Released | Standard Orders | Order Payment | 112-4667541-5901812 | Sunny Hair Sew in Hair Extensions Real H... | 47.89 | 0 | -11.23 | 0 | 36.66 |
| 9/22/2026 | Released | Standard Orders | Refund | 112-4667541-5901812 | Sunny Hair Sew in Hair Extensions Real H... | -47.89 | 0 | 5.74 | 0 | -42.15 |
| 9/10/2026 | Released | Standard Orders | Order Payment | 112-4667541-5901812 | Sunny Hair Sew in Hair Extensions Real H... | 47.89 | 0 | -11.23 | 0 | 36.66 |
| 9/22/2026 | Released | Standard Orders | Refund | 112-4667541-5901812 | Sunny Hair Sew in Hair Extensions Real H... | -47.89 | 0 | 5.74 | 0 | -42.15 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/1/2026 | Released | Standard Orders | Order Payment | 112-5278586-9302649 | Sunny Hair Clip in Hair Extensions Real ... | 106.59 | -21.32 | -17.15 | 0 | 68.12 |
| 10/5/2026 | Released | Standard Orders | Refund | 112-5278586-9302649 | Sunny Hair Clip in Hair Extensions Real ... | -106.59 | 21.32 | 10.23 | 0 | -75.04 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/17/2026 | Released | Standard Orders | Order Payment | 112-7390769-7108202 | Sunny Hair Clip in Hair Extensions Real ... | 64.39 | -11.59 | -12.28 | 0 | 40.52 |
| 9/17/2026 | Released | Standard Orders | Refund | 112-7390769-7108202 | Sunny Hair Clip in Hair Extensions Real ... | -64.39 | 11.59 | 6.34 | 0 | -46.46 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/31/2026 | Released | Standard Orders | Order Payment | 112-8104498-2937835 | Sunny Hair Clip in Hair Extensions Real ... | 79.89 | -15.98 | -13.95 | 0 | 49.96 |
| 9/1/2026 | Released | Standard Orders | Refund | 112-8104498-2937835 | Sunny Hair Clip in Hair Extensions Real ... | -79.89 | 15.98 | 7.67 | 0 | -56.24 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/16/2026 | Released | Standard Orders | Refund | 112-8123370-6985828 | Ve Sunny Blonde Clip in Hair Extensions ... | -55.41 | 9.42 | 5.52 | 0 | -40.47 |
| 8/7/2026 | Released | Standard Orders | Order Payment | 112-8123370-6985828 | Ve Sunny Blonde Clip in Hair Extensions ... | 55.41 | -9.42 | -11.26 | 0 | 34.73 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/6/2026 | Released | Standard Orders | Order Payment | 112-8954951-0112253 | Sunny Hair Clip in Hair Extensions Real ... | 75.81 | -21.96 | -12.66 | 1.49 | 42.68 |
| 9/16/2026 | Released | Standard Orders | Refund | 112-8954951-0112253 | Sunny Hair Clip in Hair Extensions Real ... | -75.81 | 21.96 | 6.64 | -1.49 | -48.7 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/24/2026 | Released | Standard Orders | Refund | 112-9519237-8938630 | Sunny Hair Clip in Hair Extensions Real ... | -67.55 | 17.56 | 6 | 0 | -43.99 |
| 9/4/2026 | Released | Standard Orders | Order Payment | 112-9519237-8938630 | Sunny Hair Clip in Hair Extensions Real ... | 67.55 | -17.56 | -11.82 | 0 | 38.17 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/16/2026 | Released | Standard Orders | Order Payment | 113-0828659-3353065 | Sunny Hair 22 Inch I Tip Hair Extensions... | 29.5 | -0.43 | -8.29 | 0.43 | 21.21 |
| 9/17/2026 | Released | Standard Orders | Refund | 113-0828659-3353065 | Sunny Hair 22 Inch I Tip Hair Extensions... | -29.5 | 0.43 | 3.54 | -0.43 | -25.96 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/1/2026 | Released | Standard Orders | Order Payment | 113-1434887-6697041 | Sunny Hair Clip in Hair Extensions Real ... | 75.79 | -20.46 | -12.66 | 0 | 42.67 |
| 9/17/2026 | Released | Standard Orders | Refund | 113-1434887-6697041 | Sunny Hair Clip in Hair Extensions Real ... | -75.79 | 20.46 | 6.64 | 0 | -48.69 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/19/2026 | Released | Standard Orders | Refund | 113-1489461-9217826 | Sunny Hair Clip in Hair Extensions Real ... | -57.99 | 6.96 | 6.12 | 0 | -44.91 |
