# Exhibit G

Case: 1:26-cv-10328 Document #: 43-8 Filed: 10/15/26 Page 2 of 84 PageID #:668

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports

Supply chain > Manage shipments

# Manage Shipments (1) Info

Capacity monitor Send to Amazon Fulfillment center

FBA19D4MS5LM Status Missing tracking

Last updated Store Save view Clear filters

| Shipment name / Shipment ID | Sta | Actions |
|---|---|---|
| SA1-SXY-TF26051200… FBA19D4MS5LM | Cl | View details |

1–1 of 1

1

## Shipment events

Shipment summary

| | |
|---|---|
| Shipment name | SA1-SXY-TF2605120066-MQJ1 |
| Shipment ID | FBA19D4MS5LM |
| Created | May 12, 2026 |
| Reference ID | 12OBXY2V |

**256 / 256 units**
Available for sale (located)

**245 / 256 units**
Prime eligible

May 12, 2026, 1:41 PM GMT+8
Created

May 16, 2026, 8:18 PM GMT+8
In Transit

Delivered

Jun 10, 2026, 7:41 AM GMT+8
Checked In

Jun 10, 2026, 7:42 AM GMT+8
Receiving

Jul 11, 2026, 7:45 PM GMT+8

Closed

Closed with problems

1 problem resolved

We've found discrepancies between the number of units that we received and the number that we expected.

You requested an investigation into missing or unexpected items on July 13

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inven

FBA → Dashboard Inventory Shipments Opportunities Analytics

# Shipment summary

Learn more | Tell us how we're doing

Create shipment

## Shipment name: SA1-SXY-TF2605120066-MQJ1

Rename shipment | **Status:** Closed | **Last updated: Jul 11, 2026**

**Shipment**

**Created:** May 12, 2026
**ID:** FBA19D4MS5LM
**Created using:** Send to Amazon (view)
**Amazon reference ID:** 12OBXY2V

Show more

**Ship From**

US-Daniela
"Room502,Block
C,No.3-4Shichang
Road"
"Haiyucheng, Huancui
District
WeiHai, Huancui
District, Shandong
264200
CN
[redacted]

**Ship to**

MQJ1 - GREENFIELD, IN
US

**Contents**

76 MSKUs
256 Units
View contents

**Fees (estimated)**

**FBA manual processing fee:** $0.00
**Total inbound placement service fees:**
**$0.00**
**Prep and labeling:** Calculated for overall shipping plan

ⓘ Discontinuation of prep and labeling services. Learn more

Shipment events Carrier updates Contents Problems

Feedback

◯ Add individual tracking IDs ◯ Upload tracking IDs in bulk

Return to Shipping Queue

| Box # | Amazon FBA box label number | Tracking # ⓘ | Status | Carrier status | Weight (LB) | Dimensions (IN) |
|---|---|---|---|---|---|---|
| 1 | FBA19D4MS5LMU000001 | 1Z1B0D75032225504 **First entered: 05/14/2026 18:32** | ✓ Confirmed | Delivered | 39.6 | 16.1 x 23.6 x 17.6 |
| 2 | FBA19D4MS5LMU000002 | 1Z1B0D75033447925 **First entered: 05/14/2026 18:32** | ✓ Confirmed | Delivered | 39.6 | 16.1 x 23.6 x 17.6 |

NEW **Ship with ShipTr**

Select ShipTrack carriers and receive the following benefits:

- Tracking information is received and auto filled from carrier
- Review end to end shipment tracking earlier
- Learn more

**Prefer to scan your tracking IDs?**



You can now quickly scan carrier tracking IDs using a connected

Feedback

IEEPA Tariff Refunds



# Tracking Details

Tracking No.

## Delivered

1Z1B0D750322255043

Monday, July 20 at 12:00

Ship To:
PLAINFIELD, IN US

Label Created

We Have Your Parcel

On the Way

Delivered

Hide Details

### Parcel History

Select Time Zone
Local Time

2026/07/20
12:00

**Delivered**
The receiver has acknowledged receipt of this package.
Indianapolis, IN, United States

2026/06/08
23:55

**On the Way**
Your package is in transit. We're updating plans to schedule your delivery.
Plainfield, IN, United States

2026/06/08
9:05

Your package is in transit. We're updating plans to schedule your delivery.

2026/06/06
5:16

Ask UPS

Processing at UPS Facility
Plainfield, IN, United States

2026/06/05
23:05

Arrived at Facility
Plainfield, IN, United States

2026/06/05
17:54

Departed from Facility
Hodgkins, IL, United States

2026/06/05
2:54

Arrived at Facility
Hodgkins, IL, United States

Tracking number copied to cli

2026/06/03
14:54

Departed from Facility
Ontario, CA, United States

2026/06/03
12:21

**We Have Your Parcel**
Arrived at Facility
Ontario, CA, United States

2026/05/14
20:40

**Label Created**
Shipper created a label, UPS has not received the package yet.
United States

Notify Me › Proof of Delivery › File a Claim ›

**All Packages in this Shipment**

## Shipment Details

1 of 2 Piece Shipment

**Ship To**
PLAINFIELD, IN US

**Service**
UPS Ground

**Shipment Category**
Parcel

**Shipped/Billed On**
2026/05/14

This Site

Tracking

Shipping

Help and Support

Communication Preferences

## Other UPS Sites

About UPS

Supply Chain Solutions

UPS Jobs

UPS Developer Portal

## Legal

Global Home

Protect Against Fraud

Tracking number copied to cli

Terms and Conditions

Website Terms of Use

Privacy Notice (Updated: 20 June 2025)

Express Business License

Business License

Cookie Settings

Copyright ©1994-2026 United Parcel Service of America, Inc. All rights reserved

IEEPA Tariff Refunds

Locations

Shipping

Tracking

Business Solutions

Support

# Tracking Details

Tracking No.

**Delivered**

1Z1B0D750334479253

## Monday, July 20 at 12:00

Ship To:
PLAINFIELD, IN US

Label Created

We Have Your Parcel

On the Way

Delivered

Show Details

Notify Me

Proof of Delivery

File a Claim

All Packages in this Shipment

### Shipment Details

1 of 2 Piece Shipment

**Ship To**
PLAINFIELD, IN US

**Service**
UPS Ground

**Shipment Category**
Parcel

**Shipped/Billed On**
2026/05/14

Ask UPS

## This Site

Tracking

Shipping

Help and Support

Communication Preferences

## Other UPS Sites

About UPS

Supply Chain Solutions

UPS Jobs

UPS Developer Portal

Tracking number copied to cli

## Legal

Global Home

Protect Against Fraud

Terms and Conditions

Website Terms of Use

Privacy Notice (Updated: 20 June 2025)

Express Business License

Business License

Cookie Settings

Copyright ©1994-2026 United Parcel Service of America, Inc. All rights reserved

Sunny Hair Beauty | United States Search New Seller Central EN Help

Account Health Virtual Bundles Manage All Inventory Manage Orders Coupons Manage Promotions Price Discounts Business Reports Fulfillment Add Products via Upload Shipments Reports Repository Edit

**Welcome to the new Shipments page!** The updated design streamlines your shipping workflows with quick access to the tools you need to manage your shipments. You can return to the previous version for a short period.

# Manage Shipments (1) Info

Capacity monitor | Send to Amazon | Fulfillment center

FBA19G88ZGVP | Status | Missing tracking | Last updated | Store | Save view

Clear filters

| Shipment name / Shipment ID | Status | Created | Actions |
|---|---|---|---|
| SA1-SXY 调拨54+59 -... FBA19G88ZGVP | Closed ⚠ Outside delivery window | Jun 16, 2026 3:36 PM | View details |

1–1 of 1 | 1

## Shipment events

Shipment summary

| | |
|---|---|
| Shipment name | SA1-SXY 调拨54+59 -SCK4 |
| Shipment ID | FBA19G88ZGVP |
| Created | Jun 16, 2026 |
| Reference ID | 41GBLP4N |

**414 / 416 units**
Available for sale (located)

**377 / 416 units**
Prime eligible

Jun 16, 2026, 3:36 PM GMT+8
Created

Jul 16, 2026, 9:02 AM GMT+8
In Transit

Delivered

Jul 18, 2026, 6:37 AM GMT+8
Checked In

Jul 18, 2026, 6:38 AM GMT+8
Receiving

Aug 10, 2026, 9:54 AM GMT+8
Closed

We've found discrepancies between the number of units that we received and the number that we expected.

