# Exhibit K

Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupons Manage promotions and deals Price Discounts Business reports FBA inven

FBA → Dashboard Inventory Shipments Opportunities Analytics

# Shipment summary

Learn more | Tell us how we're doing

Create shipment

## Shipment name: SA1-SXY-TF2605120066-MQJ1

Rename shipment | **Status:** Closed | **Last updated: Jul 11, 2026**

**Shipment**

**Created:** May 12, 2026
**ID:** FBA19D4MS5LM
**Created using:** Send to Amazon (view)
**Amazon reference ID:** 12OBXY2V

Show more

**Ship From**

US-Daniela
"Room502,Block C,No.3-4Shichang Road"
"Haiyucheng, Huancui District
WeiHai, Huancui District, Shandong 264200
CN
[redacted]

**Ship to**

MQJ1 - GREENFIELD, IN US

**Contents**

76 MSKUs
256 Units
View contents

**Fees (estimated)**

**FBA manual processing fee:** $0.00
**Total inbound placement service fees: $0.00**
**Prep and labeling:** Calculated for overall shipping plan

Discontinuation of prep and labeling services. Learn more

Shipment events Carrier updates Contents Problems

Feedback

◯ Add individual tracking IDs ◯ Upload tracking IDs in bulk

Return to Shipping Queue

| Box # | Amazon FBA box label number | Tracking # ⓘ | Status | Carrier status | Weight (LB) | Dimensions (IN) |
|---|---|---|---|---|---|---|
| 1 | FBA19D4MS5LMU000001 | 1Z1B0D75032225504: First entered: 05/14/2026 18:32 | ✓ Confirmed | Delivered | 39.6 | 16.1 x 23.6 x 17.6 |
| 2 | FBA19D4MS5LMU000002 | 1Z1B0D75033447925: First entered: 05/14/2026 18:32 | ✓ Confirmed | Delivered | 39.6 | 16.1 x 23.6 x 17.6 |

NEW **Ship with ShipTr**

Select ShipTrack carriers and receive the following benefits:

- Tracking information is received and auto filled from carrier
- Review end to end shipment tracking earlier
- Learn more

**Prefer to scan your tracking IDs?**



You can now quickly scan carrier tracking IDs using a connected

Feedback