# Exhibit L

# 电子发票（普通发票）

全国统一发票监制章
国家税务总局
上海市税务局

发票号码：26317000002272564678

开票日期：2026年07月01日

| | | | |
|---|---|---|---|
| 购买方信息 | 名称：威海市森联贸易有限公司<br>统一社会信用代码/纳税人识别号：91371002344538568A | 销售方信息 | 名称：上海精准德邦物流有限公司<br>统一社会信用代码/纳税人识别号：91310115554338845X3 |

| 项目名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率/征收率 | 税额 |
|---|---|---|---|---|---|---|---|
| *生产生活服务*出口收派服务 | | 次 | 1.000000000000000 | 127402.850000000000000 | 127402.85 | 免税 | *** |
| 合计 | | | | | ¥127402.85 | | *** |

| | | |
|---|---|---|
| 价税合计（大写） | ⊗壹拾贰万柒仟肆佰零贰圆捌角伍分 | （小写）¥127402.85 |
| 备注 | | |

开票人：陈娜佳

下载次数：1

# 德邦快递5月运费账单

一、运费

| FNA号 | 日期 | 头程单号 | FBA ID | 目的地 | 件数 | 计费重量 | 单价 | 保价 | 保价费 | 偏远费/查验费 | 运费合计 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LBE1 FBA19D4N008K | 2026-5-13 | 739237201 | FBA19D4N008K | LBE1 | 7 | 110 | 17.1 | 133000 | 332.5 | | 2213.5 |
| MQJ1 FBA19D509MB6 | 2026-5-13 | 739237209 | FBA19D509MB6 | MQJ1 | 2 | 27 | 18.4 | 39000 | 97.5 | | 594.3 |
| RFD2 FBA19D4ZOROB | 2026-5-13 | 739237213 | FBA19D4ZORQB | RFD2 | 2 | 27 | 18.4 | 39000 | 97.5 | | 594.3 |
| IND9 FBA19D4ZPGS6 | 2026-5-13 | 739237215 | FBA19D4ZPGS6 | IND9 | 2 | 27 | 18.4 | 39000 | 97.5 | | 594.3 |
| PSP3 FBA19D50PPC1 | 2026-5-13 | 739237222 | FBA19D50PPC1 | PSP3 | 2 | 27 | 16.6 | 39000 | 97.5 | 60 | 605.7 |
| SCK4 FBA19D4Y76Z3 | 2026-5-13 | 739237235 | FBA19D4Y76Z3 | SCK4 | 2 | 27 | 16.6 | 39000 | 97.5 | 60 | 605.7 |
| PBI3 FBA19D4TBS60 | 2026-5-13 | 739237238 | FBA19D4TBS60 | PBI3 | 2 | 33 | 19.6 | 46000 | 115 | | 761.8 |
| LBE1 FBA19D4OW7CL | 2026-5-13 | 739237241 | FBA19D4QW7CL | LBE1 | 3 | 63 | 17.4 | 79000 | 197.5 | | 1293.7 |
| GYR2 FBA19D4P2516 | 2026-5-14 | 739238263 | FBA19D4P2516 | GYR2 | 2 | 36 | 16.6 | 48000 | 120 | | 717.6 |
| IND9 FBA19D4PYXLM | 2026-5-14 | 739238267 | FBA19D4PYXLM | IND9 | 2 | 36 | 18.4 | 48000 | 120 | | 782.4 |
| LAS1 FBA19D4MBKT4 | 2026-5-14 | 739238274 | FBA19D4MBKT4 | LAS1 | 2 | 36 | 16.6 | 48000 | 120 | 60 | 777.6 |
| MQJ1 FBA19D4MS5LM | 2026-5-14 | 739238280 | FBA19D4MS5LM | MQJ1 | 2 | 36 | 18.4 | 48000 | 120 | | 782.4 |
| SBD1 FBA19D4N32X2 | 2026-5-14 | 739238283 | FBA19D4N32X2 | SBD1 | 2 | 35 | 16.6 | 48000 | 120 | | 701 |
| GYR3 FBA19D4XLVX5 | 2026-5-14 | 739238318 | FBA19D4XLVX5 | GYR3 | 2 | 34 | 55 | 52000 | 130 | | 2000 |
