# 借款合同

**第一条 合同主体与背景**

1.1 借款方（甲方）：威海市森联贸易有限公司

统一社会信用代码：91371002344538568A

1.2 出借人（乙方）：崔原源

身份证号码：[redacted]

联系电话：15244007535

1.3 乙方系甲方的自然人股东。双方本着平等自愿、诚实信用的原则，依据《中华人民共和国民法典》等法律法规，就甲方向乙方借款事宜达成如下协议。

**第二条 借款金额、期限与用途**

2.1 甲方向乙方借款，借款本金为人民币 2,700,000 元（大写：贰佰柒拾万元整）。

2.2 借款期限自 2026 年 9 月 20 日起至 2027 年 9 月 19 日止。

2.3 借款用途：经营性流动资金周转，支付货物采购进货款（含与采购直接相关的运费、税费等费用）。甲方应按照约定用途使用借款，不得挪作他用，不得用于法律法规禁止的活动。

2.4 出借资金应为乙方合法所有的自有资金，乙方不得通过非法集资、套取金融机构信贷资金后转贷等违法方式提供借款。

**第三条 利率与利息**

3.1 借款年利率为 3%。

7.1 甲方未按约定用途使用借款的，乙方有权要求甲方限期纠正；甲方拒不纠正的，乙方有权宣布借款提前到期并要求甲方立即清偿全部本息，并按未按约定用途使用部分借款金额的 5% 向乙方支付违约金。

7.2 甲方逾期支付利息或偿还本金的，每逾期一日，应按逾期金额的 0.05% 向乙方支付逾期违约金。

7.3 乙方未按约定足额、按期放款的，每逾期一日，应按应放款未放款金额的 0.05% 向甲方支付违约金；因此给甲方造成损失的，甲方有权要求乙方赔偿，并有权相应顺延还款义务的履行。

7.4 任何一方违反本合同其他约定的，应赔偿因此给对方造成的损失。

**第八条 责任限制**

8.1 除本合同明确约定的借款本金、利息、违约金及依法不得限制的责任外，任何一方就违约行为给对方造成的普通直接损失的赔偿责任，以本合同项下借款本金总额为限；但因欺诈、故意或重大过失、违反法律法规强制性规定或依法不得限制的责任造成的损失除外。

**第九条 争议解决**

9.1 本合同的订立、效力、履行、解释及争议解决均适用中华人民共和国法律。

9.2 因本合同引起的或与本合同有关的任何争议，双方应首先友好协商解决；协商不成的，任何一方均可向甲方住所地有管辖权的人民法院提起诉讼。

**第十条 其他**

10.1 本合同自双方签署之日起成立，自甲方完成本合同第七条所述内部决议程序之日起生效；本合同项下借款本息全部清偿完毕且各方义务履行完毕后，本合同终止。本合同不自动续期。

10.2 本合同未尽事宜，双方可另行签订补充协议；补充协议与本合同具有同等法律效力。

10.3 对本合同的任何变更、放弃或豁免，均须经双方书面确认方为有效。

10.4 本合同一式两 份，甲方执一份，乙方执一份，具有同等法律效力。

3.2 利息自借款实际发放之日起计算，计至借款本金清偿完毕之日止。

3.3 利息计算方式：利息＝借款本金×年利率×实际占用天数÷360。

**第四条 放款**

4.1 甲方完成本合同第七条所述内部决议程序并取得相应决议文件后，乙方应于 30 日内，将借款本金足额划入甲方账户：

户名：威海市森联贸易有限公司

开户行：招商银行威海分行

账号：[redacted]

4.2 借款实际发放之日以借款本金足额到达甲方上述账户之日为准。

**第五条 还款与提前还款**

5.1 还款方式：借款期限内，利息按到期一次性支付）；借款本金于借款期限届满之日一次性偿还。

5.2 甲方有权提前偿还全部或部分借款本息。提前还款的，利息按实际占用天数结算，甲方无需另行支付额外费用或违约金，但双方另有书面约定的除外。

**第六条 陈述与保证**

6.1 甲方陈述与保证：（1）依法设立并有效存续，有权签署并履行本合同；（2）将按本合同约定用途使用借款，并按时足额还本付息。

6.2 乙方陈述与保证：（1）具备完全民事行为能力，有权签署并履行本合同；（2）出借资金为其合法所有的自有资金，来源合法；（3）不存在套取金融机构信贷资金转贷、非法集资等违法情形。

