# 借款合同补充确认函

## 第一条 背景与确认事项

1.1 借款方（甲方）：威海市森联贸易有限公司

统一社会信用代码：91371002344538568A

1.2 出借方（乙方）：崔原源

身份证号码：[redacted]

1.3 甲乙双方于 2026 年 9 月 20 日签订《借款合同》，约定甲方（借款方）向乙方（出借方）借款人民币 270 万元（大写：贰佰柒拾万元整）。

1.4 双方就《借款合同》项下借款的放款期限、逾期认定及利息起算事项，经协商一致，确认如下。

## 第二条 放款期限与逾期认定

2.1 双方确认：乙方应于《借款合同》生效之日起 10 个自然日内，以分笔陆续支付的方式，将借款总额人民币 270 万元足额支付至甲方指定的收款账户。

2.2 双方确认：仅当乙方在 10 个自然日期限内未足额支付借款总额 270 万元时，方构成逾期放款；逾期部分按《借款合同》约定的违约责任承担违约金。

2.3 双方确认：乙方在 10 个自然日期限内足额支付完毕全部借款的，不构成逾期，无需承担逾期违约责任。

## 第三条 利息起算日

3.1 双方确认：无论乙方在 10 个自然日期限内分笔支付的各笔款项实际支付日为哪一天，全部借款本金各笔款项的利息起息日均统一为《借款合同》签订之日，即 2026 年 9 月 20 日。

## 第四条 其他约定

4.1 本确认函为《借款合同》的组成部分，与《借款合同》具有同等法律效力；本确认函与《借款合同》约定不一致的，以本确认函为准，其余事项仍按《借款合同》执行。

4.2 本确认函一式贰份，甲乙双方各执一份，自双方签署之日起生效。

**签署页**

甲方（借款方）：威海市森联贸易有限公司

签署日期：2026.9.21

乙方（出借方）：崔原源

签署日期：2026.9.21

# Supplementary Confirmation to Loan Agreement

## Article 1. Background and Confirmed Matters

1.1 Borrower (Party A): Weihai Senlian Trading Co., Ltd.

Unified Social Credit Code: 91371002344538568A

1.2 Lender (Party B): Cui Yuanyuan

Identity card number: [redacted]

1.3 On September 20, 2026, Party A and Party B entered into the Loan Agreement, under which Party A (the borrower) would borrow RMB 2,700,000 (in words: two million seven hundred thousand yuan only) from Party B (the lender).

1.4 The parties have reached agreement through negotiation on the disbursement period, determination of overdue disbursement, and commencement of interest under the Loan Agreement, and confirm the following.

## Article 2. Disbursement Period and Overdue Disbursement

2.1 The parties confirm that Party B shall pay the full loan amount of RMB 2,700,000 to the receiving account designated by Party A in successive installments within 10 calendar days after the Loan Agreement takes effect.

2.2 The parties confirm that disbursement shall be overdue only if Party B has not paid the full loan amount of RMB 2,700,000 within that 10-calendar-day period. Liquidated damages for the overdue portion shall be payable under the default provisions of the Loan Agreement.

2.3 The parties confirm that, if Party B pays the full loan amount within the 10-calendar-day period, disbursement shall not be overdue and no liability for overdue disbursement shall arise.

## Article 3. Interest Commencement Date

3.1 The parties confirm that, regardless of the actual date on which Party B pays each installment within the 10-calendar-day period, interest on the entire principal and each installment shall commence on the date the Loan Agreement was signed, namely September 20, 2026.

## Article 4. Other Terms

4.1 This confirmation forms part of the Loan Agreement and has the same legal effect as the Loan Agreement. If this confirmation is inconsistent with the Loan Agreement, this confirmation shall prevail. All other terms shall remain governed by the Loan Agreement.

4.2 This confirmation is executed in two originals, one held by each party, and takes effect on the date both parties sign it.

Signature Page

Party A (Borrower): Weihai Senlian Trading Co., Ltd.

[Seal: Weihai Senlian Trading Co., Ltd.]

Date signed: September 21, 2026

Party B (Lender): Signed by Cui Yuanyuan

Date signed: September 21, 2026