Sunny Amazon US<amazonus@g-sunny.com> 打印于 2026年10月8日 (周四) 21:05

## RE:[CASE 21812830231] 其他账户问题

1 封邮件

发件人： **Amazon Seller Support<merch.service05@amazon.com>** 2026年8月31日 (周一) 18:44
收件人： amazonus@g-sunny.com<amazonus@g-sunny.com>

amazon

尊敬的卖家/供应商：您好！

关于您咨询修改ASINB0F64L7HD3、B0F64TS42Q、B0F64VMGDD、B0F64T6VGT、B0F64SNTGR、B0F64WB48V、B0F64VSKQX、B0F651XW45、B0F64Y6TVG、B0F64ZBVRB、B0F64V1NYV制造商为Weihai Senlian Trading Co., Ltd的问题，现为您解答如下：

我已进行了必要的更新，更新后的详情页面将在 48 小时内生效。

注意： 在"服装、配饰和箱包""体育用品"和"美妆"分类中，商品名称和描述等显示元素是根据父 ASIN（而非子 ASIN）填写的。

如果这是子 ASIN，并且您希望看到它能够显示不同的信息，那么您将需要更新父 ASIN。子 ASIN 的商品名称将显示在所有卖家报价页中。

有关更多信息，请转至 "变体展示和买家体验":

**https://sellercentral.amazon.com/help/hub/reference/G7UJDST28Q5Y7PWY**

⭐温馨提示⭐：感谢您的信任与配合！如上所述，当前案件中您的疑问已按照流程处理完毕，在情况无变化的前提下，重新打开此案件通常不会改变处理结果。如果您有新的疑问，建议您点击下方链接创建新案例，系统将自动分配至对应团队，我们将竭诚为您服务。
**https://sellercentral.amazon.com/help/center?redirectSource=HelpHub**

欢迎向亚马逊提交反馈，从而帮助亚马逊改善您的开店体验。

您对我们提供的支持是否满意?

**是** **否**

Best regards,

Zhehong T.
Amazon Brand Registry Support

Copyright 2026 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-USAmazon-2023103640283790

于洪水Cindy 7803

Sunny Amazon US <amazonus@g-sunny.com>

Printed on Thursday, October 8, 2026, 21:05

## RE: [CASE 21812830231] Other Account Issues

1 email

**From: Amazon Seller Support <merch.service05@amazon.com>**
To: amazonus@g-sunny.com <amazonus@g-sunny.com>
Monday, August 31, 2026, 18:44

# amazon

Dear Seller/Supplier: Hello!

Regarding your inquiry about changing the manufacturer of ASINs B0F64L7HD3, B0F64TS42Q, B0F64VMGDD, B0F64T6VGT, B0F64SNTGR, B0F64WB48V, B0F64VSKQX, B0F651XW45, B0F64Y6TVG, B0F64ZBVRB, and B0F64V1NYV to Weihai Senlian Trading Co., Ltd., our response is as follows:

I have made the necessary updates. The updated detail pages will take effect within 48 hours.

Please note: In the “Clothing, Accessories and Luggage,” “Sporting Goods,” and “Beauty” categories, display elements such as product titles and descriptions are populated based on the parent ASIN, rather than the child ASIN.

If this is a child ASIN and you would like it to display different information, you will need to update the parent ASIN. The child ASIN’s product title will appear on all seller offer pages.

For more information, go to “Variation Display and Buyer Experience”:

https://sellercentral.amazon.com/help/hub/reference/G7UJDST28Q5Y7PWY

Friendly reminder: Thank you for your trust and cooperation! As explained above, your inquiry in this case has been handled according to the applicable process. Unless the circumstances change, reopening this case generally will not change the outcome. For new questions, please use the link below to create a new case. The system will automatically assign it to the appropriate team, and we will be pleased to assist you.

https://sellercentral.amazon.com/help/center?redirectSource=HelpHub

We welcome your feedback to help Amazon improve your selling experience.

Were you satisfied with the support we provided?

**Yes** **No**

Best regards,

Zhehong T.
Amazon Brand Registry Support

Copyright 2026 Amazon, Inc, or its affiliates. All rights reserved.

Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-USAmazon-2023103640283790