Sunny Amazon US<amazonus@g-sunny.com> 打印于 2026年10月8日 (周四) 20:43

**RE:[CASE 21815341091] 其他账户问题**

1 封邮件

发件人: **Amazon Seller Support<merch.service05@amazon.com>** 2026年8月31日 (周一) 23:06

收件人: amazonus@g-sunny.com<amazonus@g-sunny.com>

amazon

尊敬的品牌所有者：您好！

我们了解到，您请求更改产品：B0DPFMB9C5 B0D3DY339M B0D3F1BS3B B0D3DTQC9L B0FPDZY72K B0FPDYL466 B0D3DZKBGH B0G9HPQGTS 的制造商。

关于ASIN B0FPDZY72K B0FPDYL466 B0G9HPQGTS 的制造商，调查了以后，我们发现了ASIN B0FPDZY72K B0FPDYL466 B0G9HPQGTS 的制造商在我们系统已经显示"Weihai Senlian Trading Co., Ltd"。

关于ASIN B0DPFMB9C5 B0D3DY339M B0D3F1BS3B B0D3DTQC9L B0D3DZKBGH 的制造商，请注意，我们已进行了必要的更新，更新后的详情页面将在 48 小时内生效。

注意： 在"服装、配饰和箱包"、"体育用品"和"美妆"分类中，商品名称和描述等显示元素是根据父 ASIN（而非子 ASIN）填写的。

如果这是子 ASIN，并且您希望看到它能够显示不同的信息，那么您将需要更新父 ASIN。子 ASIN 的商品名称将显示在所有卖家报价页中。

有关更多信息，请参阅"变体展示和买家体验"：

**https://sellercentral.amazon.com/help/hub/reference/G7UJDST28Q5Y7PWY**

我们感谢您的惠顾，并希望确保我们满足您的期望。请在下面的链接中提供您的反馈，让我们知道我们的表现。

欢迎向亚马逊提交反馈，从而帮助亚马逊改善您的开店体验。

您对我们提供的支持是否满意?

**Yes** **No**

Best regards,

[[Deepak K.]]
Amazon Brand Registry Support

Copyright 2026 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

Sunny Amazon US <amazonus@g-sunny.com>

Printed on Thursday, October 8, 2026, 20:43

## RE: [CASE 21815341091] Other Account Issues

1 email

**From: Amazon Seller Support <merch.service05@amazon.com>**

To: amazonus@g-sunny.com <amazonus@g-sunny.com>

Monday, August 31, 2026, 23:06

# amazon

Dear Brand Owner: Hello!

We understand that you requested a change to the manufacturer of products B0DPFMB9C5, B0D3DY339M, B0D3F1BS3B, B0D3DTQC9L, B0FPDZY72K, B0FPDYL466, B0D3DZKBGH, and B0G9HPQGTS.

Regarding the manufacturer of ASINs B0FPDZY72K, B0FPDYL466, and B0G9HPQGTS, after investigating, we found that the manufacturer of ASINs B0FPDZY72K, B0FPDYL466, and B0G9HPQGTS already appears in our system as “Weihai Senlian Trading Co., Ltd.”

Regarding the manufacturer of ASINs B0DPFMB9C5, B0D3DY339M, B0D3F1BS3B, B0D3DTQC9L, and B0D3DZKBGH, please note that we have made the necessary updates. The updated detail pages will take effect within 48 hours.

Please note: In the “Clothing, Accessories and Luggage,” “Sporting Goods,” and “Beauty” categories, display elements such as product titles and descriptions are populated based on the parent ASIN, rather than the child ASIN.

If this is a child ASIN and you would like it to display different information, you will need to update the parent ASIN. The child ASIN’s product title will appear on all seller offer pages.

For more information, please see “Variation Display and Buyer Experience”:

https://sellercentral.amazon.com/help/hub/reference/G7UJDST28Q5Y7PWY

We appreciate your patronage and hope to ensure that we are meeting your expectations. Please provide your feedback using the links below to let us know how we performed.

We welcome your feedback to help Amazon improve your selling experience.

Were you satisfied with the support we provided?

**Yes** **No**

Best regards,

[[Deepak K.]]

Amazon Brand Registry Support

Copyright 2026 Amazon, Inc, or its affiliates. All rights reserved.

Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-USAmazon-809242805345426