Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupon

‹ View Your Case and Request Log

# 其他账户问题 Edit

## Latest Updates

Answered cases cannot be reopened after 5 days with no activity. If you need help with an issue, please contact us

‹ 1 / 2 ›

**Amazon**
amazonus@g-sunny.com

Sep 03, 2026
2:00 AM GMT+8

由于一直未收到您的回复，所以我们认为您的问题已得到解决。我们已关闭此问题。

如果问题未解决，请重新打开此问题，并提供我们要求的信息。
亚马逊

-- 初始消息 --

尊敬的卖家：您好！

根据您提供的信息，我们了解到您更改ASIN的制造商信息，已经为您完成更改，和您分享下结果：

很高兴地通知您，我已进行了必要的更新，更新后的详情页面将在 48 小时内生效。

注意： 在“服装、配饰和箱包”“体育用品”和“美妆”分类中，商品名称和描述等显示元素是根据父 ASIN（而非子 ASIN）填写的。

如果这是子 ASIN，并且您希望看到它能够显示不同的信息，那么您将需要更新父 ASIN。子 ASIN 的商品名称将显示在所有卖家报价页中。

有关更多信息，请转至帮助页面：
https://sellercentral.amazon.com/help/hub/reference/G7UJDST28Q5Y7PWY

## Case Summary

**ID:** 21782001161

**Status:** Answered

**Primary e-mail:** amazonus@g-sunny.c

Feedback

祝您生活愉快，工作顺利！

欢迎向亚马逊提交反馈，从而帮助亚马逊改善您的开店体验。

您对我们提供的支持是否满意？

如果是，请单击此处
https://sellercentral.amazon.com/hz/case-dashboard/hmd?p=AG1MUJSBFDZ73&c=21782001161&locale=zh_CN&k=hy

如果否，请单击此处
https://sellercentral.amazon.com/hz/case-dashboard/hmd?p=AG1MUJSBFDZ73&c=21782001161&locale=zh_CN&k=hn

Thank you for selling with Amazon,

[[Jing L.]]
Amazon.com Seller Support
=========================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers:
http://sellercentral.amazon.com/forums
Browse all Seller Help topics:
http://sellercentral.amazon.com/gp/help

欢迎向亚马逊提交反馈，从而帮助亚马逊改善您的开店体验。

您对我们提供的支持是否满意？

如果是，请单击此处
https://sellercentral.amazon.com/hz/case-dashboard/hmd?p=A3VIFD33DBEYMM&c=21782001161&locale=zh_CN&k=hy

如果否，请单击此处
https://sellercentral.amazon.com/hz/case-dashboard/hmd?p=A3VIFD33DBEYMM&c=21782001161&locale=zh_CN&k=hn

**Amazon** Sep 02, 2026 1:56 PM GMT+8

请注意，我们需要获得更多信息才能解决您的问题单。如果您仍需要帮助，请回复本邮件，并提供我们要求的下列详细信息。

如果您的问题已得到解决，则您无需执行任何其他操作，我们将关闭此问题单。

亚马逊支持

-- 初始消息 --

om

**Cc:**

**Created:** Aug 28, 2026, 4:24 PM GMT+8

Edit

Feedback

尊敬的卖家：您好！

根据您提供的信息，我们了解到您更改ASIN的制造商信息，已经为您完成更改，和您分享下结果：

很高兴地通知您，我已进行了必要的更新，更新后的详情页面将在 48 小时内生效。

注意： 在“服装、配饰和箱包”“体育用品”和“美妆”分类中，商品名称和描述等显示元素是根据父 ASIN（而非子 ASIN）填写的。

如果这是子 ASIN，并且您希望看到它能够显示不同的信息，那么您将需要更新父 ASIN。子 ASIN 的商品名称将显示在所有卖家报价页中。

有关更多信息，请转至帮助页面：
https://sellercentral.amazon.com/help/hub/reference/G7UJDST28Q5Y7PWY

祝您生活愉快，工作顺利！

欢迎向亚马逊提交反馈，从而帮助亚马逊改善您的开店体验。

您对我们提供的支持是否满意？

是 否

Thank you for selling with Amazon,

[[Jing L.]]
Amazon.com Seller Support
========================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers:
http://sellercentral.amazon.com/forums
Browse all Seller Help topics:
http://sellercentral.amazon.com/gp/help

