Sunny Hair Beauty | United States Healthy

Manage account health Virtual bundles Manage products Manage orders Coupon

‹ View Your Case and Request Log

# 其他账户问题 Edit

## Latest Updates

Answered cases cannot be reopened after 5 days with no activity. If you need help with an issue, please contact us

**Amazon**
amazonus@g-sunny.com

Aug 31, 2026
11:05 PM GMT+8

尊敬的品牌所有者：您好！

我们了解到，您请求更改产品：B0DPFMB9C5 B0D3DY339M B0D3F1BS3B B0D3DTQC9L B0FPDZY72K B0FPDYL466 B0D3DZKBGH B0G9HPQGTS 的制造商。

关于ASIN B0FPDZY72K B0FPDYL466 B0G9HPQGTS 的制造商，调查了以后，我们发现了ASIN B0FPDZY72K B0FPDYL466 B0G9HPQGTS 的制造商在我们系统已经显示“Weihai Senlian Trading Co., Ltd“。

关于ASIN B0DPFMB9C5 B0D3DY339M B0D3F1BS3B B0D3DTQC9L B0D3DZKBGH 的制造商，请注意，我们已进行了必要的更新，更新后的详情页面将在 48 小时内生效。

注意： 在“服装、配饰和箱包”、“体育用品”和“美妆”分类中，商品名称和描述等显示元素是根据父 ASIN（而非子 ASIN）填写的。

如果这是子 ASIN，并且您希望看到它能够显示不同的信息，那么您将需要更新父 ASIN。子 ASIN 的商品名称将显示在所有卖家报价页中。

有关更多信息，请参阅“变体展示和买家体验”：

https://sellercentral.amazon.com/help/hub/reference/G7UJDST28Q5Y7PWY

我们感谢您的惠顾，并希望确保我们满足您的期望。请在下面的链接中提供您的反馈，让我们知道我们的表现。

## Case Summary

**ID:** 21815341091

**Status:** Answered

**Primary e-mail:** amazonus@g-sunny.c

Feedback

欢迎向亚马逊提交反馈，从而帮助亚马逊改善您的开店体验。

您对我们提供的支持是否满意？

是 否

Best regards,

[[Deepak K.]]
Amazon Brand Registry Support

**You** Aug 31, 2026 6:52 PM GMT+8
您需要什么帮助？
...

o
m

**Cc:**

**Created:** Aug 31, 2026, 6:52 PM GMT+8

Edit

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback