CUSTOMER SUPPORT IS ACTIVE

# We’re upgrading our website.

Our online store is temporarily unavailable while we make improvements. We’re working to restore access as soon as possible, and we truly appreciate your patience.

## We’re here to help

Our support team is available for your orders, tracking, returns and refunds.

Orders

Tracking

Returns

Refunds

EMAIL OUR SUPPORT TEAM