20:36

A Amazon Seller Support
发给 Sunny Amazon US
1 8月31日 18:31

为保护你的隐私，网络图片未显示
显示此邮件的图片 更多

尊敬的卖家/供应商：您好！

关于您修改制造商为Weihai Senlian Trading Co., Ltd的问题，已为您调查处理，现为您整理相关信息并解答如下：

本次为您处理的ASIN：

B07HHZNWGD
B076MSZNHQ
B07GRV26ZY
B0HDT38Q55
B07BS2654Y

我已进行了必要的更新，更新后的详情页面将在48小时内生效。

注意：在"服装、配饰和箱包""体育用品"和"美妆"分类中，商品名称和描述等显示元素是根据父ASIN（而非子ASIN）填写的。

如果这是子ASIN，并且您希望看到它能够显示不同的信息，那么您将需要更新父ASIN。子ASIN的商品名称将显示在所有卖家报价页中。

有关更多信息，请参阅变体展示和买家体验：

回复 回复全部 转发 分享至会话

于洪水 Cindy 7803

# Amazon Seller Support

To: Sunny Amazon US

1 attachment August 31, 18:31

To protect your privacy, online images are not displayed.

Show images in this email More

Dear Seller/Supplier: Hello!

Regarding your request to change the manufacturer to Weihai Senlian Trading Co., Ltd., we have investigated and addressed the matter. We have organized the relevant information and provide the following response:

ASINs processed for you this time:

B07HHZNWGD
B076MSZNHQ
B07GRV26ZY
B0HDT38Q55
B07BS2654Y

I have made the necessary updates. The updated detail pages will take effect within 48 hours.

Please note: In the “Clothing, Accessories and Luggage,” “Sporting Goods,” and “Beauty” categories, display elements such as product titles and descriptions are populated based on the parent ASIN, rather than the child ASIN.

If this is a child ASIN and you would like it to display different information, you will need to update the parent ASIN. The child ASIN’s product title will appear on all seller offer pages.

For more information, please see “Variation Display and Buyer Experience”: