# Exhibit U

# Estimated Loss for 30 Additional Days

Sunny Beauty Amazon store. All amounts are in U.S. dollars.

The estimate uses sales and costs from August 10 through September 9, 2026 (31 days), with inventory restocked through continuing purchases and supplier deliveries.

## 1. Calculate earnings for the 31-day period

| | |
|---|---|
| Receipts from additional affected listings after Amazon charges and refunds | $728,408.80 |
| Less purchase costs | ($552,716.18) |
| Less shipping to Amazon | ($8,957.25) |
| **Earnings from additional affected listings** | **$166,735.37** |
| Less loss on the original 21 products | ($47,967.21) |
| Less refunds not assigned to an individual product | ($1,496.82) |
| **Combined earnings for 31 days** | **$117,271.34** |

The original 21 products show a loss under the same calculation. Subtracting that loss reduces the earnings used in the estimate.

## 2. Calculate loss for 30 additional days of restrictions

| | |
|---|---|
| Lost earnings: $117,271.34 ÷ 31 days × 30 days | $113,488.39 |
| Add 30 days of interest on the outstanding loan | $1,008.46 |
| **Total estimated loss for 30 additional days** | **$114,496.85** |