IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| XUCHANG YINREN TECHNOLOGY CO., LTD., | ) | Case No. 1:26-cv-10328 |
| Plaintiff, | ) | Honorable Thomas M. Durkin |
| v. | ) | Magistrate Judge Laura K. McNally |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | ) | |
| Defendants. | ) | |

**DECLARATION OF FENG YANG**
**REGARDING ENGLISH TRANSLATIONS**

I, Feng Yang , declare as follows:

1. I am over 18 years old, competent to testify, and have personal knowledge of the matters stated in this declaration.
2. I am a native Chinese speaker, fluent in reading, writing, speaking, and understanding Chinese and English. I am a licensed attorney in the State of California and earned my Master of Laws (LL.M.) from the University of California, Davis School of Law. I work with Cross-Border Counselor LLP and am qualified to translate Chinese-language documents into English.
3. I reviewed the Chinese-language source documents corresponding to the English translations submitted with Defendants' motion to require adequate security. I compared the final translations to their original Chinese text and made any necessary corrections.

4. To the best of my knowledge and ability, the English translations accurately render the Chinese text translated. For excerpts or screenshots, my certification covers only the translated or legible text.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 14, 2026, at Ningbo, China.

________________________________

Feng Yang