# EXHIBIT A


sunnyhairpro.com
Your Favorite Hair Extensions - 25% Off, Already Applied
VeSunny
Halloween Sale
Virgin Hair
Remy Hair
Hair Topper
Promotion
Accessories
China | USD $
Premium Human Hair Extensions for Your Business
SHOP NOW
Low MOQ
Private Label
Custom Orders
Free Samples
Human HAIR
Bulk Discounts
Outstanding service | Exclusive pricing | Industry expertise
Shop by Extension Type


sunnyhairpro.com
Halloween Sale
Virgin Hair
Remy Hair
Hair Topper
Promotion
Accessories
China | USD $
Outstanding service | Exclusive pricing | Industry expertise
Shop by Extension Type
Virgin Hair Genius Weft Extensions →
Butterfly Weft Hair Extensions →
Injection Tape in Hair Extensions →
Virgin Machine Weft Hair Extensions →
Flat Silk Weft Hair Extensions →
Grow Your Salon Business with Us
Ready to boost your profits and offer hair your clients will love?Join hundreds of salons choosing premium quality, exclusive pricing, and priority support — all in one partnership.
✓ Free Samples
✓ Wholesale Discounts

sunnyhairpro.com

VeSunny

Halloween Sale | Virgin Hair | Remy Hair | Hair Topper | Promotion | Accessories

China | USD $



✓ Wholesale Discounts
✓ Custom Branding & Packaging
✓ Dedicated Account Manager

Explore Wholesale Perks →

## Trusted by Industry Experts



### Stylist Feature

From red carpet prep to editorial shoots, Jay consistently chooses Sunny Hair to deliver flawless, high-impact styles — no matter the setting.



### Partner Feature

Betty's been working with us for years. She runs a busy hair store, and Sunny Hair has always been one of her bestsellers.



### Salon Partner Feature

From bridal glam to daily transformations, Glow Studio relies on Sunny Hair to deliver seamless blends and premium results for every client.


sunnyhairpro.com
VeSunny
Halloween Sale
Virgin Hair
Remy Hair
Hair Topper
Promotion
Accessories
China | USD $
From red carpet prep to editorial shoots, Jay consistently chooses Sunny Hair to deliver flawless, high-impact styles — no matter the setting.
Betty's been working with us for years. She runs a busy hair store, and Sunny Hair has always been one of her bestsellers.
From bridal glam to daily transformations, Glow Studio relies on Sunny Hair to deliver seamless blends and premium results for every client.
Confidence in Every Strand
Discover quality hair extensions, explore versatile styles, and find the right fit for your clients.
Shop Now
Proven bestsellers


sunnyhairpro.com
VeSunny
Halloween Sale
Virgin Hair
Remy Hair
Hair Topper
Promotion
Accessories
China | USD $
Proven bestsellers
Sold out
[Virgin Hair] Best Genius Weft Extensions Human Hair Blonde #P16/22
$74.99 USD From $56.24 USD
Choose options
Sold out
[Virgin Hair] Butterfly Weft Hair Extensions 100% Human Hair #4/4/27
$149.99 USD From $112.49 USD
Choose options
Butterfly Weft Hair
Sold out
[Virgin Hair] Butterfly Weft Hair Extensions With Holes Dark Brown #2
$135.99 USD From $101.99 USD
Choose options
Sold out
Weft Hair Extensions Remy Human Hair Weft Solid Jet Black #1
$92.99 USD From $69.74 USD
Choose options
Sold out
Weft Hair Extensions Sew in Human Hair Extensions Brown to Blonde #4/27
$106.99 USD From $80.24 USD
Choose options
FAQ
Can I customize labels and packaging?
Can I request custom products for my wholesale order?
What is the minimum order amount to qualify for wholesale pricing?
How can I request samples?
Open "https://sunnyhairpro.com/products/hole-pu-flat-weft-virgin-hair-weft-2" in a new tab

sunnyhairpro.com

Ve Sunny

🎃Halloween Sale | Virgin Hair🔥 | Remy Hair | Hair Topper | Promotion | Accessories

China | USD $

FAQ

- Can I customize labels and packaging?
- Can I request custom products for my wholesale order?
- What is the minimum order amount to qualify for wholesale pricing?
- How can I request samples?

