# EXHIBIT B


Sunny
HAIR
Hair Magic Meets Dreams


EC REP
GRSP-Responsible Person: VISHTEC ltd
Address : 3 rd floor office 5, Plovdiv 2 Liuben Karavelov bul, 4002 Bulgaria
Email :compliance@vish-tec.com
UK REP
UNICO CERTIFICATION TESTING CO.,LTD
Address:7 Copperfield Road, Coventry, West Midlands , CV2 4AQ ,United Kingdom
Email :info@unico-ce-ukca.cn
FR
ÉTUI
21
PAP

TikTok Shop

# Receipt

TikTok Inc.
Address: 5800 BRISTOL PKWY CULVER CITY CA 90230

Receipt # : 20261011-577611995732415084
Receipt date : October 11, 2026 08:14

## Delivery address

Alexis Xia

750 ALMA LN, Ste 8244, Foster City, California, United States, 94404

## Sold by

Ve Sunny

## Order information

Order Number : 577611995732415084

Order Date : October 11, 2026 08:14

| Description | Quantity | Unit price |
|---|---|---|
| Ve Sunny Butterfly Weft Human Hair Extensions - #1 Jet Black, 20inch 100G OVO Weft Straight Hairpieces, Women's Easy DIY Install, Tools Not Included | 1 | $120.99 |

| | |
|---|---|
| Item subtotal | $120.99 |
| Discounts | - $34.86 |
| Shipping | Free |
| Taxes | $8.08 |
| Total | $94.21 |

**Thank you for your purchase.**

TikTok Shop

# Receipt

TikTok Inc.
Address: 5800 BRISTOL PKWY CULVER CITY CA 90230

Receipt # : 20261011-577611995732218476
Receipt date : October 11, 2026 08:14

## Delivery address

Alexis Xia

750 ALMA LN, Ste 8244, Foster City, California, United States, 94404

## Sold by

Ve Sunny

## Order information

Order Number : 577611995732218476

Order Date : October 11, 2026 08:14

| Description | Quantity | Unit price |
|---|---|---|
| Ve Sunny Micro Link Human Hair Extensions, Silky Straight, 55g Volume Boost#tiktokshopstockup | 1 | $70.99 |
| 【12inch-28inch】 Ve Sunny Tape In Hair Extensions Real Human Hair, Seamless Blend, Straight, 20Pcs 50G, 12-28 Inch, for Women Everyday & Occasion Wear Wear#tiktokfalldeals | 1 | $65.98 |

| | |
|---|---|
| Item subtotal | $136.97 |
| Discounts | - $54.00 |
| Shipping | Free |
| Taxes | $7.77 |
| Total | $90.74 |

**Thank you for your purchase.**

10:12

# Order details

**Ve Sunny** >
Top Rated

+ Follow



Ve Sunny Micro Link Human Hair Exten...
#1B/4/18 Black to Dark Brown Medium Ash Blonde, 18Inch 50G
Free & easy returns
**$45.07** ~~$70.99~~ x1

Rate and review

Buy again



【12inch-28inch】Ve Sunny Tape In Hair...
#1 jet black, 18Inch 50G
Free & easy returns
**$37.90** ~~$65.98~~ x1

Rate and review

Buy again

| | |
|---|---|
| Item subtotal | $136.97 |
| Discounts ⓘ | - $54.00 |
| Shipping ⓘ | Free |
| Taxes ⓘ | $7.77 |
| Total | $90.74 |
| Order ID | 577611995732218476 |
| Order date | Oct 11, 2026, 8:14 AM |
| Payment method | PayPal |
| Payment time | Oct 11, 2026, 8:16 AM |
| Delivery date | Oct 16, 2026, 1:20 AM |

Download the receipt

10:13

## Order details

Eligible for return or refund until **Oct 29, 2026**

Fulfilled by TikTok

Follow this shop to get 5% off coupon

**Ve Sunny**
Top Rated

+ Follow



Ve Sunny Butterfly Weft Human Hair Ex...
#4-4-27 Brown Balayage Caramel Blonde, 18inch-100G
Free & easy returns
**$86.13** ~~$120.99~~ x1

Rate and review

Buy again

| | |
|---|---|
| Item subtotal | $120.99 |
| Discounts | - $34.86 |
| Shipping | Free |
| Taxes | $8.08 |
| Total | $94.21 |
| Order ID | 577611995732415084 |
| Order date | Oct 11, 2026, 8:14 AM |
| Payment method | PayPal |
| Payment time | Oct 11, 2026, 8:16 AM |
| Delivery date | Oct 15, 2026, 1:17 AM |

Download the receipt

See less