IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| XUCHANG YINREN TECHNOLOGY CO., LTD., | ) | |
| | ) | Case No. 1:26-cv-10328 |
| Plaintiff, | ) | |
| | ) | Honorable Thomas M. Durkin |
| v. | ) | |
| | ) | Magistrate Judge Laura K. McNally |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | ) | |
| | ) | |
| Defendants. | ) | |

**SUPPLEMENTAL DECLARATION OF CUI YUANYUAN IN SUPPORT OF REPLY REGARDING ADEQUATE SECURITY AND THE ASSET RESTRAINT**

I, Cui Yuanyuan, declare as follows:

1. I am the General Manager of Weihai Senlian Trading Co., Ltd. (the "Company"), which operates the Sunny Beauty Amazon storefront, named Sunny Hair Beauty in Seller Central. I have worked for the Company since June 2015. Before August 27, 2024, the shareholders of the Company were Du Tao and me. On or about August 27, 2024, Du Tao ceased to be a shareholder, and since that time I have been the Company's sole shareholder and have owned 100% of its equity interests. I oversee the Company's Amazon operations. I previously signed a declaration in support of the bond motion on October 14, 2026.

2. I submit this supplemental declaration concerning the TikTok shop and websites discussed in Plaintiff's opposition. As General Manager of the Company, I oversee and am familiar with the Company's e-commerce operations, including the TikTok shop operated by the Company, its online sales channels, and related branding activities. My knowledge regarding the TikTok shop is based on my responsibilities for and involvement in those operations, as well as my review of the relevant TikTok account information and internal

business records. I am also familiar with the operation of sunnyhairpro.com through my involvement in related e-commerce operations and my review of relevant website and business records. The statements below concerning our operations are based on that knowledge; the public-search results are identified separately.

3. The three TikTok links quoted in Plaintiff's opposition at page 2, footnote 2, lead to the same shop. The shop's current display name is Ve Sunny. Its legal operator is the Company, and its permanent shop or account identifier is: CNUSCBXLELG2.

4. This same shop previously operated under the Sunny Hair name. After complaints were made to TikTok, we changed its display name to Ve Sunny. The shop continued operating under that name.

5. Some products currently sold through the shop under the Ve Sunny name still have SUNNY HAIR packaging. Some inventory may have been packaged before the TRO, but I cannot identify from the information presently available to me which packaging was used for either of Plaintiff's two test orders or when the items in those orders were packed. I do not state that the packaging for those particular orders has been verified as pre-TRO inventory.

6. The website sunnyhairpro.com is operated for our business by Holleton Inc. It existed and had little activity before the TRO. After sunnyextensions.com was closed in connection with the TRO, we changed the branding displayed on sunnyhairpro.com from Sunny Hair to Ve Sunny.

7. Order volume on sunnyhairpro.com remains low. Exhibit Y shows all sunnyhairpro.com sales from April 1, 2026 to September 30, 2026. We are replacing packaging boxes with Ve Sunny-branded boxes. That work is ongoing.

8. I do not own or operate sunnyhairtop.com. The Company does not own, operate, or authorize that website. As the General Manager, I am familiar with the Company's authorized e-commerce channels and with the online accounts and websites used in connection with the Company's businesses. I have reviewed the Company's relevant website, sales-channel, and internal business records, and sunnyhairtop.com is not among the websites or sales channels owned, operated, or authorized by the Company. I do not know who owns or operates that website.

9. I have not determined who owns or operates sunnyhairtop.com. My statements concerning the ownership, operation, and authorization matters described in paragraph 8 do not identify the website's actual operator.

10. On October 21, 2026 (Beijing Time), I visited https://lookup.icann.org/en/lookup and separately searched for sunnyhairpro.com and sunnyhairtop.com. I saved the complete results displayed for each domain, including the source information, dates, registrar fields, and privacy notices. Exhibits V and W are the results I personally obtained for sunnyhairpro.com and sunnyhairtop.com, respectively.

11. The sunnyhairpro.com result in Exhibit V displays June 19, 2025 as the domain creation date and identifies Porkbun LLC as the registrar. It displays Whois Privacy and Private by Design, LLC in contact fields. I am reporting what the registration lookup displays; my statement that the website existed before the TRO is separately based on my knowledge of the business described above.

12. The sunnyhairtop.com result in Exhibit W identifies EU Technology (HK) Limited, IANA number 1716, as the registrar. It states that registrant information, including the name and

organization, is redacted. The registrar and its abuse-reporting contact appear in fields labeled as registrar information; those fields do not name the underlying website operator.

13. Exhibits V and W accurately reproduce the results I personally saw on the date identified above. I did not change their substantive contents. The privacy-redacted fields in the sunnyhairtop.com result do not tell me who owns or operates that website.

14. Exhibit H is a sales report provided by Amazon. Its cost-of-goods field shows $0 because Amazon does not know the Company's purchase costs. Those costs were calculated separately using the Company's purchase-cost records reflected in Exhibit I.

15. Exhibit X calculates the purchase costs of the affected products by multiplying the quantities sold in Exhibit H by the corresponding unit purchase costs in Exhibit I. I have reviewed this calculation and confirm that it accurately reflects the Company's purchase costs for those products.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 21, 2026 , at Weihai, China

Cui Yuanyuan

Cui Yuanyuan