# V

English

ICANN | LOOKUP (/en)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)

Frequently Asked Questions (FAQ) (/en/faq)

sunnyhairpro.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

For additional information on ICANN Accredited Registrars including website and contact information, please visit https://www.icann.org/en/accredited-registrars (https://www.icann.org/en/accredited-registrars).

If the registration data you are seeking is not provided in the lookup results, please use the Registration Data Request Service (RDRS) (https://rdrs.icann.org/) to submit a request for nonpublic registration data. RDRS is intended for use by requestors with a legitimate interest in accessing nonpublic registration data.

The client was unable to process information from the Registrar RDAP server. The information below is shown as provided by the TLD Registry RDAP service. This may be due to technical issues by the RDAP server operator. If you believe this to be the issue, please send email to globalsupport@icann.org.

## Domain Information

**Name:** SUNNYHAIRPRO.COM

**Registry Domain ID:** 2993010387_DOMAIN_COM-VRSN

**Domain Status:**
clientDeleteProhibited (https://icann.org/epp#clientDeleteProhibited)
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)

**Nameservers:**
CURITIBA.NS.PORKBUN.COM
FORTALEZA.NS.PORKBUN.COM
MACEIO.NS.PORKBUN.COM
SALVADOR.NS.PORKBUN.COM

## Dates

**Registry Expiration:** 2028-06-19 09:25:51 UTC

**Updated:** 2025-06-19 09:25:52 UTC

**Created:** 2025-06-19 09:25:51 UTC

## Registrar Information

**Name:** Porkbun LLC

**IANA ID:** 1861

**Abuse contact email:** abuse@porkbun.com

**Abuse contact phone:** tel:+1.8557675286

**About the Registrar:** http://porkbun.com (http://porkbun.com)

## DNSSEC Information

**Delegation Signed:** Unsigned

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/sunnyhairpro.com (https://rdap.verisign.com/com/v1/domain/sunnyhairpro.com)

**Last updated from Registry RDAP DB:** 2026-10-21T14:43:05Z

**Registrar Server URL:** https://cart-before.porkbun.horse/rdap/domain/SUNNYHAIRPRO.COM (https://cart-before.porkbun.horse/rdap/domain/SUNNYHAIRPRO.COM)

## Notices and Remarks

### Notices:

**Terms of Service**

Service subject to Terms of Use.

https://www.verisign.com/domain-names/registration-data-access-protocol/terms-service/index.xhtml (https://www.verisign.com/domain-names/registration-data-access-protocol/terms-service/index.xhtml)

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp (https://icann.org/epp)

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf

https://icann.org/wicf (https://icann.org/wicf)

Youtube (https://www.youtube.com/icannnews) Twitter (https://www.twitter.com/icann) Linkedin (https://www.linkedin.com/company/icann)

Flickr (https://www.flickr.com/photos/icann) Facebook (https://www.facebook.com/icannorg)

Newletters (https://www.icann.org/resources/pages/global-newsletter-2018) Community Wiki (https://community.icann.org/)

ICANN Blog (https://www.icann.org/news/blog)

**WHO WE ARE** **CONTACT US** **ACCOUNTABILITY AND TRANSPARENCY** **GOVERNANCE** **HELP**

**DATA PROTECTION**

© Internet Corporation for Assigned Names and Numbers. Privacy Policy (https://www.icann.org/privacy/policy) Terms of Service (https://www.icann.org/privacy/tos) Cookies Policy (https://www.icann.org/privacy/cookies)