# W

English

ICANN | LOOKUP (/en)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)

Frequently Asked Questions (FAQ) (/en/faq)

sunnyhairtop.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

For additional information on ICANN Accredited Registrars including website and contact information, please visit https://www.icann.org/en/accredited-registrars (https://www.icann.org/en/accredited-registrars).

If the registration data you are seeking is not provided in the lookup results, please use the Registration Data Request Service (RDRS) (https://rdrs.icann.org/) to submit a request for nonpublic registration data. RDRS is intended for use by requestors with a legitimate interest in accessing nonpublic registration data.

# Domain Information

**Name:** SUNNYHAIRTOP.COM

**Registry Domain ID:** 3140013625_DOMAIN_COM-VRSN

**Domain Status:**
active

**Nameservers:**
NELLY.NS.CLOUDFLARE.COM
SIMON.NS.CLOUDFLARE.COM

## Dates

**Registry Expiration:** 2027-09-07 09:04:57 UTC

**Registrar Expiration:** 2027-09-08 01:04:57 UTC

**Updated:** 2026-09-07 09:05:01 UTC

**Created:** 2026-09-07 09:04:57 UTC

# Contact Information

## Registrant:

**Handle:** 1716_REG-VRSN

**Name:** *The RDAP server redacted the value*

**Organization:** *The RDAP server redacted the value*

**Phone:** *The RDAP server redacted the value*

**Mailing Address:** Hong Kong *(The RDAP server redacted a part of the value)*

**ISO-3166 Code:** CN

**Contact Uri:** https://www.yuminghome.com/whoisForm (https://www.yuminghome.com/whoisForm)

***Redacted for privacy:***
*registrant id redacted for privacy*
*phone redacted for privacy*
*organization redacted for privacy*
*address redacted for privacy*
*some of the data in this object has been removed.*

# Registrar Information

**Name:** EU Technology (HK) Limited

**IANA ID:** 1716

**Abuse contact email:** kefu@ymw.cn

**Abuse contact phone:** tel:+020-88528343

**About the Registrar:** https://www.yuminghome.com (https://www.yuminghome.com)

## DNSSEC Information

**Delegation Signed:** Unsigned

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/sunnyhairtop.com (https://rdap.verisign.com/com/v1/domain/sunnyhairtop.com)

**Last updated from Registry RDAP DB:** 2026-10-21T03:35:35Z

**Registrar Server URL:** https://rdap.yuminghome.com/rdap/domain/SUNNYHAIRTOP.COM (https://rdap.yuminghome.com/rdap/domain/SUNNYHAIRTOP.COM)

**Last updated from Registrar RDAP DB:** 2026-10-21T03:35:35Z

## Notices and Remarks

### Remarks:

**REDACTED FOR PRIVACY**

REGISTRANT ID REDACTED FOR PRIVACY
PHONE REDACTED FOR PRIVACY
ORGANIZATION REDACTED FOR PRIVACY
ADDRESS REDACTED FOR PRIVACY
Some of the data in this object has been removed.

### Notices:

**Terms of Service**

URL of the Terms of Service: www.yuminghome.com

https://www.yuminghome.com/news_in/news/3399 (https://www.yuminghome.com/news_in/news/3399)

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp (https://icann.org/epp)

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf

https://icann.org/wicf (https://icann.org/wicf)

**Data Removed**

Some of the data in this object has been removed.

Youtube (https://www.youtube.com/icannnews) Twitter (https://www.twitter.com/icann) Linkedin (https://www.linkedin.com/company/icann)

Flickr (https://www.flickr.com/photos/icann) Facebook (https://www.facebook.com/icannorg)

Newletters (https://www.icann.org/resources/pages/global-newsletter-2018) Community Wiki (https://community.icann.org/)

ICANN Blog (https://www.icann.org/news/blog)

**WHO WE ARE** **CONTACT US** **ACCOUNTABILITY AND TRANSPARENCY** **GOVERNANCE** **HELP**

**DATA PROTECTION**

© Internet Corporation for Assigned Names and Numbers. Privacy Policy (https://www.icann.org/privacy/policy) Terms of Service (https://www.icann.org/privacy/tos) Cookies Policy (https://www.icann.org/privacy/cookies)