# Y

Orders

All locations

All | Date is Starting 2026-04-01–Ending 2026-09-30

| Order | Date ↓ | Customer | Fulfill by | Channel | Total | Payment status | Ful | | |
|---|---|---|---|---|---|---|---|---|---|
| SNB-2507-1030 | Sep 23 at 11:58 am | [redacted] | | Online Store | $197.99 | Paid | Fulfilled | 1 item | [ |
| SNB-2507-1029 | Sep 20 at 5:19 pm | [redacted] | | Online Store | $262.24 | Paid | Fulfilled | 1 item | [ |
| SNB-2507-1028 | Sep 14 at 3:53 pm | **** **** **** ***7 | | Online Store | $787.21 | Paid | Fulfilled | 4 items | [ |
| SNB-2507-1027 | Sep 8 at 5:35 pm | [redacted] | | Online Store | $406.99 | Paid | Fulfilled | 1 item | [ |
| SNB-2507-1026 | Sep 3 at 9:10 pm | [redacted] | | Online Store | $279.46 | Paid | Fulfilled | 4 items | [ |
| SNB-2507-1025 | Aug 28 at 8:25 am | [redacted] | | Online Store | $383.73 | Paid | Fulfilled | 2 items | [ |
| SNB-2507-1024 | Aug 23 at 9:06 am | [redacted] | | Online Store | $139.24 | Paid | Fulfilled | 1 item | [ |
| SNB-2507-1023 | Aug 7 at 5:55 pm | [redacted] | | Online Store | $343.24 | Paid | Fulfilled | 1 item | [ |
| SNB-2507-1022 | Aug 6 at 12:55 pm | [redacted] | | Online Store | $465.98 | Paid | Fulfilled | 2 items | [ |
| SNB-2507-1021 | Aug 2 at 5:49 am | [redacted] | | Online Store | $176.73 | Paid | Fulfilled | 2 items | [ |
| SNB-2507-1020 | Jul 30 at 5:48 pm | [redacted] | | Online Store | $406.99 | Paid | Fulfilled | 1 item | [ |
| SNB-2507-1019 | Jul 16 at 12:19 pm | [redacted] | | Online Store | $163.99 | Paid | Fulfilled | 1 item | [ |
| SNB-2507-1018 | Jul 10 at 8:33 am | [redacted] | | Online Store | $342.48 | Paid | Fulfilled | 2 items | [ |
| SNB-2507-1017 | Jun 27 at 4:03 pm | [redacted] | | Online Store | $167.74 | Paid | Fulfilled | 1 item | [ |
| SNB-2507-1016 | Jun 14 at 10:35 am | [redacted] | | Online Store | $448.98 | Paid | Fulfilled | 2 items | [ |
| SNB-2507-1015 | May 21 at 6:54 pm | [redacted] | | Online Store | $262.24 | Paid | Fulfilled | 1 item | [ |
| SNB-2507-1014 | Apr 28 at 2:01 pm | [redacted] | | Online Store | $149.74 | Paid | Fulfilled | 1 item | [ |
| SNB-2507-1013 | Apr 21 at 7:01 pm | [redacted] | | Online Store | $686.71 | Paid | Fulfilled | 4 items | [ |
| ~~SNB-2507-1012~~ | ~~Apr 8 at 10:15 pm~~ | [redacted] | | ~~Online Store~~ | ~~$0.00~~ | Refunded | Not required | ~~0 items~~ | |

Learn more about orders