IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XUCHANG YINREN TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 1:26-cv-10328<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Laura K. McNally** |

**DECLARATION OF PENGFEI XIA IN SUPPORT OF PLAINTIFF'S MOTION FOR EVIDENTIARY HEARING**

I, Pengfei Xia, declare and state as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying.

2. I am currently employed as the General Manager of Xuchang Yinren Technology Co., Ltd. ("Plaintiff") of Xuchang, Henan Province, China, where I have worked since July 2025. I am knowledgeable about or have access to business records concerning all aspects of the brand protection operation of Plaintiff, including, but not limited to, its trademarks, other intellectual property, sales, on-line sales, advertising,

marketing, media coverage, and associated international operations. I make this declaration from matters within my own knowledge save where otherwise stated.

3. Attached hereto as **Exhibit A** is a true and correct copy of the report for Weihai Senlian Trading Co., Ltd., Unified Social Credit Code 91371002344538568A, obtained from China's National Enterprise Credit Information Publicity System.

4. Attached hereto as **Exhibit B** is a true and correct copy of a screenshot of the website https://sunnyextensions.com/ as it appeared on October 22, 2026. The screenshot accurately reflects the content displayed at that address on that date.

5. Attached hereto as **Exhibit C** is a true and correct copy of a printout of the webpage https://www.sunnyhairtop.com/product/sunny-hair-wire-hair-extensions-real-human-hair-adjustable-line-hairpieceb-3-1000-ice-blonde/ as it appeared on October 22, 2026. The printout accurately reflects the content displayed at that address on that date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22 day of October 2026.

Pengfei Xia

Pengfei Xia
General Manager of Xuchang Yinren Technology Co., Ltd.