# EXHIBIT B

Case: 1:26-cv-10328 Document #: 48-3 Filed: 10/23/26 Page 2 of 3 PageID #:1334


# Something went wrong.

## What happened?

This store is unavailable

## What can I do?

- Return to the previous page.

Request ID: 78a8e3eb-37b9-45cf-a908-a0b6d7365b90-1792708027

sunnyextensions.com

Something went wrong.

What happened?

This store is unavailable

What can I do?

- Return to the previous page.

Request ID: 858333c8-1646-4979-8de6-94dbca7a7501-1792614019