# EXHIBIT C

FREE SHIPPING ON ALL ORDERS OVER $50.00.

CLIP INS TAPE INS INVISIBLE WIRE

PRE BONDED MORE

Home / Hair Weft / Beaded Weft /

Sunny Hair Wire Hair Extensions Real Human Hair Adjustable Line Hairpiece(B-3 #1000 Ice Blonde)

PREVIOUS | NEXT















# Sunny Hair Wire Hair Extensions Real Human Hair Adjustable Line Hairpiece(B-3 #1000 Ice Blonde)

~~$52.99~~ $31.79

Get up to 70% off on Sunny Hair Store products during our clearance event. Shop now!



**Select options** **Selected:**Not selected Clear

**SIZE** Not selected

12 Inch-85g
14 Inch-85g
14 Inch-100g
16 Inch-85g
16 Inch-100g
18 Inch-85g
18 Inch-100g
20 Inch-105g
20 Inch-125g
22 Inch-130g
24 Inch-130g

– 1 +

ADD TO CART

SKU: 323-1788880590963-ccb82ea0

Categories: Beaded Weft, Hair Extension Surprise, Hair Weft, Invisible Wire, Limited Edition, More Volume

Tags: Sunny Hair Extensions, Sunny Hair Wigs, Sunny Human Hair

GUARANTEED SAFE CHECKOUT

Description Reviews (0)

Product Dimensions : 18 x 1 x 1 inches; 2.82 ounces

Item model number : Wire Hair Extension

National Stock Number : FP

UPC : 760412056094

Manufacturer : Weihai Senlian Trading Co., Ltd

Best Sellers Rank: #10,446 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care)

- #56 in Hair Extensions

Customer Reviews:

(4,035)

## Related products




Sunny Hair Wire Hair Extensions Real Human Hair Adjustable Line Hairpiece(B-1 #P10/60 Lightest Brown Highlight)

~~$52.99~~ $31.79




Sunny Hair Wire Hair Extensions Real Human Hair Adjustable Line Hairpiece(B-3 #18A/613A Light Ice Pink Blonde Highlight)

~~$52.99~~ $31.79




Sunny Hair Wire Hair Extensions Real Human Hair Adjustable Line Hairpiece(A-3 #4 Chocolate Brown)

~~$52.99~~ $31.79




Sunny Hair Wire Hair Extensions Real Human Hair Adjustable Line Hairpiece(B-2 #27/613 Honey Blonde Highlight)

~~$52.99~~ $31.79

## Sunny Hair store

Sunny Hair-Shine bright in every strand

### Navigate

Clip ins

Tape ins

Invisible Wire

Pre Bonded

Hair Weft

### Informations

About Us

Contact

Privacy Policy

Shipping & Returns

### Newsletter

Subscribe to get notified about product launches, special offers and news.

Case: 1:26-cv-10328 Document #: 48-4 Filed: 10/23/26 Page 6 of 6 PageID #:1341

Hair Weft Returns

SUBSCRIBE

© 2026 Sunny Hair store. Developed by shopify.