**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| XUCHANG YINREN TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:26-cv-10328<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Laura K. McNally |

**DECLARATION OF OSCAR LAM IN SUPPORT OF PLAINTIFF'S MOTION FOR <u>EVIDENTIARY HEARING</u>**

I, Oscar Lam, declare and state as follows:

1. I am over the age of 18. This declaration is based upon my personal knowledge of the facts stated herein. If called as a witness, I could and would testify competently to the statements made herein.

2. I am fluent in English and in Chinese, including written Simplified Chinese characters. I am competent to translate documents from Chinese into English.

3. I certify that, to the best of my knowledge and ability, the English translation contained in Exhibit A is a true, complete, and accurate English translation of the Chinese-language text of the Registration Report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 22, 2026, at San Mateo, California.

Oscar Lam