**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| XUCHANG YINREN TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 1:26-cv-10328<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Laura K. McNally** |

**DECLARATION OF PENGFEI XIA IN REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR EVIDENTIARY HEARING**

I, Pengfei Xia, declare and state as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying.

2. I am currently employed as the General Manager of Xuchang Yinren Technology Co., Ltd. ("Plaintiff") of Xuchang, Henan Province, China, where I have worked since July 2025. I am knowledgeable about or have access to business records concerning all aspects of the brand protection operation of Plaintiff, including, but not limited to, its trademarks, other intellectual property, sales, on-line sales, advertising,

marketing, media coverage, and associated international operations. I make this declaration from matters within my own knowledge save where otherwise stated.

3. On or about October 11, 2026, I have personally purchased a product advertised under the "Ve Sunny" mark from the Ve Sunny TikTok Shop and received a product bearing the "SUNNY HAIR" mark on its packaging.

4. Attached hereto as **Exhibit D** are true and correct copies of photographs of the product I purchased from the Ve Sunny TikTok Shop, as described in paragraph 3, and of its opened packaging. The photographs show the outer box, the barcode product label, the opened box, the inner pouch, and the inserts enclosed in the package. The "SUNNY HAIR" mark appears on the packaging.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of October 2026.

Pengfei Xia

Pengfei Xia
General Manager of Xuchang Yinren Technology Co., Ltd.