# EXHIBIT D


Sunny
HAIR®
Hair Magic Meets Dreams


Sunny
HAIR
PAP
21
ÉTUI
FR
UNICO CERTIFICATION TESTING CO.,LTD
Email :info@unico-ce-ukca.cn
UK REP
EC REP


74773992577030
Name: Sunny Hair Microbead Hair..
Code: ML_1B-4-18_18_50G3


Please don't hesitate to contact us if
you encounter the following problems.
a. Product that is damaged or used
b. Wrong color or type
c. Issue with product quality
d. Other
Sunny Hair™ will help you solve any issues.
+1(646)423-7224
sunnyhairofficial@gmail.com


Sunny
HAIR®
Hair Magic Meets Dreams
ML_1B-4-18_18_50G3


Sunny HAIR
Thank you for your purchase
Sunny Hair Official
Tiktok Shop


What can we do for you?
1. Stylish, Real human hair extensions
2. Lifetime free accessories
3. Hassle-free returns & exchanges
4. Color-matching assistance
5. Quality issues? 24hr customer service
Tips:
Multiple packages of the same order may be split into different logistics for transportation. Please be patient. If you encounter a lost package or used damage packa -ge, please take a photo and contact customer service. We are always faster.
◀ Return Assistance
FIND US ▶
Thank you for choosing Sunny Hair!
If you are satisfied with our products and services, please leave us a five-star review!
Please let us know after leaving a review so that you can redeem your exclusive benefits.
Special Events: Join the Sunny Hair Extensions UGC Challenge now! Show off your style with our extensions and inspire others.
Simply snap a photo or record a video, sharing how Sunny Hair Extensions have boosted your confidence and transformed your look.
Post video on TikTok @sunnyhairofficial and tag #sunnyhair to join. And hey, feel free to tag your fabu -lous friends who would love to join the challenge too!
Gift list: (You can choose any 2):
1.Tinsel hair extensions
2.Hair Extensions Conditioner
3.A Free Hair Extensions
4. Replace-Tape
5.Adhesive Remover
Follow us
Complete the review and follow us for a chance to get Two special gifts
Sunny HAIR


Magic Meets Dreams Hair Magic Meets
Thank you
for your
purchase
Sunny Hair Official
Tiktok Shop


Sunny HAIR
Scan with the Amazon Shopping app to learn more.
❶ Download the Amazon Shopping app
GET IT ON Google Play
Download on the App Store
❷ Scan the Transparency barcode on the product's packaging
❸ Verify authenticity and learn more
transparency


FROM SUNRISE TO SUNSET WE'RE WITH YOUR HAIR JOURNEY
Sunny HAIR
Help Center: https://sunnyhair.help
serviceus@g-sunny.com
(424)209-2882
Search:
Sunny Hair Help Center
Sunny Hair
sunnyhair.official