**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| XUCHANG YINREN TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:26-cv-10328<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Laura K. McNally** |

**PLAINTIFF'S NOTICE OF MAILING OF BOND**

Plaintiff Xuchang Yinren Technology Co., Ltd. ("Plaintiff") gives notice that it has sent the $5,000 bond by attorney's check required by the Court's Temporary Restraining Order to the Clerk of the Court. (Dkt. 20 ¶ 10.)

Plaintiff sent the bond by United States Postal Service ("USPS") mail from San Mateo, California, under tracking number 9300111043900412690807. The United States Postal Services accepted the mail in San Mateo on October 18, 2026. The mail arrived at the USPS Chicago, Illinois distribution center on November 2, 2026, and USPS projects

delivery on November 4, 2026. A true and correct copy of the USPS tracking information is attached as **Exhibit A**.

Dated: November 3, 2026

/s/Zheng Liu
Zheng "Andy" Liu (CBN 279327)
**Aptum Law**
1660 S Amphlett Blvd, Suite 315
San Mateo, CA 94402
Tel: (650)475-6289
Email: Andy.Liu@AptumLaw.us
*Attorneys for Plaintiff*

# EXHIBIT A

USPS.COM | Quick Tools | Send | Receive | Shop | Business | International | Help

ALERT: IMPACTS FROM FLOODING IN FLORIDA AND THE MOUNTAIN WEST REGION OF THE U.S. MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE ›

## USPS Tracking®

Tracking / FAQs ›

Track Packages Anytime, Anywhere — Get the free Informed Delivery® feature to receive automated notifications on your packages. Learn More

Tracking Number:

**9300111043900412690807**

Copy | Add to Informed Delivery

Remove ✕

Expected Delivery on

**WEDNESDAY**

**4** November 2026 by **9:00pm**

Your item arrived at our CHICAGO IL DISTRIBUTION CENTER destination facility on November 2, 2026 at 9:53 am. The item is currently in transit to the destination.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**On the Way**

**Arrived at USPS Facility**
CHICAGO IL DISTRIBUTION CENTER
November 2, 2026 9:53 AM

**Arrived at USPS Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
October 18, 2026 6:28 PM

**Accepted at USPS Facility**
SAN MATEO, CA 94404
October 18, 2026 5:13 PM

**Shipping Label Created**
SAN MATEO, CA 94404
October 15, 2026 4:05 PM

Hide Tracking History

What Do USPS Tracking Statuses Mean?