**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

XUCHANG YINREN TECHNOLOGY CO., LTD.

Plaintiff,

v.

Case No.: 1:26−cv−10328
Honorable Thomas M. Durkin

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 4, 2026:

MINUTE entry before the Honorable Thomas M. Durkin: In−court hearing held on 11/4/2026. The temporary restraining order and asset restraint are vacated as to Sunny Beauty Store and Union Smulf Inc. Plaintiff is to notify the platforms effected by those orders that they are vacated by 11/5/2026. The case will be referred to the Magistrate Judge for discovery supervision. Sunny Beauty and Union Smulf Inc.'s motion to dissolve the temporary restraining order [34] is granted. Sunny Beauty and Union Smulf Inc.'s motion to require posting of adequate security and to limit the asset restraint [43] is denied as moot. Plaintiff's motion for evidentiary hearing [48] is denied as moot. Plaintiff's motion to strike [55] is denied without prejudice. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.