IC

FILED

NOV 13 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

VW

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## REGISTRY DEPOSIT INFORMATION FORM

Complete this form and e-file it as an exhibit to your motion for leave to deposit money in the court.

---

1. Case Number 1:26-cv-10328
2. Case Title Xuchang Vinreen Technology, Co, LTD (Plt.)
3. Moving Party Plaintiff
4. Amount of Deposit $5,000.
5. Are the funds being deposited as interpleader funds under 28 U.S.C. § 1335? Yes No (circled)
6. If "yes," do you anticipate interim disbursements of funds for case expenses before the court determines the ownership of the funds? Yes No

[signature]
Attorney or Unrepresented Party

11/13/26.
Date

Rev. 03222017