| 9/19/2026 | Released | Standard Orders | Order Payment | 113-1489461-9217826 | Sunny Hair Clip in Hair Extensions Real ... | 57.99 | -6.96 | -12.01 | 0 | 39.02 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/17/2026 | Released | Standard Orders | Refund | 113-1590162-0283428 | Sunny Hair Clip in Hair Extensions Real ... | -58.37 | 0 | 7.01 | 0 | -51.36 |
| 9/17/2026 | Released | Standard Orders | Order Payment | 113-1590162-0283428 | Sunny Hair Clip in Hair Extensions Real ... | 58.37 | 0 | -13.08 | 0 | 45.29 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/30/2026 | Released | Standard Orders | Refund | 113-1919525-9006637 | Sunny Hair Clip in Hair Extensions Real ... | -73.99 | 0 | 8.88 | 0 | -65.11 |
| 9/13/2026 | Released | Standard Orders | Order Payment | 113-1919525-9006637 | Sunny Hair Clip in Hair Extensions Real ... | 73.99 | 0 | -15.42 | 0 | 58.57 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/11/2026 | Released | Standard Orders | Order Payment | 113-3193085-7733057 | Ve Sunny Blonde Clip in Hair Extensions ... | 57.99 | -10.44 | -11.49 | 0 | 36.06 |
| 9/18/2026 | Released | Standard Orders | Refund | 113-3193085-7733057 | Ve Sunny Blonde Clip in Hair Extensions ... | -57.99 | 10.44 | 5.7 | 7.13 | -34.72 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/17/2026 | Released | Standard Orders | Order Payment | 113-3405757-4695461 | Sunny Hair Clip in Hair Extensions Real ... | 71.24 | 0 | -15.05 | 0 | 56.19 |
| 9/16/2026 | Released | Standard Orders | Refund | 113-3405757-4695461 | Sunny Hair Clip in Hair Extensions Real ... | -71.24 | 0 | 8.55 | 0 | -62.69 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/15/2026 | Released | Standard Orders | Refund | 113-4707016-0661040 | Sunny Hair 22 Inch I Tip Hair Extensions... | -67.98 | 3.4 | 7.74 | 0 | -56.84 |
| 9/16/2026 | Released | Standard Orders | Order Payment | 113-4707016-0661040 | Sunny Hair 22 Inch I Tip Hair Extensions... | 67.98 | -3.4 | -17.4 | 0 | 47.18 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/30/2026 | Released | Standard Orders | Refund | 113-5082230-3801834 | Sunny Hair Clip in Hair Extensions Real ... | -67.49 | 19.19 | 6.15 | 5.16 | -36.99 |
| 8/21/2026 | Released | Standard Orders | Order Payment | 113-5082230-3801834 | Sunny Hair Clip in Hair Extensions Real ... | 67.49 | -19.19 | -12.01 | 2.99 | 39.28 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/2/2026 | Released | Standard Orders | Order Payment | 113-5262535-9601848 | Sunny Hair Clip in Hair Extensions Real ... | 79.89 | -21.57 | -13.11 | 0 | 45.21 |
| 9/26/2026 | Released | Standard Orders | Refund | 113-5262535-9601848 | Sunny Hair Clip in Hair Extensions Real ... | -79.89 | 21.57 | 7 | 0 | -51.32 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/17/2026 | Released | Standard Orders | Refund | 113-5353495-8643461 | Sunny Hair Tape in Hair Extensions Human... | -72.16 | 0 | 8.66 | 0 | -63.5 |
| 9/17/2026 | Released | Standard Orders | Order Payment | 113-5353495-8643461 | Sunny Hair Tape in Hair Extensions Human... | 72.16 | 0 | -18.54 | 0 | 53.62 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/30/2026 | Released | Standard Orders | Refund | 113-5474139-8997018 | Sunny Hair Clip in Hair Extensions Real ... | -73.99 | 19.98 | 6.48 | 0 | -47.53 |
| 9/13/2026 | Released | Standard Orders | Order Payment | 113-5474139-8997018 | Sunny Hair Clip in Hair Extensions Real ... | 73.99 | -19.98 | -12.42 | 0 | 41.59 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/31/2026 | Released | Standard Orders | Order Payment | 113-6271235-8441856 | Sunny Hair Clip in Hair Extensions Real ... | 76.59 | -19.91 | -12.82 | 0 | 43.86 |