You requested an investigation into missing or unexpected items on August 13, 2026

**Next steps**

- Go to the Contents tab to reconcile discrepancies
- Go to Inbound Performance Dashboard to track your inbound performance

FEEDBACK

Help | Program Policies | English | Download the Amazon Seller mobile app

© 1999-2026, Amazon.com, Inc. or its affiliates

FEEDBACK

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inven

FBA → Dashboard Inventory Shipments Opportunities Analytics

# Shipment summary

Learn more | Tell us how we're doing

Create shipment

## Shipment name: SA1-SXY 调拨54+59 -SCK4

Rename shipment | **Status:** Closed | **Last updated: Aug 10, 2026**

**Shipment**

**Created:** Jun 16, 2026
**ID:** FBA19G88ZGVP
**Created using:** Send to Amazon (view)
**Amazon reference ID:** 41GBLP4N

Show more

**Ship From**

US-Daniela
"Room502,Block C,No.3-4Shichang Road"
"Haiyucheng, Huancui District
WeiHai, Huancui District, Shandong
264200
CN
[redacted]

**Ship to**

SCK4 - STOCKTON, CA
US

**Contents**

174 MSKUs
416 Units
View contents

**Fees (estimated)**

**FBA manual processing fee:** $0.00
**Total inbound placement service fees: $0.00**
**Prep and labeling:** Calculated for overall shipping plan
Discontinuation of prep and labeling services. Learn more

Shipment events | Carrier updates | Contents | Problems

Feedback

◯ Add individual tracking IDs ◯ Upload tracking IDs in bulk

Return to Shipping Queue

| Box # | Amazon FBA box label number | Tracking # ⓘ | Status | Carrier status | Weight (LB) | Dimensions (IN) |
|---|---|---|---|---|---|---|
| 1 | FBA19G88ZGVPU000001 | 1ZYK64690314668305<br>First entered: 06/22/2026 16:10<br>Jul 16, 2026 09:27:48 AM - Stockton CA US - Package delivered.<br>Jul 16, 2026 06:08:39 AM - Lathrop CA US - Package is out for delivery.<br>Jul 15, 2026 11:07:00 AM - Lathrop CA US - Package arrived at a carrier facility.<br>Jul 15, 2026 07:08:00 AM - Visalia CA US - Package left the carrier facility.<br>Jul 15, 2026 12:27:00 AM - Visalia CA US - Package arrived at a carrier facility.<br>Jul 14, 2026 08:11:00 PM - Ontario CA US - Package left the carrier facility.<br>Jul 14, 2026 02:22:23 PM - Ontario CA US - Package arrived at a carrier facility. | ✓ Confirmed | Delivered | 39.6 | 16.1 x 23.6 x 17.6 |
| 2 | FBA19G88ZGVPU000002 | 1ZYK64690319692323<br>First entered: 06/22/2026 16:10<br>Jul 16, 2026 04:14:10 AM - Stockton CA US - Package | ✓ Confirmed | Delivered | 39.6 | 16.1 x 23.6 x 17.6 |

NEW **Ship with ShipTr**

Select ShipTrack carriers and receive the following benefits:

- Tracking information is received and auto filled from carrier
- Review end to end shipment tracking earlier
- Learn more

**Prefer to scan your tracking IDs?**



You can now quickly scan carrier tracking IDs using a connected hand scanner Learn more

Feedback

Stockton CA US - Package delivered.

Jul 16, 2026 02:13:00 AM - - Package left the carrier facility.

Jul 15, 2026 10:10:00 AM - Lathrop CA US - Package arrived at a carrier facility.

Jul 15, 2026 07:00:00 AM - Visalia CA US - Package left the carrier facility.

Jul 15, 2026 04:01:00 AM - Visalia CA US - Package arrived at a carrier facility.

Jul 15, 2026 12:05:00 AM - Ontario CA US - Package left the carrier facility.

Jul 14, 2026 02:28:00 PM - Ontario CA US - Package arrived at a carrier facility.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | FBA19G88ZGVPU000003 | 1ZYK64690303972318<br>**First entered: 06/22/2026 16:10** | ✓ Confirmed | Delivered | 39.6 | 16.1 x 23.6 x 17.6 |

Jul 16, 2026 09:27:48 AM - Stockton CA US - Package delivered.

Jul 16, 2026 05:54:48 AM - Lathrop CA US - Package is out for delivery.

Jul 15, 2026 11:07:00 AM - Lathrop CA US - Package arrived at a carrier facility.

Jul 15, 2026 07:08:00 AM - Visalia CA US - Package left the carrier facility.

Jul 15, 2026 12:27:00 AM - Visalia CA US - Package arrived at a

Feedback

Case: 1:26-cv-10328 Document #: 43-8 Filed: 10/15/26 Page 16 of 84 PageID #:682

carrier facility.

Jul 14, 2026 08:11:00 PM - Ontario CA US - Package left the carrier facility.

Jul 14, 2026 02:27:41 PM - Ontario CA US - Package arrived at a carrier facility.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | FBA19G88ZGVPU000004 | 1ZYK64690307428337<br>**First entered: 06/22/2026 16:10** | ✓ Confirmed | Delivered | 39.6 | 16.1 x 23.6 x 17.6 |

Feedback

IEEPA Tariff Refunds

Locations

Shipping

Tracking

Business Solutions

Support

# Tracking Details

Tracking No.

## Delivered

1ZYK64690303972318

Thursday, July 16 Left at the Dock at 9:27

**Delivered To**

STOCKTON, CA US

**Received By**

AUS

Hide Details

### Parcel History

Select Time Zone
Local Time

2026/07/16
9:27

**Delivered**
DELIVERED
STOCKTON, CA, US

2026/07/16
5:54

**Out for Delivery**
Out for Delivery
Lathrop, CA, United States

2026/07/15
11:07

**On the Way**
Arrived at Facility
Lathrop, CA, United States

2026/07/15
7:08

Departed from Facility
Visalia, CA, United States

2026/07/15
0:27

Ask UPS

Arrived at Facility
Visalia, CA, United States

2026/07/14
20:11

Departed from Facility
Ontario, CA, United States

2026/07/14
14:27

**We Have Your Parcel**
Arrived at Facility
Ontario, CA, United States

2026/06/17
20:08

**Label Created**
Shipper created a label, UPS has not received the package yet.
United States

Proof of Delivery › File a Claim ›

**All Packages in this Shipment**

## Shipment Details

1 of 4 Piece Shipment

**Delivered To**
STOCKTON, CA US

**Service**
UPS Ground

**Shipment Category**
Parcel

**Shipped/Billed On**
2026/06/17

This Site

Tracking

Shipping

Help and Support

Communication Preferences

Other UPS Sites

About UPS

Supply Chain Solutions

UPS Jobs

UPS Developer Portal

Legal

Global Home

Protect Against Fraud

Terms and Conditions

Website Terms of Use

Privacy Notice (Updated: 20 June 2025)

Express Business License

Business License

Cookie Settings

Copyright ©1994-2026 United Parcel Service of America, Inc. All rights reserved

IEEPA Tariff Refunds

Locations

Shipping

Tracking

Business Solutions

Support

# Tracking Details

Tracking No.

## Delivered

1ZYK64690307428337

Thursday, July 16 Left at the Dock at 4:14

**Delivered To**

STOCKTON, CA US

**Received By**

AUS BYPASS

Hide Details

## Parcel History

Select Time Zone

Local Time

2026/07/16

4:14

**Delivered**

DELIVERED

STOCKTON, CA, US

2026/07/15

14:07

**On the Way**

Processing at UPS Facility

Lathrop, CA, United States

2026/07/15

10:24

Arrived at Facility

Lathrop, CA, United States

2026/07/15

6:46

Departed from Facility

Visalia, CA, United States

2026/07/15

5:01

Ask UPS

Arrived at Facility

Visalia, CA, United States

2026/07/14
23:38

Departed from Facility
Ontario, CA, United States

2026/07/14
14:29

**We Have Your Parcel**
Arrived at Facility
Ontario, CA, United States

2026/06/17
20:08

**Label Created**
Shipper created a label, UPS has not received the package yet.
United States

Tracking number copied to cli

Proof of Delivery › File a Claim ›

**All Packages in this Shipment**

## Shipment Details

1 of 4 Piece Shipment

**Delivered To**
STOCKTON, CA US

**Service**
UPS Ground

**Shipment Category**
Parcel

**Shipped/Billed On**
2026/06/17

### This Site

- Tracking
- Shipping
- Help and Support
- Communication Preferences

### Other UPS Sites

- About UPS
- Supply Chain Solutions
- UPS Jobs
- UPS Developer Portal

### Legal

- Global Home
- Protect Against Fraud

Terms and Conditions

Website Terms of Use

Privacy Notice (Updated: 20 June 2025)

Express Business License

Business License

Cookie Settings

Copyright ©1994-2026 United Parcel Service of America, Inc. All rights reserved

Tracking number copied to cli

IEEPA Tariff Refunds

Locations

Shipping

Tracking

Business Solutions

Support

# Tracking Details

Tracking No.

## Delivered

1ZYK64690314668305

Thursday, July 16 Left at the Dock at 9:27

**Delivered To**

STOCKTON, CA US

**Received By**

AUS

Hide Details

### Parcel History

Select Time Zone
Local Time

2026/07/16
9:27

**Delivered**
DELIVERED
STOCKTON, CA, US

2026/07/16
6:08

**Out for Delivery**
Out for Delivery
Lathrop, CA, United States

2026/07/15
11:07

**On the Way**
Arrived at Facility
Lathrop, CA, United States

2026/07/15
7:08

Departed from Facility
Visalia, CA, United States

2026/07/15
0:27

Ask UPS

Arrived at Facility
Visalia, CA, United States

2026/07/14
20:11

Departed from Facility
Ontario, CA, United States

2026/07/14
14:22

**We Have Your Parcel**
Arrived at Facility
Ontario, CA, United States

2026/06/17
20:08

**Label Created**
Shipper created a label, UPS has not received the package yet.
United States

Tracking number copied to cli

Proof of Delivery › File a Claim ›

**All Packages in this Shipment**

## Shipment Details

1 of 4 Piece Shipment

**Delivered To**
STOCKTON, CA US

**Service**
UPS Ground

**Shipment Category**
Parcel

**Shipped/Billed On**
2026/06/17

This Site

- Tracking
- Shipping
- Help and Support
- Communication Preferences

Other UPS Sites

- About UPS
- Supply Chain Solutions
- UPS Jobs
- UPS Developer Portal

Legal

- Global Home
- Protect Against Fraud

Terms and Conditions

Website Terms of Use

Privacy Notice (Updated: 20 June 2025)

Express Business License

Business License

Cookie Settings

Copyright ©1994-2026 United Parcel Service of America, Inc. All rights reserved

Tracking number copied to cli

IEEPA Tariff Refunds

Locations

Shipping

Tracking

Business Solutions

Support

# Tracking Details

Tracking No.