| LAS1 FBA19D4XKB19 | 2026-5-14 | 739238322 | FBA19D4XKB19 | LAS1 | 2 | 34 | 57 | 52000 | 130 | | 2068 |
| SMF3 FBA19D4ZLO5N | 2026-5-14 | 739238323 | FBA19D4ZLQ5N | SMF3 | 2 | 34 | 55 | 52000 | 130 | | 2000 |
| TOL3 FBA19D50G1RV | 2026-5-14 | 739238329 | FBA19D50G1RV | TOL3 | 2 | 34 | 58 | 52000 | 130 | | 2102 |
| IND9 FBA19D50FG16 | 2026-5-14 | 739238331 | FBA19D50FG16 | IND9 | 3 | 45 | 58 | 59000 | 147.5 | | 2757.5 |
| PSP3 FBA19D5020P1 | 2026-5-14 | 739238338 | FBA19D5020P1 | PSP3 | 3 | 45 | 57 | 59000 | 147.5 | | 2712.5 |
| RFD2 FBA19D520DNN | 2026-5-14 | 739238343 | FBA19D520DNN | RFD2 | 3 | 45 | 57 | 59000 | 147.5 | | 2712.5 |
| SCK4 FBA19D4ZXT3Y | 2026-5-14 | 739238348 | FBA19D4ZXT3Y | SCK4 | 3 | 45 | 55 | 59000 | 147.5 | | 2622.5 |
| MQJ1 FBA19D51WTKS/FBA19D50MT2L | 2026-5-14 | 739238357 | FBA19D51WTKS/FBA19D50MT2L | MQJ1 | 5 | 79 | 56 | 111000 | 277.5 | | 4701.5 |
| LBE1 FBA19D4POF83/FBA19D4ODZPZ | 2026-5-14 | 739238377 | FBA19D4POF83/FBA19D4QDZPZ | LBE1 | 6 | 97 | 56 | 148000 | 370 | | 5802 |
| PBI3 FBA19D4ROH61 | 2026-5-14 | 739238380 | FBA19D4ROH61 | PBI3 | 2 | 28 | 58 | 34000 | 85 | | 1709 |
| GYR2 FBA19D891NR8/FBA19D89X26] | 2026-5-15 | DPL112000012435 | FBA19D891NR8/FBA19D89X26J | GYR2 | 2 | 36 | 55 | 45000 | 112.5 | | 2092.5 |
| IND9 FBA19D89J1HZ/FBA19D87MKS4 | 2026-5-15 | DPL112000012449 | FBA19D89J1HZ/FBA19D87MKS4 | IND9 | 2 | 36 | 58 | 45000 | 112.5 | | 2200.5 |
| LAS1 FBA19D88441G/FBA19D888L7B | 2026-5-15 | DPL112000012462 | FBA19D88441G/FBA19D888L7B | LAS1 | 2 | 36 | 57 | 45000 | 112.5 | | 2164.5 |
| MQJ1 FBA19D87LZNV/FBA19D85505V | 2026-5-15 | DPL112000012473 | FBA19D87LZNV/FBA19D85505V | MQJ1 | 2 | 36 | 58 | 45000 | 112.5 | | 2200.5 |
| SBD1 FBA19D870VC7/FBA19D879ZZH | 2026-5-15 | DPL112000012480 | FBA19D870VC7/FBA19D879ZZH | SBD1 | 2 | 36 | 55 | 45000 | 112.5 | | 2092.5 |
| GYR2 FBA19D4FM9B4 | 2026-5-15 | DPL112000012502 | FBA19D4FM9B4 | GYR2 | 2 | 29 | 55 | 45000 | 112.5 | | 1707.5 |
| IND9 FBA19D4DHFHB | 2026-5-15 | DPL112000012510 | FBA19D4DHFHB | IND9 | 2 | 29 | 58 | 45000 | 112.5 | | 1794.5 |
| MDW2 FBA19D4GOK2Z | 2026-5-15 | DPL112000012525 | FBA19D4GQK2Z | MDW2 | 2 | 29 | 57 | 45000 | 112.5 | | 1765.5 |