**第七条 违约责任**

**签署页**

甲方（借款方）：威海市森联贸易有限公司

签署日期：2026.9.20

乙方（出借人）：________________

签署日期：2026.9.20

# 入 账 回 单

招商银行 CHINA MERCHANTS BANK

交易日期：2026年09月20日　　业务类型：汇入汇款
业务编号：92C067IZ000009039666　　交易流水：C6247J30005ZAUZ
相关编号：　　客户编号：
收款账号：[redacted]　　收款人：威海市森联贸易有限公司
收款开户行：招商银行威海分行营业部
付款账号：[redacted]　　付款人：崔原源
付款开户行：招商银行
交易金额(小写)：CNY300,000.00
交易金额(大写)：人民币叁拾万元整
交易摘要：

招商银行股份有限公司 27F2A73C 电子回单专用章

经办：　复核：　授权：　回单编号：692B2C2709365　　2026/10/10 14:50:55　HD001906

# 入 账 回 单

招商银行 CHINA MERCHANTS BANK

交易日期：2026年09月20日　　业务类型：汇入汇款
业务编号：92C067IZ000006040122　　交易流水：C6247J30003GUYZ
相关编号：　　客户编号：
收款账号：[redacted]　　收款人：威海市森联贸易有限公司
收款开户行：招商银行威海分行营业部
付款账号：[redacted]　　付款人：崔原源
付款开户行：招商银行
交易金额(小写)：CNY200,000.00
交易金额(大写)：人民币贰拾万元整
交易摘要：

招商银行股份有限公司 9H332KFP 电子回单专用章

经办：　复核：　授权：　回单编号：692B1G2709199　　2026/10/10 14:50:55　HD001906

# 入 账 回 单

招商银行 CHINA MERCHANTS BANK

交易日期：2026年09月20日　　业务类型：汇入汇款（网银互联）
业务编号：41053481622　　交易流水：C6247J300055NZZ
相关编号：　　客户编号：
收款账号：[redacted]　　收款人：威海市森联贸易有限公司
收款开户行：威海分行营业部
付款账号：[redacted]　　付款人：崔原源
付款开户行：青岛银行
交易金额(小写)：CNY200,000.00
交易金额(大写)：人民币贰拾万元整
交易摘要：转账
业务参考号：　　附言：转账

招商银行股份有限公司 PHA2AA2E 电子回单专用章

经办：　复核：　授权：　回单编号：692B3G2708915　　2026/10/10 14:50:55　HD001895

# 入 账 回 单

招商银行 CHINA MERCHANTS BANK

交易日期：2026年09月21日　　业务类型：汇入汇款
业务编号：92C067IZ000002052755　　交易流水：C6247J4000C940Z
相关编号：　　客户编号：
收款账号：[redacted]　　收款人：威海市森联贸易有限公司
收款开户行：招商银行威海分行营业部
付款账号：[redacted]　　付款人：崔原源
付款开户行：招商银行
交易金额(小写)：CNY500,000.00
交易金额(大写)：人民币伍拾万元整
交易摘要：

招商银行股份有限公司 99943ET6 电子回单专用章

经办：　复核：　授权：　回单编号：692B9X0008105　　2026/10/10 14:50:55　HD001906

# 入 账 回 单

招商银行 CHINA MERCHANTS BANK

交易日期：2026年09月24日　　业务类型：汇入汇款
业务编号：92C067J5000002007361　　交易流水：C6247J70007Y5EZ
相关编号：　　客户编号：
收款账号：[redacted]　　收款人：威海市森联贸易有限公司
收款开户行：招商银行威海分行营业部
付款账号：[redacted]　　付款人：崔原源
付款开户行：招商银行
交易金额(小写)：CNY300,000.00
交易金额(大写)：人民币叁拾万元整
交易摘要：

招商银行股份有限公司 C7HR3K72 电子回单专用章

经办：　复核：　授权：　回单编号：692B5D0015530　　2026/10/10 14:50:55　HD001906

# 入 账 回 单

招商银行 CHINA MERCHANTS BANK

交易日期：2026年09月24日　　业务类型：汇入汇款（网银互联）
业务编号：41053941343　　交易流水：C6247J7000A1S8Z
相关编号：　　客户编号：
收款账号：[redacted]　　收款人：威海市森联贸易有限公司
收款开户行：威海分行营业部
付款账号：[redacted]　　付款人：崔原源
付款开户行：青岛银行
交易金额(小写)：CNY200,000.00
交易金额(大写)：人民币贰拾万元整
交易摘要：转账
业务参考号：　　附言：转账