**Amazon** Sep 01, 2026 5:52 PM GMT+8

请注意，我们需要获得更多信息才能解决您的问题单。如果您仍需要帮助，请回复本邮件，并提供我们要求的下列详细信息。

如果您的问题已得到解决，则您无需执行任何其他操作，我们将关闭此问题单。

亚马逊支持

-- 初始消息 --

Feedback

尊敬的卖家：您好！

根据您提供的信息，我们了解到您更改ASIN的制造商信息，已经为您完成更改，和您分享下结果：

很高兴地通知您，我已进行了必要的更新，更新后的详情页面将在 48 小时内生效。

注意： 在"服装、配饰和箱包""体育用品"和"美妆"分类中，商品名称和描述等显示元素是根据父 ASIN（而非子 ASIN）填写的。

如果这是子 ASIN，并且您希望看到它能够显示不同的信息，那么您将需要更新父 ASIN。子 ASIN 的商品名称将显示在所有卖家报价页中。

有关更多信息，请转至帮助页面：
https://sellercentral.amazon.com/help/hub/reference/G7UJDST28Q5Y7PWY

祝您生活愉快，工作顺利！

欢迎向亚马逊提交反馈，从而帮助亚马逊改善您的开店体验。

您对我们提供的支持是否满意？

是 否

Thank you for selling with Amazon,

[[Jing L.]]
Amazon.com Seller Support
=======================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers:
http://sellercentral.amazon.com/forums
Browse all Seller Help topics:
http://sellercentral.amazon.com/gp/help

**Amazon** Sep 01, 2026 1:46 PM GMT+8

尊敬的卖家：您好！

根据您提供的信息，我们了解到您更改ASIN的制造商信息，已经为您完成更改，和您分享下结果：

很高兴地通知您，我已进行了必要的更新，更新后的详情页面将在 48 小时内生效。

注意： 在"服装、配饰和箱包""体育用品"和"美妆"分类

Feedback

中，商品名称和描述等显示元素是根据父 ASIN（而非子 ASIN）填写的。

如果这是子 ASIN，并且您希望看到它能够显示不同的信息，那么您将需要更新父 ASIN。子 ASIN 的商品名称将显示在所有卖家报价页中。

有关更多信息，请转至帮助页面：
https://sellercentral.amazon.com/help/hub/reference/G7UJDST28Q5Y7PWY

祝您生活愉快，工作顺利！

欢迎向亚马逊提交反馈，从而帮助亚马逊改善您的开店体验。

您对我们提供的支持是否满意？

是 否

Thank you for selling with Amazon,

[[Jing L.]]
Amazon.com Seller Support
======================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers:
http://sellercentral.amazon.com/forums
Browse all Seller Help topics:
http://sellercentral.amazon.com/gp/help

**You** Sep 01, 2026 11:33 AM GMT+8
B0FJ19NNS2
...

**Amazon** Aug 31, 2026 4:12 PM GMT+8
**Phone call: you and Amazon**

**Amazon** Aug 31, 2026 4:10 PM GMT+8
尊敬的卖家：您好！

我了解到，您想要更改ASIN制造商信息。

此次为您调查处理表格内剩余所有ASIN：

B07VMDB5ZD
B07VPCKYCK

Feedback

B07VKS1F4K
B0CVTGJD1H
B0BNN37JWW
B0BMTBNM8T
B0BM3T98YJ
B0CWGC98CF
B0BJZLY719
B01DPCCXN6
B09283RNXB
B07HKD566D
B08V4TVGB6
B01MT1MC7N
B01LQEV7HI
B019ETSS92
B07C2YCV7H
B07DK6VFKT
B07DK5G78Y
B0918L7FPL
B07HHYW2MJ

ASIN：B0BJZLY719 B09283RNXB B01LQEV7HI B019ETSS92 B07C2YCV7H B0918L7FPL B07HHYW2MJ 当前的制造商信息已经是您期待的值。

表格内的其余ASIN以及之前未更新成功的ASIN：B086HCS8R2 B086HD8SY6 B086HF25KT B086HDW5T5 B0BJVXHJMD B07VHHT3QL B07VN4GY2X B07VN5H8MV B07VM4X1CG B071LJK34G 我都已进行了必要的更新，更新后的详情页面将在 48 小时内生效。