Policy Terms

Return & Exchange

Shipping & Delivery

Privacy Policy

Terms & Conditions

Intellectual Property Rights

Ve Sunny® Hair Extensions

About Us

Contact Us

Subscribe to our emails

Email

Follow on shop

Country/region

China | USD $

© 2026, Ve Sunny® Hair Professional


sunnyhairtop.com
FREE SHIPPING ON ALL ORDERS OVER $50.00.
CLIP INS
TAPE INS
INVISIBLE WIRE
PRE BONDED
MORE
Sunny HAIR
MORE-VOLUME
-40%
Sunny Hair Wire Hair Extensions Real Human Hair Adjustable Line Hairpiece(A-3 #4 Chocolate Brown)
$52.99 $31.79
-40%
Sunny Hair Wire Hair Extensions Real Human Hair Adjustable Line Hairpiece(C-1 #30 Warm Copper Red Brown)
$52.99 $31.79
-40%
Sunny Hair Wire Hair Extensions Real Human Hair Adjustable Line Hairpiece(B-1 #1B/S/1B Natural Black Highlight)
$52.99 $31.79
-40%
Sunny Hair Wire Hair Extensions Real Human Hair Adjustable Line Hairpiece(A-4 #8 Light Brown)
$52.99 $31.79


sunnyhairtop.com
Sunny Hair Wire Hair Extensions Real Human Hair Adjustable Line Hairpiece(A-3 #4 Chocolate Brown)
$52.99 $31.79
Sunny Hair Wire Hair Extensions Real Human Hair Adjustable Line Hairpiece(C-1 #30 Warm Copper Red Brown)
$52.99 $31.79
Sunny Hair Wire Hair Extensions Real Human Hair Adjustable Line Hairpiece(B-1 #1B/S/1B Natural Black Highlight)
$52.99 $31.79
Sunny Hair Wire Hair Extensions Real Human Hair Adjustable Line Hairpiece(A-4 #8 Light Brown)
$52.99 $31.79
-40%
Sunny Hair Wire Hair Extensions Real Human Hair Adjustable Line Hairpiece(B-2 #3 Golden Walnut Brown)
$52.99 $31.79
-40%
Sunny Hair Wire Hair Extensions Real Human Hair Adjustable Line Hairpiece(A-1 #3/8/22 Cool Brown Balayage)
$52.99 $31.79
-40%
Sunny Hair Wire Hair Extensions Real Human Hair Adjustable Line Hairpiece(B-1 #P10/60 Lightest Brown Highlight)
$52.99 $31.79
-40%
Sunny Hair Wire Hair Extensions Real Human Hair Adjustable Line Hairpiece(B-3 #18A/613A Light Ice Pink Blonde Highlight)
$52.99 $31.79
Authenticity First
Celebrate what makes you unique.
Confidence Within
Find your calm, own your strength.
Women Empowering Women
We rise by lifting each other.
Open "https://www.sunnyhairtop.com/product/sunny-hair-wire-hair-extensions-real-human-hair-adjustable-line-hairpiecea-3-4-chocolate-brown/" in a new tab


sunnyhairtop.com
Brown)
~~$52.99~~ $31.79
Balayage)
~~$52.99~~ $31.79
Brown Highlight)
~~$52.99~~ $31.79
Pink Blonde Highlight)
~~$52.99~~ $31.79
Authenticity First
Celebrate what makes you unique.
Confidence Within
Find your calm, own your strength.
Women Empowering Women
We rise by lifting each other.
Join the Sunny Hair Sisterhood-----Real Women, Real Results
Sunny-Tape-In-Hair-Extensions
-40%
-40%
-40%
-40%


sunnyhairtop.com
Sunny-Tape-In-Hair-Extensions
-40%
Sunny Hair Tape in Weft Hair Extensions Human Hair 1 Jet Black 18 Inch(GUTP-#60 Bleach Blonde)
~~$49.99~~ $29.99
-40%
Sunny Hair Tape in Hair Extensions Human Hair Warm Brown for Parties
~~$19.99~~ $11.99
-40%
Sunny Hair Tape in Weft Hair Extensions Human Hair 1 Jet Black 18 Inch(IJTP-#4/4/27 Brown to Caramel Blonde)
~~$49.99~~ $29.99
-40%
Sunny Hair Tape in Hair Extensions Human Hair Blonde 18 Inch for City Days
~~$36.99~~ $22.19
-40%
-40%
-40%
-40%
Open "https://www.sunnyhairtop.com/product-category/ponytail/" in a new tab