| 9/21/2026 | Released | Standard Orders | Refund | 113-6271235-8441856 | Sunny Hair Clip in Hair Extensions Real ... | -76.59 | 19.91 | 6.8 | 0 | -49.88 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/21/2026 | Released | Standard Orders | Refund | 113-7010687-0295414 | Sunny Hair Clip in Hair Extensions Real ... | -57.99 | 4.64 | 6.4 | 0 | -46.95 |
| 9/16/2026 | Released | Standard Orders | Order Payment | 113-7010687-0295414 | Sunny Hair Clip in Hair Extensions Real ... | 57.99 | -4.64 | -12.36 | 0 | 40.99 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/17/2026 | Released | Standard Orders | Refund | 113-7239920-6347454 | Sunny Hair Clip in Hair Extensions Real ... | -115.18 | 23.04 | 11.06 | 0 | -81.08 |
| 9/17/2026 | Released | Standard Orders | Order Payment | 113-7239920-6347454 | Sunny Hair Clip in Hair Extensions Real ... | 115.18 | -23.04 | -18.18 | 0 | 73.96 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/16/2026 | Released | Standard Orders | Order Payment | 113-7503284-9658616 | Sunny Hair Clip in Hair Extensions Real ... | 54.93 | -2.99 | -12.6 | 2.99 | 42.33 |
| 9/16/2026 | Released | Standard Orders | Refund | 113-7503284-9658616 | Sunny Hair Clip in Hair Extensions Real ... | -54.93 | 2.99 | 6.59 | -2.99 | -48.34 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/30/2026 | Released | Standard Orders | Order Payment | 113-7658476-8138655 | Sunny Hair Clip in Hair Extensions Real ... | 76.59 | -21.41 | -12.82 | 1.5 | 43.86 |
| 9/20/2026 | Released | Standard Orders | Refund | 113-7658476-8138655 | Sunny Hair Clip in Hair Extensions Real ... | -76.59 | 21.41 | 6.8 | -1.5 | -49.88 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/24/2026 | Released | Standard Orders | Refund | 113-7839323-7619466 | Sunny Hair Clip in Hair Extensions Real ... | -74.69 | 27.16 | 6.54 | -6.99 | -47.98 |
| 9/21/2026 | Released | Standard Orders | Order Payment | 113-7839323-7619466 | Sunny Hair Clip in Hair Extensions Real ... | 74.69 | -27.16 | -12.5 | 6.99 | 42.02 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/26/2026 | Released | Standard Orders | Refund | 113-8159725-9948249 | Sunny Hair Clip in Hair Extensions Real ... | -64.39 | 11.59 | 6.34 | 0 | -46.46 |
| 9/19/2026 | Released | Standard Orders | Order Payment | 113-8159725-9948249 | Sunny Hair Clip in Hair Extensions Real ... | 64.39 | -11.59 | -12.28 | 0 | 40.52 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/2026 | Released | Standard Orders | Refund | 113-8209841-2145862 | Sunny Hair Clip in Hair Extensions Real ... | -135.1 | 27.31 | 13.3 | -2.99 | -97.48 |
| 9/1/2026 | Released | Standard Orders | Order Payment | 113-8209841-2145862 | Sunny Hair Clip in Hair Extensions Real ... | 135.1 | -27.31 | -25.26 | 2.99 | 85.52 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/14/2026 | Released | Standard Orders | Order Payment | 113-8799471-4538627 | Sunny Hair Clip in Hair Extensions Real ... | 59.99 | -4.8 | -12.64 | 0 | 42.55 |
| 9/24/2026 | Released | Standard Orders | Refund | 113-8799471-4538627 | Sunny Hair Clip in Hair Extensions Real ... | -59.99 | 4.8 | 6.62 | 0 | -48.57 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/22/2026 | Released | Standard Orders | Refund | 113-9564573-8020267 | Sunny Hair Clip in Hair Extensions Real ... | -69.99 | 0 | 8.4 | 0 | -61.59 |
| 8/29/2026 | Released | Standard Orders | Order Payment | 113-9564573-8020267 | Sunny Hair Clip in Hair Extensions Real ... | 69.99 | 0 | -14.86 | 0 | 55.13 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/3/2026 | Released | Standard Orders | Refund | 114-0073933-9364221 | Sunny Hair Clip in Hair Extensions Real ... | -76.59 | 13.78 | 7.54 | 0 | -55.27 |