## Delivered

1ZYK64690319692323

Thursday, July 16 Left at the Dock at 4:14

**Delivered To**

STOCKTON, CA US

**Received By**

AUS BYPASS

Hide Details

### Parcel History

Select Time Zone

Local Time

2026/07/16
4:14

**Delivered**
DELIVERED
STOCKTON, CA, US

2026/07/15
19:09

**On the Way**
Processing at UPS Facility
Lathrop, CA, United States

2026/07/15
10:10

Arrived at Facility
Lathrop, CA, United States

2026/07/15
7:00

Departed from Facility
Visalia, CA, United States

2026/07/15
4:01

Arrived at Facility

Visalia, CA, United States

2026/07/15
0:05

Departed from Facility
Ontario, CA, United States

2026/07/14
14:28

**We Have Your Parcel**
Arrived at Facility
Ontario, CA, United States

2026/06/17
20:08

**Label Created**
Shipper created a label, UPS has not received the package yet.
United States

Tracking number copied to cli

Proof of Delivery > File a Claim >

**All Packages in this Shipment**

## Shipment Details

1 of 4 Piece Shipment

**Delivered To**
STOCKTON, CA US

**Service**
UPS Ground

**Shipment Category**
Parcel

**Shipped/Billed On**
2026/06/17

This Site

Tracking

Shipping

Help and Support

Communication Preferences

Other UPS Sites

About UPS

Supply Chain Solutions

UPS Jobs

UPS Developer Portal

Legal

Global Home

Protect Against Fraud

Terms and Conditions

Website Terms of Use

Privacy Notice (Updated: 20 June 2025)

Express Business License

Business License

Cookie Settings

Copyright ©1994-2026 United Parcel Service of America, Inc. All rights reserved

Tracking number copied to cli

Sunny Hair Beauty | United States Search New Seller Central EN Help

Account Health Virtual Bundles Manage All Inventory Manage Orders Coupons Manage Promotions Price Discounts Business Reports Fulfillment Add Products via Upload Shipments Reports Repository Edit

**Welcome to the new Shipments page!** The updated design streamlines your shipping workflows with quick access to the tools you need to manage your shipments. You can return to the previous version for a short period.

# Manage Shipments (1) Info

Capacity monitor | Send to Amazon | Fulfillment center

FBA19H853C27 | Status | Missing tracking | Last updated | Store | Save view

Clear filters

| Shipment name / Shipment ID | Status | Created | Actions |
|---|---|---|---|
| FBA STA (07/01/2026 … FBA19H853C27 | Closed | Jul 1, 2026 2:46 PM | View details |

1–1 of 1

1

## Shipment events

Shipment summary

| | |
|---|---|
| Shipment name | FBA STA (07/01/2026 S2 AGL海运)-POC1 |
| Shipment ID | FBA19H853C27 |
| Created | Jul 1, 2026 |
| Reference ID | 4T5NG5RM |

**4116 / 4160 units**
Available for sale (located)

**3930 / 4160 units**
Prime eligible

Jul 1, 2026, 2:46 PM GMT+8
Created

Jul 13, 2026, 12:17 PM GMT+8
In Transit

Delivered

Aug 5, 2026, 3:59 AM GMT+8
Checked In

Aug 5, 2026, 4:04 AM GMT+8
Receiving

Aug 30, 2026, 5:53 AM GMT+8
Closed

We've found discrepancies between the number of units that we received and the number that we expected.

You requested an investigation into missing or unexpected items on October 4, 2026

**Next steps**

- Go to the Contents tab to reconcile discrepancies
- Go to Inbound Performance Dashboard to track your inbound performance

FEEDBACK

Help | Program Policies | English | Download the Amazon Seller mobile app

© 1999-2026, Amazon.com, Inc. or its affiliates

FEEDBACK

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inven

FBA → Dashboard Inventory Shipments Opportunities Analytics

# Shipment summary

Learn more | Tell us how we're doing

Create shipment

## Shipment name: FBA STA (07/01/2026 S2 AGL海运)-POC1

Rename shipment | **Status:** Closed | **Last updated: Aug 30, 2026**

**Shipment**

**Created:** Jul 1, 2026
**ID:** FBA19H853C27
**Created using:** Send to Amazon (view)
**Amazon reference ID:** 4T5NG5RM

Show more

**Ship From**

US-Daniela
"Room502,Block
C,No.3-4Shichang
Road"
"Haiyucheng, Huancui
District
WeiHai, Huancui
District, Shandong
264200
CN
[redacted]

**Ship to**

POC3 - JURUPA
VALLEY, CA
US

Show more

**Contents**

300 MSKUs
4160 Units
View contents

**Fees (estimated)**

**FBA manual processing fee:** $0.00
**Total inbound placement service fees: $0.00**
**Prep and labeling:** Calculated for overall shipping plan

Discontinuation of prep and labeling services. Learn more

Shipment events | Carrier updates | Contents | Problems

Feedback

Return to Shipping Queue

| | | | Carrier status | Cargo details | Estimated departure | Estimated a destination port/airpor |
|---|---|---|---|---|---|---|
| © ` | 1 | **200q-ec5h-hghn-sc80_LCL-SGDEEWYDWQQS2**<br><br>Aug 04, 2026 02:14:00 PM - POC3 -- - Delivered to Amazon fulfillment center<br><br>Aug 02, 2026 05:47:34 PM - POC3 -- - Delivered to Amazon fulfillment center<br><br>Jul 31, 2026 06:17:00 AM - Uslax CA US - Driver en route for delivery from terminal<br><br>Jul 30, 2026 09:31:00 AM - Uslax CA US - Available for pickup (It may take time for the pickup code email to be sent. If you do not receive an email, please also check the Message Center: https://www.amazon.com/gp/message?ref_=ya_d_c_msg_center#!/inbox)<br><br>Jul 30, 2026 07:49:07 AM - USLAX -- - Estimated date of arrival at port of discharge/destination airport<br><br>Jul 30, 2026 07:00:00 AM - USLAX -- - Available for pickup (It may take time for the pickup code email to be sent. If you do not receive an email, please also check the Message Center: https://www.amazon.com/gp/message?ref_=ya_d_c_msg_center#!/inbox)<br><br>Jul 29, 2026 11:06:00 PM - Wilmington CA US - Shipment created or tendered<br><br>Jul 29, 2026 09:12:03 PM - USLAX -- - Vessel arrived at destination port<br><br>Jul 28, 2026 04:01:00 PM - Uslax CA US - Customs released at destination port<br><br>Jul 25, 2026 01:04:51 PM - Los Angeles CA US - Customs released at destination port<br><br>Jul 25, 2026 01:04:43 PM - Los Angeles CA US - Import customs files<br><br>Jul 21, 2026 05:50:01 AM - Los Angeles CA US - Initiated customs clearance at destination country.<br><br>Jul 17, 2026 10:00:00 AM - CNNGB -- - Vessel or Aircraft departed origin port<br><br>Jul 15, 2026 02:11:04 AM - Los Angeles CA US - Carrier en route to pickup.<br><br>Jul 14, 2026 10:36:36 AM - CNNGB -- - Estimated date of departure at port of loading/origin airport<br><br>Jul 14, 2026 07:32:00 AM - CNNGB -- - Cargo received at origin port<br><br>Jul 14, 2026 12:00:00 AM - The Lorenzo Apartments -- - Customs released at port of loading | In transit | ZCSU6650889<br>ZIM EAGLE<br>21E<br>ZIMUNGB20858410 | July 15, 2026 | July 29, 202 les |

Feedback

Jul 13, 2026 08:40:50 AM - USLAX -- - Estimated date of arrival at port of discharge/destination airport

Jul 13, 2026 07:47:56 AM - USLAX -- - Estimated date of arrival at port of discharge/destination airport

Jul 13, 2026 07:47:36 AM - CNNGB -- - Estimated date of departure at port of loading/origin airport

Feedback

Sunny Hair Beauty | United States   Search   New Seller Central   EN   Help

Account Health   Virtual Bundles   Manage All Inventory   Manage Orders   Coupons   Manage Promotions   Price Discounts   Business Reports   Fulfillment   Add Products via Upload   Shipments   Reports Repository   Edit

**Welcome to the new Shipments page!** The updated design streamlines your shipping workflows with quick access to the tools you need to manage your shipments. You can return to the previous version for a short period.

## Manage Shipments (1) Info

Capacity monitor   Send to Amazon ▼   Fulfillment center ▼

FBA19J5N026Q   Status ▼   Missing tracking ▼   Last updated ▼   Store ▼   Save view

Clear filters

| Shipment name<br>Shipment ID | Status | Created | Actions |
|---|---|---|---|
| FBA STA (07/14/2026 ...<br>FBA19J5N026Q | Closed | Jul 14, 2026<br>9:48 AM | View details ▼ |

1–1 of 1   1

FEEDBACK

## Shipment events

Shipment summary

| | |
|---|---|
| Shipment name | FBA STA (07/14/2026 01:48)-BJC1 |
| Shipment ID | FBA19J5N026Q |
| Created | Jul 14, 2026 |
| Reference ID | 5NZS2V3M |

**122 / 128 units**
Available for sale (located)

**132 / 128 units**
Prime eligible

Jul 14, 2026, 9:48 AM GMT+8
Created

Aug 5, 2026, 5:52 PM GMT+8
In Transit

Delivered

Aug 11, 2026, 6:49 AM GMT+8
Checked In

Aug 11, 2026, 6:50 AM GMT+8
Receiving

Aug 27, 2026, 5:30 AM GMT+8
Closed

Closed with problems

1 problem resolved

We've found discrepancies between the number of units that we received and the number that we expected.