| MQJ1 FBA19D4F8XDS | 2026-5-15 | DPL112000012541 | FBA19D4F8XDS | MQJ1 | 2 | 29 | 58 | 45000 | 112.5 | | 1794.5 |
| SCK4 FBA19D4DYWGF | 2026-5-15 | DPL112000012547 | FBA19D4DYWGF | SCK4 | 2 | 29 | 57 | 45000 | 112.5 | | 1765.5 |
| GYR3 FBA19DBH07T2 | 2026-5-15 | DPL112000012579 | FBA19DBH07T2 | GYR3 | 2 | 35 | 55 | 45000 | 112.5 | | 2037.5 |
| IND9 FBA19DBFM80Y | 2026-5-15 | DPL112000012593 | FBA19DBFM80Y | IND9 | 2 | 35 | 58 | 45000 | 112.5 | | 2142.5 |
| LGB8 FBA19DBCGGP9 | 2026-5-15 | DPL112000012600 | FBA19DBCGGP9 | LGB8 | 2 | 35 | 55 | 45000 | 112.5 | | 2037.5 |
| MDW2 FBA19DBFL8L2 | 2026-5-15 | DPL112000012608 | FBA19DBFL8L2 | MDW2 | 2 | 35 | 57 | 45000 | 112.5 | | 2107.5 |
| MQJ1 FBA19DBF9PWY | 2026-5-15 | DPL112000012616 | FBA19DBF9PWY | MQJ1 | 2 | 35 | 58 | 45000 | 112.5 | | 2142.5 |
| PBI3 FBA19D6S897T | 2026-5-15 | DPL112000012630 | FBA19D6S897T | PBI3 | 3 | 48 | 71 | 71000 | 177.5 | -250 | 3335.5 |
| LDE FBA15LSFSN7Z | 2026-5-15 | DPL112000011285 | FBA15LSFSN7Z | 德国 | 10 | 195 | 47.9 | 200000 | 500 | 200 | 10040.5 |
| LDE FBA15LSHYNWF | 2026-5-15 | DPL112000011287 | FBA15LSHYNWF | 德国 | 5 | 85 | 47.9 | 100000 | 250 | | 4321.5 |
| EDE FBA15LSCTLYP | 2026-5-15 | DPL112000011295 | FBA15LSCTLYP | 德国 | 3 | 62 | 47.9 | 60000 | 150 | 200 | 3319.8 |
| U-VDE FBA15LSBBGMP | 2026-5-15 | DPL112000011303 | FBA15LSBBGMP | 德国 | 3 | 55 | 47.9 | 60000 | 150 | 200 | 2984.5 |
| XFDE FBA15LSCZPWT | 2026-5-15 | DPL112000011308 | FBA15LSCZPWT | 德国 | 3 | 56 | 47.9 | 60000 | 150 | 200 | 3032.4 |
| RFR FBA15LS9SOF6 | 2026-5-15 | DPL112000011315 | FBA15LS9SQF6 | 法国 | 3 | 44 | 49.4 | 60000 | 150 | 200 | 2523.6 |
| MUK FBA15LRHJ121/FBA15LS8N1LK | 2026-5-15 | DPL112000011360 | FBA15LRHJ121/FBA15LS8N1LK | 英国 | 7 | 114 | 44.9 | 140000 | 350 | 100 | 5568.6 |
| LUK FBA15LSFRZCW | 2026-5-15 | DPL112000011365 | FBA15LSFRZCW | 英国 | 9 | 151 | 44.9 | 180000 | 450 | 100 | 7329.9 |
| YUK FBA15LSBJ5GM | 2026-5-15 | DPL112000011367 | FBA15LSBJ5GM | 英国 | 2 | 26 | 44.9 | 40000 | 100 | 100 | 1367.4 |
| EUK FBA15LSBOPXT | 2026-5-15 | DPL112000011374 | FBA15LSBOPXT | 英国 | 3 | 51 | 44.9 | 60000 | 150 | 100 | 2539.9 |
| RUK FBA15LSCZDJH | 2026-5-15 | DPL112000011369 | FBA15LSCZDJH | 英国 | 2 | 28 | 44.9 | 40000 | 100 | 100 | 1457.2 |