招商银行股份有限公司 67CPMC6F 电子回单专用章

经办：　复核：　授权：　回单编号：692B8R0015500　　2026/10/10 14:50:55　HD001895

招商银行 CHINA MERCHANTS BANK

# 入 账 回 单

交易日期：2026年09月30日　　业务类型：汇入汇款
业务编号：92C067JD00000A010252　　交易流水：C6247JD0002500Z
相关编号：　　客户编号：
收款账号：[redacted]　　收款人：威海市森联贸易有限公司
收款开户行：招商银行威海分行营业部
付款账号：[redacted]　　付款人：崔原源
付款开户行：招商银行
交易金额(小写)：CNY183,000.00
交易金额(大写)：人民币壹拾捌万叁仟元整
交易摘要：股东借款

招商银行股份有限公司 662R3AMF 电子回单专用章

经办：　复核：　授权：　回单编号：692B9W0024894　　2026/10/10 14:50:55　HD001906

招商银行 CHINA MERCHANTS BANK

# 入 账 回 单

交易日期：2026年09月30日　　业务类型：汇入汇款
业务编号：92C067JD000003010269　　交易流水：C6247JD0004ASCZ
相关编号：　　客户编号：
收款账号：[redacted]　　收款人：威海市森联贸易有限公司
收款开户行：招商银行威海分行营业部
付款账号：[redacted]　　付款人：崔原源
付款开户行：招商银行
交易金额(小写)：CNY165,000.00
交易金额(大写)：人民币壹拾陆万伍仟元整
交易摘要：股东借款

招商银行股份有限公司 E3H2F94E 电子回单专用章

经办：　复核：　授权：　回单编号：692B8H0024811　　2026/10/10 14:50:55　HD001906

招商银行 CHINA MERCHANTS BANK

# 入 账 回 单

交易日期：2026年09月30日　　业务类型：汇入汇款
业务编号：92C067JD000009010504　　交易流水：C6247JD0008LJWZ
相关编号：　　客户编号：
收款账号：[redacted]　　收款人：威海市森联贸易有限公司
收款开户行：招商银行威海分行营业部
付款账号：[redacted]　　付款人：崔原源
付款开户行：招商银行
交易金额(小写)：CNY159,000.00
交易金额(大写)：人民币壹拾伍万玖仟元整
交易摘要：股东借款

招商银行股份有限公司 RAR3MK46 电子回单专用章

经办：　复核：　授权：　回单编号：692B9F0025137　　2026/10/10 14:50:55　HD001906

招商银行 CHINA MERCHANTS BANK

# 入 账 回 单

交易日期：2026年09月30日　　业务类型：汇入汇款
业务编号：92C067JD000004010603　　交易流水：C6247JD0006S4EZ
相关编号：　　客户编号：
收款账号：[redacted]　　收款人：威海市森联贸易有限公司
收款开户行：招商银行威海分行营业部
付款账号：[redacted]　　付款人：崔原源
付款开户行：招商银行
交易金额(小写)：CNY194,000.00
交易金额(大写)：人民币壹拾玖万肆仟元整
交易摘要：股东借款

招商银行股份有限公司 TEFRR94E 电子回单专用章

经办：　复核：　授权：　回单编号：692B9C0025171　　2026/10/10 14:50:55 HD001906

招商银行 CHINA MERCHANTS BANK

# 入 账 回 单

交易日期：2026年09月30日　　业务类型：汇入汇款
业务编号：92C067JD000006010500　　交易流水：C6247JD00025XTZ
相关编号：　　客户编号：
收款账号：[redacted]　　收款人：威海市森联贸易有限公司
收款开户行：招商银行威海分行营业部
付款账号：[redacted]　　付款人：崔原源
付款开户行：招商银行
交易金额(小写)：CNY149,000.00
交易金额(大写)：人民币壹拾肆万玖仟元整
交易摘要：股东借款

招商银行股份有限公司 R24K3RP7 电子回单专用章

经办：　复核：　授权：　回单编号：692B8Y0024939　　2026/10/10 14:50:55 HD001906

招商银行 CHINA MERCHANTS BANK

# 入 账 回 单

交易日期：2026年09月30日　　业务类型：汇入汇款
业务编号：92C067JD000004013137　　交易流水：C6247JD0009XV4Z
相关编号：　　客户编号：
收款账号：[redacted]　　收款人：威海市森联贸易有限公司
收款开户行：招商银行威海分行营业部
付款账号：[redacted]　　付款人：崔原源
付款开户行：招商银行
交易金额(小写)：CNY150,000.00
交易金额(大写)：人民币壹拾伍万元整
交易摘要：股东借款

招商银行股份有限公司 PA6RE7RP 电子回单专用章

经办：　复核：　授权：　回单编号：692B9C0025719　　2026/10/10 14:50:55 HD001906