注意： 在“服装、配饰和箱包”“体育用品”和“美妆”分类中，商品名称和描述等显示元素是根据父 ASIN（而非子 ASIN）填写的。

如果这是子 ASIN，并且您希望看到它能够显示不同的信息，那么您将需要更新父 ASIN。子 ASIN 的商品名称将显示在所有卖家报价页中。

有关更多信息，请转至帮助页面：https://sellercentral.amazon.com/help/hub/reference/G7UJDST28Q5Y7PWY

请查收随附的 Excel 文件，其中记录了您的请求的处理进度。突出显示的项目为已处理完的项目。我们会继续向您通知剩余 ASIN 的最新处理进度。

祝您工作顺利，生活愉快！

欢迎向亚马逊提交反馈，从而帮助亚马逊改善您的开店体验。

您对我们提供的支持是否满意？

是 否

Feedback

Thank you for selling with Amazon,

[[Jing L.]]
Amazon.com Seller Support
========================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers:
http://sellercentral.amazon.com/forums
Browse all Seller Help topics:
http://sellercentral.amazon.com/gp/help

**Amazon**
amazonus@g-sunny.com

Aug 31, 2026
4:03 PM GMT+8

**Phone call: you and Amazon**
Amazon Seller Support notes about the conversation:

尊敬的卖家，您好!

我们在 [北京时间16：02] 尝试通过电话[13296318681]成功与您沟通。

**Amazon**
尊敬的卖家：您好!

Aug 31, 2026
4:02 PM GMT+8

我了解到，您想要更改ASIN制造商信息。

此次为您调查处理表格内剩余所有ASIN：

B07VMDB5ZD
B07VPCKYCK
B07VKS1F4K
B0CVTGJD1H
B0BNN37JWW
B0BMTBNM8T
B0BM3T98YJ
B0CWGC98CF
B0BJZLY719
B01DPCCXN6
B09283RNXB
B07HKD566D
B08V4TVGB6
B01MT1MC7N
B01LQEV7HI
B019ETSS92
B07C2YCV7H
B07DK6VFKT
B07DK5G78Y

Feedback

B0918L7FPL
B07HHYW2MJ

ASIN：B0BJZLY719 B09283RNXB B01LQEV7HI B019ETSS92 B07C2YCV7H B0918L7FPL B07HHYW2MJ 当前的制造商信息已经是您期待的值。

表格内的其余ASIN以及之前未更新成功的ASIN：B086HCS8R2 B086HD8SY6 B086HF25KT B086HDW5T5 B0BJVXHJMD B07VHHT3QL B07VN4GY2X B07VN5H8MV B07VM4X1CG B071LJK34G 我都已进行了必要的更新，更新后的详情页面将在 48 小时内生效。

注意： 在“服装、配饰和箱包”“体育用品”和“美妆”分类中，商品名称和描述等显示元素是根据父 ASIN（而非子 ASIN）填写的。

如果这是子 ASIN，并且您希望看到它能够显示不同的信息，那么您将需要更新父 ASIN。子 ASIN 的商品名称将显示在所有卖家报价页中。

有关更多信息，请转至帮助页面：https://sellercentral.amazon.com/help/hub/reference/G7UJDST28Q5Y7PWY

请查收随附的 Excel 文件，其中记录了您的请求的处理进度。突出显示的项目为已处理完的项目。我们会继续向您通知剩余 ASIN 的最新处理进度。

祝您工作顺利，生活愉快!

欢迎向亚马逊提交反馈，从而帮助亚马逊改善您的开店体验。

您对我们提供的支持是否满意?

是 否

Thank you for selling with Amazon,

[[Jing L.]]
Amazon.com Seller Support
=======================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers:
http://sellercentral.amazon.com/forums
Browse all Seller Help topics:
http://sellercentral.amazon.com/gp/help
**Attachments:**
制造商.xlsx

Feedback

**You**

Aug 31, 2026
9:58 AM GMT+8

B086HCS8R2
B086HD8SY6
B086HF25KT
B086HDW5T5
B0BJVXHJMD
B07VHHT3QL
B07VN4GY2X
B07VN5H8MV
B07VM4X1CG
B071LJK34G这几个ASIN第一次制造商信息刷新失败，需要重新刷新，请将将制造商Manufacturer改成Weihai Senlian Trading Co., Ltd

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback

**Sunny Hair Beauty** **United States** **Healthy**

Manage account health Virtual bundles Manage products Manage orders Coupons

View Your Case and Request Log

## Other Account Issues Edit

**Case Summary**

ID: 21782001161 Status: Answered
Primary e-mail: amazonus@g-sunny.com
Cc:
Created: Aug 28, 2026, 4:24 PM GMT+8 Edit

**Latest Updates** Answered cases cannot be reopened after 5 days with no activity. If you need help with an issue, please contact us.