sunnyhairtop.com
Sunny Hair Tape in Hair Extensions Human Hair Light Chestnut Brown 20Pcs
~~$27.98~~ $16.79
Sunny Hair Long Weft Tape in Hair Extensions Human Hair Jet Black 24Inch(GUTP-#2/2/6 Balayage Brown)
~~$65.99~~ $39.59
Sunny Hair Tape in Weft Hair Extensions Human Hair 1 Jet Black 18 Inch(GUTP-#6/60/6 Medium Brown with Blonde)
~~$49.99~~ $29.99
Sunny Hair Tape in Hair Extensiosn Human Hair Brown, 22inch
~~$39.99~~ $23.99
TAPE-IN-WEFT-HAIR-EXTENSIONS
-40%
Sunny Hair Tape in Weft Hair Extensions Human Hair 1 Jet Black 18 Inch(GUTP-#4/27 Brown Highlight Blonde)
~~$49.99~~ $29.99
-40%
Sunny Hair Long Weft Tape in Hair Extensions Human Hair Jet Black 24Inch(IJTP-#4/27 Brown Highlight Blonde)
~~$65.99~~ $39.59
-40%
Sunny Hair Tape in Hair Extensions Human Hair Jet Black 24Inch 20pcs 50g
~~$39.99~~ $23.99
-40%
Sunny Hair 18 Inch Genius Weft Hair Extensions Human Hair Blonde 60G(PU Butterfly-#60-Platinum Blonde)
~~$53.19~~ $31.91
-40%
-40%
-40%
-40%


sunnyhairtop.com
Sunny Hair Tape in Weft Hair Extensions Human Hair 1 Jet Black 18 Inch(GUTP-#4/27 Brown Highlight Blonde)
$49.99 $29.99
Sunny Hair Long Weft Tape in Hair Extensions Human Hair Jet Black 24Inch(IJTP-#4/27 Brown Highlight Blonde)
$65.99 $39.59
Sunny Hair Tape in Hair Extensions Human Hair Jet Black 24Inch 20pcs 50g
$39.99 $23.99
Sunny Hair 18 Inch Genius Weft Hair Extensions Human Hair Blonde 60G(PU Butterfly-#60-Platinum Blonde)
$53.19 $31.91
-40%
Sunny Hair 18 Inch Genius Weft Hair Extensions Human Hair Blonde 60G(PU Butterfly-# 4 Chocolate Brown)
$53.19 $31.91
-40%
Sunny Hair Tape in Weft Hair Extensions Human Hair 1 Jet Black 18 Inch(IJTP-#4/4/27 Brown to Caramel Blonde)
$49.99 $29.99
-40%
Sunny Hair Invisi Edge Tape in Hair Extensions Human Hair Blonde Highlights(IJTP-#4/27 Brown Highlight Blonde)
$47.89 $28.73
-40%
Sunny Hair Butterfly Hair Extensions Human Hair 14 Inch Dark Brown
$41.35 $24.81
Sunny Hair store
Sunny Hair-Shine bright in every strand
Navigate
Clip ins
Tape ins
Invisible Wire
Informations
About Us
Contact
Privacy Policy
Newsletter
Subscribe to get notified about product launches, special offers and news.


sunnyhairtop.com
$49.99 $29.99
$65.99 $39.59
$53.19 $31.91
-40%
Add to cart
-40%
-40%
-40%
Sunny Hair 18 Inch Genius Weft Hair Extensions Human Hair Blonde 60G(PU Butterfly-# 4 Chocolate Brown)
$53.19 $31.91
Sunny Hair Tape in Weft Hair Extensions Human Hair 1 Jet Black 18 Inch(IJTP-#4/4/27 Brown to Caramel Blonde)
$49.99 $29.99
Sunny Hair Invisi Edge Tape in Hair Extensions Human Hair Blonde Highlights(IJTP-#4/27 Brown Highlight Blonde)
$47.89 $28.73
Sunny Hair Butterfly Hair Extensions Human Hair 14 Inch Dark Brown
$41.35 $24.81
Sunny Hair store
Sunny Hair-Shine bright in every strand
Navigate
Clip ins
Tape ins
Invisible Wire
Pre Bonded
Hair Weft
Informations
About Us
Contact
Privacy Policy
Shipping & Returns
Newsletter
Subscribe to get notified about product launches, special offers and news.
SUBSCRIBE
Developed by shopify.
Open "https://www.sunnyhairtop.com/product/sunny-hair-18-inch-genius-weft-hair-extensions-human-hair-blonde-60gpu-butterfly-4-chocolate-brown/" in a new tab