| 8/29/2026 | Released | Standard Orders | Order Payment | 114-0073933-9364221 | Sunny Hair Clip in Hair Extensions Real ... | 153.18 | -27.57 | -27.48 | 0 | 98.13 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/18/2026 | Released | Standard Orders | Order Payment | 114-0328345-3806666 | Sunny Hair Clip in Hair Extensions Real ... | 57.99 | -13.43 | -11.49 | 2.99 | 36.06 |
| 9/17/2026 | Released | Standard Orders | Refund | 114-0328345-3806666 | Sunny Hair Clip in Hair Extensions Real ... | -57.99 | 13.43 | 5.7 | -2.99 | -41.85 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/11/2026 | Released | Standard Orders | Order Payment | 114-1224398-9810619 | Sunny Hair Clip in Hair Extensions Real ... | 133.99 | 0 | -24.46 | 0 | 109.53 |
| 9/21/2026 | Released | Standard Orders | Refund | 114-1224398-9810619 | Sunny Hair Clip in Hair Extensions Real ... | -133.99 | 0 | 16.08 | 0 | -117.91 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/22/2026 | Released | Standard Orders | Refund | 114-2341614-8325048 | Sunny Hair Tape in Hair Extensions Human... | -26.85 | 5.68 | 2.9 | -2.99 | -21.26 |
| 8/27/2026 | Released | Standard Orders | Order Payment | 114-2341614-8325048 | Sunny Hair Tape in Hair Extensions Human... | 26.85 | -5.68 | -7.48 | 2.99 | 16.68 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/24/2026 | Released | Standard Orders | Refund | 114-2358570-5372237 | Sunny Hair Clip in Hair Extensions Real ... | -57.99 | 4.64 | 6.4 | 0 | -46.95 |
| 9/16/2026 | Released | Standard Orders | Order Payment | 114-2358570-5372237 | Sunny Hair Clip in Hair Extensions Real ... | 57.99 | -4.64 | -12.36 | 0 | 40.99 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/30/2026 | Released | Standard Orders | Refund | 114-2918835-7427445 | Sunny Hair Clip in Hair Extensions Real ... | -67.17 | 21.13 | 5.88 | -2.99 | -43.15 |
| 9/19/2026 | Released | Standard Orders | Order Payment | 114-2918835-7427445 | Sunny Hair Clip in Hair Extensions Real ... | 67.17 | -21.13 | -11.67 | 2.99 | 37.36 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/20/2026 | Released | Standard Orders | Refund | 114-3210339-9872213 | Sunny Hair Clip in Hair Extensions Real ... | -76.59 | 13.79 | 7.54 | 0 | -55.26 |
| 9/2/2026 | Released | Standard Orders | Order Payment | 114-3210339-9872213 | Sunny Hair Clip in Hair Extensions Real ... | 76.59 | -13.79 | -13.74 | 0 | 49.06 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/10/2026 | Released | Standard Orders | Order Payment | 114-3341025-6338627 | Sunny Hair Clip in Hair Extensions Real ... | 82.52 | -13.2 | -14.76 | 0 | 54.56 |
| 10/1/2026 | Released | Standard Orders | Refund | 114-3341025-6338627 | Sunny Hair Clip in Hair Extensions Real ... | -82.52 | 13.2 | 8.32 | 0 | -61 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/22/2026 | Released | Standard Orders | Refund | 114-3417927-4645022 | Sunny Hair Clip in Hair Extensions Real ... | -112.75 | 0 | 13.53 | 16.91 | -82.31 |
| 7/9/2026 | Released | Standard Orders | Order Payment | 114-3417927-4645022 | Sunny Hair Clip in Hair Extensions Real ... | 112.75 | 0 | -21.27 | 0 | 91.48 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/2/2026 | Released | Standard Orders | Refund | 114-4028694-8542618 | Sunny Hair Clip in Hair Extensions Real ... | -81.99 | 5.74 | 9.15 | 0 | -67.1 |
| 9/2/2026 | Released | Standard Orders | Order Payment | 114-4028694-8542618 | Sunny Hair Clip in Hair Extensions Real ... | 81.99 | -5.74 | -15.8 | 0 | 60.45 |