You requested an investigation into missing or unexpected items on August 28, 2026

**Next steps**

- Go to the Contents tab to reconcile discrepancies
- Go to Inbound Performance Dashboard to track your inbound performance

Help | Program Policies | English | Download the Amazon Seller mobile app

© 1999-2026, Amazon.com, Inc. or its affiliates

FEEDBACK

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inven

FBA → Dashboard Inventory Shipments Opportunities Analytics

# Shipment summary

Learn more | Tell us how we're doing

Create shipment

## Shipment name: FBA STA (07/14/2026 01:48)-BJC1

Rename shipment | **Status:** Closed | **Last updated: Aug 27, 2026**

**Shipment**

**Created:** Jul 14, 2026
**ID:** FBA19J5N026Q
**Created using:** Send to Amazon (view)
**Amazon reference ID:** 5NZS2V3M

Show more

**Ship From**

US-Daniela
"Room502,Block
C,No.3-4Shichang
Road"
"Haiyucheng, Huancui
District
WeiHai, Huancui
District, Shandong
264200
CN
[redacted]

**Ship to**

BJC1 - AURORA, CO
US

**Contents**

43 MSKUs
128 Units
View contents

**Fees (estimated)**

**FBA manual processing fee:** $0.00
**Total inbound placement service fees:** **$0.00**
**Prep and labeling:** Calculated for overall shipping plan

Discontinuation of prep and labeling services. Learn more

Shipment events | Carrier updates | Contents | Problems

Feedback

Add individual tracking IDs   Upload tracking IDs in bulk

Return to Shipping Queue

| Box # | Amazon FBA box label number | Tracking # ⓘ | Status | Carrier status | Weight (LB) | Dimensions (IN) |
|---|---|---|---|---|---|---|
| 1 | FBA19J5N026QU000001 | 874512541027<br>First entered: 08/05/2026 17:52<br>Aug 10, 2026 05:28:46 PM - Aurora CO US - Package delivered.<br>Aug 10, 2026 08:50:00 AM - Henderson CO US - Package is out for delivery.<br>Aug 08, 2026 06:47:00 AM - Henderson CO US - Package is out for delivery.<br>Aug 06, 2026 07:53:00 AM - Henderson CO US - Package arrived at a carrier facility.<br>Aug 05, 2026 03:07:33 AM - City Of Industry CA US - Package left the carrier facility.<br>Aug 04, 2026 09:24:00 PM - City Of Industry CA US - Package arrived at a carrier facility.<br>Aug 04, 2026 12:00:00 AM - Chino | ✓ Confirmed | Delivered | 38 | 12.5 x 22 x 18.5 |

NEW **Ship with ShipTr**

Select ShipTrack carriers and receive the following benefits:

- Tracking information is received and auto filled from carrier
- Review end to end shipment tracking earlier
- Learn more

**Prefer to scan your tracking IDs?**



You can now quickly scan carrier tracking IDs using a connected hand scanner

Learn

Feedback

查询ID: 874512541027

本地扫描时间

已送达
星期一, 10/08/2026 17:28

签收人： AMAZON

此为货件中的1件（共8件）

查看更多详细信息

获取递送证明

**寄件人**
ontario,CA US

**至**
AURORA,CO US



© FedEx 1995-2026

Sunny Hair Beauty | United States   Search   New Seller Central   EN   Help

Account Health   Virtual Bundles   Manage All Inventory   Manage Orders   Coupons   Manage Promotions   Price Discounts   Business Reports   Fulfillment   Add Products via Upload   Shipments   Reports Repository   Edit

**Welcome to the new Shipments page!** The updated design streamlines your shipping workflows with quick access to the tools you need to manage your shipments. You can return to the previous version for a short period.

# Manage Shipments (1) Info

Capacity monitor   Send to Amazon ▼   Fulfillment center ▼

FBA19JMKNTP3 ✕   Status ▼   Missing tracking ▼   Last updated ▼   Store ▼   Save view

Clear filters

| Shipment name<br>Shipment ID | Status | Created | Actions |
|---|---|---|---|
| FBA STA (07/20/2026 …<br>FBA19JMKNTP3 | Closed<br>Defects found<br>Outside delivery window | Jul 20, 2026<br>10:48 AM | Resolve Defects ▼ |

1–1 of 1   ‹ 1 ›

FEEDBACK

## Shipment events

Shipment summary

| | |
|---|---|
| Shipment name | FBA STA (07/20/2026 SA2 海运第一批LYL)-MCI4 |
| Shipment ID | FBA19JMKNTP3 |
| Created | Jul 20, 2026 |
| Reference ID | 19SPW2TE |

**771 / 768 units**
Available for sale (located)

**577 / 768 units**
Prime eligible

Jul 20, 2026, 10:48 AM GMT+8
Created

Aug 18, 2026, 12:53 AM GMT+8
In Transit

Delivered

Aug 19, 2026, 1:08 PM GMT+8
Checked In

Aug 19, 2026, 1:09 PM GMT+8
Receiving

Sep 18, 2026, 8:37 PM GMT+8
Closed

Closed with problems

We've found discrepancies between the number of units that we received and the number that we expected.

You requested an investigation into missing or unexpected items on September 20, 2026

**Next steps**

- Resolve 3 problems related to this shipment
- Go to the Contents tab to reconcile discrepancies
- Go to Inbound Performance Dashboard to track your inbound performance

Help | Program Policies | English | Download the Amazon Seller mobile app

© 1999-2026, Amazon.com, Inc. or its affiliates

FEEDBACK

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inven

FBA → Dashboard Inventory Shipments Opportunities Analytics

# Shipment summary

Learn more | Tell us how we're doing

Create shipment

## Shipment name: FBA STA (07/20/2026 SA2 海运第一批LYL)-MCI4

Rename shipment | **Status:** Closed | **Last updated: Sep 18, 2026**

### Shipment

**Created:** Jul 20, 2026
**ID:** FBA19JMKNTP3
**Created using:** Send to Amazon (view)
**Amazon reference ID:** 19SPW2TE

Show more

### Ship From

US-Daniela
"Room502,Block C,No.3-4Shichang Road"
"Haiyucheng, Huancui District
WeiHai, Huancui District, Shandong 264200
CN
[redacted]

### Ship to

MCI4 - KANSAS CITY, MO
US

### Contents

279 MSKUs
768 Units
View contents

### Fees (estimated)

**FBA manual processing fee:** $0.00
**Total inbound placement service fees: $0.00**
**Prep and labeling:** Calculated for overall shipping plan

Discontinuation of prep and labeling services. Learn more

Shipment events | Carrier updates | Contents | Problems 3

Feedback

○ Add individual tracking IDs ○ Upload tracking IDs in bulk

Return to Shipping Queue

| Box # | Amazon FBA box label number | Tracking # ⓘ | Status | Carrier status | Weight (LB) | Dimensions (IN) |
|---|---|---|---|---|---|---|
| 1 | FBA19JMKNTP3U000001 | 1ZYK64690327126278<br>**First entered: 07/27/2026 08:34**<br>Aug 18, 2026 02:45:00 PM - Lenexa KS US - Package delivered.<br>Aug 18, 2026 01:03:00 PM - Lenexa KS US - Package left the carrier facility.<br>Aug 17, 2026 06:24:00 PM - - Package left the carrier facility.<br>Aug 16, 2026 04:22:00 PM - Lenexa KS US - Package arrived at a carrier facility.<br>Aug 12, 2026 10:28:00 PM - Ontario CA US - Package left the carrier facility.<br>Aug 12, 2026 01:21:46 PM - Ontario CA US - Package arrived at a carrier facility. | ✓ Confirmed | Delivered | 39.6 | 16.1 x 23.6 x 17.6 |
| 2 | FBA19JMKNTP3U000002 | 1ZYK64690338736697<br>**First entered: 07/27/2026 08:34**<br>Aug 17, 2026 04:45:00 PM - Lenexa KS US - Package delivered.<br>Aug 17, 2026 04:33:00 PM - - Package left the carrier facility.<br>Aug 17, 2026 11:33:03 AM - Lenexa KS US - Package is out for | ✓ Confirmed | Delivered | 39.6 | 16.1 x 23.6 x 17.6 |

NEW **Ship with ShipTr**

Select ShipTrack carriers and receive the following benefits:

- Tracking information is received and auto filled from carrier
- Review end to end shipment tracking earlier
- Learn more

**Prefer to scan your tracking IDs?**



You can now quickly scan carrier tracking IDs using a connected hand scanner Learn more

Feedback

| | | | | | | |
|---|---|---|---|---|---|---|
| | | delivery.<br><br>Aug 13, 2026 09:44:00 PM - Lenexa KS US - Package arrived at a carrier facility.<br><br>Aug 12, 2026 05:59:00 PM - Ontario CA US - Package left the carrier facility.<br><br>Aug 12, 2026 01:49:11 PM - Ontario CA US - Package arrived at a carrier facility. | | | | |
| 3 | FBA19JMKNTP3U000003 | 1ZYK64690322742316<br>**First entered: 07/27/2026 08:34**<br><br>Aug 17, 2026 04:45:00 PM - Lenexa KS US - Package delivered.<br><br>Aug 17, 2026 04:41:00 PM - - Package left the carrier facility.<br><br>Aug 17, 2026 11:41:04 AM - Lenexa KS US - Package is out for delivery.<br><br>Aug 13, 2026 09:44:00 PM - Lenexa KS US - Package arrived at a carrier facility.<br><br>Aug 12, 2026 05:59:00 PM - Ontario CA US - Package left the carrier facility.<br><br>Aug 12, 2026 01:20:56 PM - Ontario CA US - Package arrived at a carrier facility. | ✓ Confirmed | Delivered | 39.6 | 16.1 x 23.6 x 17.6 |
| 4 | FBA19JMKNTP3U000004 | 1ZYK64690323514089<br>**First entered: 07/27/2026 08:34**<br><br>Aug 17, 2026 04:45:00 PM - Lenexa KS US - Package delivered. | ✓ Confirmed | Delivered | 39.6 | 16.1 x 23.6 x 17.6 |

Feedback

Aug 17, 2026 04:33:00 PM - -
Package left the carrier facility.