小计：120078.1

二、欧洲税金代缴

| 单号 | 日期 | 税金金额 | FBA ID |
|---|---|---|---|
| 739218286 | 2026-5-9 | 898.34 | FBA15LPPN39G |
| 739218278 | 2026-5-9 | 1173.94 | FBA15LPP74BT |
| 739218261 | 2026-5-9 | 340.33 | FBA15LPPY52Z |
| 739218252 | 2026-5-9 | 3607.16 | FBA15LPSJWYC/FBA15LPQW5LH |
| 739218239 | 2026-5-9 | 841.88 | FBA15LPKBCW2 |
| 739218232 | 2026-5-9 | 628.83 | FBA15LPVH8KC |
| 739218217 | 2026-5-9 | 494.27 | FBA15LPRCXRD |

小计：7984.75

三、扣减发货箱子费用　660元

**账单合计金额：** 127402.85

# ELECTRONIC INVOICE (ORDINARY INVOICE)

Invoice No.: 26317000002272564678
Issue date: July 1, 2026

[Seal: National Unified Invoice Supervision Seal; State Taxation Administration; Shanghai Municipal Tax Service]

| BUYER INFORMATION | SELLER INFORMATION |
|---|---|
| Name: Weihai Senlian Trading Co., Ltd.<br>Unified Social Credit Code / Taxpayer Identification No.: 91371002344538568A | Name: Shanghai Jingzhun Deppon Logistics Co., Ltd.<br>Unified Social Credit Code / Taxpayer Identification No.: 9131011555433845X3 |

Download count: 1

| Item name | Specification / model | Unit | Quantity | Unit price | Amount | Tax rate / levy rate | Tax amount |
|---|---|---|---|---|---|---|---|
| *Production and Household Services* Export Collection and Delivery Services | | Service | 1.000000000000000 | 127402.850000000000000 | 127402.85 | Tax exempt | *** |
| TOTAL | | | | | ¥127402.85 | | *** |

| | | |
|---|---|---|
| Total including tax (in words) | One hundred twenty-seven thousand four hundred two yuan and eighty-five fen. | (In figures) ¥127402.85 |
| REMARKS | | |