**1 / 2**

**Amazon** **Sep 03, 2026, 2:00 AM GMT+8**

amazonus@g-sunny.com

Because we have not received a reply from you, we believe your issue has been resolved. We have closed this issue.

If your issue has not been resolved, please reopen it and provide the information we requested.

Amazon

-- Original message --

Dear Seller: Hello!

Based on the information you provided, we understand that you wanted to change the ASIN manufacturer information. We have completed the changes and share the results below:

We are pleased to inform you that i have made the necessary updates. The updated detail pages will take effect within 48 hours.

Please note: In the “Clothing, Accessories and Luggage,” “Sporting Goods,” and “Beauty” categories, display elements such as product titles and descriptions are populated based on the parent ASIN, rather than the child ASIN.

If this is a child ASIN and you would like it to display different information, you will need to update the parent ASIN. The child ASIN’s product title will appear on all seller offer pages.

For more information, please go to the help page:
https://sellercentral.amazon.com/help/hub/reference/G7UJDST28Q5Y7PWY

We wish you a happy life and success at work!

We welcome your feedback to help Amazon improve your selling experience.

Were you satisfied with the support we provided?

If yes, please click here:
https://sellercentral.amazon.com/hz/case-dashboard/hmd?p=AG1MUJSBFDZ73&c=21782001161&locale=zh_CN&k=hy

If no, please click here:
https://sellercentral.amazon.com/hz/case-dashboard/hmd?p=AG1MUJSBFDZ73&c=21782001161&locale=zh_CN&k=hn

Thank you for selling with Amazon,

[[Jing L.]]
Amazon.com Seller Support

=====================================

**MORE WAYS TO GET HELP:**
Visit our Seller Forums for help from other sellers:
http://sellercentral.amazon.com/forums

Browse all Seller Help topics:
http://sellercentral.amazon.com/gp/help

We welcome your feedback to help Amazon improve your selling experience.

Were you satisfied with the support we provided?

If yes, please click here:
https://sellercentral.amazon.com/hz/case-dashboard/hmd?p=A3VIFD33DBEYMM&c=21782001161&locale=zh_CN&k=hy

If no, please click here:
https://sellercentral.amazon.com/hz/case-dashboard/hmd?p=A3VIFD33DBEYMM&c=21782001161&locale=zh_CN&k=hn

**Amazon** **Sep 02, 2026, 1:56 PM GMT+8**

Please note that we need more information to resolve your case. If you still need help, please reply to this email and provide the details requested below.

If your issue has been resolved, you do not need to take any further action, and we will close this case.

Amazon Support

-- Original message --

Dear Seller: Hello!

Based on the information you provided, we understand that you wanted to change the ASIN manufacturer information. We have completed the changes and share the results below:

We are pleased to inform you that i have made the necessary updates. The updated detail pages will take effect within 48 hours.

Please note: In the “Clothing, Accessories and Luggage,” “Sporting Goods,” and “Beauty” categories, display elements such as product titles and descriptions are populated based on the parent ASIN, rather than the child ASIN.

If this is a child ASIN and you would like it to display different information, you will need to update the parent ASIN. The child ASIN’s product title will appear on all seller offer pages.

For more information, please go to the help page:
https://sellercentral.amazon.com/help/hub/reference/G7UJDST28Q5Y7PWY

We wish you a happy life and success at work!

We welcome your feedback to help Amazon improve your selling experience.

Were you satisfied with the support we provided?

**Yes** **No**

Thank you for selling with Amazon,

[[Jing L.]]
Amazon.com Seller Support

=====================================

**MORE WAYS TO GET HELP:**

Visit our Seller Forums for help from other sellers:
http://sellercentral.amazon.com/forums

Browse all Seller Help topics:
http://sellercentral.amazon.com/gp/help

**Amazon** **Sep 01, 2026, 5:52 PM GMT+8**

Please note that we need more information to resolve your case. If you still need help, please reply to this email and provide the details requested below.