| 8/29/2026 | Released | Standard Orders | Order Payment | 114-4028694-8542618 | Sunny Hair Clip in Hair Extensions Real ... | 63.91 | -14.06 | -11.84 | 0 | 38.01 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/3/2026 | Released | Standard Orders | Refund | 114-4329278-8065025 | Sunny Hair Clip in Hair Extensions Real ... | -81.99 | 17.22 | 7.78 | 0 | -56.99 |
| 9/6/2026 | Released | Standard Orders | Order Payment | 114-4329278-8065025 | Sunny Hair Clip in Hair Extensions Real ... | 81.99 | -17.22 | -14.08 | 0 | 50.69 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/30/2026 | Released | Standard Orders | Refund | 114-4502626-0464252 | Ve Sunny Blonde Clip in Hair Extensions ... | -47.48 | 0 | 5.7 | 0 | -41.78 |
| 9/25/2026 | Released | Standard Orders | Inventory Reimbursement | 114-4502626-0464252 | FBA Inventory Reimbursement | 0 | 0 | 0 | 36.27 | 36.27 |
| 7/31/2026 | Released | Standard Orders | Order Payment | 114-4502626-0464252 | Ve Sunny Blonde Clip in Hair Extensions ... | 47.48 | 0 | -11.21 | 0 | 36.27 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/7/2026 | Released | Standard Orders | Order Payment | 114-6099781-6010651 | Sunny Hair Tape in Hair Extensions Human... | 29.06 | 0 | -8.22 | 0 | 20.84 |
| 10/1/2026 | Released | Standard Orders | Refund | 114-6099781-6010651 | Sunny Hair Tape in Hair Extensions Human... | -29.06 | 0 | 3.49 | 0 | -25.57 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/22/2026 | Released | Standard Orders | Refund | 114-6671848-4182644 | Sunny Hair Clip in Hair Extensions Real ... | -153.18 | 27.57 | 15.07 | 0 | -110.54 |
| 9/3/2026 | Released | Standard Orders | Order Payment | 114-6671848-4182644 | Sunny Hair Clip in Hair Extensions Real ... | 153.18 | -27.57 | -27.48 | 0 | 98.13 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/25/2026 | Released | Standard Orders | Inventory Reimbursement | 114-6733445-4632254 | FBA Inventory Reimbursement | 0 | 0 | 0 | 57.68 | 57.68 |
| 8/1/2026 | Released | Standard Orders | Refund | 114-6733445-4632254 | Sunny Hair Clip in Hair Extensions Real ... | -72.99 | 1.5 | 8.76 | -1.5 | -64.23 |
| 8/1/2026 | Released | Standard Orders | Order Payment | 114-6733445-4632254 | Sunny Hair Clip in Hair Extensions Real ... | 72.99 | -1.5 | -15.31 | 1.5 | 57.68 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/10/2026 | Released | Standard Orders | Order Payment | 114-8358985-3868258 | Sunny Hair Tape in Hair Extensions Remy ... | 32.99 | 0 | -8.77 | 0 | 24.22 |
| 10/3/2026 | Released | Standard Orders | Refund | 114-8358985-3868258 | Sunny Hair Tape in Hair Extensions Remy ... | -32.99 | 0 | 3.96 | 0 | -29.03 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/22/2026 | Released | Standard Orders | Order Payment | 114-8530688-2035456 | Sunny Hair Sew in Hair Extensions Real H... | 56.49 | -15.42 | -10.93 | 2.99 | 33.13 |
| 10/1/2026 | Released | Standard Orders | Refund | 114-8530688-2035456 | Sunny Hair Sew in Hair Extensions Real H... | -56.49 | 15.42 | 5.29 | 3.62 | -32.16 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/3/2026 | Released | Standard Orders | Order Payment | 114-8784799-8149821 | Sunny Hair Clip in Hair Extensions Real ... | 62.73 | -13.8 | -11.7 | 0 | 37.23 |
| 9/20/2026 | Released | Standard Orders | Refund | 114-8784799-8149821 | Sunny Hair Clip in Hair Extensions Real ... | -62.73 | 13.8 | 5.87 | 0 | -43.06 |

| Date | Transaction Status | Account Type | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/27/2026 | Released | Standard Orders | Order Payment | 114-9286587-4683420 | Sunny Hair Clip in Hair Extensions Real ... | 67.48 | -17.54 | -11.81 | 0 | 38.13 |
| 9/20/2026 | Released | Standard Orders | Refund | 114-9286587-4683420 | Sunny Hair Clip in Hair Extensions Real ... | -67.48 | 17.54 | 5.99 | 0 | -43.95 |