Aug 17, 2026 11:33:21 AM -
Lenexa KS US - Package is out for delivery.

Aug 13, 2026 09:44:00 PM -
Lenexa KS US - Package arrived at a carrier facility.

Aug 12, 2026 05:59:00 PM -
Ontario CA US - Package left the carrier facility.

Aug 12, 2026 01:47:59 PM -
Ontario CA US - Package arrived at a carrier facility.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | FBA19JMKNTP3U000005 | 1ZYK64690324453321<br>**First entered: 07/27/2026 08:34** | ✓ Confirmed | Delivered | 39.6 | 16.1 x 23.6 x 17.6 |

Aug 18, 2026 10:30:00 AM -
Lenexa KS US - Package delivered.

Aug 18, 2026 08:31:00 AM -
Lenexa KS US - Package left the carrier facility.

Aug 17, 2026 06:19:00 PM - -
Package left the carrier facility.

Aug 16, 2026 04:22:00 PM -
Lenexa KS US - Package arrived at a carrier facility.

Aug 12, 2026 10:28:00 PM -
Ontario CA US - Package left the carrier facility.

Aug 12, 2026 01:46:09 PM -
Ontario CA US - Package arrived

Feedback

IEEPA Tariff Refunds

Locations

Shipping

Tracking

Business Solutions

Support

# Tracking Details

Tracking No.

## Delivered

1ZYK64690322742316

Monday, August 17 at 16:45

**Delivered To**

LENEXA, KS US

**Received By**

AMAZON

Hide Details

### Parcel History

Select Time Zone
Local Time

2026/08/17
16:45

**Delivered**
DELIVERED
LENEXA, KS, US

2026/08/17
11:41

**Out for Delivery**
Out for Delivery
Lenexa, KS, United States

2026/08/13
21:44

**On the Way**
Arrived at Facility
Lenexa, KS, United States

2026/08/12
17:59

Departed from Facility
Ontario, CA, United States

2026/08/12
13:20

Ask UPS

**We Have Your Parcel**

Arrived at Facility
Ontario, CA, United States

2026/07/24
0:08

**Label Created**

Shipper created a label, UPS has not received the package yet.
United States

Proof of Delivery › File a Claim ›

**All Packages in this Shipment**

Tracking number copied to cli

## Shipment Details

1 of 6 Piece Shipment

**Delivered To**
LENEXA, KS US

**Service**
UPS Ground

**Shipment Category**
Parcel

**Shipped/Billed On**
2026/07/24

### This Site

Tracking

Shipping

Help and Support

Communication Preferences

### Other UPS Sites

About UPS

Supply Chain Solutions

UPS Jobs

UPS Developer Portal

### Legal

Global Home

Protect Against Fraud

Terms and Conditions

Website Terms of Use

Privacy Notice (Updated: 20 June 2025)

Express Business License

Business License

Cookie Settings

Copyright ©1994-2026 United Parcel Service of America, Inc. All rights reserved

Tracking number copied to cli

IEEPA Tariff Refunds

Locations

Shipping

Tracking

Business Solutions

Support

# Tracking Details

Tracking No.

## Delivered

1ZYK64690323514089

Monday, August 17 at 16:45

**Delivered To**

LENEXA, KS US

**Received By**

AMAZON

Hide Details

## Parcel History

Select Time Zone
Local Time

2026/08/17
16:45

**Delivered**
DELIVERED
LENEXA, KS, US

2026/08/17
11:33

**Out for Delivery**
Out for Delivery
Lenexa, KS, United States

2026/08/13
21:44

**On the Way**
Arrived at Facility
Lenexa, KS, United States

2026/08/12
17:59

Departed from Facility
Ontario, CA, United States

2026/08/12
13:47

Tracking number copied to clipboard.

Ask UPS

**We Have Your Parcel**

Arrived at Facility
Ontario, CA, United States

2026/07/24
0:08

**Label Created**

Shipper created a label, UPS has not received the package yet.
United States

Proof of Delivery › File a Claim ›

**All Packages in this Shipment**

## Shipment Details

1 of 6 Piece Shipment

**Delivered To**
LENEXA, KS US

**Service**
UPS Ground

**Shipment Category**
Parcel

**Shipped/Billed On**
2026/07/24

This Site

Tracking

Shipping

Help and Support

Communication Preferences

Other UPS Sites

About UPS

Supply Chain Solutions

UPS Jobs

UPS Developer Portal

Legal

Tracking number copied to clipboard.

Global Home

Protect Against Fraud

Terms and Conditions

Website Terms of Use

Privacy Notice (Updated: 20 June 2025)

Express Business License

Business License

Cookie Settings

Copyright ©1994-2026 United Parcel Service of America, Inc. All rights reserved

Tracking number copied to clipboard.

IEEPA Tariff Refunds

Locations

Shipping

Tracking

Business Solutions

Support

# Tracking Details

Tracking No.

## Delivered

1ZYK64690324453321

Tuesday, August 18 at 10:30

**Delivered To**

LENEXA, KS US

**Received By**

AMAZON

Hide Details

### Parcel History

Select Time Zone
Local Time

2026/08/18
10:30

**Delivered**
DELIVERED
LENEXA, KS, US

2026/08/18
8:31

**On the Way**
Departed from Facility
Lenexa, KS, United States

2026/08/17
13:19

Processing at UPS Facility
Lenexa, KS, United States

2026/08/16
16:22

Arrived at Facility
Lenexa, KS, United States

2026/08/12
22:28

Departed from Facility

Ask UPS

Ontario, CA, United States

2026/08/12
13:46

**We Have Your Parcel**
Arrived at Facility
Ontario, CA, United States

2026/07/24
0:08

**Label Created**
Shipper created a label, UPS has not received the package yet.
United States

Proof of Delivery › File a Claim ›

Tracking number copied to cli

**All Packages in this Shipment**

## Shipment Details

1 of 6 Piece Shipment

**Delivered To**
LENEXA, KS US

**Service**
UPS Ground

**Shipment Category**
Parcel

**Shipped/Billed On**
2026/07/24

This Site

Tracking
Shipping
Help and Support
Communication Preferences

Other UPS Sites

About UPS
Supply Chain Solutions
UPS Jobs
UPS Developer Portal

Legal

Global Home
Protect Against Fraud
Terms and Conditions
Website Terms of Use
Privacy Notice (Updated: 20 June 2025)

Express Business License

Business License

Cookie Settings

Copyright ©1994-2026 United Parcel Service of America, Inc. All rights reserved

Tracking number copied to cli

IEEPA Tariff Refunds

Locations

Shipping

Tracking

Business Solutions

Support

# Tracking Details

Tracking No.

## Delivered

1ZYK64690327126278

Tuesday, August 18 at 14:45

**Delivered To**

LENEXA, KS US

**Received By**

AMAZON

Hide Details

### Parcel History

Select Time Zone
Local Time

2026/08/18
14:45

**Delivered**
DELIVERED
LENEXA, KS, US

2026/08/18
13:03

**On the Way**
Departed from Facility
Lenexa, KS, United States

2026/08/17
13:24

Processing at UPS Facility
Lenexa, KS, United States

2026/08/16
16:22

Arrived at Facility
Lenexa, KS, United States

2026/08/12
22:28

Tracking number copied to clipboard.

Departed from Facility

Ontario, CA, United States

2026/08/12
13:21

**We Have Your Parcel**
Arrived at Facility
Ontario, CA, United States

2026/07/24
0:08

**Label Created**
Shipper created a label, UPS has not received the package yet.
United States

Proof of Delivery › File a Claim ›

All Packages in this Shipment

## Shipment Details

1 of 6 Piece Shipment

**Delivered To**
LENEXA, KS US

**Service**
UPS Ground

**Shipment Category**
Parcel

**Shipped/Billed On**
2026/07/24

This Site

Tracking

Shipping

Help and Support

Communication Preferences

Other UPS Sites

About UPS

Supply Chain Solutions

UPS Jobs

UPS Developer Portal

Legal

Global Home

Protect Against Fraud

Terms and Conditions

Website Terms of Use

Privacy Notice (Updated: 20 June 2025)

Tracking number copied to clipboard.

Express Business License

Business License

Cookie Settings

Copyright ©1994-2026 United Parcel Service of America, Inc. All rights reserved

Tracking number copied to clipboard.

IEEPA Tariff Refunds

Locations

Shipping

Tracking

Business Solutions

Support

# Tracking Details

Tracking No.