Issued by: Chen Najia

# DEPPON EXPRESS MAY FREIGHT STATEMENT

## I. Freight charges

| FNA No. | Date | First-leg shipment No. | FBA ID | Destination | Packages | Chargeable weight | Unit rate | Declared insured value | Insurance fee | Remote area / inspection fee | Total freight |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LBE1 FBA19D4N008K | 2026-5-13 | 739237201 | FBA19D4N008K | LBE1 | 7 | 110 | 17.1 | 133000 | 332.5 | | 2213.5 |
| MQJ1 FBA19D509MB6 | 2026-5-13 | 739237209 | FBA19D509MB6 | MQJ1 | 2 | 27 | 18.4 | 39000 | 97.5 | | 594.3 |
| RFD2 FBA19D4ZOROB | 2026-5-13 | 739237213 | FBA19D4Z0RQB | RFD2 | 2 | 27 | 18.4 | 39000 | 97.5 | | 594.3 |
| IND9 FBA19D4ZPGS6 | 2026-5-13 | 739237215 | FBA19D4ZPGS6 | IND9 | 2 | 27 | 18.4 | 39000 | 97.5 | | 594.3 |
| PSP3 FBA19D50PPC1 | 2026-5-13 | 739237222 | FBA19D50PPC1 | PSP3 | 2 | 27 | 16.6 | 39000 | 97.5 | 60 | 605.7 |
| SCK4 FBA19D4Y76Z3 | 2026-5-13 | 739237235 | FBA19D4Y76Z3 | SCK4 | 2 | 27 | 16.6 | 39000 | 97.5 | 60 | 605.7 |
| PBI3 FBA19D4TBS60 | 2026-5-13 | 739237238 | FBA19D4TBS60 | PBI3 | 2 | 33 | 19.6 | 46000 | 115 | | 761.8 |
| LBE1 FBA19D4OW7CL | 2026-5-13 | 739237241 | FBA19D4QW7CL | LBE1 | 3 | 63 | 17.4 | 79000 | 197.5 | | 1293.7 |
| GYR2 FBA19D4P2516 | 2026-5-14 | 739238263 | FBA19D4P2516 | GYR2 | 2 | 36 | 16.6 | 48000 | 120 | | 717.6 |
| IND9 FBA19D4PYXLM | 2026-5-14 | 739238267 | FBA19D4PYXLM | IND9 | 2 | 36 | 18.4 | 48000 | 120 | | 782.4 |
| LAS1 FBA19D4MBKT4 | 2026-5-14 | 739238274 | FBA19D4MBKT4 | LAS1 | 2 | 36 | 16.6 | 48000 | 120 | 60 | 777.6 |
| MQJ1 FBA19D4MS5LM | 2026-5-14 | 739238280 | FBA19D4MS5LM | MQJ1 | 2 | 36 | 18.4 | 48000 | 120 | | 782.4 |
| SBD1 FBA19D4N32X2 | 2026-5-14 | 739238283 | FBA19D4N32X2 | SBD1 | 2 | 35 | 16.6 | 48000 | 120 | | 701 |
| GYR3 FBA19D4XLVX5 | 2026-5-14 | 739238318 | FBA19D4XLVX5 | GYR3 | 2 | 34 | 55 | 52000 | 130 | | 2000 |
| LAS1 FBA19D4XKB19 | 2026-5-14 | 739238322 | FBA19D4XKB19 | LAS1 | 2 | 34 | 57 | 52000 | 130 | | 2068 |
| SMF3 FBA19D4ZLO5N | 2026-5-14 | 739238323 | FBA19D4ZLQ5N | SMF3 | 2 | 34 | 55 | 52000 | 130 | | 2000 |
| TOL3 FBA19D50G1RV | 2026-5-14 | 739238329 | FBA19D50G1RV | TOL3 | 2 | 34 | 58 | 52000 | 130 | | 2102 |
| IND9 FBA19D50FG16 | 2026-5-14 | 739238331 | FBA19D50FG16 | IND9 | 3 | 45 | 58 | 59000 | 147.5 | | 2757.5 |