If your issue has been resolved, you do not need to take any further action, and we will close this case.

Amazon Support

-- Original message --

Dear Seller: Hello!

Based on the information you provided, we understand that you wanted to change the ASIN manufacturer information. We have completed the changes and share the results below:

We are pleased to inform you that i have made the necessary updates. The updated detail pages will take effect within 48 hours.

Please note: In the “Clothing, Accessories and Luggage,” “Sporting Goods,” and “Beauty” categories, display elements such as product titles and descriptions are populated based on the parent ASIN, rather than the child ASIN.

If this is a child ASIN and you would like it to display different information, you will need to update the parent ASIN. The child ASIN’s product title will appear on all seller offer pages.

For more information, please go to the help page:
https://sellercentral.amazon.com/help/hub/reference/G7UJDST28Q5Y7PWY

We wish you a happy life and success at work!

We welcome your feedback to help Amazon improve your selling experience.

Were you satisfied with the support we provided?

**Yes** **No**

Thank you for selling with Amazon,

[[Jing L.]]
Amazon.com Seller Support

=====================================

**MORE WAYS TO GET HELP:**

Visit our Seller Forums for help from other sellers:
http://sellercentral.amazon.com/forums

Browse all Seller Help topics:
http://sellercentral.amazon.com/gp/help

**Amazon** **Sep 01, 2026, 1:46 PM GMT+8**

Dear Seller: Hello!

Based on the information you provided, we understand that you wanted to change the ASIN manufacturer information. We have completed the changes and share the results below:

We are pleased to inform you that i have made the necessary updates. The updated detail pages will take effect within 48 hours.

Please note: In the “Clothing, Accessories and Luggage,” “Sporting Goods,” and “Beauty” categories,

display elements such as product titles and descriptions are populated based on the parent ASIN, rather than the child ASIN.

If this is a child ASIN and you would like it to display different information, you will need to update the parent ASIN. The child ASIN's product title will appear on all seller offer pages.

For more information, please go to the help page:
https://sellercentral.amazon.com/help/hub/reference/G7UJDST28Q5Y7PWY

We wish you a happy life and success at work!

We welcome your feedback to help Amazon improve your selling experience.

Were you satisfied with the support we provided?

**Yes** **No**

Thank you for selling with Amazon,

[[Jing L.]]
Amazon.com Seller Support
=====================================
**MORE WAYS TO GET HELP:**
Visit our Seller Forums for help from other sellers:
http://sellercentral.amazon.com/forums

Browse all Seller Help topics:
http://sellercentral.amazon.com/gp/help

**You** **Sep 01, 2026, 11:33 AM GMT+8**

B0FJ19NNS2
...

**Amazon** **Aug 31, 2026, 4:12 PM GMT+8**

Phone call: you and Amazon

**Amazon** **Aug 31, 2026, 4:10 PM GMT+8**

Dear Seller: Hello!

I understand that you would like to change the ASIN manufacturer information.

This time, we investigated and processed all the remaining ASINs in the spreadsheet:

B07VMDB5ZD
B07VPCKYCK

B07VKS1F4K
B0CVTGJD1H
B0BNN37JWW
B0BMTBNM8T
B0BM3T98YJ
B0CWGC98CF
B0BJZLY719
B01DPCCXN6
B09283RNXB
B07HKD566D
B08V4TVGB6
B01MT1MC7N
B01LQEV7HI
B019ETSS92
B07C2YCV7H
B07DK6VFKT
B07DK5G78Y
B0918L7FPL
B07HHYW2MJ

ASINs B0BJZLY719, B09283RNXB, B01LQEV7HI, B019ETSS92, B07C2YCV7H, B0918L7FPL, and B07HHYW2MJ already have the manufacturer information you expected.

For the remaining ASINs in the spreadsheet and the ASINs that were not successfully updated previously: B086HCS8R2, B086HD8SY6, B086HF25KT, B086HDW5T5, B0BJVXHJMD, B07VHHT3QL, B07VN4GY2X, B07VN5H8MV, B07VM4X1CG, B071LJK34G, I have made all necessary updates. The updated detail pages will take effect within 48 hours.

Please note: In the “Clothing, Accessories and Luggage,” “Sporting Goods,” and “Beauty” categories, display elements such as product titles and descriptions are populated based on the parent ASIN, rather than the child ASIN.