## Delivered

1ZYK64690338736697

Monday, August 17 at 16:45

**Delivered To**

LENEXA, KS US

**Received By**

AMAZON

Hide Details

### Parcel History

Select Time Zone
Local Time

2026/08/17
16:45

**Delivered**
DELIVERED
LENEXA, KS, US

2026/08/17
11:33

**Out for Delivery**
Out for Delivery
Lenexa, KS, United States

2026/08/13
21:44

**On the Way**
Arrived at Facility
Lenexa, KS, United States

2026/08/12
17:59

Departed from Facility
Ontario, CA, United States

2026/08/12
13:49

Ask UPS

**We Have Your Parcel**

Arrived at Facility

Ontario, CA, United States

2026/07/24

0:08

**Label Created**

Shipper created a label, UPS has not received the package yet.

United States

Proof of Delivery › File a Claim ›

**All Packages in this Shipment**

✓ Tracking number copied to cli

## Shipment Details

1 of 6 Piece Shipment

**Delivered To**

LENEXA, KS US

**Service**

UPS Ground

**Shipment Category**

Parcel

**Shipped/Billed On**

2026/07/24

Global Home

Protect Against Fraud

Terms and Conditions

Website Terms of Use

Privacy Notice (Updated: 20 June 2025)

Express Business License

Business License

Cookie Settings

Copyright ©1994-2026 United Parcel Service of America, Inc. All rights reserved

Tracking number copied to cli

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports

Supply chain > Manage shipments

# Manage Shipments (1) Info

Capacity monitor | Send to Amazon | Fulfillment center

FBA19LYWQGBC | Status | Missing tracking
Last updated | Store | Save view | Clear filters

| Shipment name<br>Shipment ID | Sta | Actions |
|---|---|---|
| FBA STA (08/17/2026 …<br>FBA19LYWQGBC | R | View details |

1–1 of 1 < 1 >

## Shipment events

Shipment summary

| | |
|---|---|
| Shipment name | FBA STA (08/17/2026 02:27)-SCK4 |
| Shipment ID | FBA19LYWQGBC |
| Created | Aug 17, 2026 |
| Reference ID | 3D3RGQPX |

**451 / 428 units**
Available for sale (located)

**382 / 428 units**
Prime eligible

Aug 17, 2026, 10:27 AM GMT+8
Created

In Transit

Delivered

Sep 12, 2026, 12:10 AM GMT+8
Checked In

Sep 12, 2026, 12:10 AM GMT+8
Receiving

Closed

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inven

FBA → Dashboard Inventory Shipments Opportunities Analytics

# Shipment summary

Learn more | Tell us how we're doing

Create shipment

## Shipment name: FBA STA (08/17/2026 02:27)-SCK4

Rename shipment | **Status:** Receiving | **Last updated: Sep 12, 2026**

**Shipment**

**Created:** Aug 17, 2026
**ID:** FBA19LYWQGBC
**Created using:** Send to Amazon (view)
**Amazon reference ID:** 3D3RGQPX

Show more

**Ship From**

US-Daniela
"Room502,Block C,No.3-4Shichang Road"
"Haiyucheng, Huancui District
WeiHai, Huancui District, Shandong 264200
CN
[redacted]

**Ship to**

SCK4 - STOCKTON, CA
US

**Contents**

175 MSKUs
428 Units
View contents

**Fees (estimated)**

**FBA manual processing fee:** $0.00
**Total inbound placement service fees: $0.00**
**Prep and labeling:** Calculated for overall shipping plan

Discontinuation of prep and labeling services. Learn more

Shipment events Carrier updates Contents Problems

Feedback

◯ Add individual tracking IDs ◯ Upload tracking IDs in bulk

Return to Shipping Queue

| Box # | Amazon FBA box label number | Tracking # ⓘ | Status | Carrier status | Weight (LB) | Dimensions (IN) |
|---|---|---|---|---|---|---|
| 1 | FBA19LYWQGBCU000001 | 876083665187<br>**First entered: 09/03/2026 14:19**<br>Sep 10, 2026 12:28:30 PM - Stockton CA US - Package delivered.<br>Sep 10, 2026 08:20:00 AM - Tracy CA US - Package arrived at a carrier facility.<br>Sep 09, 2026 09:30:13 PM - Stockton CA US - Package left the carrier facility.<br>Sep 09, 2026 03:20:00 PM - Stockton CA US - Package arrived at a carrier facility.<br>Sep 09, 2026 03:19:07 AM - Bloomington CA US - Package left the carrier facility.<br>Sep 08, 2026 07:15:00 PM - Bloomington CA US - Package arrived at a carrier facility.<br>Sep 08, 2026 03:07:00 PM - Santa Fe Springs CA US - Carrier received the package. | ✓ Confirmed | Delivered | 40 | 13 x 20 x 18 |
| 2 | FBA19LYWQGBCU000002 | 876083665154<br>**First entered: 09/03/2026 14:19**<br>Sep 10, 2026 12:28:30 PM -<br>Stockton CA US - Package | ✓ Confirmed | Delivered | 40 | 13 x 20 x 18 |

NEW **Ship with ShipTr**

Select ShipTrack carriers and receive the following benefits:

- Tracking information is received and auto filled from carrier
- Review end to end shipment tracking earlier
- Learn more

**Prefer to scan your tracking IDs?**



You can now quickly scan carrier tracking IDs using a connected hand scanner Learn more

Feedback

Stockton CA US - Package
delivered.

Sep 10, 2026 08:21:00 AM - Tracy CA US - Package arrived at a carrier facility.

Sep 09, 2026 09:30:13 PM - Stockton CA US - Package left the carrier facility.

Sep 09, 2026 03:20:00 PM - Stockton CA US - Package arrived at a carrier facility.

Sep 09, 2026 03:19:07 AM - Bloomington CA US - Package left the carrier facility.

Sep 08, 2026 07:16:00 PM - Bloomington CA US - Package arrived at a carrier facility.

Sep 08, 2026 03:07:00 PM - Santa Fe Springs CA US - Carrier received the package.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | FBA19LYWQGBCU000003 | 876083665176<br>**First entered: 09/03/2026 14:19** | ✓ Confirmed | Delivered | 40 | 13 x 20 x 18 |

Sep 10, 2026 12:28:30 PM - Stockton CA US - Package delivered.

Sep 10, 2026 08:21:00 AM - Tracy CA US - Package arrived at a carrier facility.

Sep 09, 2026 09:30:13 PM - Stockton CA US - Package left the carrier facility.

Sep 09, 2026 03:20:00 PM - Stockton CA US - Package arrived at a carrier facility.

Sep 09, 2026 03:19:07 AM -

Feedback

Bloomington CA US - Package left the carrier facility.

Sep 08, 2026 07:15:00 PM - Bloomington CA US - Package arrived at a carrier facility.

Sep 08, 2026 03:07:00 PM - Santa Fe Springs CA US - Carrier received the package.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | FBA19LYWQGBCU000004 | 876083665165<br>**First entered: 09/03/2026 14:19** | ✓ Confirmed | Delivered | 40 | 13 x 20 x 18 |

Sep 10, 2026 12:28:30 PM -

Feedback

FedEx 注册/登录

查询ID: 876083665154

本地扫描时间

寄件人
**ontario, CA US**

至
**STOCKTON, CA US**

# 物流记录

| | | | |
|---|---|---|---|
| 星期四, 2026/8/20 | 22:26 | 货件信息已发送给 FedEx | |
| 星期二, 2026/9/8 | 15:07 | 已收取 | SANTA FE SPRINGS, CA |
| | 19:16 | 抵达 FedEx 服务站 | BLOOMINGTON, CA |
| 星期三, 2026/9/9 | 03:19 | 已离开 FedEx 服务站 | BLOOMINGTON, CA |
| | 15:20 | 抵达 FedEx 服务站 | STOCKTON, CA |
| | 21:30 | 已离开 FedEx 服务站 | STOCKTON, CA |
| 星期四, 2026/9/10 | 08:21 | 抵达 FedEx 服务站 | TRACY, CA |
| | 12:28 | 已送达 | Stockton, CA |

# 10件货件

| 查询ID | 状态 | 寄件日期 | 递送日期 | 处理件数单位 | 寄件人城市、省/自治区 | 收件人城市、省/自治区 |
|---|---|---|---|---|---|---|
| 876083665132（主货件） | 已送达 | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665143 | 已送达 | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665154 | 已送达 | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665165 | 已送达 | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665176 | 已送达 | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665187 | 已送达 | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665198 | 已送达 | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665202 | 已送达 | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |

FedEx

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 876083665213 | 已送达 | 08/09/2026 | 11/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665224 | 已送达 | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |

# 货件详情

## 托运概览

| | |
|---|---|
| 追踪号码 | 876083665154 |
| 主查询号码 | 876083665132 |
| 寄件日期 | 08/09/2026 |
| 标准托运时间 | 10/09/2026 |
| 已送达 | 10/09/2026 12:28 |

## 服务

| | |
|---|---|
| 服务 | FedEx Ground |
| 条款 | 寄件人 |

## 包裹详细信息

| | |
|---|---|
| 重量 | 28 磅 / 12.7 公斤 |
| 尺寸 | 19x17x13 英寸 |
| 总件数 | 10 |
| 货件总重 | 316 磅 / 143.34 公斤 |
| 包装 | Package |

**关于我们**
关于FedEx
亚太地区新闻
投资者关系
职业指南
标准运输条件

**更多FEDEX信息**
注册eNews
下载价目表
燃油附加费
附加费及其他信息
全球各地节假日安排

**实用资源**
FedEx Developer Portal
新客户中心
小型企业中心
联邦快递商业洞见 （仅提供英文版）
服务指南

**语言**
China

关注FEDEX

© FedEx 1995-2026 网站地图 | Cookie Consent | Cookie 同意 | 使用条款 | 隐私政策 | 营业执照 | 快递业务经营许可证