| PSP3 FBA19D5020P1 | 2026-5-14 | 739238338 | FBA19D5020P1 | PSP3 | 3 | 45 | 57 | 59000 | 147.5 | | 2712.5 |
| RFD2 FBA19D520DNN | 2026-5-14 | 739238343 | FBA19D520DNN | RFD2 | 3 | 45 | 57 | 59000 | 147.5 | | 2712.5 |
| SCK4 FBA19D4ZXT3Y | 2026-5-14 | 739238348 | FBA19D4ZXT3Y | SCK4 | 3 | 45 | 55 | 59000 | 147.5 | | 2622.5 |
| MQJ1 FBA19D51WTKS/FBA19D50MT2L | 2026-5-14 | 739238357 | FBA19D51WTKS/ FBA19D50MT2L | MQJ1 | 5 | 79 | 56 | 111000 | 277.5 | | 4701.5 |
| LBE1 FBA19D4POF83/FBA19D4ODZPZ | 2026-5-14 | 739238377 | FBA19D4P0F83/ FBA19D4QDZPZ | LBE1 | 6 | 97 | 56 | 148000 | 370 | | 5802 |
| PBI3 FBA19D4ROH61 | 2026-5-14 | 739238380 | FBA19D4R0H61 | PBI3 | 2 | 28 | 58 | 34000 | 85 | | 1709 |
| GYR2 FBA19D891NR8/FBA19D89X26] | 2026-5-15 | DPL112000012435 | FBA19D891NR8/ FBA19D89X26J | GYR2 | 2 | 36 | 55 | 45000 | 112.5 | | 2092.5 |
| IND9 FBA19D89J1HZ/FBA19D87MKS4 | 2026-5-15 | DPL112000012449 | FBA19D89J1HZ/ FBA19D87MKS4 | IND9 | 2 | 36 | 58 | 45000 | 112.5 | | 2200.5 |
| LAS1 FBA19D88441G/FBA19D888L7B | 2026-5-15 | DPL112000012462 | FBA19D88441G/ FBA19D888L7B | LAS1 | 2 | 36 | 57 | 45000 | 112.5 | | 2164.5 |
| MQJ1 FBA19D87LZNV/FBA19D85505V | 2026-5-15 | DPL112000012473 | FBA19D87LZNV/ FBA19D85505V | MQJ1 | 2 | 36 | 58 | 45000 | 112.5 | | 2200.5 |
| SBD1 FBA19D870VC7/FBA19D879ZZH | 2026-5-15 | DPL112000012480 | FBA19D870VC7/ FBA19D879ZZH | SBD1 | 2 | 36 | 55 | 45000 | 112.5 | | 2092.5 |
| GYR2 FBA19D4FM9B4 | 2026-5-15 | DPL112000012502 | FBA19D4FM9B4 | GYR2 | 2 | 29 | 55 | 45000 | 112.5 | | 1707.5 |
| IND9 FBA19D4DHFHB | 2026-5-15 | DPL112000012510 | FBA19D4DHFHB | IND9 | 2 | 29 | 58 | 45000 | 112.5 | | 1794.5 |
| MDW2 FBA19D4GOK2Z | 2026-5-15 | DPL112000012525 | FBA19D4GQK2Z | MDW2 | 2 | 29 | 57 | 45000 | 112.5 | | 1765.5 |
| MQJ1 FBA19D4F8XDS | 2026-5-15 | DPL112000012541 | FBA19D4F8XDS | MQJ1 | 2 | 29 | 58 | 45000 | 112.5 | | 1794.5 |
| SCK4 FBA19D4DYWGF | 2026-5-15 | DPL112000012547 | FBA19D4DYWGF | SCK4 | 2 | 29 | 57 | 45000 | 112.5 | | 1765.5 |
| GYR3 FBA19DBH07T2 | 2026-5-15 | DPL112000012579 | FBA19DBH07T2 | GYR3 | 2 | 35 | 55 | 45000 | 112.5 | | 2037.5 |
| IND9 FBA19DBFM80Y | 2026-5-15 | DPL112000012593 | FBA19DBFM80Y | IND9 | 2 | 35 | 58 | 45000 | 112.5 | | 2142.5 |
| LGB8 FBA19DBCGGP9 | 2026-5-15 | DPL112000012600 | FBA19DBCGGP9 | LGB8 | 2 | 35 | 55 | 45000 | 112.5 | | 2037.5 |