If this is a child ASIN and you would like it to display different information, you will need to update the parent ASIN. The child ASIN’s product title will appear on all seller offer pages.

For more information, please go to the help page:
https://sellercentral.amazon.com/help/hub/reference/G7UJDST28Q5Y7PWY

Please see the attached Excel file, which records the progress of your request. Highlighted items have been completed. We will continue to keep you informed of the latest progress on the remaining ASINs.

We wish you success at work and a happy life!

We welcome your feedback to help Amazon improve your selling experience.

Were you satisfied with the support we provided?

**Yes** **No**

Thank you for selling with Amazon,

[[Jing L.]]
Amazon.com Seller Support

=====================================

**MORE WAYS TO GET HELP:**

Visit our Seller Forums for help from other sellers:
http://sellercentral.amazon.com/forums

Browse all Seller Help topics:
http://sellercentral.amazon.com/gp/help

**Amazon** **Aug 31, 2026, 4:03 PM GMT+8**

amazonus@g-sunny.com

Phone call: you and Amazon
Amazon Seller Support notes about the conversation:

Dear Seller: Hello!

At [Beijing time 16:02], we successfully reached you by telephone at [13296318681].

**Amazon** **Aug 31, 2026, 4:02 PM GMT+8**

Dear Seller: Hello!

I understand that you would like to change the ASIN manufacturer information.

This time, we investigated and processed all the remaining ASINs in the spreadsheet:

B07VMDB5ZD
B07VPCKYCK
B07VKS1F4K
B0CVTGJD1H
B0BNN37JWW
B0BMTBNM8T
B0BM3T98YJ
B0CWGC98CF
B0BJZLY719
B01DPCCXN6
B09283RNXB
B07HKD566D
B08V4TVGB6
B01MT1MC7N
B01LQEV7HI
B019ETSS92
B07C2YCV7H
B07DK6VFKT
B07DK5G78Y

B0918L7FPL
B07HHYW2MJ

ASINs B0BJZLY719, B09283RNXB, B01LQEV7HI, B019ETSS92, B07C2YCV7H, B0918L7FPL, and B07HHYW2MJ already have the manufacturer information you expected.

For the remaining ASINs in the spreadsheet and the ASINs that were not successfully updated previously: B086HCS8R2, B086HD8SY6, B086HF25KT, B086HDW5T5, B0BJVXHJMD, B07VHHT3QL, B07VN4GY2X, B07VN5H8MV, B07VM4X1CG, B071LJK34G, I have made all necessary updates. The updated detail pages will take effect within 48 hours.

Please note: In the “Clothing, Accessories and Luggage,” “Sporting Goods,” and “Beauty” categories, display elements such as product titles and descriptions are populated based on the parent ASIN, rather than the child ASIN.

If this is a child ASIN and you would like it to display different information, you will need to update the parent ASIN. The child ASIN’s product title will appear on all seller offer pages.

For more information, please go to the help page:
https://sellercentral.amazon.com/help/hub/reference/G7UJDST28Q5Y7PWY

Please see the attached Excel file, which records the progress of your request. Highlighted items have been completed. We will continue to keep you informed of the latest progress on the remaining ASINs.

We wish you success at work and a happy life!

We welcome your feedback to help Amazon improve your selling experience.

Were you satisfied with the support we provided?

**Yes** **No**

Thank you for selling with Amazon,

[[Jing L.]]
Amazon.com Seller Support

=====================================

**MORE WAYS TO GET HELP:**

Visit our Seller Forums for help from other sellers:
http://sellercentral.amazon.com/forums

Browse all Seller Help topics:
http://sellercentral.amazon.com/gp/help

Attachments:
Manufacturer.xlsx

**You** **Aug 31, 2026, 9:58 AM GMT+8**

B086HCS8R2
B086HD8SY6
B086HF25KT
B086HDW5T5
B0BJVXHJMD
B07VHHT3QL
B07VN4GY2X
B07VN5H8MV
B07VM4X1CG
B071LJK34G

The first refresh of the manufacturer information for these ASINs failed, and they need to be refreshed again. Please change the Manufacturer to Weihai Senlian Trading Co., Ltd.

© 1999-2026, Amazon.com, Inc. or its affiliates. Site map Program Policies