FedEx 注册/登录

← 查询ID: 876083665165

本地扫描时间

寄件人
**ontario, CA US**

→

至
**STOCKTON, CA US**

# 物流记录

| | | | |
|---|---|---|---|
| 星期四, 2026/8/20 | 22:26 | 货件信息已发送给 **FedEx** | |
| 星期二, 2026/9/8 | 15:07 | 已收取 | SANTA FE SPRINGS, CA |
| | 19:15 | 抵达 **FedEx** 服务站 | BLOOMINGTON, CA |
| 星期三, 2026/9/9 | 03:19 | 已离开 **FedEx** 服务站 | BLOOMINGTON, CA |
| | 15:08 | 抵达 **FedEx** 服务站 | STOCKTON, CA |
| | 21:30 | 已离开 **FedEx** 服务站 | STOCKTON, CA |
| 星期四, 2026/9/10 | 08:28 | 抵达 **FedEx** 服务站 | TRACY, CA |
| | 12:28 | 已送达 | Stockton, CA |

# 10件货件

| 查询ID | 状态 | 寄件日期 | 递送日期 | 处理件数单位 | 寄件人城市、省/自治区 | 收件人城市、省/自治区 |
|---|---|---|---|---|---|---|
| 876083665132（主货件） | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665143 | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665154 | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665165 | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665176 | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665187 | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665198 | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665202 | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |

FedEx

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 876083665213 | 已送达 | 08/09/2026 | 11/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665224 | 已送达 | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |

# 货件详情

## 托运概览

| | |
|---|---|
| **追踪号码** | 876083665165 |
| **主查询号码** | 876083665132 |
| **寄件日期** | 08/09/2026 |
| **标准托运时间** | 10/09/2026 |
| **已送达** | 10/09/2026 12:28 |

## 服务

| | |
|---|---|
| **服务** | FedEx Ground |
| **条款** | 寄件人 |

## 包裹详细信息

| | |
|---|---|
| **重量** | 32 磅 / 14.51 公斤 |
| **尺寸** | 20x17x13 英寸 |
| **总件数** | 10 |
| **货件总重** | 316 磅 / 143.34 公斤 |
| **包装** | Package |

**关于我们**
关于FedEx
亚太地区新闻
投资者关系
职业指南
标准运输条件

**更多FEDEX信息**
注册eNews
下载价目表
燃油附加费
附加费及其他信息
全球各地节假日安排

**实用资源**
FedEx Developer Portal
新客户中心
小型企业中心
联邦快递商业洞见 （仅提供英文版）
服务指南

**语言**
China

**关注FEDEX**

© FedEx 1995-2026

网站地图 | Cookie Consent | Cookie 同意 | 使用条款 | 隐私政策 | 营业执照 | 快递业务经营许可证

FedEx 注册/登录

← 查询ID: 876083665176

本地扫描时间

寄件人
**ontario, CA US**

→

至
**STOCKTON, CA US**

# 物流记录

| | | | |
|---|---|---|---|
| 星期四, 2026/8/20 | 22:26 | 货件信息已发送给 **FedEx** | |
| 星期二, 2026/9/8 | 15:07 | 已收取 | SANTA FE SPRINGS, CA |
| | 19:15 | 抵达 **FedEx** 服务站 | BLOOMINGTON, CA |
| 星期三, 2026/9/9 | 03:19 | 已离开 **FedEx** 服务站 | BLOOMINGTON, CA |
| | 15:20 | 抵达 **FedEx** 服务站 | STOCKTON, CA |
| | 21:30 | 已离开 **FedEx** 服务站 | STOCKTON, CA |
| 星期四, 2026/9/10 | 08:21 | 抵达 **FedEx** 服务站 | TRACY, CA |
| | 12:28 | 已送达 | Stockton, CA |

# 10件货件

| 查询ID | 状态 | 寄件日期 | 递送日期 | 处理件数单位 | 寄件人城市、省/自治区 | 收件人城市、省/自治区 |
|---|---|---|---|---|---|---|
| 876083665132（主货件） | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665143 | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665154 | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665165 | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665176 | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665187 | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665198 | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665202 | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |

FedEx

| | | | | | | |
|---|---|---|---|---|---|---|
| 876083665213 | 已送达 | 08/09/2026 | 11/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665224 | 已送达 | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |

# 货件详情

## 托运概览

| | |
|---|---|
| **追踪号码** | 876083665176 |
| **主查询号码** | 876083665132 |
| **寄件日期** | 08/09/2026 |
| **标准托运时间** | 10/09/2026 |
| **已送达** | 10/09/2026 12:28 |

## 服务

| | |
|---|---|
| **服务** | FedEx Ground |
| **条款** | 寄件人 |

## 包裹详细信息

| | |
|---|---|
| **重量** | 32 磅 / 14.51 公斤 |
| **尺寸** | 19x17x13 英寸 |
| **总件数** | 10 |
| **货件总重** | 316 磅 / 143.34 公斤 |
| **包装** | Package |

**关于我们**
关于FedEx
亚太地区新闻
投资者关系
职业指南
标准运输条件

**更多FEDEX信息**
注册eNews
下载价目表
燃油附加费
附加费及其他信息
全球各地节假日安排

**实用资源**
FedEx Developer Portal
新客户中心
小型企业中心
联邦快递商业洞见 （仅提供英文版）
服务指南

**语言**
China

**关注FEDEX**

© FedEx 1995-2026

网站地图 | Cookie Consent | Cookie 同意 | 使用条款 | 隐私政策 | 营业执照 | 快递业务经营许可证

FedEx 注册/登录

查询ID: 876083665187

本地扫描时间

寄件人
**ontario, CA US**

至
**STOCKTON, CA US**

# 物流记录

| | | | |
|---|---|---|---|
| 星期四, 2026/8/20 | 22:26 | 货件信息已发送给 **FedEx** | |
| 星期二, 2026/9/8 | 15:07 | 已收取 | SANTA FE SPRINGS, CA |
| | 19:15 | 抵达 **FedEx** 服务站 | BLOOMINGTON, CA |
| 星期三, 2026/9/9 | 03:19 | 已离开 **FedEx** 服务站 | BLOOMINGTON, CA |
| | 15:20 | 抵达 **FedEx** 服务站 | STOCKTON, CA |
| | 21:30 | 已离开 **FedEx** 服务站 | STOCKTON, CA |
| 星期四, 2026/9/10 | 08:20 | 抵达 **FedEx** 服务站 | TRACY, CA |
| | 12:28 | 已送达 | Stockton, CA |

# 10件货件

| 查询ID | 状态 | 寄件日期 | 递送日期 | 处理件数单位 | 寄件人城市、省/自治区 | 收件人城市、省/自治区 |
|---|---|---|---|---|---|---|
| 876083665132（主货件） | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665143 | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665154 | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665165 | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665176 | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665187 | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665198 | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665202 | **已送达** | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |

FedEx

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 876083665213 | 已送达 | 08/09/2026 | 11/09/2026 | 0 | ontario CA | STOCKTON CA |
| 876083665224 | 已送达 | 08/09/2026 | 10/09/2026 | 0 | ontario CA | STOCKTON CA |

# 货件详情

## 托运概览

| | |
|---|---|
| **追踪号码** | 876083665187 |
| **主查询号码** | 876083665132 |
| **寄件日期** | 08/09/2026 |
| **标准托运时间** | 10/09/2026 |
| **已送达** | 10/09/2026 12:28 |

## 服务

| | |
|---|---|
| **服务** | FedEx Ground |
| **条款** | 寄件人 |

## 包裹详细信息

| | |
|---|---|
| **重量** | 30 磅 / 13.61 公斤 |
| **尺寸** | 19x17x13 英寸 |
| **总件数** | 10 |
| **货件总重** | 316 磅 / 143.34 公斤 |
| **包装** | Package |

**关于我们**

关于FedEx
亚太地区新闻
投资者关系
职业指南
标准运输条件

**更多FEDEX信息**

注册eNews
下载价目表
燃油附加费
附加费及其他信息
全球各地节假日安排

**实用资源**

FedEx Developer Portal
新客户中心
小型企业中心
联邦快递商业洞见 （仅提供英文版）
服务指南

**语言**

China

**关注FEDEX**

© FedEx 1995-2026

网站地图 | Cookie Consent | Cookie 同意 | 使用条款 | 隐私政策 | 营业执照 | 快递业务经营许可证

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports

Supply chain > Manage shipments

# Manage Shipments (1) Info

Capacity monitor | Send to Amazon | Fulfillment center

FBA19ND7LVNL | Status | Missing tracking | Last updated | Store | Save view | Clear filters

| Shipment name / Shipment ID | Sta | Actions |
|---|---|---|
| FBA STA (08/31/2026 … FBA19ND7LVNL | R | View details |

1–1 of 1   1

## Shipment events

Shipment summary

| | |
|---|---|
| Shipment name | FBA STA (08/31/2026 SA2 LYL3箱)-LBE1 |
| Shipment ID | FBA19ND7LVNL |
| Created | Aug 31, 2026 |
| Reference ID | 2JIROK4U |