| MDW2 FBA19DBFL8L2 | 2026-5-15 | DPL112000012608 | FBA19DBFL8L2 | MDW2 | 2 | 35 | 57 | 45000 | 112.5 | | 2107.5 |
| MQJ1 FBA19DBF9PWY | 2026-5-15 | DPL112000012616 | FBA19DBF9PWY | MQJ1 | 2 | 35 | 58 | 45000 | 112.5 | | 2142.5 |
| PBI3 FBA19D6S897T | 2026-5-15 | DPL112000012630 | FBA19D6S897T | PBI3 | 3 | 48 | 71 | 71000 | 177.5 | -250 | 3335.5 |
| LDE FBA15LSFSN7Z | 2026-5-15 | DPL112000011285 | FBA15LSFSN7Z | Germany | 10 | 195 | 47.9 | 200000 | 500 | 200 | 10040.5 |
| LDE FBA15LSHYNWF | 2026-5-15 | DPL112000011287 | FBA15LSHYNWF | Germany | 5 | 85 | 47.9 | 100000 | 250 | | 4321.5 |
| EDE FBA15LSCTLYP | 2026-5-15 | DPL112000011295 | FBA15LSCTLYP | Germany | 3 | 62 | 47.9 | 60000 | 150 | 200 | 3319.8 |
| U-VDE FBA15LSBBGMP | 2026-5-15 | DPL112000011303 | FBA15LSBBGMP | Germany | 3 | 55 | 47.9 | 60000 | 150 | 200 | 2984.5 |
| XFDE FBA15LSCZPWT | 2026-5-15 | DPL112000011308 | FBA15LSCZPWT | Germany | 3 | 56 | 47.9 | 60000 | 150 | 200 | 3032.4 |
| RFR FBA15LS9SOF6 | 2026-5-15 | DPL112000011315 | FBA15LS9SQF6 | France | 3 | 44 | 49.4 | 60000 | 150 | 200 | 2523.6 |
| MUK FBA15LRHJ121/FBA15LS8N1LK | 2026-5-15 | DPL112000011360 | FBA15LRHJ121/ FBA15LS8N1LK | United Kingdom | 7 | 114 | 44.9 | 140000 | 350 | 100 | 5568.6 |
| LUK FBA15LSFRZCW | 2026-5-15 | DPL112000011365 | FBA15LSFRZCW | United Kingdom | 9 | 151 | 44.9 | 180000 | 450 | 100 | 7329.9 |
| YUK FBA15LSBJ5GM | 2026-5-15 | DPL112000011367 | FBA15LSBJ5GM | United Kingdom | 2 | 26 | 44.9 | 40000 | 100 | 100 | 1367.4 |
| EUK FBA15LSBOPXT | 2026-5-15 | DPL112000011374 | FBA15LSB0PXT | United Kingdom | 3 | 51 | 44.9 | 60000 | 150 | 100 | 2539.9 |
| RUK FBA15LSCZDJH | 2026-5-15 | DPL112000011369 | FBA15LSCZDJH | United Kingdom | 2 | 28 | 44.9 | 40000 | 100 | 100 | 1457.2 |

**Subtotal: 120078.1**

## II. European taxes paid on behalf

| Shipment No. | Date | Tax amount | FBA ID |
|---|---|---|---|
| 739218286 | 2026-5-9 | 898.34 | FBA15LPPN39G |
| 739218278 | 2026-5-9 | 1173.94 | FBA15LPP74BT |
| 739218261 | 2026-5-9 | 340.33 | FBA15LPPY52Z |
| 739218252 | 2026-5-9 | 3607.16 | FBA15LPSJWYC/FBA15LPQW5LH |
| 739218239 | 2026-5-9 | 841.88 | FBA15LPKBCW2 |
| 739218232 | 2026-5-9 | 628.83 | FBA15LPVH8KC |
| 739218217 | 2026-5-9 | 494.27 | FBA15LPRCXRD |

**Subtotal: 7984.75**

## III. Deduction for shipping cartons

660 yuan

| | |
|---|---|
| TOTAL STATEMENT AMOUNT | 127402.85 |