**318 / 321 units**
Available for sale (located)

**307 / 321 units**
Prime eligible

Aug 31, 2026, 10:56 AM GMT+8
Created

In Transit

Sep 5, 2026, 8:27 AM GMT+8
Delivered

Sep 6, 2026, 3:12 AM GMT+8
Checked In

Sep 6, 2026, 3:13 AM GMT+8
Receiving

Closed

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inven

FBA → Dashboard Inventory Shipments Opportunities Analytics

# Shipment summary

Learn more | Tell us how we're doing

Create shipment

## Shipment name: FBA STA (08/31/2026 SA2 LYL3箱)-LBE1

Rename shipment | **Status:** Receiving | **Last updated: Sep 6, 2026**

### Shipment

**Created:** Aug 31, 2026
**ID:** FBA19ND7LVNL
**Created using:** Send to Amazon (view)
**Amazon reference ID:** 2JIROK4U

Show more

### Ship From

US-Daniela
"Room502,Block C,No.3-4Shichang Road"
"Haiyucheng, Huancui District
WeiHai, Huancui District, Shandong
264200
CN
[redacted]

### Ship to

LBE1 - NEW STANTON, PA
US

### Contents

22 MSKUs
321 Units
View contents

### Fees (estimated)

**FBA manual processing fee:** $0.00
**Total inbound placement service fees:** **$77.04**
**Prep and labeling:** Calculated for overall shipping plan

Discontinuation of prep and labeling services. Learn more

Shipment events Carrier updates Contents Problems

Feedback

◯ Add individual tracking IDs ◯ Upload tracking IDs in bulk

Return to Shipping Queue

| Box # | Amazon FBA box label number | Tracking # ⓘ | Status | Carrier status | Weight (LB) | Dimensions (IN) |
|---|---|---|---|---|---|---|
| 1 | FBA19ND7LVNLU000001 | 876618013564<br>**First entered: 09/03/2026 08:19**<br>Sep 04, 2026 11:13:00 AM - New Stanton PA US - Package delivered.<br>Sep 04, 2026 10:42:48 AM - Hunker PA US - Package is out for delivery.<br>Sep 04, 2026 09:41:46 AM - Hunker PA US - Package arrived at a carrier facility.<br>Sep 04, 2026 05:25:00 AM - Indianapolis IN US - Package left the carrier facility.<br>Sep 04, 2026 04:29:00 AM - Indianapolis IN US - Completed customs clearance.<br>Sep 04, 2026 02:00:00 AM - Indianapolis IN US - Package arrived at a carrier facility.<br>Sep 03, 2026 03:35:00 PM - Qingdao CN - Completed customs clearance.<br>Sep 02, 2026 07:07:00 PM - Weihai CN - Package left the carrier facility.<br>Sep 02, 2026 04:10:00 PM - Weihai CN - Carrier received the package. | ✓ Confirmed | Delivered | 39.6 | 16.1 x 23.6 x 17.6 |

© ´

NEW **Ship with ShipTr**

Select ShipTrack carriers and receive the following benefits:

- Tracking information is received and auto filled from carrier
- Review end to end shipment tracking earlier
- Learn more

es

**Prefer to scan your tracking IDs?**



You can now quickly scan carrier tracking IDs using a connected hand scanner Learn more

Feedback

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | FBA19ND7LVNLU000002 | 876618013575<br>**First entered: 09/03/2026 08:19**<br>Sep 04, 2026 11:13:00 AM - New Stanton PA US - Package delivered.<br>Sep 04, 2026 10:03:53 AM - Hunker PA US - Package is out for delivery.<br>Sep 04, 2026 09:29:19 AM - Hunker PA US - Package arrived at a carrier facility.<br>Sep 04, 2026 05:25:00 AM - Indianapolis IN US - Package left the carrier facility.<br>Sep 04, 2026 04:29:00 AM - Indianapolis IN US - Completed customs clearance.<br>Sep 04, 2026 03:28:00 AM - Indianapolis IN US - Completed customs clearance.<br>Sep 04, 2026 02:00:00 AM - Indianapolis IN US - Package arrived at a carrier facility.<br>Sep 03, 2026 03:35:00 PM - Qingdao CN - Completed customs clearance.<br>Sep 02, 2026 07:07:00 PM - Weihai CN - Package left the carrier facility.<br>Sep 02, 2026 04:10:00 PM - Weihai CN - Carrier received the package. | ✓ Confirmed | Delivered | 39.6 | 16.1 x 23.6 x 17.6 |
| 3 | FBA19ND7LVNLU000003 | 876618013586<br>**First entered: 09/03/2026 08:19**<br>Sep 04, 2026 11:13:00 AM - New | ✓ Confirmed | Delivered | 39.6 | 16.1 x 23.6 x 17.6 |

Feedback

Stanton PA US - Package delivered.

Sep 04, 2026 09:57:34 AM - Hunker PA US - Package is out for delivery.

Sep 04, 2026 09:47:22 AM - Hunker PA US - Package arrived at a carrier facility.

Sep 04, 2026 05:25:00 AM - Indianapolis IN US - Package left the carrier facility.

Feedback

FedEx 注册/登录

查询ID: 876618013564

本地扫描时间

寄件人
**WEIHAI CN**

至
**NEW STANTON, PA US**

# 物流记录

| | | | |
|---|---|---|---|
| 星期三, 2026/9/2 | 00:52 | 货件信息已发送给 FedEx | |
| | 16:10 | 已收取<br>FedEx 截止时间过后收到包裹 | WEIHAI CN |
| | 19:07 | 已离开 FedEx 始发地服务站 | WEIHAI CN |
| 星期四, 2026/9/3 | 15:35 | 国际货物放行 - 出口 | QINGDAO CN |
| | 21:04 | 途中 | QINGDAO CN |
| 星期五, 2026/9/4 | 02:45 | 途中 | SENNAN-SHI JP |
| | 02:00 | 到达FedEx集散中心 | INDIANAPOLIS, IN |
| | 04:29 | 国际货物放行 - 进口 | INDIANAPOLIS, IN |
| | 05:25 | 离开FedEx集散中心 | INDIANAPOLIS, IN |
| | 09:41 | 抵达当地 FedEx 服务站 | HUNKER, PA |
| | 10:42 | 已装上 FedEx 车辆等待递送 | HUNKER, PA |
| | 11:13 | 已送达 | NEW STANTON, PA |

# 3件货件

| 查询ID | 状态 | 寄件日期 | 递送日期 | 处理件数单位 | 寄件人城市、省/自治区 | 收件人城市、省/自治区 |
|---|---|---|---|---|---|---|
| 876618013564（主货件） | 已送达 | 03/09/2026 | 04/09/2026 | 0 | WEIHAI | NEW STANTON PA |
| 876618013575 | 已送达 | 03/09/2026 | 04/09/2026 | 0 | WEIHAI | NEW STANTON PA |
| 876618013586 | 已送达 | 03/09/2026 | 04/09/2026 | 0 | WEIHAI | NEW STANTON PA |

# 货件详情

## 托运概览

| | |
|---|---|
| **追踪号码** | 876618013564 |
| **主查询号码** | 876618013564 |

FedEx

| | |
|---|---|
| **标准托运时间** | 04/09/2026 17:00 之前 |
| **已送达** | 04/09/2026 11:13 |

## 服务

| | |
|---|---|
| **服务** | FedEx International Priority |
| **条款** | 寄件人 |
| **特殊处理部分** | 工作日派送 |

## 包裹详细信息

| | |
|---|---|
| **重量** | 38.3 磅 / 17.37 公斤 |
| **尺寸** | 20x17x13 英寸 |
| **总件数** | 3 |
| **货件总重** | 111.77 磅 / 50.7 公斤 |
| **包装** | Your Packaging |

**关于我们**
关于FedEx
亚太地区新闻
投资者关系
职业指南
标准运输条件

**更多FEDEX信息**
注册eNews
下载价目表
燃油附加费
附加费及其他信息
全球各地节假日安排

**实用资源**
FedEx Developer Portal
新客户中心
小型企业中心
联邦快递商业洞见 （仅提供英文版）
服务指南

**语言**
China

**关注FEDEX**

© FedEx 1995-2026

网站地图 | Cookie Consent | Cookie 同意 | 使用条款 | 隐私政策 | 营业执照 | 快递业务经营许可证

IEEPA Tariff Refunds

Locations

Shipping

Tracking

Business Solutions

Support

# Tracking Details

Tracking No.

## Delivered

1ZYK64690334378108

Monday, August 17 at 16:45

**Delivered To**
LENEXA, KS US
**Received By**
AMAZON

Hide Details

### Parcel History

Select Time Zone
Local Time

2026/08/17
16:45

**Delivered**
DELIVERED
LENEXA, KS, US

2026/08/17
11:38

**Out for Delivery**
Out for Delivery
Lenexa, KS, United States

2026/08/13
21:44

**On the Way**
Arrived at Facility
Lenexa, KS, United States

2026/08/12
17:59

Departed from Facility
Ontario, CA, United States

2026/08/12
13:46

Ask UPS

**We Have Your Parcel**

Arrived at Facility
Ontario, CA, United States

2026/07/24
0:08

**Label Created**

Shipper created a label, UPS has not received the package yet.
United States

Proof of Delivery › File a Claim ›

**All Packages in this Shipment**

Tracking number copied to cli

## Shipment Details

1 of 6 Piece Shipment

**Delivered To**
LENEXA, KS US

**Service**
UPS Ground

**Shipment Category**
Parcel

**Shipped/Billed On**
2026/07/24

This Site

Tracking
Shipping
Help and Support
Communication Preferences

Other UPS Sites

About UPS
Supply Chain Solutions
UPS Jobs
UPS Developer Portal

Legal

Global Home

Protect Against Fraud

Terms and Conditions

Website Terms of Use

Privacy Notice (Updated: 20 June 2025)

Express Business License

Business License

Cookie Settings

Copyright ©1994-2026 United Parcel Service of America, Inc. All rights reserved

Tracking number copied to cli